UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CAMERON GROUP, LLC and
HINSDALE ROAD GROUP, LLC,

Plaintiffs,

v.

EILERSON DEVELOPMENT CORPORATION,
AMERISURE INSURANCE COMPANY, and
AMERISURE MUTUAL INSURANCE COMPANY,

Defendants-Third Party Plaintiffs,

v.

SELECTIVE INSURANCE GROUP, INC. d/b/a SELECTIVE
INSURANCE COMPANY OF AMERICA, and
C&D LAFACE CONSTRUCTION, INC.,

Third-Party Defendants.

---

**Civil Action No.:**
**5:19-cv-00285-LEK-ML**

PLEASE TAKE NOTICE, that upon the annexed affirmation of Steven E. Peiper, Esq. sworn to the 26th day of February, 2021, defendant Selective Insurance Company of America's Memorandum of Law, and defendant Selective Insurance Company of America's Local Rule 56.1(a) Statement of Facts, all submitted in support of the motion of Defendant, Selective Insurance Company of America, scheduled to be heard at a date and time to be later determined at the United States Courthouse for the Northern District of New York, 445 Broadway, Room 424, Albany, New York for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and in accordance with Local Rule 56.1 of the Local Rules of Civil Procedure, for Summary Judgment and a declaration that Selective Insurance Company of America is not required to provide a defense, nor

indemnification to Hinsdale Road Group, LLC, Cameron Group, LLC and/or Movie Tavern Theatre relative to a November 5, 2015 incident involving Shaun Atkinson and the subsequent lawsuit pending in and for the New York State Supreme Court, Onondaga County; a further declaration that a certain excess policy issued by Selective Insurance Company of America does not contribute to any loss until the exhaustion of all primary coverage afforded to Eilerson Development Corporation; and, finally a declaration that the excess policies provided by Amerisure Insurance Company and Selective Insurance Company of America share on a co-excess, ratable, basis; along with such other and further relief which the Court may deem just and appropriate.

PLEASE TAKE FURTHER NOTICE THAT pursuant to Local Rule of Civil Procedure 7.1(c), all parties are required to file and serve opposing papers at least eight business days prior to the return date to be set by the Court.

DATED: Buffalo, New York
February 26, 2021

HURWITZ & FINE, P.C.

By ______________________
Steven E. Peiper, Esq.
*Attorneys for Defendant*,
1300 Liberty Building
424 Main Street
Buffalo, New York 14202
(716) 849-8900
sep@hurwitzfine.com

TO: Daniel W. Gerber, Esq.
GERBER CIANO KELLY BRADY, LLP
*Attorneys for Defendants,*
*AMERISURE INSURANCE COMPANY*
*and AMERISURE MUTUAL INS. CO.*
350 Main Street, Suite 2400
Buffalo, New York 14202

Stephen A. Davoli, Esq.
SUGARMAN LAW FIRM, LLP
*Attorneys for Plaintiffs,*
*CAMERON GROUP, LLC*
*and HINSDALE ROAD GROUP, LLC*
211 West Jefferson Street
Syracuse, New York 13202

Johan A. Obregon, Esq.
CALLAHAN & FUSCO, LLC
*Attorneys for Defendant,*
*EILERSON DEVELOPMENT CORPORATION*
40 Exchange Place, 18th Floor
New York, New York 10005