EXHIBIT A

STATE OF NEW YORK
SUPREME COURT COUNTY OF ONONDAGA

---

SHAUN ATKINSON and VENESSA ATKINSON,

Plaintiffs,

vs. **Index No. 004808/2018**
**RJI No. 33-19-1064**

EILERSON DEVELOPMENT CORPORATION a/k/a EDC; CAMERON GROUP, LLC; MOVIE TAVERN THEATERS, LLC; SOUTHERN THEATERS, LLC; HINSDALE ROAD GROUP, LLC; VERONIS SUHLER STEVENSON; DIAMOND CASTLE HOLDINGS, LLC; HOTEL @T5, LLC; NES RENTALS HOLDING, INC.; UNITED RENTALS, INC.; and "JOHN DOE MANUFACTURING CORPORATION INC/LLC",

Defendants.

---

UNITED RENTALS (NORTH AMERICA), INC. i/p/a UNITED RENTALS, INC., and NES RENTALS HOLDINGS, INC.,

Defendants/Third-Party Plaintiffs,

vs.

C&D LAFACE CONSTRUCTION, INC.,

Third-Party Defendant.

---

EILERSON DEVELOPMENT CORPORATION a/k/a EDC,

Fourth-Party Plaintiff,

vs.

C&D LAFACE CONSTRUCTION, INC.,

Fourth-Party Defendant.

---

**Shaun Atkinson - Volume I**

**A P P E A R A N C E S**

FOR PLAINTIFFS: SNYDER LAW FIRM, PLLC
6876 Buckley Road
Syracuse, New York 13212
BY: DAVID B. SNYDER, ESQ.
CAREY KNAPP, ESQ.

FOR DEFENDANT: (Eilerson) LIPPMAN O'CONNOR
300 Olympic Towers
300 Pearl Street
Buffalo, New York 14202
BY: GERARD E. O'CONNOR, ESQ.

FOR DEFENDANTS: (Camerson, Hinsdale) SUGARMAN LAW FIRM, LLP
211 West Jefferson Street
Suite 20
Syracuse, New York 13202
BY: STEPHEN A. DAVOLI, ESQ.

FOR DEFENDANTS: (Movie Tavern, Southern Theaters) LAW OFFICES OF SANTACROSE & FRARY
One Columbia Circle
Albany, New York 12203
BY: KEITH M. FRARY, ESQ.

FOR DEFENDANTS: (United Rentals, NES Rentals) RUPP, BAASE, PFALZGRAF, CUNNINGHAM, LLC
1600 Liberty Avenue
Buffalo, New York 14202
BY: THOMAS P. CUNNINGHAM, ESQ.

FOR DEFENDANT: (C&D LaFace) NASH CONNORS, P.C.
344 Delaware Avenue
Suite 400
Buffalo, New York 14202
BY: ANDREW J. KOWALEWSKI, ESQ.

ALSO PRESENT: Venessa Atkinson
Anthony Tojek

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CAMERON GROUP, LLC, and
HINSDALE ROAD GROUP, LLC,

Plaintiffs,

vs. **Docket No. 5:19-CV-00285**

EILERSON DEVELOPMENT CORPORATION,
AMERISURE INSURANCE COMPANY, and
AMERISURE MUTUAL INSURANCE COMPANY,

Defendants.

vs.

SELECTIVE INSURANCE GROUP, INC. d/b/a
SELECTIVE INSURANCE COMPANY OF
AMERICA, and C&D LAFACE CONSTRUCTION,
INC.

Additional Defendants.

---

Examination Before Trial of **SHAUN ATKINSON**, taken remotely via Zoom Video Conferencing before Annette M. Burton, Court Reporter and Notary Public in and for the State of New York, held on August 17, 2020.

**A P P E A R A N C E S**

FOR PLAINTIFFS: SUGARMAN LAW FIRM, LLP
211 West Jefferson Street
Suite 20
Syracuse, New York 13202
BY: STEPHEN A. DAVOLI, ESQ.

FOR DEFENDANT: CALLAHAN & FUSCO, LLC
(Eilerson) 40 Exchange Place
18th Floor
New York, New York 100005
BY: RYAN D. LANG, ESQ.

FOR DEFENDANT: GERBER, CIANO, KELLY, BRADY, LLP
(Amerisure) 350 Main Street
Suite 2400
Buffalo, New York 14202
BY: DANIEL W. GERBER, ESQ.

FOR DEFENDANT: HURWITZ & FINE, P.C.
(Selective) Liberty Building
Suite 1300
Buffalo, New York 14202
BY: JENNIFER A. EHMAN, ESQ.

# I N D E X  O F  T E S T I M O N Y

**Page**

EXAMINATION OF SHAUN ATKINSON

BY MR. O'CONNOR: 9

**I N D E X  O F  E X H I B I T S**


| Exhibit | Description | Page Marked |
|---|---|---|
| 1 | Photograph | 9 |
| 2 | Photograph | 9 |
| 3 | Photograph | 9 |
| 4 | Photograph | 9 |

**I N D E X   O F   R E Q U E S T S**


| Description | Page |
| --- | --- |
| Shaun Atkinson - copy of ten-hour OSHA training card. | 45 |
| C&D LaFace - copies of any and all meeting minutes for safety training for three years prior to the accident. | 46 |

**S T I P U L A T I O N S**

IT IS HEREBY STIPULATED AND AGREED by and among the Attorneys for the respective parties hereto, that:

All rights provided by the CPLR, and Part 221 of the Uniform Rules for the Conduct of Depositions including the right to object to any question, except as to form, or to move to strike any testimony at this examination is reserved; and in addition, the failure to object to any question or to move to strike any testimony at this examination shall not be a bar or waiver to make such motion at, and is reserved to the trial of this action. It is further agreed that an objection by one is an objection by all.

This deposition may be sworn to by the witness being examined before a Notary Public virtually, other than the Notary Public before whom this examination was begun.

IT IS FURTHER STIPULATED that the witness is to read and sign the transcript, certifying it as to its accuracy and that the filing of the original of this deposition is waived.

IT IS FURTHER STIPULATED that a copy of this examination shall be furnished to the attorney for the witness being examined without charge.

IT IS FURTHER STIPULATED AND AGREED, that the parties agree that this deposition will have the same effect as an examination conducted pursuant to CPLR Section 3113 and that this deposition may be used for all purposes provided in CPLR Section 3117 and for all motion practice.

For the purposes of CPLR 3113(d) "the place of the deposition" shall be deemed to be the location where the "officer administering the oath" is physically present. The parties agree that all participants may participate electronically by telephone or other remote electronic means, including but not limited to video conference software.

*S. ATKINSON - O'CONNOR*

(Whereupon, Exhibit No. 1, 2, 3, and 4 marked for identification.)

(Whereupon, SHAUN ATKINSON, called as a witness, having been duly sworn, testifies as follows:)

EXAMINATION BY
MR. O'CONNOR:

Q Good morning, Mr. Atkinson. My name's Gerry O'Connor. I'm one of the defense attorneys on your personal injury case, and I'm going to ask you some questions today.

I'm going to set a few more ground rules, and one just kind of joins in with what Annette has -- has said, which is, I'm going to ask that you wait until I finish asking my question before you start your answer. The reason being, you know, we're in a -- we're in a very difficult spot right here with, you know, slower internet for some people and everything else, so if you can agree to that, I would -- I'll be extremely happy; is that okay?

A Of course.

Q Okay.

A Yes.

Q Secondly, I'm going to ask that you answer all my questions verbally, uh-huh or a shake of the head or, you know, something along those lines, we can't take down for the record. So if you'll answer in full sentences or in full words, I would appreciate that.

A Yes.

Q And, third, I'm going to ask that if there's anytime where I ask a question that you don't understand or it doesn't make sense, which is very possible under these circumstances, if you'll indicate that to me, I'll reask the question or rephrase the question.

A Yes, sounds good.

Q Okay, good. Thank you. Mr. Atkinson, could I have your full name?

A Shaun Joseph Atkinson.

Q And where do you reside?

A 202 Melrose Ave., Syracuse, New York, 13206.

Q And how long have you resided at 202 Melrose?

A A little over -- like six and a half years.

*S. ATKINSON - O'CONNOR*

Q And is that a home that you own?
A Yes.
Q And with whom do you reside?
A I reside with my wife, Venessa Lynn Atkinson, along with my twin sons, [redacted] and [redacted].
Q And how old are [redacted] and [redacted]?
A They just turned five May 15th.
Q And, Mr. Atkinson, could I have your date of birth, please?
A [redacted] 1985.
Q So you're 35 years old?
A Correct.
Q And are you currently employed?
A No.
Q When is the last time you worked?
A November 5th, 2015.
Q And that's the date of the accident that brings us --
A Yep.
Q -- here today?
A Yes.
Q Okay. And by whom were you employed on November 5th, 2015?

A C&D LaFace.
Q And what were -- what were your job -- what was your job title then?
A I was a mason.
Q And were you a member of a union?
A No.
Q Were you ever a member of a union?
A No.
Q Now, I want to ask you some background questions. Mr. Atkinson, did you graduate from high school?
A Yes.
Q And where did you graduate from?
A Cicero-North Syracuse.
Q Were you born and raised in the Syracuse greater metropolitan area?
A All my life.
Q And did you have any kind of specialized training in high school?
A I did go to BOCES half a day for my junior and senior year for culinary arts.
Q And how about after you graduated from high school, any further education?
A I started laboring for masons, and then I

moved to Florida for about nine months, and I worked at Sea Ray, building yachts, right on Merritt Island.

Q And what -- what were -- what was the year that you were in Florida for the nine months?

A It was -- I went down there in November 2004, and I came back, I believe, in the beginning of August of 2005.

Q And what year did you graduate from Cicero-North?

A 2003.

Q So from 2003 until November 2004, you worked for different masons?

A 2003, I was still working at Wendy's, that was my high school job, and I took -- I was going to go to college for culinary, and I got -- my buddy got me into masonry, and I really liked it, so I chose a different career path. I actually loved it, so.

Q And what's involved in masonry work?

A A lot of physical labor, laying brick, laying block, pouring concrete, carpentry's involved because you have to form up anything you pour with concrete, just being outside with elements and, you

know, just --

Q Okay. And who was your first masonry employer?

A My first masonry employer for -- I was laboring for TRL Masonry. That's Ted Renee Latimer.

Q And how long did you work for Mr. Latimer?

A From February of 2004 until November of 2004, when I moved to Florida.

Q Okay. And while you were in Florida, was your only employer -- or your only line of work building yachts?

A No. I started out -- before I could get into Sea Ray, I started out down there laboring for Stucco, Fat -- I think it was Fatman's Affordable Stucco.

Q You can't make up a name like that.

A No, you can't, that's why it sticks with you.

Q And how long did you work for Fatman's Affordable Stucco?

A Oh, man. From November of 2004 until January, I believe, 2005.

Q Okay. And is that when you went to work for Sea Ray?

A Yes. Yep, they had open interviews, and my -- the woman I was dating at the time, her brother worked at Sea Ray, and he said come on down, and I did, and I got in.

Q Okay. Now, did you work continuously at Sea Ray until you moved back to the Syracuse area?

A I flew -- well, Sea Ray, you get like a two-week break in the middle of summer, or a week break anyways, they count as a vacation.

I came up here, back to Syracuse, and the -- Ted -- TRL Masonry, Ted, he was teamed up with a guy name Mike Burton, who was separate, but they formed like a partnership, so -- and Mike was a lot easier going, so -- and Ted was kind of a hothead, so I chose to call up Mike and ask him for a job, and he gave it to me, so. And Ted was kind of -- kind of mad about that, but he got over it.

Q Okay. What was Mike's last name again?

A Burton. B-U-R-T-O-N.

Q And when you started to work for Mike Burton, do you recall approximately when, what time of year that was?

A That would have been July. I think -- I think he actually paid me under the table my first

week because I needed the money to go back down to Florida so I could afford to move back. So I don't know if it -- like technically on the books, but -- I don't know if he added me right then, because like I said, I had to go back down to Florida and get a U-Haul and my car and my belongings and then drive back up here. And right after that -- I stayed with Mike until 2006, in September, I believe, and then I started working for Taylor Masonry.

Q Okay. So you think it was one week working for Mike Burton, then you returned to Florida -- I'm just going to summarize, so give me -- give me a moment. I see you want to say something.

A Oh, no, no, no, go right ahead.

Q Okay. So one week working for Mike Burton, you got paid, you returned to Florida, packed up all your stuff, and then returned to the Syracuse area and began to work for Mike full-time after that through 2006?

A Correct.

Q Okay. And do you recall when you left in 2006, what month?

A I believe September. It could have been

October, because residential slowed way down, and I wasn't -- I couldn't -- didn't have enough money to really survive, so I got in with Gene Taylor doing commercial masonry.

Q Okay. Now, with Mike Burton, what -- did he have a business name?

A I think it was just Burton Masonry.

Q Okay. And did you start -- what was the name of your next employer? I didn't write that down. I'm sorry.

A Oh, after Mike?

Q Yeah.

A Gene Taylor.

Q And was there a business name that's associated with that?

A I believe Taylor Masonry, Incorporated, maybe.

Q And where are they located?

A They were located in Central Square. He lived in West Monroe, so I don't know if he was in West Monroe, but his office was in Central Square.

Q How long did you work for Taylor Masonry?

A 2006 until he went out of business in 2000 and -- let's see, '10, in like October or November

that year. I think November is when I got the phone call that he was going under.

Q And when you were laid off from Taylor Masonry, did you have a period of unemployment?

A Yes, I did. And it's very hard to find a masonry job at the end of season when winter's about to hit and no one was really hiring, so I'm -- then I started -- Gene actually got me my next job with Rodney Granger. I believe that was in April of 2011.

Q Okay. So you were unemployed from either October or November 2010 --

A November until April.

Q Okay.

A I'm sorry, I cut you off. I'm sorry.

Q I was just going to say until April 2011?

A Yes.

Q Okay. Now, did Rodney Granger operate a masonry business?

A Yes, he did.

Q And do you know what the name of that business was?

A I think Granger Masonry.

Q And what type of masonry work did Granger

Masonry do?

A I just worked the one job for him, and that was just laying brick on -- I think an office building, or something like that, over by where Time Warner used to be, like across the street.

Q Okay. And how long did that job last?

MR. O'CONNOR: I think he froze up.

(Whereupon, a short recess was taken.)

(Whereupon, the requested portion of testimony was read back by the court reporter.)

BY MR. O'CONNOR: (Cont.)

A I believe like three weeks, three, four weeks maybe, four weeks tops, I believe.

Q Okay. And was that followed by a period of unemployment or did you find another job?

A I ended up -- I don't know. I might have had unemployment for maybe a week, but I got another job with this guy Jim. I can't remember his last name, Jim something, and that only lasted for like -- for another week, because Tersal called me, and they do all -- they had all rate jobs at the time, so I took that job.

*S. ATKINSON - O'CONNOR*

Q Okay. Now, just to -- just to summarize, you worked for Mr. Granger for three to four weeks; is that correct?
A Yes. Yes.
Q And then there was a short period of unemployment that may have lasted a week?
A Maybe, yeah, maybe.
Q Okay. And then another masonry contractor named Jim, but you can't remember his last name?
A Jim Roberts. Jim Roberts was his last name.
Q And you worked for him for one week?
A Yep. Yep. I had one paystub from him, I believe.
Q Okay. Then you mentioned the name Tersal. Who is -- who is Tersal?
A Tersal was a masonry company located on Factory Ave. They used to be one of the biggest names around here, and they had basically all rate work, which was -- which I desperately wanted to get into, and so I took that job.

Actually, Gene Taylor was working for Tersal and got me a job at Tersal and -- it was based on his job, and I think that lasted for three

weeks. And then -- I didn't know that they were already in the process of going under basically, and they couldn't -- I mean, I got -- everyone on that job basically got let go, and then -- then I think I had a few more weeks of unemployment maybe, and then -- I can -- am I going too fast?

Q No.

A Okay. And then I got with Giovanni with C&D LaFace and was there ever since my accident.

Q Okay. When did you start at C&D LaFace?

A I believe it was -- I know it was the end of June. I'd say like June 29th or 30th of 2011.

Q Okay. And you worked there continuously up until the accident?

A Yes.

Q Any periods of unemployment when you worked at C&D LaFace?

A I don't think I had one claim of unemployment the whole time.

Q Okay. So there were no seasonal layoffs or anything?

A Nope. That's why I stuck with him, because he was one of the few that worked in the winter, and I couldn't live off unemployment.

*S. ATKINSON - O'CONNOR*

Q And what type of jobs did you do for C&D LaFace, were they all commercial or was it a combination of --
A All commercial.
Q Wait until I finish the question.
A Oh, I'm sorry.
Q That's okay. Were the jobs at C&D LaFace all commercial, a combination of commercial and residential, or a combination of commercial, residential, and municipal?
A I believe -- I would say 95 percent commercial. I think I only did like a couple -- like maybe one or two residential jobs, but yeah, 95 -- I would say 95 percent commercial. And municipal, what do you mean by that now, like --
Q Like working at schools or municipal-owned buildings.
A Oh, okay. Okay, like rate work. Okay. I did -- I think I had two or three rate jobs when I was there.
Q And tell me what you mean when you say a rate job.
A I mean that when the union people don't go in to do the schools and they hire a subcontractor

like LaFace, it's -- we call them rate jobs, because they have a set rate for every mason working there on that job, and it's usually $50-plus an hour these days, so.

Q Okay. So if I use the term prevailing wage --

A Prevailing wage -- oh, sorry.

Q -- would that be the same to you as a rate job?

A Well, prevailing wages goes along with a rate job, but that's more union, because we get that prevailing wage. It doesn't go to dues or benefits. That's why they have prevailing wages on your paystub, and you get the full amount, not with -- without the union dues and the benefits, that they take like -- I think like $15 an hour off your hourly rate to go towards that, so -- you know, it's -- that's why I love rate jobs.

Q Okay. So if -- if you were working on a rate job project, you would get all the benefits of being in a union without --

A No -- sorry.

Q -- without the reduction of union dues, union fees, such as retirement that you would pay

into and things like that?

A Yes. Yes. Everything goes to the worker, yes.

Q Okay. Now, did you have the same set of supervisors throughout your entire employment at C&D LaFace?

A What was that again?

Q Did you have the same supervisor for the entire time that you worked at C&D LaFace?

A No, because it depended on what job you were -- you were sent to. There were -- I mean, Giovanni was the owner and he supervised everybody on all the jobs, but the foreman would usually -- whatever foreman was running the job, that's who your -- besides Giovanni, that's who you would report to.

Q Okay. Now, what's Giovanni's last name?

A LaFace.

Q Okay. And did he go by a nickname or anything or did you call him Mr. LaFace?

A John. He liked to be called John.

Q Okay. And do you know the size of the workforce employed by C&D LaFace?

A What was that?

Q What was the size of the workforce employed by C&D LaFace?

A I'd say the first job I was on I believe was his only crew that he had going at the time, there were probably -- maybe ten masons and probably about six laborers.

Q Do you recall --

A That's the masonry division, though, because I know there's like different -- I know his brother does tile, so. And -- but he didn't have anything to do with the masonry part.

Q Okay. So for C&D LaFace, did they only have two divisions, one for installation of tile and the other a masonry division?

A I believe so, unless his father was also on that, because I know his father did residential, like high-end residential. So I don't know if he was separate from there or not.

Q Okay. And when you say high-end residential, do you mean full construction of single or more than single-family homes?

A Yeah. Yeah. Beautiful masonry. The guy was -- he was -- he really knew what he was doing, his father did.

*S. ATKINSON - O'CONNOR*

Q Okay. Did -- do you know if C&D LaFace handled construction from start to finish on those residential jobs or whether they were just a masonry contractor on those residential jobs?

A Now, see, I don't know if C&D was because I don't know if his father was separate, you know what I mean, so. Like I said, I -- that's why I said I don't -- you asked me if there was two divisions -- only the two divisions, so I didn't know if -- if his father was part of it, so.

Q Okay. And did you ever work for the tiling division of C&D LaFace?

A The what now?

Q The tiling division of C&D LaFace, were you ever --

A No.

Q -- did you ever work there?

A No.

Q So the only work you did for C&D LaFace was always through the masonry division?

A Yes.

THE WITNESS: I have to stand up, is that okay?

MR. O'CONNOR: Absolutely. If -- if

you need to walk around, that's fine, Mr. Atkinson. We can take a moment for you to do that.

THE WITNESS: I can hear you. I'm okay.

Q Okay. Are you using an assistive device today to walk?

A Yeah, I'm using my cane.

Q Okay. I hate to ask you this while you're standing, but can you hold your cane up so that I can see it? Okay, the bottom part? Okay. Thank you.

Now, whenever you were assigned a job site at C&D LaFace, did you always report to whoever the foreman was for that job?

A Usually, yes.

Q Okay. Did you ever report directly to John LaFace?

A Only when I first started.

Q Okay. And was that through the interview process?

A My first day was my interview.

Q Okay. So when -- when you started at C&D LaFace, did you just show up on a work site and go

to work?

A Yep, at Destiny USA.

Q Okay. And what were you doing at Destiny USA?

A I believe it was like -- it was just a wall in the back of a store, but like -- not like in the store, but like in like a back room, just laying like four-inch block for like -- just like a wall that -- I don't know where it led to, honestly. It was kind of a -- it was just a wall, like four-inch block that we had to put up.

Q Okay. And that was your audition, so to speak?

A Yep.

Q Now, tell me the job sites that you worked at for C&D LaFace.

A What do you want to know about them?

Q First of all, the names and when you worked there, from what you can recall?

MR. SNYDER: Object to form. We're talking about four years, five years of jobs.

Q You can go ahead and answer.

MR. SNYDER: You can answer.

THE WITNESS: Oh, okay.

A The -- after that -- after -- after Destiny USA -- I only worked there for a day then, July 4th. So after July 4th, I was -- went to Amsterdam, New York, where -- to finish doing a strip mall, and then after that, I was sent to a -- like probably a doctor's office in Fayetteville, I believe, and then I worked on John's house doing cultured stone for his entranceway, and where did I work after? Oh, I did the Mavis there in -- right by Walmart in Cicero, and then where did we work?

We went to Rochester, Ithaca. Well, I was in Ithaca for a long time doing Eddy Street there, like a college suite for the campus there, but it wasn't on the campus, and then after that, everything was basically right in town. I did the Price Rite on Erie Boulevard. What else? After Price Rite, we did the Walmart on Erie -- Bridge Street, and let's see.

Q Now -- and all of those jobs, were any -- did any of those jobs involve you working there during the beginning phases of construction?

A Oh, yeah. Yeah, the masons were, you know -- besides the excavations and everything else,

we build from the ground up.

Q Okay. And with those jobs, were you around, for lack of a better way to describe it, heavy equipment?

A Always. Constantly.

Q Okay. Now, when you worked at these commercial construction sites where you would -- where C&D LaFace would basically build from the ground up, would C&D LaFace be responsible for the foundation work?

A No, we didn't do a lot of foundations. We -- we usually let the flat workers -- that's what I call them, flat workers, the concrete workers, 'cause we didn't do a lot of concrete. We did mostly block and brick.

Q But C&D LaFace did do some concrete work?

A When it was called for on the job, yes.

Q Okay. But for these larger construction projects, such as the Walmart or a Price Rite or, you know, a strip mall or something like that, would --

A They had -- they had -- the foundations were all poured on those before I started laying block.

*S. ATKINSON - O'CONNOR*

Q Okay. You wouldn't work at the same time that the foundation subcontractors would work, would you?

A Yeah, especially on a big job because not all foundation's poured and you have to do it in phases.

Q Okay. So -- so say they poured -- if you were working in a plaza, they would pour a foundation at one end and after that was done, you could start working while they continued to pour foundations for the remainder of the plaza?

A Yes, efficiency.

Q Okay. Now, while you worked at C&D LaFace, were you ever given any training as to how to work around other subcontractors to ensure your own safety?

A Like we had -- we had safety meetings once in a while.

Q Okay. And when you say once in a while, how often would you have safety meetings up until the time of your accident, from the start of your employ up until the time of your accident?

A I'd say once a week maybe, but that was -- like when I first started, we didn't have a lot of

safety meetings, but as we progressed and got bigger, then the safety -- we had more safety meetings about, you know, just safety, job construction safety, you know.

Q Okay. Were those -- were those safety meetings also called toolbox meetings?

A Not that I recall. I don't know if someone uses that term, but not -- I never used the term like that.

Q Okay. And if you had these meetings, say the two years prior to your accident, would you have -- would you attend a safety meeting at least once a week?

A Yeah, I'd say.

Q And what were the topics that were covered at the safety meetings, as far as you can recall?

A Protective gear, like your -- your respirators, if you're cutting, with like safety goggles, make sure the -- make sure the scaffold was safe to work on, stuff like that.

Q Did they ever have a meeting about how to work in the vicinity of large equipment?

A No, not -- just -- basically just look out for one another.

*S. ATKINSON - O'CONNOR*

Q Okay. Would you consider working around large equipment that moves from place to place, to be more of a common sense thing, you know, to stay out of the way?

MR. SNYDER: Object to form.

A Yes, and especially when you hear something rev up and, you know, then you -- you tend to look, especially in the direction the last time you seen heavy equipment. You know, if you know where something is and you hear something rev, like a lift rev up, I mean, yeah, you're going to look in that direction.

Q Now, I notice that you're wearing glasses. What do you need glasses for?

A I am nearsighted.

Q Okay. So you use them for driving and --

A Oh, yeah, yeah.

Q Okay. Do you need them for reading at all?

A Not if I'm holding a book up close to my face.

Q Okay. And how about -- do you have any problem with your hearing?

A No.

Q Okay. Now, I want to get off subject for a -- for a few minutes. You're the parents of two twins, two twin boys, correct --

A Yes.

Q -- that just turned five? When -- your wife's name is Venessa?

A Yes, it is.

Q And when were you and Venessa married?

A In 2012, August 18th.

Q I'm going to give you a gold star for that one. Have you resided together continuously since you were married?

MR. O'CONNOR: Oh, they froze.

Q Mr. Atkinson, we had an action shot of you turning the cap back on your water bottle and then you froze for a minute, so I'll repeat my question.

Have you and Venessa resided continuously since the date of your marriage?

A Yep.

Q And is Venessa employed outside the home?

A Yes, she is.

Q And what does Venessa do?

A She is a duly-certified special ed history teacher.

Q And by whom is she employed?
A Homer Central School District.
Q Now, as part of her employment, does -- does her employer provide you with health insurance?
A Yes, because we're married.
Q Okay. And do you know who your health insurer is?
A Blue Cross Blue Shield.
Q Now, to return to various work sites that you worked at, you said that you attended safety meetings about once a week. Do you know if any notes or whether they were memorialized in any way, did you have to sign in?
A I did. We just initialed that we were -- attended them.
Q And when you attended safety meetings, you would initial a sheet. Do you know what happened to those sheets after you initialed those?
A I have no idea.
Q And at the top or, say, the caption of the safety meeting, would it list what subject was going to be covered in that safety meeting?
A Not that I recall.
Q Okay. Would it just be a blank sheet of

paper that you would all initial?

A It had our names on it, so we just initialed below our name.

Q Okay. And do you know who ran these safety meetings?

A Giovanni would.

Q And how long would they last usually?

A Five minutes.

Q And the safety meetings, do you recall any lasting longer than five minutes?

A No.

Q Now, were you ever on a job site where you had to attend safety meetings run by somebody other than C&D LaFace?

A Maybe at the beginning of a job with the general contractor. The guy -- the company that's running the whole job would, you know, come up to us and just, you know, cite his concerns and, you know, just tell you what they want, what they expected from you, you know.

Q Okay. And that wouldn't be considered a safety meeting, you wouldn't -- what I'm thinking is, you would have employees from all the various subs, whether in one general meeting or in separate

meetings, meeting with someone other than Giovanni LaFace to provide safety training. Do you ever recall attending anything like that?
A No, I don't believe so.
Q Okay. Now, on the job sites that you worked for, for C&D LaFace, who provided you with direction on what you were supposed to do?
A Either Giovanni or whatever foreman was running the job. You know what, I think Walmart, when I worked for Walmart, they would have people come in and do a safety meeting. Sorry, I'm backtracking. Can you hear me?
Q Yes, I can.
A Okay. Okay. Yeah, I believe Walmart would -- sorry for backtracking, but I believe Walmart would actually have you attend something before you started the job.
Q Okay.
A So sorry, I just didn't want --
Q Is that the only job site where the safety meetings were not run by C&D LaFace themselves?
A Yes, but it was only in the beginning.
MR. SNYDER: Object to form.
Q Okay. And that was just one meeting run

by whoever Walmart used as a safety consultant to run the meeting?

A Yes.

Q Okay. Do you know what they talked about at that meeting prior to beginning work at Walmart?

A Just like personal protection equipment, like your respirators, your masks, anything that pertained to any -- to safety for people, you know, and what's expected, you know, how they run their jobs.

Q Okay. Did they ever discuss working on sites where you had equipment being operated by other subcontractors?

MR. SNYDER: Object to form. Who are you talking about?

MR. O'CONNOR: At the Walmart -- I'm sorry, at the Walmart construction site.

Q Did they -- did the safety meeting cover working around heavy equipment?

A I can't remember, honestly. That was so long ago. I'm sure they had something. I don't -- I don't recall exactly what was said, but.

Q Now, when you worked at the construction site that your injury occurred, what's your

understanding of -- first of all, what was that construction site, what was being built?

A What was that? I'm sorry.

Q What was being built at the construction site that you were injured at?

A Movie Tavern.

Q And what exactly is that, what was your understanding of the building, what was going to be housed in there?

A Movie theater.

Q Okay.

A Movie theaters.

Q Okay. Well, you know, it might be -- it might be apparent to you, but, you know, somebody else might have to read this some day, so we want to make sure that --

A Oh, yeah, I completely understand.

Q Okay. So it was just the construction of multiple theaters for movies?

A Yes.

Q And do you know how large of a building was being constructed?

A It was big. Probably one of the biggest I've worked on.

Q But do you know the actual dimensions of the -- the building itself?
A No.
Q Okay. How long had you worked there prior to your accident?
A Let's see. June of 2011 till November 2015, so -- say four and a half years, I think.
Q You worked -- not -- not -- I'm sorry, not how long you worked at C&D LaFace, but how long you were on this actual site prior to your accident.
A Oh, from September 2015 until November 5th, 2015.
Q And what stage was the construction when your accident occurred, was it still in the beginning stages or --
A It was getting towards the end.
Q Now, when you started there in September of 2015, did you have the same foreman continuously up until the day of your accident?
A Yes.
Q And who was your foreman?
A Jason Miller.
Q And do you know where -- how long Mr. Miller had been employed by C&D LaFace prior to your

accident?

A I'd say July of 2011 on the job.

Q Okay. But did he -- was he working there when you started at C&D LaFace or did he come after?

MR. O'CONNOR: Object to form. Go ahead?

A After.

Q Okay. And were there any other crews from C&D LaFace working at this project?

A We had other people. It was a big job, I said. I believe there was probably a few people from various crews there --

Q Okay.

A -- that I normally worked with.

Q Okay. Did you all work together as one crew under one foreman or were there separate crews working in different areas?

A No, it was all under one foreman.

MR. O'CONNOR: Just so you know, Mr. Atkinson, you freeze up every once in a while, so if there's a delay or anything else, it's caused by that, the freeze-up.

THE WITNESS: Understandable.

Q Okay. And that foreman was Jason Miller

*S. ATKINSON - O'CONNOR*

throughout the entire time that you were on this site?

A Yes.

Q What was the size of the crew, do you know how many -- how many C&D LaFace employees were working on this site?

A I'd say probably at least 20.

Q And is it unusual to have that many masons working under one foreman?

A Yeah. I mean, it's a pretty large crew.

Q Okay. Was Jason Miller a working foreman, meaning that he was actually also constructing this building?

MR. O'CONNOR: He froze up.

(Whereupon, the requested portion of testimony was read back by the court reporter.)

A I said he wasn't laying block, if that's what you were asking me.

Q Okay. So you did understand my question that, whether he was a working foreman or whether he was strictly a foreman running the job site without performing actual masonry work?

A He was driving a lift.

*S. ATKINSON - O'CONNOR*

Q Okay.

A That's what he did basically that whole job that I -- that I -- that I was on, you know.

Q Okay. So Jason Miller was responsible for driving the lift?

A Yes, one of the lifts.

Q Okay. How many -- how many pieces of what we've considered heavy equipment were on this job site provided by C&D LaFace?

A As far as I know, two lifts. Two forklifts.

Q And do you know where those forks -- forklifts came from?

A I believe NES Rentals. I believe that's what -- the sign that was on the blue one anyways. I think the orange one, too.

Q Okay. Now, during your career in construction as a mason, have you ever operated one of these types of lifts?

A No. I mean, I -- I moved one before, but I don't pick anything up with them. You know, like if it was in the way, I'd move it a couple feet, but other than that, I don't up and lift. I have no business in a lift.

*S. ATKINSON - O'CONNOR*

Q Okay. And the moving of the lift, how many times have you done that in the past prior to November 5th, 2015?

A Maybe twice my whole life. There's usually an operator.

Q Now, other than operating the lift, who -- you said that there were two on site. Who else on site was qualified to operate one of these lifts?

A Juan Rivera.

Q Do you know if there was a special license required for this type -- to operate this type of lift?

MR. SNYDER: Object to form. Go ahead.

A I believe you need a heavy machine operator's license.

Q Do you have one of those?

A No, I don't. That's why I have no business being in a lift.

Q Now, at any time prior to November 5th, 2015, did you attend any type of OSHA training?

A I have a ten-hour that I took with Gene Taylor. I believe a scaffolding certificate, too.

Q And where did you -- where did you attend

scaffolding OSHA training?

A I can't remember the name of it. It was off of Bridge Street there in Dewitt, like going over that bridge into East Syracuse. It was like in a little alcove there. I forget the name of it, though.

Q Okay. But it was certified OSHA training?

A Yes.

Q And do you still hold your ten-hour OSHA training card?

A Yep.

Q Is there an expiration date on that?

A I have to look. It's in my wallet. Can you give me a second?

Q Yes.

A No expiration on it. Would you like me to hold it up?

Q Please. Okay. Thank you.

MR. O'CONNOR: I'd ask you to just hold onto that, and I would ask your attorney to provide us all with a copy of that, if we can start a document demand.

MR. SNYDER: For the record, could we have a list of -- for the court reporter,

for all of the document requests?

THE COURT REPORTER: Yes.

MR. O'CONNOR: And I would also like to add a demand to C&D LaFace for copies of any and all meeting minutes for safety training for three years prior to the accident.

Q Now, Mr. Atkinson, what were -- what were the topics that were covered in your ten-hour OSHA training course?

A It was so long, I can't even remember. Just basic safety and training of what any -- well, you could get company violations, like fines, what they were looking for to keep the job safe, you know, that sort of stuff.

Q Okay. Now, according to my notes, there were approximately 20 people on this job site employed by C&D LaFace, and Jason Miller was the foreman and Juan Rivera was also qualified to operate one of these two lifts that were -- that were present on the site, correct?

MR. SNYDER: Object to form.

A I don't know if it was approximately 20 people.

*S. ATKINSON - O'CONNOR*

Q Okay. But your best recollection is around 20 people including --
A Yes.
Q -- including Jason Miller and Juan Rivera?
A Yep.
Q Okay. Now, how often -- while you were working between September and November 5th, 2015, how often would these lifts be operated?
A All day every day.
Q Okay. When you say all day every day, what was being moved using the lifts?
A We used them for everything, from bringing up mud pans up on the scaffold, to picking up pallets of block, to setting up scaffold. And you're running through block all day long and going through mud all day long, so I said all day every day.
Q Okay. So is it a fair statement that you were used to working around these things, the lifts being operated?
A Yep.
Q Okay. And what precautions would you use when the lifts were being operated in your vicinity?
MR. SNYDER: Object to form.

*S. ATKINSON - O'CONNOR*

A I would stay out of their way or else you see what happens.
Q Are they loud when they're in operation?
A Yeah, especially when they're revving up and when you hit the gas.
Q Okay. But when they're just traveling without revving up, are they still loud?
A You're hitting the gas, it travels, so yes, they're -- it's revving up, yeah, they're loud.
Q Now, Mr. Atkinson, what were you actually doing on the job site, say, for the week prior to your accident, what were your responsibilities?
A I was laying block and just yelling down to the laborers what we needed up on the scaffold and, you know, just trying to keep everybody -- keep everything moving at a steady pace.
Q Okay. Now, were you -- when you say laying block, are you talking about like cinderblock or something along those lines that would --
A Yes. Yes.
Q Would there have been a layer of brick that was applied after the cinderblock walls were constructed?
A I know there was brick on that job, but I

didn't make it to that point.

Q Okay. And do you know how long this construction was supposed to last before it ended -- before your job ended?

A No. I'd say probably before -- yeah, I don't -- honestly, I don't know what -- how long it would take.

Q Okay. Would you agree with me that the masons were responsible for constructing the exterior walls and then you would have been off-site once those walls had been completed?

A Yeah.

Q Okay. And then other contractors would be on to finish the exterior, the roofing and -- you know, and then you would have the interior subcontractors in doing the interior finishes, correct?

A Yes.

Q So -- so you wouldn't -- the masons wouldn't have been there from the beginning of the construction project until everything was done at the end unless there was masonry work that was required inside?

A Correct.

MR. O'CONNOR: Now, if nobody minds -- it's 11:37 right now, would anybody mind if I took about ten minutes right now? We can take a ten-minute break, and then I thought we could go until about quarter to one and take a lunch break. Is that okay with everyone?

MR. FRARY: That's fine.

(Whereupon, a short recess was taken.)

BY MR. O'CONNOR: (Cont.)

Q Now, Mr. Atkinson, was most of your work performed either ground level or at this point right at the time of your accident up on the scaffold?

A Yes.

Q And when you said that you would tell the laborers what you needed, my understanding of masonry work is you can only go as fast as the materials are provided to you, correct?

A Correct.

Q So the laborers were integral in this, in that if you needed whatever you used as an adhesive for the -- for the block itself, that had to be passed up to you along with the block itself and --

*S. ATKINSON - O'CONNOR*

A And any Dur-O-Wal. That's the wire that goes in-between the block.

Q Okay. And so you were kind of working in tandem with the laborers, where they would make sure that you had the materials you needed in order to continue working without like taking every five minutes to restock?

A Exactly.

Q Now, on your particular scaffold, how many masons were working?

A Just me and another -- and another guy, because it was spread out where we were working at the time of my accident, because I was on pipe scaffold, and they were -- we were building the same portion of the building, but there was two scaffolds on the inside and -- where we couldn't fit a Hydro-Mobile, we had pipe scaffold on the outside, and I was on the pipe scaffold.

Q So you were working on the outside and other masons were working on the inside?

A Yeah, but it was all on the exterior part, because we couldn't fit the Hydro-Mobiles on the exterior, so they had to go on the inside of the building.

*S. ATKINSON - O'CONNOR*

Q Okay. And when you say Hydro-Mobiles, what are you -- what are you talking about?

A It's a -- that's scaffold that's hydraulic, so you don't have to set up pipe scaffolds. It's a lot faster, you can fit more materials on it, and it's easier to walk on.

Q Okay. Now, your accident did not involve any scaffold at all, correct?

A No.

Q Okay. Now, tell me about the day of the accident. Typically -- first let me ask a general question. Typically what time would you report to the job site for the movie project?

A Well, work started at 7:00. I dropped my kids off at the babysitters in the morning usually around quarter after 6:00, and I'd be -- I'd probably be there around 6:40.

Q And when you arrived on site, what would you typically do if you didn't punch in until 7:00?

A I would just sit in my car. The laborers -- some laborers were there, you know, already stocking out and, you know, getting the masons ready for the day, you know, getting our materials ready, so we -- when 7:00 came, we could

just start working.

Q Okay. And when you -- what time -- do you know what time the laborers started?

A I think like 6:30.

Q And on a typical day, what time would you end?

A 3:30.

Q So you would work 7:00 to 3:30. What type of breaks did you get?

A Had a 15-minute coffee break at anywhere from 9:00 to 9:15, and then we take lunch, a half hour, from noon to 12:30.

Q And would you bring a lunch to the site?

A Some days I would.

Q Okay. Were you in the -- were you in the vicinity of other businesses that you might go out and pick up lunch?

A No restaurants or anything. We didn't have time for that. Sometimes go to the gas station, go grab some food, slice of pizza or something.

Q Okay. Now, in your medical records it indicates that you use marijuana. When was the last time you used marijuana prior to the happening of

*S. ATKINSON - O'CONNOR*

your accident?

A The night before. I usually smoke at night.

Q And how much do you smoke?

A I'd pack a bowl, if you know what that is, and -- you know, that was usually it, you know.

Q Okay. Would you do this on your own without anybody around?

A Yeah. I mean, my kids would be in bed, you know. I wouldn't -- I wouldn't do that around them, you know, just --

Q Okay. Did you -- did you take any other substances, any other medications or any other substances the evening before this accident?

A I did take a hydrocodone probably -- I don't know if it was the night before or two days before, 'cause I finished up on -- I had a side job I went to after work one day to finish up, and I -- a guy at work had one, so I took it from him, and he said here you go, take this, I said okay, and so I did.

Q Now, were you having pain and that's why you took a hydrocodone?

A Oh, yeah. I mean, masons, we're always in

pain, no matter -- I mean, for laying block, it's just hard physical labor and -- but it wasn't an everyday thing or anything like that. I mean, once in a while.

Q Okay. And what kind of effects did it have on you, the hydrocodone?

A Just maybe go to sleep a little easier that night I guess.

Q And how often in the past would you take unprescribed hydrocodone?

A Not very often. Like I said, once in a while. Again, I mean, you can't really get -- I don't know really anybody that has -- you know, just handing stuff out like that.

Q Okay. And were you ever provided with a prescription for hydrocodone at any time prior to November 5th, 2015?

A Yes, I was, a couple times for when I cut my face open.

Q And who was the doctor who prescribed that?

A An ENT at Upstate. I don't remember her name. She was a resident.

Q Okay. And how long did you take

hydrocodone in relation to that facial injury?

A Maybe two weeks.

Q And do you recall approximately what year that was or month and year?

A It was 2012, in December.

Q And what happened that caused facial injury?

A I -- a saw bucked up on me. I was cutting a piece of precast stone, it bucked up on me and it ended up hitting my face, 'cause it was nighttime, and I had my respirator and my -- well, my mask and my safety goggles on, and everything was fogging up pretty good, and like I said, when I cut that piece of precast when -- the way it snapped, it literally shot that saw blade back out at me, and then I -- I was just -- I'm lucky it was just -- what it did what it did and --

Q Okay. And they prescribed hydrocodone for approximately two weeks?

A I don't know. I couldn't say approximately. I know they gave me like -- I think two scripts of it.

Q Have you ever used any other type of substances that were unprescribed besides

hydrocodone?

A No.

Q Lortabs or anything along those line?

A No, I -- no.

Q Other than marijuana and hydrocodone, have you ever used any other -- what might be considered illegal substances?

MS. KNAPP: Object to form. You can answer it.

A Yeah, in my younger days. You know, everyone -- you're only young once.

Q Okay. What else did you use?

A I did -- I've done cocaine a couple times.

Q Anything else?

A No.

Q Now, when is the last time you used cocaine -- let me put it to you this way. In the calendar year from November 5th, 2014 through November 5th, 2015, did you ever use cocaine?

A No.

Q Okay. Now, what about alcohol use, on November 4th, 2015, the night before your accident, did you have anything of an alcoholic nature to drink?

A No.

Q How about on the day of the accident, did you have anything of an alcoholic nature to drink, such as beer or anything else?

A No.

Q Okay. If -- if any of your coworkers said that they thought that during the lunch break that you were smoking marijuana and drinking beer, would that be incorrect?

MR. SNYDER: Object to form. Go ahead.

A Once in a while I'd -- I would drink a beer at lunch, especially when it was hot.

Q But I'm talking about on this particular day, November 5th, 2015.

A Oh, no. No, it was -- it was 9:00 in the morning and -- no. No. I was driving my kids back and forth to the babysitters. I don't mess around with my kids.

Q Okay. What time did your accident occur?

A Right after coffee break. I'd say, you know, 9:20, 9:25 maybe, like right -- right after coffee break.

Q Okay. Now, when you arrived at work,

assuming that you started at 7:00 a.m. -- first of all, how would you -- would you have sign-in sheets that you had to sign when you started your workday?

A No.

Q Okay. So there wasn't a time clock or anything else on site?

A Jason Miller kept control of the time clock on his phone.

Q And how did he do that, would he -- would you have to physically report to Jason Miller before you started working?

A Yeah. He'd have to make -- yeah, he'd say I'm here -- or he'd see you and say I got you.

Q Okay. So he was -- he was accountable to make sure that the crew was all there and they were there on time, correct?

A Correct.

Q So that morning, would it be the first thing you did, was report to Jason Miller that you were on site?

A Yeah, when he got -- yeah, when he pulled in, I'd just say I'm here.

Q Do you know what time he arrived?

A Usually around 7:00.

*S. ATKINSON - O'CONNOR*

Q Okay. And what's the first thing that you did when you arrived at the work site? And I'm going to restrict these to the day of the accident.

A Besides checking with Jay?

Q Yes.

A I would just go up to the scaffold where I was working and start working as soon as my materials were presented to me.

Q Okay. So -- so the scaffold wouldn't have been preloaded with the materials that you needed, you would go up and tell the laborers that you were ready to start and they would --

A If there wasn't by chance anything there, then yes.

Q Okay. How did -- how did they move the material to the scaffold, the actual block and everything else that you needed?

MR. FRARY: He's frozen.

MR. O'CONNOR: Yeah. Yeah.

MR. FRARY: Carey, if you can hear us, the computer's frozen.

(Whereupon, a short recess was taken.)

(Whereupon, the requested portion of

testimony was read back by the court reporter.)

BY MR. O'CONNOR: (Cont.)

A All by forklift.

Q And how many forklifts were on site?

A Two from LaFace. Two. Two.

Q Okay. The forklifts were different than the piece of equipment that was involved in your accident, correct?

A No.

Q They were all the same?

A Yeah, they were -- yeah, that's why I refer to them as forklifts. That's what they technically are.

Q Okay. And do you know who was operating the forklift that brought the materials to you?

A Juan and Jay.

Q Okay. So it would have been one or the other that loaded the scaffolds?

A Yes.

Q Okay. Now -- now, you worked from roughly 7:00 a.m. up until your coffee break without any incident, correct?

A Correct.

*S. ATKINSON - O'CONNOR*

Q And what did you do on your coffee break?

A Sat in my car and ate probably a Nutri-Grain bar or something like that. That's what I usually brought to work with me.

Q Were you alone in your car?

A Yeah. I mean, people come up and talk to you, but they're just -- I was alone. No one was sitting in there with me.

Q Okay. And I understand you're a cigarette smoker or you were then?

A Yes.

Q Okay. Do you know if you smoked at all?

A Probably, yeah.

Q Okay. Now, do you recall what time you reported back to the work site from your coffee break?

A Report -- I just walk from my car back to the job site. 9:15, 9:20.

Q Now, I want you to take me through what happened next.

A Okay. I -- I was walking back towards where I was going to go work on a scaffold. There was some trash on the ground. Brian, I believe his name was, the general contractor for EDC, he -- in

the beginning of the job, before we started laying block and brick, he stressed to us that he wanted a clean site.

And so I picked up some trash that was on the ground, and I went over to Juan, because he was mixing mud or dumping it into the pan to bring up to the scaffold. I asked him where I could toss this trash, because there wasn't a dumpster where I -- anywhere where I could see, and he told me -- he had like a -- he had a bag right behind his working station that -- the bag covers the mortar so it doesn't get wet. You have to take those off every mortar bag.

So he was using that bag for trash, and I tossed trash in the bag, and when I -- by the time I threw it away, and I was going to walk back to the scaffold, I heard a forklift revving up and so -- I knew Juan, his forklift was to the right of me, so I looked in that direction because I'm going to look in the direction where I seen the forklift, and by the time I turned my head left, the butt end -- the ass end of Jay's forklift was already swinging around.

So I tried to jump out of the way and --

it's a rear-wheel lift, that Gradall forklift that he was driving, it's a rear-wheel drive, so when you go to turn it, it's got like a 15-foot turn radius, and I literally had a half a second to react. And I tried to jump, and then it just caught my left boot and just started sucking me under.

And that's when Juan said he was freaking out in the forklift, and Jay was kind of just like -- he didn't know what he hit, but -- and then -- but -- then Bo came up, I -- and said reverse, reverse, and here I am.

Q Okay. So as far as you know, the only three people that witnessed this accident were Jason Miller, Juan Rivera, and Ken Wilbur?

MR. SNYDER: Object to form. Go ahead.

A Jay said he didn't see me. Juan said -- he said Juan and Bo saw the whole thing, so that's -- the only part Jay witnessed was what -- me laying on the ground.

Q Okay. Did you talk to any of your other co-employees or anyone else from the scene following your accident and learn that they saw the accident?

A Yeah. Well, I called Jay in the hospital

*S. ATKINSON - O'CONNOR*

I think -- I was four days in the hospital.

Q What did Jay say when you called him?

A He said that I walked into the lift, he was moving straight. Nobody knows how it really happened. But then he said Juan and Bo saw the whole thing.

So then I called Juan, and I asked him, you know, what -- what really happened, 'cause if Jay didn't see anything -- if he couldn't see me, I mean, it's like you guys saw what really happened, and then Juan told me exactly what he saw.

Q Okay. Did you record that conversation?

A Yes, I did.

Q Okay. And how did you record that conversation?

A On the phone, TapeACall.

Q Okay. And did you make that phone call from the hospital?

A Yes, I did.

Q And I'm not sure what a TapeACall is. Is that like -- can you describe it for me?

A It's just like an app that when you're having a conversation with somebody on the phone, then you just hit record, and it records the

conversation.

Q Okay. So that -- that was an app that you had downloaded?

A Yes, instructed by my lawyer.

Q Okay. And do you recall what day you downloaded it and what day you taped the conversation with Juan Rivera?

A I believe it was November 8th or 9th. It was a few days after my accident, and I was just looking for answers and -- 'cause I -- I honestly didn't know how -- how -- that something like this could happen, honestly.

Q Okay. And did you download it on the same day that you called Juan Rivera?

A I might have downloaded it a few days before.

Q Okay. Mr. Atkinson, do you need a break right now? And, Mr. Atkinson, let me make one thing clear, we're not -- we're not here to make this an endurance test. If you ever need a break, just say --

A I know, it's just --

Q Yeah.

A -- a lot of bad memories. I'm sorry.

Q Yeah. I understand. Now --

THE WITNESS: You know, yeah, give me a break, please. I'm sorry.

MR. O'CONNOR: Absolutely. Why don't we take our lunch break now, Carey.

MS. KNAPP: Okay.

(Whereupon, a lunch recess was taken.)

BY MR. O'CONNOR: (Cont.)

Q Mr. Atkinson, I just have a couple general questions. Did you review anything before you testified today?

A No.

Q Any materials, any records?

A I just listened to the phone call, the conversation I had with Jay and Juan.

Q Okay. Did you have two separate phone conversations, one with Jay and one with Juan?

A Yes.

Q Okay. And did you record both of those?

A Yes, I did.

MR. O'CONNOR: Okay. I think we were only given Juan's conversation, so I would --

*S. ATKINSON - O'CONNOR*

MR. SNYDER: I think -- I think we sent that, it was a CD, it would have been attached in the last set of discovery we sent.

MR. O'CONNOR: Okay. Who just said that?

MR. SNYDER: Dave Snyder.

MR. O'CONNOR: Oh, okay.

MR. FRARY: Gerry, this is Keith Frary, I just got -- yeah, in yesterday's mail I got a final supplemental BP from plaintiffs' Counsel as well as a CD. I didn't have time to listen to it, but I think that's what they're talking about, so.

MR. O'CONNOR: Okay. I haven't seen that or gotten a copy of it, so -- but I'll proceed.

MR. FRARY: The other one came by email, I believe.

MR. O'CONNOR: I did get a statement by email, but only of Juan, not of Jay. We've been out of our office since March, so I'll have to take a look for those.

*S. ATKINSON - O'CONNOR*

BY MR. O'CONNOR: (Cont.)

Q Now, Mr. Atkinson, what is your actual recollection of the accident, without -- without hearing it from anybody else, but what do you actually recall about the accident?

A Right before it happened, like I said, I was throwing away the trash in that bag, and when -- obviously I had to bend over to throw the trash out, the bag was on the ground, and by the time I got up and turned around and trying to get to where I was going, I heard a forklift rev up, because it's very distinct, you can hear them rev up.

I looked in the direction to Juan, because that's where I saw the forklift. I didn't even see Jay's forklift. And by the time I looked right and his forklift hadn't moved, by the time I looked left, I was -- I was -- I had -- I jumped, like I had a second, like not even a second, and by the time I jumped, it just caught my left boot and it just started sucking me under. The rear -- the rear tire --

Q Okay.

A -- 'cause it was swinging around. Or else if it was -- if it was moving straight, then I would

have got -- the front tire would have got me, but seeing how it wasn't full swing, and like I said, you have a 15-foot turn radius with those, 'cause it's rear-wheel drive, it's not front, and if you whip those things around and you're not paying attention, I mean, like I said, this is what could happen and --

Q Now -- oh, I'm sorry, I -- continue.

A No, go on. I just -- and I just -- it slammed me to the ground, and I might have lost conscious for like a couple of seconds, but by the time it was rolled off me, like I was awake for it, and alls I could hear was Juan yelling my name, Jay yelling my name, and them telling me to stay down, because I tried -- I tried to get almost -- tried to stand up because I wanted to see if my leg still worked. I wanted to make -- I wanted to see if -- but I couldn't get up. I couldn't even -- no pressure at all. As soon as I put my arm on the ground, I -- as soon as I tried to lift myself up, I just -- I just collapsed backwards again and I -- my biggest fear was being paralyzed, and thankfully I wasn't.

But then the ambulance came, and Juan had

to go chase them down because they went to Costco, and then they took me to Upstate and that -- that's it right there, I mean.

Q Okay. Let me ask you this. What was the actual trash that you were throwing out?

A Just like wrappers, maybe a -- maybe a paper coffee cup, you know what I mean, that was just tossed on the ground, just stuff from people coming back from break that just -- you know, they just -- there was no garbage can, there was no dumpster. So a couple of people just threw a couple items on the ground, and I picked them up, and I went over to Juan and just said, hey, where can I toss this?

Q Okay. So they were food wrappers and coffee cups?

A Yeah, basically. Yeah, just break -- you know, stuff from people from eating from break.

Q Okay. Now, the area where the garbage bag was located, that was just a bag that was used to cover the mortar, correct?

A Yes, because it come on pallets, yeah, and it covers it.

Q Okay. And that was stored in an area that

the only people who would go in to remove that would have been either Juan or Jay?
A Yeah. It was behind the mixer.
Q Okay.
MR. O'CONNOR: We've lost audio.
Okay, now you're back on.
A Probably about -- they're located probably 15 feet behind the mixer, maybe 20.
Q Okay. But that's not an area that you would have gone to except to throw out the trash, correct?
A Yes.
Q And that was only an area that would have been accessed by Jay or by Juan to bring the materials out of, correct?
MR. SNYDER: Object to form.
A There wasn't anything roped off or any cones for a pathway or anything like that, so -- I mean, it wasn't just strictly for them, you know, it was just --
Q Okay. But this is where LaFace stored its materials, correct?
A Yes.
Q Okay.

*S. ATKINSON - O'CONNOR*

A Yeah.

Q Now, when it comes to materials, the materials that you used on the work site were all supplied by C&D LaFace; is that correct?

A Yeah, they come in on trucks from whoever makes it, you know, maybe Northern, but yeah, they were supplied from C&D, you know, they -- they obviously bought it to --

Q Okay. When C&D LaFace bid on this job, as far as you know, they were going to supply all the materials; is that correct?

MR. SNYDER: Object to form. Go ahead.

A Yes.

Q Okay. And the equipment that was being used by you, the scaffolding, the forklifts, any of your hand tools and everything else, were those all supplied by C&D LaFace?

A My tools I bought. I never drove a forklift on that job, but yeah, everything, as far as I know, that we used, C&D LaFace would have to supply.

Q Now, when it came to supervision on the site, you were instructed only by C&D LaFace

co-employees, like your foreman or, you know, other C&D LaFace employees; is that correct?
MR. SNYDER: Object to form. Go ahead.
A I'm sorry, what was that again now?
Q I said when it came to actually performing your work, your supervisor told you what to do?
A Yes.
Q He told you what areas to work on?
A Yes.
Q Now, you're a professional mason, so you know what was entailed in the job that you were doing?
A Of course.
Q You didn't require any instruction on how to lay block?
A No. No. It's something you learn.
Q Okay. So you were a skilled mason?
A Yes.
Q And you didn't require on-the-job instruction on how to do your job?
MR. SNYDER: Object to form.
A No, no, no, no, I didn't.
Q Okay. And when it came to actual

supervision of your work, that was done by -- by Jay; is that correct?

A Besides the fact that the -- when I first -- when we first started the job, the GC said he wanted a clean job site. He stressed that he wanted a clean job site.

Q Okay.

A But that was -- that -- besides that instruction from him, that was -- everything else came from C&D. Oh, he also said no radios.

Q Okay. So that -- when you say that, when you started the job site, that was back in September; is that correct?

A Yep. Yep.

Q And that was at a meeting of all the C&D LaFace employees?

A It was not all of us, because we only had -- we didn't have a full crew there yet, it was the first day, but he wanted to stress his point, because Jay was there, too, to tell everybody, you know, these are my expectations, and this is what I would like you guys to do and try to help do.

Q And that was to keep the job site clean, correct?

*S. ATKINSON - O'CONNOR*

A Yes.
Q And that was the only instruction he gave you was to keep the job site clean?
A That and he didn't want radios.
Q Okay. And did he tell you why he didn't want radios?
A Because you can't really hear of what's going on if you got a radio blasting in your face.
Q So -- now, when it came to any safety equipment that you needed, that was provided by C&D LaFace?
A Yes.
Q And you said that some of your tools were your own tools. Were those the hand tools that you used?
A Oh, yeah, they were all my own tools, my hand tools, and those -- those you have to buy yourself. They don't supply those.
Q Okay. And what tools did you supply to the job site?
A My levels, my trowels, my jointers to strike, you know, the joints with, to make the grooves in the blocks, like the head joints and the bed joints, that's a jointer, striker, there's

different terms for them. A chalk line for layout, tape measures. Just anything that I would need -- a string line, anything that I would need to perform my job adequately, I had to supply for myself.
Q Okay. And when it came to safety equipment, such as goggles and hardhats, were those supplied by LaFace or did you have your own?
A I bought my own. I had my own hardhat. Safety glasses, they usually gave those to you, along with respirators if you were cut -- making cuts --
Q Okay.
A -- whatever.
Q And when you say they, you mean C&D LaFace, correct?
A Yes. Yes, C&D LaFace, yes. Sorry.
Q Okay. Now, did you receive -- other than the initial instructions of keeping the job site clean and no radio, did you receive any job site instructions by anyone else other than employees of C&D LaFace?
A No.
Q Okay. Now, I just want to focus on the accident. You said that you heard the forklift

start up and that's loud?

A It was already running, but when -- like I said, to have it rev up for a diesel, you step on the gas, you can hear them rev up.

Q Okay.

A That's why, like I said, I looked in the direction where I knew a forklift was.

Q Okay. Where -- where was Jay's forklift in relation to Juan's forklift?

A I had not seen Jay's forklift before, prior to throwing out the garbage, so by the time I was -- by the time I went up and asked Juan to throw out the garbage, by the time I looked right, then I looked left, and it was that -- ass end of that was already swinging around.

Q Now, had you ever been in that area before the accident occurred?

A Yeah, that's where -- it was just like the side of the building where you just walk through to get to the scaffold. That was on -- that was around the backside.

Q Okay. And what distance was that from where the accident actually occurred?

A The scaffold to where the accident

occurred, probably about 200 feet.

Q Okay. And do you know the dimensions of these forklifts, you know, how wide by how long?

MR. SNYDER: Object to form. Go ahead.

A I would say they're at least 15 feet long and probably eight feet wide, maybe more.

Q Okay. Because you faded out for a second, did you say eight feet long by eight feet wide?

A No, I said about 15 feet long, I would say. I have never measured one, but -- and about -- the -- the base of them, like the width, probably eight feet from -- from the outside tire to outside tire.

Q Okay. Do you know if there was anybody who was acting as a spotter when these things were in operation?

A No. If there was, then I wouldn't be here.

Q Okay. And how about -- do you know if the forks were up or down at the time of your accident?

A They were --

Q I'm looking for your -- I'm looking for your recollection, not what somebody told you.

A Oh, they were definitely down.

Q And you have a recollection of that?

A Well, yeah, because they're not -- well, like if the forks are up in the air, Jay probably would have seen me, because he -- 'cause there was a blind spot, 'cause the -- 'cause the boom of the lift is down.

Because I guess OSHA came a couple days before that and told him that he couldn't drive with it -- with the -- the boom of it up a little bit so he could see to the right side. So you're pretty much blind on your right side if that boom's down and you can't see anything, so.

And the way the butt -- the butt end -- the rear end of the forklift hit me, your forks aren't going to be up in the air if you're swinging that lift around like that. I mean, that would just -- it would throw it all off kilter, you know what I mean?

Q Yes. Okay. Now, have you always known that when the forks are down that there's going to be a blind side for an operator?

A Oh, yeah. I mean, yeah, if the -- if the boom's down, I mean, you can't see anything. It

blocks -- it totally blocks your view on the right side.

And I -- no one -- no one told anybody that OSHA came and said, you know -- I guess they told Brian that, you know, they didn't want them driving with the boom up, I mean even a little bit, to see what's on the right side of you, which doesn't make any sense to me.

Q Okay.

A And I -- and then he -- I guess he passed the message down to Jay, and that's what -- that was Jay's whole excuse of why he couldn't see me.

Q Okay. And when you say Brian, who is Brian?

A I'm pretty sure that's his name. Brian, the general -- the -- EDC's guy that they had running the site, one of the few people that came to see me in the hospital.

Q Okay. Do you know Brian's last name?

A No, I don't.

Q And he was employed by Eilerson?

A EDC.

Q And when he went to visit you in the hospital, what did you two talk about?

A He just said he was really sorry for what happened, and he couldn't believe that it happened, and he -- he really looked sincere about it. And I said, you know -- I told him, I'm -- I don't -- I didn't know what to say, you know. It's just -- you know, I thanked him for coming to see me. I think he felt really bad about what happened.

Q Okay. Did you talk about how the accident happened?

A No, we didn't really get into it.

Q Okay. But he did mention that OSHA had been there some days before and that he passed on the OSHA instruction to --

A I don't -- oh, go ahead.

Q -- he passed on the OSHA instructions to the forklift operators, Jay and Juan?

A No, that's what Jay told me.

Q Okay.

A I don't recall Brian ever saying anything about that to me.

Q Okay. Do you know if Jay had a conversation directly with the OSHA inspector -- inspectors?

A I don't know.

*S. ATKINSON - O'CONNOR*

Q Now, you said you were transported to the hospital by ambulance to Upstate?

A Yes.

Q Okay. And you were there for four days?

A Before the phone calls. I was there for seven weeks.

Q Okay. Well, that's why I was a little confused, because I thought you said you were there for four days, and I've looked at your medical records --

A Oh.

Q -- and I knew you were there longer than that.

A Oh, yeah.

Q But when you -- when you were triaged by the ambulance, by the EMTs that showed up, were you given anything for pain at the scene?

A They gave me -- they shot -- they gave me a shot of something. I don't know what they gave me.

Q And what kind of effect did that have on you?

A Very little. I mean, it took the edge off a little bit, but I mean, I was -- I was crushed.

My whole body was crushed. There was really nothing -- I don't think anything could really touch that pain.

Q Okay. And you were transported to the emergency room at Upstate?

A I don't -- yeah, I believe so. I -- I was in a room. I wasn't -- yeah.

Q Okay.

A Like you said, triaged, whatever. Yeah.

Q Okay. And while you were in that room, what happened?

A I was laying there. I -- my -- Giovanni got ahold of me. I don't know if I called him or if he called me. They asked if he could -- he asked if he could stop. I said, of course, you know, I -- me and him got along really well.

And he got there before my wife, because my wife worked in Waterloo, teaching at the time, and he -- you know, he said he -- you know, he looked pretty devastated about what happened and told me, you know, anything I can do for you and your family, and then not even -- he didn't even text me, he didn't call me, never heard from him again.

*S. ATKINSON - O'CONNOR*

Q How long did he stay when he -- when he was at the hospital?

A I don't know, maybe five, ten minutes maybe.

Q Was he there at the same time your wife was there?

A No. He left before my wife got there.

Q Okay. Did he say anything about the accident or how it occurred?

A No.

Q Did you say anything to him about the accident or how it occurred?

A No. I just -- I told him the forklift hit me and -- you know, I just -- I was in so much pain. I didn't have anything going through my mind besides my family and just the path I was about to embark.

Q Okay. Did you -- did you contact John or did he call you?

A I don't know if I called him. I think -- I don't -- I can't remember if I called him or if he called me. I think I called him.

Q Okay. And when we talk about John, we're talking about --

A Giovanni.

*S. ATKINSON - O'CONNOR*

Q Giovanni LaFace, correct?

A Right. Yes.

Q Okay. And while you were there, before your wife arrived, what happened medically, were you examined, were you x-rayed?

A Not before my wife showed up, no. They took me for x-rays after my wife showed up, so it was probably, you know, over an hour before.

Q Did they do anything, such as test your reflexes, start an IV, provide more pain medication?

A I don't think they started an IV, no. They probably provided more pain meds, but no, I wasn't hooked up to anything. They -- after x-rays -- I mean, I couldn't even be rolled over. Like, they moved me over one time, it just felt like every bone in my body was breaking, crushed, just cracking. I -- 'cause my wife didn't go to the x-rays because she was busy pumping her breasts because of the boys and -- yeah, I was just -- sorry.

THE COURT REPORTER: Can I take a break for a minute?

MR. O'CONNOR: Absolutely.

(Whereupon, a short recess was

taken.)

BY MR. O'CONNOR: (Cont.)

Q Now, what tests or what radiographic studies, MRIs, CT scans, do you recall undergoing that first day you were in the hospital?

A After my x-rays, I went back to the triage. I had -- some orthopedic residents came in. I believe they were residents anyways. They were poking and prodding me. And my -- my wife even recalls them sticking like a long Q-tip, like this -- can you see me?

Q Yes. Roughly, can you estimate that Q-tip, about a foot long?

A No, probably -- about six to eight inches probably. She said they stuck it like three-quarters of the way through my side where I had a gaping hole in me from the tire.

Then I -- I tried to pee and nothing but blood came out and -- so they sent me up for a CT scan and my -- my urethra was completely severed. So they shot me with dye -- they shot me with dye to see where it was severed. At that point my bladder felt like it was going to explode.

And they got me up to a room on the eighth

floor, I believe, and I was just -- I was basically screaming in pain from my bladder at that point. So they -- while I was in the room, they literally cut a hole in my stomach above my pubic bone and shoved a tube down to try to pierce my bladder, but they missed, and to make sure that they missed, they sent me up for another scan to tell them that they missed.

And then I went back to that room and they were able to poke that tube through my bladder, and just the pure pressure coming off, I was screaming in pain and it just felt like someone -- someone was shoving something huge up my rectum from all that pressure, and I still -- I -- talk about the worst imaginable pain to be in.

Q At that point were you able to empty your bladder?

A Yeah, yeah, yeah, through the tube out of my stomach. And that had to be in my stomach for six months after, until the scar tissue was able to go down, but that's -- that's at a later point. They pretty much left me alone for the night after that.

And they weren't able to get me in for

surgery until the afternoon the next day, and that was just for my pelvis, my foot -- or my ankle and my -- my toes. They also had to put a pin through my ring toe, because it was just mangled and -- to straighten it out again.

I begged and pleaded for them to knock me out before they even put me on the operating table, because I couldn't -- I couldn't roll over. They just -- my whole body was just -- every time I tried to roll over, just -- I can still hear my bones cracking.

Q Now --

A So they put me under before they moved me on the operating table. You were going to say something?

Q No, no, I -- I interrupted you.

A Okay.

Q Let me just -- let me just go back. Now, before they did surgery, they moved you into the operating room and they put you under a general before they moved you onto the operating table itself?

A Correct.

Q Okay. And during the time before surgery,

*S. ATKINSON - O'CONNOR*

you had a tube inserted into your bladder, and was that used to drain bladder -- or to drain urine from your bladder?

A Yes. Yes.

Q Okay. Was it hooked up to a bag of some sort?

A Oh, yeah, a catheter bag, yep.

Q And during that evening and the night from the day this accident happened from the -- from November 5th through November 6th, did you sleep at all?

A I tried. I really couldn't. I was in so much pain. Anytime -- 'cause I had to hit a button for any pain meds that I was on, and I would like doze off for like a minute and then I'd just wake right back up.

My wife was with me that night, so I had her -- I know she wasn't supposed to, but I needed to get a little bit -- try to sleep, so she was sitting next to me pressing the button every time it went green.

Q Okay. So they had you on some kind of pain drip that was time sensitive so that --

A Yeah.

Q Let me just finish. So that -- you're doing fine, Mr. Atkinson. This is -- you know, you're doing fine. Don't -- don't get upset or anything.

So anytime that a certain period of time passed, it would flash a green signal, meaning that you could hit the button and it would dispense more pain medication?

A Yes.

Q And while you were asleep, if that green light came on, your wife would hit the button --

A Yes.

Q -- so that you could stay asleep?

A Yep.

Q Okay. And then you said that surgery was the following afternoon; is that correct?

A Yes.

Q Mr. Atkinson, would you like to take five minutes?

A No.

Q Okay.

A I'm okay.

Q Now, how did the medication that you were provided that first evening into night and the

*S. ATKINSON - O'CONNOR*

following day help with your pain?

A I didn't -- it got me out of pain. I was -- it was not fully, but -- you know, enough to -- enough to at least not make it over like -- what's the word? I'm sorry, I'm --

Q Were you able to -- were you able to handle what was left of the pain?

MR. O'CONNOR: I think we're frozen again.

(Whereupon, the requested portion of testimony was read back by the court reporter.)

A Yeah. Yeah. I had to -- yeah, they said with that -- I don't -- I don't really know how it works, but -- you know, when you press that button, it only -- it doesn't last that long for pain relief. That's why they -- they gave me that, but they said it would work better for me right now because it -- it was like instant pain relief anytime you pressed that button, instead of having to wait for -- if they gave me a pill to take or something like that, they said that it was just -- it would just be more instant instead of having to wait for relief. That's why they wanted me to have

that.

Q Now, Mr. Atkinson, they took you into surgery the following afternoon?

A Yes.

Q And your -- what's your understanding of what was -- what surgery was performed on you that afternoon, on the 6th of November?

A Orthopedic just for my foot, my ankle, pretty sure, and my pelvis.

Q Now, which foot, your left or your right?

A My left.

Q And are you left- or right-handed?

A Right-handed.

Q And it was also your left ankle?

A Yep.

Q And the left side of your pelvis?

A It was the front side, both right and left, and my backside on my right. That was all broken in three spots.

Q Okay. Now, let's start with your foot. You said that they had to insert some kind of pin into your ring toe, is that -- is that how you referred to it?

A Yeah, I'm sorry, I don't know what -- I

don't know what, you know -- as what I put on my ring finger, I just refer to my ring toe.

Q And that's why I asked, just to -- just to make sure that we're both talking about the same toe. Is that pin still in your foot?

A Oh, no, no, that was -- they left that in there for six weeks.

Q Okay. Do you have flexibility in that toe?

A Not much.

Q Do you have -- if you can describe the limitation of that toe for me, what -- what's limited on it, do you have -- are you able to flex your toe?

A Yeah, I'd say so. I'm doing it right now.

Q I know you're doing it right now inside your shoe, probably, just to see if you can.

How about your ankle, what's your understanding of the surgery that they performed on your ankle?

A I don't know. They never really got into it with me about that, like they -- they said on my paperwork, my ankle. So they put a cast up my leg. They put it up to -- yeah, I'd say right below --

was it below the knee? Yeah, it was below my knee. Yeah, it ended below my knee.
Q Okay. Now, what else did they do, as far as you know, to your left foot surgically?
A Just the -- I think they reset my bones in it, and they had a cast -- then they put the pin in it, then they had a cast covering my whole foot up to my -- below my kneecap.
Q Okay. And how about your pelvis, what was done to your pelvic area?
A They weren't able to pin together my front, so I had an asphyxiator across my whole mid-section where my pelvis is, and then they put two screws on the backside of my right hip.
Q Now, the device that you referred to as an asphyxiator, did that restrict the motion of your pelvis and set it so that the bones could heal?
A Oh -- oh, yeah, I couldn't even sit up.
Q Okay.
A I mean, I just -- it was just -- I couldn't really move at all.
Q Okay. But do you know if the purpose of that asphyxiator was to maintain the pelvis in a stationary position so that the bones could heal?

*S. ATKINSON - O'CONNOR*

A Yes.

Q And how long were you in the asphyxiator?

A Six weeks.

Q Now, were you in bed for that six-week period or were you able to get up and out of bed?

A Just to go to physical therapy in the hospital.

Q Okay.

A It took me about three weeks just to be able to sit in a wheelchair.

Q Okay. Did they -- did they try to get you into a wheelchair sooner or were you just in bed for three entire weeks?

A They tried to get me in it sooner. Every day I just tried to work as hard as I could just to get myself to the edge of the bed and -- you know, I -- I really -- I really tried hard, and I was able to get in a wheelchair. It was either that or be shipped to a rehab -- a rehabilitation place like -- and I didn't want to go there.

Q Okay.

A I would have better odds at the hospital.

Q Did you work with the physical therapists that were on staff at the hospital?

A Yes.

Q Now, during the first three weeks, before you were able to get into a wheelchair, first of all, did you have any further surgeries during that three-week period?

A Yes, I did.

Q What surgeries did you have?

A I had a skin graft taken off my right thigh and put on my side where the hole was to try to help it heal, because it wasn't healing after two weeks. And they were pretty concerned about it, so they ended up getting me in for a surgery because they said they had to treat it like a burn. So that was the skin graft surgery.

And also I think -- I don't know if it was before I went to physical therapy, but they had to put a bigger tube in my stomach also for my tract, to make the tract going from my stomach to my bladder bigger, because they had to step it up like two times before I could actually have -- when I would -- when I did get sent home, so I can just switch it out at the urologist's once a month, but I know we're --

Q Okay. Just so I understand -- first of

all, how big was the graft site on your right side, how big of a piece of skin did they remove?

A Like eight by six inches.

Q And do you have a scar there?

A Oh, yeah. So I have a hole. It's indented.

Q Okay. And what kind of followup care did you have following the skin graft?

A I had a wound VAC placed on it to pump blood up to it to try to get it to heal faster, but they only left it on for a couple of days and they -- when they did that, they were just trying to redo the dressings on it every day.

But it ended up turning into gangrene on my side, and they had to cut off the dead cells and place me back on a wound VAC. I was on a wound VAC probably for about six weeks.

Q Okay. Did there come a time where that surgical -- and we're talking about where the skin was grafted to where they put the wound VAC, correct?

A Yes. Yes.

Q And did there come a time -- why don't we --

*S. ATKINSON - O'CONNOR*

MR. O'CONNOR: Before you say anything, why don't I just put something on the record. I think we're skipping back and forth because of a bad internet connection, so I'm going to reask a couple of questions, if you don't mind, okay.

THE WITNESS: Okay. Uh-huh.

Q So you were on a skin VAC for roughly six weeks following your grafting surgery?

A A wound VAC, yes.

Q Okay. And did there come a time after that six weeks where the skin VAC was discontinued?

A Yes. When there was proper granulation, and then after -- I think his name is Dr. King who did my graft, also the nurse that came to my house, she -- she took care of it the rest of the way.

Q Okay. And she was from the Visiting Nurse's Association, correct?

A VNA, yeah.

Q Okay. So -- and did that surgical site where the skin graft occurred eventually heal without any problems?

MR. SNYDER: Object to form.

A Well, I wouldn't say without any problems.

It healed. It closed up. I still have problems, but yeah, it closed up.

Q Okay. But in the meantime, you had to have some surgery to remove some necrotic tissue at that site?

A Before -- before I left the hospital, yes, when they had to put the wound VAC back on, when I was down at two north for physical therapy.

Q Okay. And was one of the responsibilities of the visiting nurse to check that site to make sure that it was healing and that it did not become infected?

A Yes.

Q Okay. And once the wound VAC was removed, did you have any further problems with infection or granulation or anything in the healing process?

A No, because the nurse took care of it.

Q Okay. And while she was there, would she change the dressing every day for six weeks or did it become unnecessary?

A She changed the dressing every time she came. I think she came twice a week after that, two or three times. I think she was down to twice a week.

Q Okay.
A And then after -- after it was scabbed over, she was able to release me from her duties.
Q Okay. Now, how long did you have the services of the visiting nurses following your discharge from the hospital?
A I'd say -- I'd say at least until the end of February, maybe, of 2016 --
Q Okay.
A -- but then I had the physical therapist coming over through March.
Q Now, to go back to the surgeries that you had in the hospital, you said that you were in the asphyxiator for approximately six weeks. When that was discontinued, was anything put in its place?
A Yeah, I couldn't -- they still had me put no pressure on my -- on my right leg. And my left leg, I couldn't even move at that point, so I was still on crutches for six -- crutches -- walker and then crutches six weeks after I was released from the hospital.
Q Okay. Now, did we cover all your surgeries, the skin graft, up until the point you were discharged from the hospital? I know you've

had --

A No.

Q -- them since -- since your discharge. I'm sorry, go ahead.

A I -- in January of 2016, I still had to go back so they could put that tube in my stomach to make it to the size of where it needed to be, to where I could change it out at the urologist's once a month, so that was -- I was there for that surgery. And then --

Q Okay. Can I just interrupt for a second. When you say that tube in your stomach, you mean in your abdomen, that the tube actually went into your bladder, correct?

A Yes. Yes, the tract --

Q Okay. It didn't go into your stomach at all, but it's in that area?

A Well, yeah, my -- above my pubic bone, yeah, it went into my bladder.

Q Okay. I just want to make that clear, like I said, in case somebody else reads this.

A Oh, no, I appreciate that.

Q Okay. So that was done in January of 2016, correct?

*S. ATKINSON - O'CONNOR*

A Yes.

Q Okay. And at that point you had been discharged from the hospital and were at home, but you had to go back for that procedure?

A Yes.

Q Was that a same-day procedure, where you were in and out of the hospital that same day?

A Yes.

Q Okay. Now, to return to the physical therapy that you received in the hospital following the surgery on your foot, ankle, and pelvis, you said that you received some services while you were still in bed. They tried to help you so that you could sit up and, you know, move around more easily; is that correct?

A Yep, tried.

Q Yeah. And -- and that was for about three weeks until they could put you in a wheelchair?

A Yes.

Q Okay. And then after three weeks of that type of physical therapy, you received physical therapy in another location in the hospital that you accessed by wheelchair?

A Yeah, I was sent down to the second floor

of the hospital, two north, and I remained there for another four weeks because I -- I had too much gear to my -- apparatus, whatever you want to call it, on me to even be sent home to try to care for myself.

Q Okay.

A So they made me stay there for another four weeks.

Q Okay. Was that referred to -- two north, is that also a rehab unit?

A Yes. Yes.

Q Okay. So you were transferred from a regular hospital room into their -- into the section where they do physical rehabilitation?

A Yes.

Q You were there for four weeks?

A Yes.

Q Okay. And while you were in -- initially when you went down, by my calculation, you still had the foot and leg, up until just the bottom of your knee, cast on, correct?

A Yes.

Q And you still had the asphyxiator?

A Yes.

Q And you still had the dressing over the

wound where the skin graft occurred, correct?
A Yes. No wound VAC at that point.
Q Okay. And you still had the catheter-type system that was in your abdomen to a catheter bag, correct?
A Yes.
Q Okay. Now, how long before they removed the cast from your foot-ankle area?
A The same day they took my asphyxiator off.
Q Okay. So six weeks?
A Yep.
Q Okay. And at that point did the doctors tell you that the fractures had healed?
A They were in the process of healing. That's why I couldn't put any -- bear any weight on my right leg because both front and back part of my pelvis was broken. So he said it was still really green and it could chip or it can refracture, so I couldn't -- no weight-bearing on my -- my whole right leg.
And my left leg, like I said, it was completely dead. I couldn't even move it. So I was -- it was either -- and I had the cast on there, too, so it was either hobble with a walker or use

crutches to step on my broken foot.

Q Okay. And during -- during your physical therapy sessions, after the asphyxiator and the cast were removed, what did they do for you during that period?

A Now what happened? Now what happened?

Q That period of time that followed the removal of the asphyxiator and your cast, you received physical therapy services in the hospital?

A That was -- they removed that like two days before I went home, so I had those the whole time for physical therapy.

Q Okay. Was there ever a time when you were in physical therapy in the hospital where they worked on you becoming weight-bearing?

A No, because I -- the doctor said I could bear no weight on there.

Q Okay. And when you were discharged home, were you discharged in a wheelchair or were you given crutches?

A They wheeled me out in a wheelchair. They gave me crutches, a walker, a commode, a shower chair, anything that would try to make my life easier at home. But I'm not a big fan of going to

the bathroom in the living room, so -- you know, I was reluctant to use the commode.

Q Okay. With -- with those assistive devices, were you able to function at home and receive the services through the visiting nurses and the physical therapy at home?

MR. SNYDER: Object to form. Go ahead.

A Well, I believe when I got discharged, my wife was on a two-week Christmas recess from school, so I had her there for two weeks, but between -- and it was really difficult, because between taking care of two six-month-old babies and me feeling like a third one, it was really hard. I tried my hardest to do what I could do.

I couldn't even -- I couldn't walk up the stairs to get to my bed. I -- I -- my bathroom downstairs, I got a half-bath downstairs, but it's kind of of like long and skinny, and I couldn't really get through there with a walker, so I used the crutches to get to point -- from point A to Point B at the house. And I basically just laid on the couch all day, 'cause I couldn't do anything. I couldn't get up. I couldn't bear any weight.

*S. ATKINSON - O'CONNOR*

Q Okay. Now --

A Just --

Q -- did you ever have to use the commode chair or were you able to use the half-bath after your discharge from the hospital?

A After my discharge, no. I said I wasn't going to the bathroom in the living room.

Q Okay. So you managed to be able to use the half-bath on the first floor, correct?

A Yes.

Q Were you asked if you wanted a hospital room temporarily -- or a hospital bed temporarily in your house?

A Yeah, they asked me if -- well, when they wanted to send me home, they told me -- well, workers' comp and the doctors, they were -- they -- comp wanted to know why that -- they had to keep me there, and they're like, well, we'll give him a hospital bed to go home with, but I just had too much care for anybody to take care of at home still and -- so I didn't have a hospital bed at my house or anything like that.

So they ended up keeping me there, 'cause the doctors told them he needs to stay, and it would

be better for him if -- to stay. There's too much stuff going on.

Q Okay. So just so I'm clear, your hospital stay was extended to the point where you didn't require the use of a hospital bed?

A No, no, I still required the use of a hospital bed, that's why they -- they said they would go -- they would send me home with a hospital bed if they thought that I would be able to take care of all the equipment, you know what I mean, so. I couldn't, and the doctors told them that, so they kept me at the hospital until I got my asphyxiator and my cast off, where I was more manageable.

Q Okay. That's -- that's the point I was asking you was, that your hospital stay was extended until you were able to return home without requiring a hospital bed?

A Yes.

Q And do you know how many days or weeks that was extended by?

A I think two weeks --

Q Okay.

A -- because I had two weeks left on my asphyxiator and my cast.

Q Okay. And then when you returned home, I assume you used your living room sofa as your bedroom?

A Yeah. Yep, 'cause I had so much swelling in my left leg. I literally laid on my couch for about two months with my leg draped over the arm of the couch to try to get my swelling down. And I would literally try flexing my thigh muscle as many times as I could and just work at it to try to get some sort of movement in it.

Q Uh-huh.

A And like I said, about two months went by and I was finally able to start getting to work it again.

Q Okay. But in the meantime, with the assistive devices, meaning your walker, you were able to use the half-bath on your first floor, correct?

A Yes. Yes.

Q And how about showering and personal hygiene?

A The first shower I took when I got home was on my birthday, [redacted], because that's all I wanted for my birthday, was to take a shower. So

I went up on my butt on the stairs and got -- sat in that shower chair and you know -- best birthday present I think I ever had.

But I -- I used to sit in a chair and -- they gave me this stuff to take home just to spray on a washcloth to clean myself up and gave me some shampoo shower caps that they had, and I would do that with the assistance of my wife, you know, helping me, but.

Q Okay. And that was --

A That's how I took care of my hygiene when I first got home.

Q Okay. And the things that you just mentioned, the shampoo cap and the lotion, those were used when you were unable to shower, correct?

A Yes. Yep.

Q So January 9th, you scooch up the stairs and take a real shower for the first time since the accident?

A I was determined, yes.

Q Now, after January 9th, were you able to continue to use the shower upstairs?

A Yeah, I found -- I found myself being able to scoot up on my butt worked for me --

Q Okay.
A -- until they told me I could put -- until they told me I could try to put -- weight-bear -- bearing weight on my right leg.
And like I said, at that point I still had no feeling in my left leg, so I took my arms behind me and put one -- one stair at a time and just got up -- got up there.
Q Okay. How many times a week did you shower those first few weeks after January 9th?
A Like every three or four days I'd scooch my butt up there, but then I started -- by the end -- say like after Super Bowl when I could start putting weight on my right leg, till I was able to kind of sleep in my bed.
Q So that was late January or early February?
A Yeah, early February.
Q Okay. And once you did that, were you able to go up and -- up the stairs and sleep in bed again?
A Yeah. Yes.
Q Now, when you got to the top of the stairs, would you use crutches or would you use your

walker to navigate the second floor of your house?

A I would -- I kept the walker upstairs, 'cause I didn't -- the bathroom isn't long and skinny like it is downstairs, so I used the crutches downstairs, left them at the bottom of the stairs, scoot my butt up, and I used the walker.

Q Okay. So if I have a -- if I have a mental picture that's correct, you would use your crutches and go over to the staircase, lean the crutches against the stair rail, sit down and scooch up the stairs, then once you got to the top, you would stand using the walker, and you would use the walker on the second floor?

A Yes.

Q And you were able to use the bathroom on the second floor for showering and other personal hygiene, brushing your teeth and stuff?

A Yes. Yes.

Q And then use your bedroom again?

A Yes.

Q What kind of clothes were you wearing at this time, were you wearing like what you're wearing now or --

A Oh, no, no, no. I still can't even wear a

belt to this day. I -- just pajama pants, anything -- 'cause I had that tube going in me, too, so anything that brushed up against -- you know, it's like --

Q Yeah.

A Anything that hit my tube would make my bladder -- not pulsate, but twitch kind of, you know what I mean, spasm -- spasm, that's the word I'm looking for.

Q Now, tell me about the followup care that you received for your -- your urinary problems. You said that before you left the hospital they -- or after you left the hospital in mid-January, they put a larger tube in?

A Right.

Q What -- what was done after you were discharged from the hospital following that -- that procedure?

A What was that now, what did they do until I went and got to that procedure?

Q No. What did they do after -- after that procedure was performed?

A The -- then the -- after that procedure was performed, the tract was wide enough to go get

it changed out at the urologist's once a month. So they could do it right at the urologist so I didn't have to go and be put under and have that done again and --

Q Okay. Was that a --

A -- you know.

Q Okay. Was that a painful procedure?

A Afterwards, yeah, 'cause, like I said, they put me under for that.

Q So that would be done once a month at the urologist's office?

A Yeah, but then they could just do it while I was awake and, you know, that just -- they want to see you once a month anyways --

Q Uh-huh.

A -- until they do surgery, so yeah, they would just switch it out once a month at the urologist so I wouldn't have to go to Upstate and keep doing what I was doing.

Q Okay. And was that changing the tube done to minimize any risk of infection?

A Oh, yeah. Yeah.

Q Okay. Did you ever develop any urinary tract or bladder infections because of the presence

of the tube?

A No.

Q And was there a time when the tube was eventually removed?

A What was that?

Q I said was there a time where the tube was eventually --

A Now you're breaking up.

Q Yeah, I -- was there a time where the tube was eventually removed?

A Not until -- like I said, not until after my urethroplasty, like I want to say after Memorial Day when it was fully removed.

Q Okay. When was -- we keep talking over each other, and it's more my fault than yours, so I apologize for that.

A Like I said, though, when they -- with the last procedure, when I was in the hospital to get that out, when they knocked me out, after, like that whole weekend, I couldn't even -- I couldn't even get -- sit up off the couch 'cause it hurt that much. Like, imagine someone just ramming -- you know what I mean, making a -- something wider just right -- it was just -- oh, that was -- that was

painful, so.

Q Okay.

A Because they had to wait six months for the scar tissue to go down to even do surgery for my urethra.

Q Okay. And what's your understanding of what they did during the urethroplasty, what did that entail?

A Well, from what I felt with my fingers after, they cut me from my scrotum -- from the bottom of my scrotum all the way to my rectum, and pretty much sewed a big knot in it to reconnect it. I don't -- thankfully it worked and just -- I don't know. I don't wish that on anybody. That is pretty devastating.

Q Okay. Now, the actual procedure was done under a general anesthetic?

A Oh, not the -- the urethroplasty or the -- general anesthetic, what do you mean by that?

Q That you were put out.

A Oh, yeah, yeah, yeah, I was definitely -- I was put out.

Q Yeah. And when you came to, what was done and what did you have to do?

*S. ATKINSON - O'CONNOR*

A After the surgery?

Q After the surgery.

A Well, after the surgery, they not only had the catheter going through my pubic bone, they had another catheter going through my penis, so -- but they capped off the one on my stomach to get the one -- because they had to keep that in for failsafe --

Q Uh-huh.

A -- so the tube, like I said, thankfully it was coming out where it should be coming out, and that was -- that -- that was a real painful surgery, I mean --

Q Okay. Now, that was -- was that done with any kind of anesthetic?

A Oh, yeah, yeah, yeah, you got -- yeah, you're put under for that. I mean, they're not going to cut you like that without --

Q No, I meant when they inserted the tube through your penis into your bladder.

A They did that all with the surgery. It was all -- you know what I mean, they didn't -- they put that in while they were doing the surgery, because -- yeah, you don't want to be awake for

that.

Q I understand. Now, how long did it take for you to heal following that surgery?

A Six weeks I was down. I couldn't even really get out of bed a whole week after. I couldn't even really stand. It was just -- the pressure from that, because it's -- like I said, it's -- it's right underneath you, so any -- every step you take, it's like bad.

Q Okay. During that -- during that first week, were you able to get out of bed and at least use the bathroom?

A Oh, yeah, yeah, but -- I mean, that was just to go number two, because I could still pee in a bag, you know.

Q Okay. And --

A I wasn't even -- I didn't even want to go number two for about a week because I didn't want to blow anything out. I'm sorry, man, it's just -- I got to find some sort of common sense in this, because it's just -- you know, it just -- it sucks, man.

Q Yeah, I bet. Now, with that, how long did it take before you returned to being able -- and

when I say void, what I'm saying is empty your bladder using your urethra through your penis, how long did it take before you were able to do that without a tube?

A After they removed the tube. I mean, they leave a tube in that because they test it at -- when they removed the tube six weeks -- or what was it, not six weeks, it was three weeks I believe I had the regular catheter in me, and when they removed it -- I mean, you're able to pee at that point, because it's already coming through, you know what I mean?

Q Uh-huh.

A They -- they test your flow. They have you pee when -- when they take it out of you.

And he still didn't like how weak my flow was, so he ended up leaving the suprapubic catheter in, just capped off, though, just in case something went wrong. Like I said, they left that in until I think early June in 2016, where I was able to pee after they used -- after they removed my tube. I was like a -- I was like a kid on Christmas, you know.

Q Okay. So just so I'm clear, after your

appointment sometime in early June of 2016, the catheter had already been -- or the catheter that went through your penis into your bladder was removed and you were able to urinate normally?

A Yeah.

Q Okay.

A Yeah, but like I said, he didn't like how weak my flow was, so he did keep the suprapubic in for another three weeks.

Q Okay. And did there come a time -- you anticipated my question, but did there come a time when he was satisfied with your urinary stream and removed the suprapubic catheter?

A Yeah, that -- like in early June, when they removed it, because it kept spasming. And I told them, maybe that was why it was week. I mean, I had to even take -- I forgot what medication it was for my bladder to stop it from spasming all the time, but I --

That was another big issue in the hospital, too, is from my bladder just spasming constantly. I had -- I don't know what was going on, because I was in so much pain from my bladder, and -- so I think it was oxybutynin they prescribed

me for bladder spasms, because I was screaming in pain in the hospital. My wife had to call -- she was at work. She knew something was wrong with me. And they finally sent someone in my room to see what was going on, and they said I think it's -- I think it's this. I'm like, well, I've been telling you guys something's wrong for a while now and -- you know, finally taken my wife to call for you guys to even do anything, but they -- like I said, with that medication, it was able to take away some of that pain from the spasms.

And I told them -- and he thought that medication -- 'cause I was still taking it because I still had the suprapubic catheter in me, he told me that might -- that medication is probably making your flow weak, too. And then -- because you have to retrain your bladder after all this, too, it just --

So finally after -- six weeks after my urethroplasty, I told him I had enough of it in my stomach and, you know, let's try it, and he agreed with me and said okay, and it was -- it started -- my flow was gradually getting better, so.

Q Okay. Now, what type of procedure did

they use to remove the pubic catheter?
A They just -- they just pull it out of you. They deflate the ball that's inside of it, that's in your stomach, because there's like a little ball that keeps it from like, if you bump into something, from pulling out of you.
Q Yeah.
A So they just deflate that and then they're able to pull it out of you.
Q Okay. Now, during this -- during this time, were you also receiving physical therapy?
A No. No. They couldn't because I wasn't able to lift anything or do anything for six weeks after, he said. He said if you try to pick up anything, he goes something's going to drop out from down below. So I -- you know, he -- heck of a guy, though, Dr. Nikolavsky.
Q Now, Mr. Atkinson, after the six weeks passed following your surgery, did you resume physical therapy?
A After the six weeks, I think I started physical therapy again, say, mid-June maybe. Not right in the beginning of June, but I'd say, you know, a week or two after --

Q Okay.
A -- it was out of me.
Q Okay. And we're talking about mid-June 2016, correct?
A Yes.
Q Okay. And did you go to a physical therapy center?
A Yes. I went to PROActive Physical Therapy.
Q And what did they -- what did they work on at PROActive?
A Just trying to stretch me out and trying to get some sort of mobility regained in me. I did their -- I used to do their bike, there -- you know what I mean, just an exercise bike basically.
Q A stationary bike?
A Yeah, a stationary bike. Step up on -- on a step, you know, sit up out of a chair, sit back down, sit up, you know what I mean, just repetitive, try to, anyways.
Q Okay.
A I tried doing everything I had.
Q Okay. So how long did you attend physical therapy at PROActive?

*S. ATKINSON - O'CONNOR*

A The first stint of physical therapy, I think -- well, it began in June and ended I think in August of '16. I'm pretty sure it was August.

And then something happened with comp. They didn't want to pay for it anymore, but -- so I had to quit doing it. I think they finally accepted me back late October of 2016, and I believe that -- I believe that one was like only eight weeks. So I think right before Christmas I was done with them, because they wouldn't -- I -- they wouldn't pay for it anymore.

MR. SNYDER: Can we take a break?

Q Have you received physical therapy services anywhere else other than PROActive since the accident? And that's excluding the hospital and what you received at home.

A No, that was the only physical therapy I've gone to outside of hospital and home.

Q Okay. Have you undergone any kind of occupational therapy?

A Just when I was in the hospital.

Q And what did they work on while you were in the hospital?

A Cleaning myself up, putting socks --

trying to put socks on. They gave me like a -- kind of like a strap where you put the sock on it and then you can pull it up and it comes out -- kind of like a shoehorn, but for a sock.

Q Uh-huh.

A And then I couldn't wear pants the whole time I was at the hospital, so I only had a gown on the whole time. Yeah, that's pretty much all they could do with me.

Q Okay. Now, while you were in the hospital --

MR. SNYDER: Can we take a five-minute break?

MR. O'CONNOR: We can take a ten-minute break if you want.

(Whereupon, a short recess was taken.)

BY MR. O'CONNOR: (Cont.)

Q Mr. Atkinson, following your urethral surgery, have you had any other surgeries?

A No, but when I was also in the hospital, that didn't get operated on or anything or even touched, was my left shoulder blade, that had a fracture in it. I think the L4-L5 bones on my back

never were touched that were broken, and my coccyx tailbone that -- they -- nothing was -- nothing was addressed after they took the x-rays. They were just -- I don't know what they could really do for them, but -- because I had to lay on my back the whole time, but --

Q Okay.

A -- I just wanted to tell you that those were also other broken bones.

Q Okay. Now, with the left shoulder fracture, do you have problems with your left shoulder because of this?

A Oh, yeah. It always cramps up. I can't even lay on my chiropractor's table because they use a -- they do like the electrodes on you before you get cracked there, and I can't even lay on it. I have to sit in a chair, I can't even lay on his table, because my whole left shoulder just cramps up so bad that I just can't lay like that.

Q And who's your chiropractor?

A Dr. Cunningham.

Q Did you treat with Dr. Cunningham at any time before the accident?

A No, no. And I just started seeing him in

June, late June, I want to say.
Q Of this year?
A Yeah. Yep.
Q And why did you go to a chiropractor, what -- what were your issues.
A Just try to get some -- some sort of more relief that I am getting. My wife goes, and she says it helps her out, so she asked me if I wanted to go. I said, you know, it probably won't hurt to try it and, you know, it gives me a little bit of relief. I usually go in the morning, so what relief I do get from it, it will at least help me throughout the day.
Q Okay. And how often do you go to see Dr. Cunningham?
A I was going three times a week. Now it's only twice. And I think comp only does like 12 weeks for that, so I'll probably end up going -- I can't even put it on my insurance because it's a comp case, so.
Q Now, what -- what parts of your body does Dr. Cunningham work on?
A My back, my hips, and my neck.
Q And specifically what -- what part of your

back?

A He goes up and down my back. He cracks it in a few different spots in my shoulders, my lower back, and the middle of my back. It seems like the only part that cracks is the middle of my back.

Q Okay. And I think they call that an adjustment or a readjustment?

A Correct.

Q Does he do that throughout your entire spine from, say, your shoulders down?

A Yeah, and then does my neck, too.

Q Okay. And then how about your shoulder, does he attempt to crack your shoulder or readjust your shoulder?

A Yeah, yeah, he presses on it. Sometimes it cracks, sometimes it doesn't.

Q And is it one shoulder or both shoulders?

A It's pretty much both shoulders. I mean, the one is -- the one is, is the one I got fractured, but I'm always compensating for my other -- on my other hand for what I reach for and everything else, so. You know, I'm kind of robbing Peter to pay Paul, sort of deal.

Q So he works on both of your shoulders, but

the left shoulder was the one that was injured --
A Yes.
Q -- from the accident? Okay. And what does he do for your hips?
A He has me lay on my side, and then, you know, kind of positions me, like he puts one hand on one shoulder, the other hand on my leg, and kind of just cracks me, you know what I mean? Like can you see my hands?
Q Yep.
A Kind of just like cracks, you know -- just typically what a chiropractor does, I would assume.
Q Okay. Does that provide you with relief when he does that to your hip area?
A A little bit, but a little bit's better than nothing. I'll take what I can get when it comes to relief.
Q Okay.
MR. O'CONNOR: I don't think we have Dr. Cunningham's records, so I would ask for an authorization for Dr. Cunningham.
MR. SNYDER: I believe it's already been sent, Gerry, but yeah, we will make sure you get that.

MR. FRARY: Gerry, in that packet -- in that packet that had the videos that just got served --

MR. O'CONNOR: Okay.

MR. FRARY: -- there's an authorization in there.

MR. O'CONNOR: I think that just came in today's mail at our office, so I'll have to send that out.

Q Now, Mr. Cunningham -- or Mr. Atkinson, for the year of 2020, have you treated with any other physicians, any physicians that you hadn't treated with before, other than your chiropractor, Dr. Cunningham?

A No, I don't believe so. Just -- well, my -- so I haven't seen the urologist since last year, but -- 'cause I actually have two urologists now because I have a significant ED problem now, and Viagra and Cialis don't even touch me. I've taken 200 milligrams of Viagra and nothing.

So I have to actually inject my penis with a shot now. Fun. And, you know, any spontaneity with the sex life is out the window, especially, you know, you got to stick a needle in something you

don't want to stick a needle in.

Q Where do you make that -- or where do you place that injection?

A Right in my shaft.

Q And does that enable you to have an erection?

A Yeah. Yeah. That's the only thing that's worked.

Q I'm sorry, what was that?

A I said that's the only thing that's worked, because Nikolavsky, he can only prescribe Viagra and Cialis, so I had to actually go to another urologist, Dr. Trussell. And he saved my marriage in a way, you know, but it does -- it's not -- I'm not as limber as I used to be obviously, and it does cause some quite -- some good pain -- some pain. I say good pain, but -- I mean, it's still painful to make my wife happy, you know. I mean, it's just --

Q Okay. I hate to ask this, and I'm a little embarrassed to do it, but at the climax of the act, are you able to ejaculate?

A Yep. Yep.

Q And does the act --

*S. ATKINSON - O'CONNOR*

A The sensitivity isn't there like it used to be.
Q I was going to ask, does the act -- does it bring you as much pleasure as it used to?
A No.
Q Now, I don't -- I don't know whether you were planning on expanding your family because you have twins. Were you going to have -- were you planning on having more children?
A I really want a daughter, and ever since this happened, I mean, I was -- we went a year without -- over a year without even being able to do it, because I -- it was -- it took that long just to get in with Dr. Trussell.
And then work -- then I don't -- I can't work. I don't -- I'm not making the money I used to. And comp is -- did everything they could to try cutting me down. I was at 50 percent for a while, and we were -- just weren't financially secure and -- and I can't -- I can't bring a kid in the world without knowing that I can take care of them.
Q Now, Mr. Atkinson, tell me, are you able to drive a car now?
A Yes.

*S. ATKINSON - O'CONNOR*

Q And what type of vehicle do you drive?
A What?
Q What type of vehicle do you drive?
A A Mazda CX-9.
Q And is that the same type of vehicle you've always driven?
A No. I used to drive cars. So, I mean, I just -- I -- the last car that I did drive was a Chevy Cobalt and -- but that I can't -- I can't -- I can barely get in and out of a -- in the -- seats in cars are just really not comfortable for me.
So my wife suggested to -- 'cause she has like a crossover, and it was a lot easier for me to get in and out of --
Q Okay.
A -- to drive, so I -- so we leased this one or -- yeah, the last one to see if -- if I liked it enough to where we would buy it and it is -- it is a little bit more comfortable, so -- than having to sit in something that low to the ground.
Q Now, with the driving, do you have any restrictions -- medical restrictions for driving?
A I know my doctor doesn't really want me to drive, but I kind -- I have to get around, and

especially with my pain medication, I'm really not supposed to drive on that. So if I do go anywhere, you know, it's like up the road to the gas station or the corner store or to a doctor's appointment.
Q Okay. Now, what medications are you currently taking?
A I'm taking oxycodone and Oxycontin. One's a -- one's a -- what do you call it there, ER, extended -- extended relief, and one's an IR, instant relief there. And I take gabapentin for nerve pain. I take obviously stool softeners. I take pantoprazole for an indigestion -- like an ulcer. I would say an ulcer. That's what they -- typically that's what they give it to you for.
Q It's for heartburn relief?
A Yeah, just like -- a lot better than anything over the counter.
Q Okay. And anything else that you're taking?
A No. Besides the Caverject, the injection I take for -- I don't really want to repeat it, but -- you know.
Q Okay. And how often do you use the injection in an average week?

A Like once a month. Like -- and that's -- that's when my wife's not too tired from being ran down all the time and -- you know, just try to get some sort of relief between the both of us, 'cause we need it. It helps. You know, it causes -- it still helps.

Q Yeah. And, Mr. Atkinson, I'm not trying to embarrass you or anything else.

A No, it's -- you know, it -- it was really hard to talk about it, it was, and it's just -- I find it helps me a little bit talking about it because I can -- not keep it so bottled up, you know.

Q Uh-huh.

A So if I can help myself, there's one thing that does help me and that's talking about what's happened.

Q Okay. How often do you take your oxycodone?

A Every day.

Q What -- how many -- how many times a day, just once a day?

A No. I'm prescribed 50 milligrams a day. I have four of the instant relief pills I take and

then one of the extended release I usually take at night, but I have -- I mean, sleeping -- sleeping is almost out the window for me half the time. It's just tossing and turning. I got to get up, move around in the middle of the night, and frequently go to the bathroom, too, because rather than having it happen downstairs. My downstairs, not --

Q Yeah.

A -- you know. And it's just -- I feel like I'm 35 trapped in a 65-year-old body, you know. People ask me, you know -- you know, how -- how do you feel every day? I tell them, I feel like I've worked a 60-hour a week, every day I get up, laying block and brick. That's how my body feels every day.

Q And how about the gabapentin, how often do you take that?

A Three times a day. I -- you know, it makes me -- it makes me pretty drowsy, so I try to only take it -- if I need it during the day, I take it during the day, but I take that at night, too, and I just -- I -- I don't like -- I don't like feeling like a zombie, and I don't want my kids seeing me like that either.

*S. ATKINSON - O'CONNOR*

Q What else do you do for pain -- pain relief or to relax?

A Try to stretch. I -- when I have to -- I can only lay down for so long, so I can sit. I can only sit so long, I got to stand. I can only stand so long till it goes back -- you know, it's just full circle. Nauseous. I feel like I am trapped in a bad Groundhog's Day movie.

Q Okay. Now, what kind of activities did you engage in for recreation before the -- the accident?

A Well, I used to play -- I used to play sports any chance I could get. I went -- we used to go camping all the time in a tent. You know, I can't do that anymore. Now I can only kind of go glamping, if I get a cabin somewhere, you know.

Me and my wife, we used to go to the park all the time. We used to go for walks all the time. Just always being out doors. I love being outdoors. That's why I chose the profession where I could be outdoors. Just -- I just -- active. I was just always active. I was always doing something, whether it's fixing something around the house or -- I even like gardening, you know. I have a beautiful

backyard, you know. It's just -- it's some -- I got to have some sort of beauty in my life that I can just stare at, you know.

Q Yeah.

A I just --

Q Have you had to hire any services or anything else to maintain either your house or your yard that you wouldn't have before the accident?

A I have -- my wife, she does everything. We can't really afford a gardener or anybody to take care of the lawn. I try to do -- I try to help her out as much as my body possibly will allow me, because I'm sick of seeing her rundown all the time.

Q Now, how big is the lot that your house is situated on?

A Oh, it's not big. It's -- my -- I think the total, I want to say, is like -- like the total lot size, including the house, is like 5,000 square feet. I live right in Eastwood, so it's not like a huge property or anything.

Q And how old is your house?

A It was built in like 1906 or something like that.

Q So it's an older home?

A Yes.

Q Now, did you incur any out-of-pocket expenses as a result of this accident, you know, whether it's copays or prescription costs, or anything along those lines?

A Not being able to work is a pretty big out-of-pocket expense, but comp -- I am -- I mean, besides getting clothes for doing this testimony, because I don't dress in anything like this at all.

Q I was going to say, I noticed that's a Ralph Lauren shirt, and it's very nice, so.

A Thank you. My wife picked it out.

Q I was going to say, I knew she did. And that's no offense to you, but women usually do a better job on that, and that is about as much as I'm going to say on that subject.

Okay. But comp has paid for all of your medical expenses?

A Yes.

Q Okay. What are you receiving from comp now in way of wage replacement?

A After it all -- I pay $108.75 a week in child support, because I have a daughter that lives in Florida that I never get to go see, 'cause I

*S. ATKINSON - O'CONNOR*

can't afford it, but -- what was the question again? I'm sorry.

Q How much do you receive from comp?

A Oh. It's $842.22 every two weeks, when I was grossing 1,160 a week on a 40-hour week. So I have my -- I was making $29 an hour, just my flat rate. It's been a big setback. And then when they cut me down 50 percent, I was getting less than $200 -- or yeah, I was getting less than $400 every two weeks.

Q Okay. And does comp pay your child support directly?

A Yes. Yeah, it's taken out of the check they already give -- they send to me.

Q Okay. What's the name and age of the child down in Florida?

A Her name is Aurora Lily Fox, and she just turned 13 August 12th.

Q Prior to the accident, how often would you see her?

A I try to make it a couple times a year. I'd say -- it's really tough having a child across the country, and my baby's -- I refer to her as my baby's mother, and she has shown absolutely no mercy

on her part towards me. She -- she -- she won't even meet me halfway, put it that way.

Q Has Aurora ever been to your home in Central New York?

A There's always some excuse why she can't come up.

Q Okay. Now, what is the name of Aurora's mother?

A Lacey Nicole Fox. I -- I try getting her up here every year, every year.

Q Okay. And she hasn't been up since your accident and you've been unable to --

A She's never been. She's never been up here. I mean, only when it's convenient for her mother. Say like she's got like a cousin's wedding -- 'cause she used to live -- she was from like Cortland area, her family is, so. Like she came up for her cousin's marriage and she basically -- even refused to have her come to my house for a couple of hours. I had to go meet her somewhere. It's just -- I -- it's ridiculous.

Q Okay. Mr. Atkinson, have you ever been convicted of a crime?

A Not any felonies. I -- no.

*S. ATKINSON - O'CONNOR*

Q How about any misdemeanors?

A I got -- I had a DWAI back in my early 20s. I -- I got a -- one when I was 20, and I had one when I was 22, then I haven't -- learned my lesson after the second one, put it that way. Like I said, young, stupid, you know.

Q Have you been to Florida since this accident happened?

A Yes, I -- I went down to surprise her for her -- her 11th birthday. She didn't know I was coming and -- because I had to see her. I mean, it sucks. You can only take so much.

Q Okay. And what part of Florida does she life in?

A Melbourne. Oh, she did live in Melbourne. She lives in Satellite Beach now. Her mom's constantly moving her around. Yeah, it's like they get -- they -- they move like -- it seems like every year or two there, they got -- they're someplace else.

Q And did you only go down the once or have you been down more than once since the accident?

A Just the once.

Q How about any other trips or family

vacation since the accident, have you been anywhere?

A We went to Pittsburgh for a couple nights, 'cause my -- me and my wife are really big football fans, and her team's the Ravens and mine's the Steelers, so it's kind of -- you know, who's sleeping on the couch tonight type of deal, you know.

Q You're talking to a Bills fan, you're both sleeping on the couch.

A That was really nice. And then -- like this year with COVID, the -- 'cause my kids, they need to get out of the house, you know, and -- for five-year-olds, I just -- we -- like I said, we've gone glamping a couple times and -- you know, it's just -- it means everything to put a smile on their face, so.

Q Now, where do you -- where do you go when you go glamping?

A We went to Medina last time at the KOA, and then we went up to Old Forge Camping Resort. There used to be a KOA there, but now it's just like Old Forge Camping Resort.

Q And do you rent like trailers that are available to rent?

A A cottage.

Q Now, when you were glamping in -- at either Old Forge or Medina, were you able to swim and engage in like some water sports?

A Oh, I can swim in a pool. That actually -- that actually -- it doesn't -- it doesn't cause much pain 'cause it's -- you know, I feel like I'm half my weight in the water, you know. It's just --

Q Yeah.

A It's easier to move around, so yeah, I do like to definitely be in the water, so.

Q Have you ever been prescribed hydrotherapy, where they tell you to just go swimming and, you know, stretch, flex?

A I've heard of -- I've heard of aqua therapy. No one -- I should probably talk to my doctor about that, too, but I -- it's just never really came up, you know, so --

Q Do you follow any kind of home exercise routine?

A Just -- I can only really stretch. I mean, I can't lift any weights or anything like that. Kind of like sit on the floor, try to stretch

*S. ATKINSON - O'CONNOR*

my hips out. My legs, I can't -- I can't do like kick box, body bar, nothing like that, but -- you know, I -- my wife does yoga, and I'll try to do some stretches with her, you know, but very limited to what I can do for exercises.

Q Now, are you under any kind of medical lifting restriction of a certain amount of weight that you're not allowed to lift over?

A Yeah, I'd say 20 pounds. That's -- I don't -- I don't -- I haven't seen what my doctors have really written up, but they told me don't really lift anything more than 20 pounds if you can help it --

Q Okay.

A -- or ten, you know, but he goes, I'm just giving you a basis of, you know, at the most 20.

Q And who's the doctor that told you that?

A Dr. Schreiber. And who was that guy I went to see for -- remember I seen him right before Social Security for -- to see if I could work? I forget his name, but the guy says what you can -- like what he suggests even -- I don't know.

Q And for the record, Schreiber is S-C-H-R-E-I-B-E-R.

A Yes, Dr. Schreiber.

Q Okay. now, is Dr. Schreiber your primary care physician?

A Yes, he is.

Q And how long has he been your primary care?

A I used to -- it's actually my family doctor. He saw me when I was young, like a pediatrician, and then the insurance that my mom was on, they didn't cover anymore. I had to go -- ended up going to North Med, so there was like a huge gap in-between, but the first time -- well, when I cut my face open, he saw me for that, and then from then on out, he just said, hey -- I said, well, can you take on new patients? He said yeah, he goes, I can be your primary.

Everyone -- everyone should have one, so. I didn't have insurance at the time, really not -- really since I was 18 until my -- I got married and my wife's insurance.

Q There's a gap in your medical care from age 18 until the date you got married just about?

MR. SNYDER: Object to form.

A Insurance -- insurance, yeah. I mean,

I -- I was always healthy. I never went to a doctor.

Q Okay. Now, who handles your medication, is that all done by Dr. Schreiber?

A Yeah, he's the one that prescribes them.

Q Okay.

A Except for the injection, which is Dr. Trussell.

Q Okay. So do you see any kind of pain management physicians?

A No.

Q Now, other than the hospitalization at Upstate, were you hospitalized at any other hospitals as a result of your injuries?

A No, only Upstate.

Q Okay. And other than the physical therapy that you received at Upstate while you were hospitalized and the -- I'm trying to recall the name of the physical therapy service that you had, two different -- PROActive.

Other than physical therapy at PROActive and while you were in the hospital and initially at home following your hospitalization, have you received physical therapy from any other physical

therapy services?

A No.

Q Okay. And other than Dr. Cunningham as your chiropractor, have you received chiropractic care at any other facility?

A No.

Q Okay. What --

A No.

Q You tell me when you're able to go forward.

A I'm able. It's just my coccyx.

Q Okay. Did you receive any other in-home care other than by visiting nurses?

A Any at-home care?

Q Yes.

A No, just the PT and the nurse.

Q Okay. And PT was through the hospital, correct, or was that through PROActive?

A No, that was through the hospital. They set me up -- they set them up with me, so.

Q And is the name of the urologist who prescribed the injections Dr. Tussell, T-U-S-S --

A Trussell.

Q Trussell. T-R-U-S-S?

A Yep.

Q Okay. And the only two urologists you saw were Dr. Trussell and Dr. --

A Nikolavsky.

Q -- Nikolavsky? Any other urologic treatment that you received?

A Nope.

Q Okay. Now, are you treating with any orthopods right now?

A What are orthopods?

Q Bone doctors.

A No.

Q Okay. Do you have any appointments scheduled?

A No.

Q Who's Dr. Kistler? K-I-S-T-L-E-R.

A He was an orthopedic surgeon that put my pelvis and my foot back together.

Q Okay. Do you have any appointments scheduled with him?

A No.

Q Now, I see you underwent, courtesy of workers' compensation, a couple of medical examinations performed by the workers' compensation

carrier's physicians?

A IMEs, yeah.

Q Yeah. And were there only two of those?

A I think three, because I know I went to one -- there was the one in June of 2016 and one I think in October of 2016, and then one was in November, I believe, in 2017, I want to say.

Q Okay.

A So I think there was three of them.

Q And do you recall the name -- I have a note that a Dr. Hochreiter, H-O-C-H-R-E-I-T-E-R, performed one of them?

A I think that was my -- the most recent one.

Q Okay. And that was November 1st, 2017?

A Yes.

Q Okay.

A I don't know if it was the first, but I don't -- yeah, I know it was November. Don't ask me how I know.

Q Okay. Have you sought out any type of employment?

A No.

Q Have you been told by a doctor that you're

unable to work?

A Yes.

Q And by whom?

A Dr. Schreiber.

Q Have you sought any type of retraining?

A I went to CNY Works, because workers' comp had me do that, and then I just -- for that summer, then I didn't go back there.

I can't sit like that at a desk hunched over, you know what I mean, for computers and stuff, and I'm not -- I'm not tech savvy at all. I never even had the internet in my house growing up. I call my wife the geek squad because she's -- she can -- she does all the sign-up with anything like that.

Q Okay. So I see that you underwent a vocational rehab examination, an evaluation?

A Yeah. That's the guy I was talking about, I think, there in June of 2018.

Q Okay. And did you -- were you assigned to take some kind of courses through that?

A No.

Q Okay. Were they offered to you?

A Are you talking about CNY Works?

*S. ATKINSON - O'CONNOR*

Q I am talking about -- once I find it, I will be able to tell you exactly. It was through PROActive, redefining physical therapy?

A Okay. Yep, that was -- they had me do that for Social Security Disability --

Q Okay.

A -- to see if I could actually do anything, you know what I mean, besides what I've done my whole life, my whole adult life.

Q Now, did you apply for Social Security Disability?

A Yes.

Q And is that pending or have you received a decision?

A I receive Social Security Disability.

Q You receive that now?

A Yes, I do.

Q And how much do you receive per month?

A Like 1,400 a month.

Q And do your children receive Social Security Disability?

A Yes, they do.

Q And what do they receive?

A I think $13 a month.

Q Thirteen dollars?
A Yeah.
Q And that's for each son?
A For each child, all three of them.
Q Okay. I was going to ask about your daughter separately. Now, Mr. Atkinson, could I have your height?
A Five-six.
Q I'm sorry, how old -- how tall are you?
A Five-six.
Q Okay. I have no conception of how tall you are by looking at a screen.
A You can see where my head's right by the door right there.
Q Yeah. Yeah. I mean, it looks like you're about an inch from the ceiling. And what's your weight?
A You want my weight?
Q Yeah.
A Like last time I was at the doctor's, I think I weighed 174.
Q And has that fluctuated at all since the accident?
A Oh, yeah. Oh, yeah. I got pretty heavy

*S. ATKINSON - O'CONNOR*

for a while and my -- my joints just can't take it, and tying my -- trying to tie my shoes or clip my toenails became a pretty big chore, so I -- this was right before Christmas when I weighed that, and that was my resolution to myself.

Q And what was your weight at its highest?

A I think it was like 213, maybe. That's when I was tipping the scales and --

Q Okay. So since Christmas, you've lost 39 pounds or so?

A Yep.

Q Good for you.

A That's what only eating dinner will do to you.

Q Okay. Did you do that on your own or did you do that like joining -- on your own?

A Oh, yeah, just --

Q Now, do you still smoke?

A Yes, I do.

Q And how much do you smoke?

A More now than then because I kind of compensate meals, and I know it's not good, but -- you know, it's just --

Q Is that -- are you at a pack a day?

A Yeah. Yeah, but I smoke double what I used to.

Q And do you still use marijuana?

A Yes, I do.

Q And how often do you use that?

A About every night after I put the kids to bed. It allows me to fall asleep a little easier.

Q Now, do you feel as though you have a dependence on narcotic pain medications?

A Since my accident? Probably, yeah. I mean, I wouldn't think it would be a good idea to completely take me off of them, all away.

Q Have you spoken to any of your doctors about that?

A Not really. They -- I mean, I see what people have gone through, and for as long as I've been on them, I'm probably positive that I am dependent on them right now.

MR. O'CONNOR: Mr. Atkinson, I think I finished my questions, but I know other attorneys will probably want to ask you some followup questions, so I'll turn it over to them, and I thank you for your patience. This is -- first of all, the

technology is wonderful that we can do this, but it can be a little frustrating at times, can't it?

THE WITNESS: It went pretty smooth, I'd say.

MR. O'CONNOR: Yeah, I think so. Thank you.

THE WITNESS: Thank you.

MR. FRARY: We've been going at it for about six hours, are we going to keep going or are we going to --

MR. O'CONNOR: Do you want to have followup tomorrow and also question Mrs. Atkinson tomorrow?

MS. KNAPP: We can do that.

MR. SNYDER: That's -- that's fine.

MR. FRARY: Is that okay, Steve?

MR. DAVOLI: I think that makes the most sense.

(Whereupon, the proceedings concluded at 4:01 p.m.)

**C E R T I F I C A T I O N**

I, Annette M. Burton, a Certified Court Reporter and Notary Public in and for the State of New York, DO HEREBY CERTIFY that I attended the foregoing proceeding remotely via Zoom Conferencing, took stenographic notes of the same, and that this transcript is a true and accurate record of the proceedings.

I further certify that I am not an attorney or counsel of any parties, nor a relative or employee of any attorney or counsel connected with this action, nor financially interested in same.

As witness my hand and notarial seal this 15th day of September 2020.

________________________
Annette M. Burton
Court Reporter

# ERRATA SHEET

Dear **Mr. Atkinson**:

Accordance with the rules of procedure governing depositions, you are entitled to read and correct your deposition before it is filed. Accordingly, please carefully read your deposition and, on this Errata Sheet, make any changes or corrections in form or substance to your deposition that you feel should be made. You may add additional sheets, if necessary. You are to identify these changes/corrections by page and line number, give the correction or change desired, and state the reason therefor, or the word, none.

Please, do not mark the transcript. After completing this, sign at the conclusion of such changes/corrections, both before a Notary Public. Then kindly return this Errata Sheet and the transcript to the individual charged with filing the transcript with the Court.

| PAGE | LINE NO. | CHANGE/CORRECTION | REASONS THEREFOR |
| --- | --- | --- | --- |

_________________________
**Shaun Atkinson**

Sworn to before me this ______day

of ______________, 2020.

________________________
Notary Public

STATE OF NEW YORK:

COUNTY OF _________________:

Subscribed and sworn to before me on this ________ day of ___________________, 2020, by ____________________________ proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____________________________

(seal)

MR. DAVOLI: [1] 157/19
MR. FRARY: [9] 50/9 60/19 60/21 68/10 68/20 131/1 131/6 157/10 157/18
MR. O'CONNOR: [28] 19/8 26/25 34/14 38/17 41/6 41/20 42/15 45/20 46/4 50/1 60/20 67/5 67/23 68/6 68/9 68/17 68/22 72/6 86/24 92/9 99/1 126/15 130/20 131/5 131/8 156/20 157/7 157/13
MR. SNYDER: [25] 28/21 28/25 33/6 37/24 38/15 44/14 45/24 46/23 47/25 58/11 64/16 68/1 68/8 72/17 73/13 74/4 74/23 79/5 99/24 107/8 125/13 126/13 130/23 147/24 157/17
MS. KNAPP: [3] 57/9 67/7 157/16
THE COURT REPORTER: [2] 46/3 86/22
THE WITNESS: [8] 26/23 27/5 29/1 41/24 67/3 99/8 157/5 157/9

**$**

$108.75 [1] 140/23
$13 [1] 153/25
$15 [1] 23/17
$200 [1] 141/10
$29 [1] 141/7
$400 [1] 141/10
$50 [1] 23/4
$50-plus [1] 23/4
$842.22 [1] 141/5

**'**

'10 [1] 17/25
'16 [1] 125/4
'cause [28] 30/15 54/18 56/11 65/9 66/11 69/24 70/4 80/6 80/7 80/7 86/18 90/14 107/24 108/24 110/5 113/4 114/3 115/9 116/22 122/14 131/18 134/13 136/5 140/25 142/17 144/4 144/12 145/8

**0**

00285 [1] 3/6
004808/2018 [1] 1/5

**1**

1,160 [1] 141/6
1,400 [1] 153/20
1/9/1985 [1] 11/12
100005 [1] 4/8
1064 [1] 1/6
11:37 right [1] 50/3
11th [1] 143/11
12 [1] 128/18
12203 [1] 2/15
12:30 [1] 53/13
12th [1] 141/19
13 [1] 141/19
1300 [1] 4/15
13202 [2] 2/12 4/5
13206 [1] 10/21
13212 [1] 2/4
14202 [5] 2/8 2/18 2/22 4/12 4/15
15 feet [3] 72/9 79/7 79/11
15-foot [2] 64/4 70/4
15-minute [1] 53/11
15th [2] 11/9 158/18
1600 [1] 2/18
17 [1] 3/22
174 [1] 154/22
18 [2] 147/20 147/23
18th [2] 4/8 34/10
1906 [1] 139/23
1985 [1] 11/12
1st [1] 151/16

**2**

20 [9] 2/11 4/4 42/8 46/18 46/24 47/3 72/9 143/4 146/17
20 pounds [2] 146/10 146/13
200 feet [1] 79/2
200 milligrams [1] 131/21
2000 [1] 17/24
2003 [3] 13/12 13/13 13/15
2004 [5] 13/8 13/13 14/8 14/9 14/22
2005 [2] 13/9 14/23
2006 [4] 16/9 16/21 16/24 17/24
2010 [1] 18/13
2011 [5] 18/11 18/17 21/13 40/7 41/3
2012 [2] 34/10 56/6
2014 [1] 57/19
2015 [13] 11/18 11/25 40/8 40/12 40/13 40/19 44/4 44/22 47/8 55/18 57/20 57/23 58/16
2016 [9] 101/9 102/6 102/25 120/21 121/2 124/5 125/8 151/6 151/7
2017 [2] 151/8 151/16
2018 [2] 1/5 152/20
202 [2] 10/20 10/22
2020 [5] 3/22 131/12 158/18 159/23 160/6
20s [1] 143/4
211 [2] 2/11 4/4
213 [1] 155/8
22 [1] 143/5
221 [1] 8/4
2400 [1] 4/11
29th [1] 21/13

**3**

300 [2] 2/7 2/8
30th [1] 21/13
3113 [2] 8/18 8/20
3117 [1] 8/19
33-19-1064 [1] 1/6
344 [1] 2/21
35 [2] 11/13 137/11
350 [1] 4/11
39 pounds [1] 155/11
3:30 [2] 53/8 53/9

**4**

40 [1] 4/7
40-hour [1] 141/6
400 [1] 2/21
4:01 [1] 157/22
4th [3] 29/5 29/5 57/23

**5**

5,000 [1] 139/19
50 milligrams [1] 136/24
50 percent [2] 133/19 141/9
5:19-CV-00285 [1] 3/6
5th [11] 11/18 11/25 40/13 44/4 44/21 47/8 55/18 57/19 57/20 58/16 90/11

**6**

60-hour [1] 137/14
65-year-old [1] 137/11
6876 [1] 2/4
6:00 [1] 52/17
6:30 [1] 53/5
6:40 [1] 52/18
6th [2] 90/11 93/8

**7**

7:00 [6] 52/15 52/20 52/25 53/9 59/25 61/23
7:00 a.m [1] 59/2

**8**

8th [1] 66/9

**9**

95 [1] 22/15
95 percent [2] 22/12 22/15
9:00 [2] 53/12 58/17
9:15 [2] 53/12 62/19
9:20 [2] 58/23 62/19
9:25 [1] 58/23
9th [5] 66/9 110/24 111/18 111/22 112/11

**A**

a.m [2] 59/2 61/23
abdomen [2] 102/14 105/5
able [42] 88/11 88/17 88/21 88/25 92/7 92/7 94/14 95/12 96/6 96/11 96/18 97/4 101/4 107/5 108/5 108/9 109/10 109/17 110/14 110/18 111/22 111/24 112/15 112/21 113/16 119/12 119/25 120/4 120/11 120/21 121/5 122/11 123/10 123/14 132/23 133/13 133/23 140/7 145/4 149/10 149/12 153/3
about [75] 12/23 13/2 15/18 18/7 25/7 28/18 28/22 32/4 32/22 33/23 35/12 38/5 38/16 48/19 50/4 50/7 52/3 52/11 57/22 58/3 58/15 68/15 69/6 72/8 79/2 79/11 79/12 79/21 81/25 82/4 82/8 82/9 82/21 84/21 85/9 85/12 85/17 85/23 85/24 87/14 87/15 88/15 94/5 94/19 94/23 95/10 96/10 97/12 98/18 98/20 103/18 110/7 110/13 110/21 114/11 119/19 124/4 129/13 136/11 136/12 136/17 137/17 140/16 143/2 143/25 145/19 147/23 152/19 152/25 153/2 154/6 154/17 156/7 156/15 157/11
above [2] 88/5 102/19
absolutely [4] 26/25 67/5 86/24 141/25
accepted [1] 125/7
accessed [2] 72/15 103/24
accident [54] 7/7 11/19 21/10 21/15 31/22 31/23 32/12 40/6 40/11 40/15 40/20 41/1 46/8 48/13 50/15 51/14 52/8 52/12 54/2 54/15 57/23 58/3 58/21 60/4 61/10 64/14 64/24 64/24 66/10 69/4 69/6 77/25 78/18 78/24 78/25 79/22 82/9 85/10 85/13 90/10 111/20 125/16 127/24 130/4 138/12 139/9 140/4 141/20 142/13 143/9 143/23 144/2 154/24 156/11
Accordance [1] 159/5
according [1] 46/17
Accordingly [1] 159/6
accountable [1] 59/15
accuracy [1] 8/13
accurate [1] 158/11
across [3] 19/6 95/13 141/23
act [3] 132/23 132/25 133/4
acting [1] 79/17
action [3] 8/8 34/15 158/15
active [2] 138/22 138/23
activities [1] 138/10
actual [8] 40/2 40/11 42/24 60/17 69/3 71/6 74/25 117/17
actually [19] 13/19 15/25 18/9 20/23 37/17 42/13 48/11 69/6 74/7 78/24 97/21 102/14 131/18 131/22 132/13 145/7 145/7 147/8 153/8
add [2] 46/5 159/8
added [1] 16/5
addition [1] 8/6
additional [2] 3/15 159/8
addressed [1] 127/4
adequately [1] 77/5
adhesive [1] 50/23
adjustment [1] 129/8
administering [1] 8/21

**A**

**adult [1]** 153/10
**afford [3]** 16/3 139/11 141/2
**Affordable [2]** 14/15 14/21
**after [70]** 12/23 16/8 16/21 17/12 29/3 29/3 29/3 29/5 29/7 29/11 29/16 29/18 31/10 35/19 41/5 41/8 48/23 52/17 54/19 58/22 58/23 66/10 86/8 86/14 87/7 88/21 88/23 97/11 99/12 99/15 100/23 101/3 101/3 101/21 103/21 106/4 108/5 108/7 111/22 112/11 112/14 114/14 114/17 114/22 114/22 114/24 116/12 116/13 116/20 117/11 118/1 118/3 118/4 119/6 120/6 120/22 120/22 120/25 122/18 122/20 122/20 123/15 123/19 123/22 123/25 127/4 140/23 143/6 156/7 159/10
**afternoon [4]** 89/2 91/17 93/4 93/8
**Afterwards [1]** 115/9
**again [14]** 15/19 24/8 55/13 70/22 74/6 84/25 89/6 92/10 110/15 112/22 113/20 115/4 123/23 141/2
**against [2]** 113/11 114/4
**age [2]** 141/16 147/23
**ago [1]** 38/22
**agree [4]** 8/17 8/22 9/21 49/9
**agreed [4]** 8/3 8/8 8/17 122/22
**ahead [12]** 16/16 28/24 41/7 44/15 58/12 64/17 73/14 74/5 79/6 82/15 102/5 107/9
**ahold [1]** 84/14
**air [2]** 80/5 80/17
**Albany [1]** 2/15
**alcohol [1]** 57/22
**alcoholic [2]** 57/24 58/4
**alcove [1]** 45/6
**all [82]** 7/6 8/4 8/9 8/19 8/19 8/22 10/3 12/18 16/19 19/24 19/24 20/20 22/3 22/5 22/9 23/21 24/14 28/19 29/21 30/24 31/6 33/20 36/2 36/24 39/2 41/16 41/19 45/22 46/2 46/6 47/10 47/11 47/16 47/17 47/17 51/22 52/9 59/3 59/16 61/5 61/12 62/13 70/20 73/4 73/11 73/18 75/16 75/18 76/17 80/19 88/14 90/12 93/19 95/22 97/5 98/1 101/23 102/18 107/24 109/11 110/24 117/12 118/22 118/23 121/19 122/18 126/9 136/4 138/15 138/19 138/19 139/14 140/10 140/18 140/23 148/5 152/12 152/15 154/5 154/23 156/13 156/25
**allow [1]** 139/13
**allowed [1]** 146/9
**allows [1]** 156/8
**alls [1]** 70/14
**almost [2]** 70/16 137/4
**alone [3]** 62/6 62/8 88/23
**along [9]** 10/4 11/6 23/11 48/20 50/25 57/4 77/11 84/17 140/6
**already [9]** 21/3 52/23 63/23 78/3 78/16 120/12 121/3 130/23 141/15
**also [17]** 2/24 25/16 32/7 42/13 46/4 46/20 75/11 89/4 93/15 97/16 97/18 99/16 104/10 123/12 126/22 127/10 157/14
**also I [1]** 97/16
**always [13]** 26/21 27/15 30/6 54/25 80/21 127/14 129/21 134/7 138/20 138/23 138/23 142/6 148/2
**am [9]** 21/7 33/16 64/12 128/8 138/8 140/8 153/2 156/18 158/13
**ambulance [3]** 70/25 83/3 83/17
**AMERICA [2]** 1/12 3/14
**AMERISURE [3]** 3/8 3/9 4/11
**among [1]** 8/3
**amount [2]** 23/15 146/8
**Amsterdam [1]** 29/6
**ANDREW [1]** 2/22
**anesthetic [3]** 117/18 117/20 118/16
**ankle [8]** 89/3 93/9 93/15 94/19 94/21 94/24 103/12 105/9
**Annette [4]** 3/21 9/15 158/6 158/20
**another [15]** 19/18 19/20 19/23 20/9 32/25 51/12 51/12 88/8 103/23 104/3 104/7 118/6 121/10 121/21 132/14
**answer [6]** 9/18 10/2 10/5 28/24 28/25 57/10
**answers [1]** 66/11
**Anthony [1]** 2/24
**anticipated [1]** 121/12
**any [84]** 7/6 8/5 8/6 8/7 8/7 12/19 12/24 21/17 29/21 29/22 31/15 33/23 35/12 35/13 36/10 38/9 41/9 44/21 44/22 46/6 46/13 51/2 52/9 54/13 54/14 54/14 55/17 56/24 57/7 58/7 61/23 64/22 67/15 67/15 72/18 73/17 74/16 76/10 77/20 81/9 90/15 97/5 99/23 99/25 100/16 105/16 105/16 107/25 115/22 115/24 118/16 119/9 125/20 126/21 127/23 131/12 131/13 131/23 134/22 138/14 139/7 140/3 142/25 143/2 143/25 145/21 145/24 146/7 148/10 148/14 148/25 149/6 149/13 149/15 150/6 150/9 150/14 150/20 151/22 152/6 156/14 158/14 158/15 159/7
**any appointments [1]** 150/14
**anybody [9]** 50/4 54/9 55/14 69/5 79/16 81/4 108/21 117/15 139/11
**anymore [4]** 125/6 125/12 138/16 147/11
**anyone [2]** 64/23 77/21
**anything [61]** 13/24 21/22 24/21 25/12 37/4 38/8 41/22 43/22 53/19 55/4 57/4 57/15 57/24 58/4 58/5 59/7 60/14 65/10 67/12 72/18 72/19 77/3 77/4 80/14 80/25 82/20 83/18 84/3 84/22 85/9 85/12 85/16 86/10 86/14 91/5 99/3 100/17 101/16 106/24 107/24 108/23 114/3 114/4 114/7 119/20 122/10 123/14 123/14 123/16 126/23 135/18 135/19 136/9 139/8 139/21 140/6 140/10 145/24 146/13 152/15 153/8
**anytime [4]** 10/10 90/14 91/6 92/21
**anyways [5]** 15/10 43/16 87/9 115/15 124/21
**anywhere [5]** 53/11 63/10 125/15 135/3 144/2
**apologize [1]** 116/17
**app [2]** 65/23 66/3
**apparatus [1]** 104/4
**apparent [1]** 39/15
**appeared [1]** 160/8
**applied [1]** 48/23
**apply [1]** 153/11
**appointment [2]** 121/1 135/5
**appointments [2]** 150/14 150/20
**appreciate [2]** 10/7 102/23
**approximately [7]** 15/22 46/18 46/24 56/4 56/20 56/22 101/15
**April [3]** 18/10 18/14 18/17
**April 2011 [1]** 18/17
**aqua [1]** 145/17
**are [35]** 11/8 11/15 17/19 27/7 38/15 48/4 48/8 48/19 50/20 52/3 52/3 61/15 75/22 80/5 80/22 93/13 94/14 132/23 133/23 134/12 135/6 140/21 144/4 144/24 146/7 150/9 150/11 152/25 154/10 154/13 155/25 157/11 157/12 159/5 159/8
**area [13]** 12/17 15/7 16/20 71/20 71/25 72/10 72/14 78/17 95/11 102/18 105/9 130/15 142/18
**areas [2]** 41/18 74/10
**aren't [1]** 80/17
**arm [2]** 70/20 110/7
**arms [1]** 112/7
**around [27]** 26/20 27/2 30/4 31/16 33/2 38/20 47/3 47/20 52/17 52/18 54/9 54/11 58/19 59/25 63/24 69/11 69/24 70/6 78/16 78/21 80/18 103/15 134/25 137/6 138/24 143/18 145/12
**arrived [5]** 52/19 58/25 59/24 60/3 86/5
**arts [1]** 12/22
**as [66]** 8/6 8/13 8/18 9/4 9/6 15/10 23/9 23/25 30/20 31/15 32/2 32/17 32/17 35/4 38/2 41/16 43/11 43/11 43/19 50/19 50/19 50/23 58/5 60/8 60/8 61/14 64/13 64/13 68/13 68/13 70/20 70/20 70/21 70/21 73/10 73/11 73/21 73/22 77/7 79/17 86/10 94/2 95/4 95/5 95/16 96/16 96/16 110/3 110/9 110/10 132/16 132/16 133/5 133/5 139/13 139/13 140/4 140/16 140/16 141/24 148/15 149/4 156/9 156/17 156/17 158/17
**ask [19]** 9/12 9/16 10/2 10/9 10/10 12/10 15/16 27/10 45/20 45/21 52/12 71/5 130/21 132/21 133/4 137/12 151/20 154/6 156/22
**asked [10]** 26/9 63/8 65/8 78/13 84/15 84/15 94/4 108/12 108/15 128/9
**asking [3]** 9/17 42/20 109/16
**asleep [3]** 91/11 91/14 156/8
**asphyxiator [11]** 95/13 95/17 95/24 96/3 101/15 104/23 105/10 106/4 106/9 109/13 109/25
**ass [2]** 63/23 78/15
**assigned [2]** 27/14 152/21
**assistance [1]** 111/9
**assistive [3]** 27/7 107/4 110/17
**associated [1]** 17/16
**Association [1]** 99/19
**assume [2]** 110/3 130/13
**assuming [1]** 59/1
**ate [1]** 62/3
**ATKINSON [39]** 1/3 1/3 1/25 2/24 3/19 7/5 9/4 9/10 10/16 10/18 11/6 11/7 11/7 11/10 12/11 27/3 34/15 41/21 46/9 48/11 50/13 66/18 66/19 67/11 69/3 91/3 91/19 93/3 123/19 126/20 131/11 133/23 136/8 142/23 154/7 156/20 157/15 159/4 159/20
**attached [1]** 68/4
**attempt [1]** 129/14
**attend [6]** 32/13 36/14 37/17 44/22 44/25 124/24
**attended [4]** 35/11 35/16 35/17 158/8
**attending [1]** 37/4
**attention [1]** 70/7
**attorney [4]** 8/15 45/22 158/13 158/15
**attorneys [3]** 8/3 9/11 156/22
**audio [1]** 72/6
**audition [1]** 28/13
**August [6]** 3/22 13/9 34/10 125/4 125/4 141/19
**August 12th [1]** 141/19
**August 18th [1]** 34/10
**Aurora [2]** 141/18 142/4
**Aurora's [1]** 142/8
**authorization [2]** 130/22 131/7
**available [1]** 144/25
**Ave [2]** 10/20 20/19
**Avenue [2]** 2/18 2/21
**average [1]** 135/25
**awake [3]** 70/13 115/14 118/25
**away [4]** 63/17 69/8 122/11 156/13

**B**

**B-U-R-T-O-N [1]** 15/20
**BAASE [1]** 2/17
**babies [1]** 107/14
**baby's [2]** 141/24 141/25

**B**

**babysitters [2]** 52/16 58/19
**back [48]** 13/8 15/7 15/11 16/2 16/3 16/6 16/8 19/12 28/7 28/8 34/16 42/17 56/16 58/18 61/2 62/16 62/18 62/22 63/17 71/10 72/7 75/13 87/7 88/10 89/19 90/17 92/12 98/17 99/5 100/8 101/13 102/7 103/5 105/17 124/19 125/8 126/25 127/6 128/24 129/1 129/3 129/5 129/5 129/6 138/7 143/3 150/19 152/9
**background [1]** 12/10
**backside [3]** 78/22 93/19 95/15
**backtracking [2]** 37/13 37/16
**backwards [1]** 70/22
**backyard [1]** 139/1
**bad [6]** 66/25 82/8 99/5 119/10 127/20 138/9
**bag [13]** 63/11 63/12 63/14 63/15 63/16 69/8 69/10 71/20 71/21 90/6 90/8 105/5 119/16
**ball [2]** 123/4 123/5
**bar [3]** 8/7 62/4 146/3
**barely [1]** 134/11
**base [1]** 79/13
**based [1]** 20/25
**basic [1]** 46/13
**basically [12]** 20/20 21/3 21/5 29/17 30/9 32/24 43/3 71/18 88/2 107/23 124/16 142/20
**basis [2]** 146/17 160/7
**bath [4]** 107/19 108/5 108/10 110/18
**bathroom [7]** 107/2 107/18 108/8 113/4 113/16 119/13 137/7
**be [57]** 8/7 8/10 8/15 8/18 8/21 8/21 9/22 19/6 20/19 23/9 24/22 30/10 33/4 35/23 35/25 36/22 39/9 39/14 39/15 47/9 49/14 50/24 52/17 52/18 54/10 57/7 58/10 59/19 79/19 80/17 80/23 86/15 88/16 88/20 92/24 96/10 96/19 102/8 104/5 108/9 109/1 109/10 115/4 115/11 118/12 118/25 132/16 133/3 138/21 144/22 145/13 147/17 153/3 156/12 157/3 159/7 160/8
**Beach [1]** 143/17
**bear [4]** 105/16 106/18 107/25 112/4
**bearing [3]** 105/20 106/16 112/5
**beautiful [2]** 25/23 138/25
**beauty [1]** 139/3
**became [1]** 155/4
**because [88]** 13/24 16/2 16/5 17/2 19/23 21/24 23/2 23/12 24/11 25/10 25/17 26/6 31/5 35/6 51/13 51/14 51/23 63/6 63/9 63/20 69/12 69/14 70/16 70/17 71/2 71/23 75/18 75/21 76/8 79/9 80/4 80/6 80/9 83/9 84/18 86/19 86/20 89/5 89/9 92/20 97/11 97/13 97/20 99/5 100/18 104/3 105/17 106/17 107/13 109/24 110/24 115/25 117/4 118/8 118/25 119/8 119/15 119/19 119/22 120/7 120/12 121/16 121/24 122/2 122/14 122/17 123/5 123/13 125/11 127/6 127/13 127/15 127/19 128/20 131/19 132/12 133/8 133/14 136/13 137/7 139/14 140/10 140/24 143/12 151/5 152/7 152/14 155/22
**become [2]** 100/12 100/21
**becoming [1]** 106/16
**bed [20]** 54/10 76/25 96/5 96/6 96/13 96/17 103/14 107/18 108/13 108/20 108/22 109/6 109/8 109/10 109/18 112/16 112/21 119/6 119/12 156/8
**bedroom [2]** 110/4 113/20
**been [35]** 9/5 15/24 16/25 40/25 48/22 49/11 49/12 49/21 60/11 61/19 68/3 68/24 72/3 72/15 78/17 82/13 103/3 121/3 122/7 130/24 141/8 142/4 142/12 142/13 142/14 142/14 142/23 143/8 143/23 144/2 145/14 147/6 151/25 156/18 157/10
**beer [3]** 58/5 58/9 58/14
**before [61]** 3/19 3/20 8/10 8/11 9/17 14/13 30/24 37/18 43/21 49/4 49/5 49/6 54/3 54/15 54/17 54/18 57/23 59/11 63/2 66/17 67/12 69/7 78/11 78/17 80/10 82/13 83/6 84/18 85/8 86/4 86/7 86/9 89/8 89/14 89/20 89/22 89/25 97/3 97/17 97/21 99/1 100/7 100/7 105/8 106/12 114/13 119/25 120/4 125/10 127/16 127/24 131/14 138/11 139/9 146/20 155/5 159/6 159/11 159/22 160/5 160/9
**began [2]** 16/20 125/3
**begged [1]** 89/7
**beginning [9]** 13/8 29/23 36/16 37/23 38/6 40/16 49/21 63/2 123/24
**begun [1]** 8/11
**behind [4]** 63/11 72/4 72/9 112/7
**being [22]** 8/10 8/16 9/18 13/25 23/22 38/13 39/3 39/5 39/23 44/20 47/12 47/21 47/24 70/23 73/16 111/24 119/25 133/13 136/3 138/20 138/20 140/7
**believe [37]** 13/8 14/23 16/9 16/25 17/17 18/10 19/15 19/16 20/15 21/12 22/12 25/4 25/16 28/6 29/9 37/5 37/15 37/16 41/12 43/15 43/15 44/16 44/24 62/24 66/9 68/21 82/3 84/7 87/9 88/2 107/10 120/9 125/8 125/9 130/23 131/16 151/8
**belongings [1]** 16/7
**below [7]** 36/4 94/25 95/2 95/2 95/3 95/9 123/17
**belt [1]** 114/1
**bend [1]** 69/9
**benefits [3]** 23/13 23/16 23/21
**Bernard [1]** 11/7
**besides [10]** 24/16 29/25 56/25 60/5 75/4 75/9 85/16 135/21 140/9 153/9
**best [2]** 47/2 111/3
**bet [1]** 119/24
**better [8]** 30/4 92/19 96/23 109/2 122/24 130/16 135/17 140/16
**between [6]** 47/8 51/3 107/12 107/13 136/5 147/13
**bid [1]** 73/10
**big [14]** 31/5 39/24 41/11 98/2 98/3 106/25 117/13 121/21 139/15 139/17 140/7 141/8 144/4 155/4
**bigger [3]** 32/3 97/18 97/20
**biggest [3]** 20/19 39/24 70/23
**bike [4]** 124/15 124/16 124/17 124/18
**Bills [1]** 144/9
**birth [1]** 11/11
**birthday [4]** 110/24 110/25 111/3 143/11
**bit [8]** 80/11 81/7 83/25 90/20 128/11 130/16 134/20 136/12
**bit's [1]** 130/16
**bladder [21]** 87/23 88/3 88/6 88/11 88/18 90/2 90/3 90/4 97/20 102/15 102/20 114/8 115/25 118/21 120/3 121/4 121/19 121/22 121/24 122/2 122/18
**blade [2]** 56/16 126/24
**blank [1]** 35/25
**blasting [1]** 76/9
**blind [3]** 80/7 80/13 80/23
**block [18]** 13/23 28/9 28/12 30/16 30/25 42/19 47/15 47/16 48/14 48/19 50/24 50/25 51/3 55/2 60/17 63/3 74/17 137/15
**blocks [3]** 76/24 81/1 81/2
**blood [2]** 87/20 98/11
**blow [1]** 119/20
**blue [3]** 35/9 35/9 43/16
**Bo [3]** 64/11 64/19 65/6
**BOCES [1]** 12/21
**body [8]** 84/2 86/17 89/10 128/22 137/11 137/15 139/13 146/3
**bone [5]** 86/17 88/5 102/19 118/5 150/12
**bones [6]** 89/11 95/6 95/18 95/25 126/25 127/10
**book [1]** 33/21
**books [1]** 16/4
**boom [3]** 80/7 80/11 81/7
**boom's [2]** 80/13 80/25
**boot [2]** 64/6 69/20
**born [1]** 12/16
**both [10]** 67/21 93/18 94/5 105/17 129/18 129/19 129/25 136/5 144/9 159/11
**bottle [1]** 34/16
**bottled [1]** 136/13
**bottom [4]** 27/12 104/20 113/6 117/12
**bought [3]** 73/9 73/20 77/9
**Boulevard [1]** 29/18
**bowl [2]** 54/6 112/14
**box [1]** 146/3
**boys [2]** 34/4 86/20
**BP [1]** 68/12
**BRADY [1]** 4/10
**break [22]** 15/9 15/10 50/6 50/8 53/11 58/8 58/22 58/24 61/23 62/2 62/17 66/18 66/21 67/4 67/6 71/10 71/18 71/19 86/23 125/13 126/14 126/16
**breaking [2]** 86/17 116/9
**breaks [1]** 53/10
**breasts [1]** 86/19
**Brian [6]** 62/24 81/6 81/14 81/15 81/16 82/20
**Brian's [1]** 81/20
**brick [7]** 13/22 19/4 30/16 48/22 48/25 63/3 137/15
**bridge [3]** 29/19 45/4 45/5
**Bridge Street [1]** 45/4
**bring [5]** 53/14 63/7 72/15 133/5 133/21
**bringing [1]** 47/13
**brings [1]** 11/20
**broken [5]** 93/20 105/18 106/2 127/2 127/10
**brother [2]** 15/4 25/11
**brought [2]** 61/17 62/5
**brushed [1]** 114/4
**brushing [1]** 113/18
**bucked [2]** 56/9 56/10
**Buckley [1]** 2/4
**buddy [1]** 13/17
**Buffalo [5]** 2/8 2/18 2/22 4/12 4/15
**build [2]** 30/2 30/9
**building [12]** 4/14 13/3 14/12 19/5 39/9 39/22 40/3 42/14 51/15 51/16 51/25 78/20
**buildings [1]** 22/18
**built [3]** 39/3 39/5 139/23
**bump [1]** 123/6
**burn [1]** 97/14
**Burton [10]** 3/21 15/13 15/20 15/22 16/12 16/18 17/6 17/8 158/6 158/20
**business [7]** 17/7 17/15 17/24 18/20 18/23 43/25 44/20
**businesses [1]** 53/17
**busy [1]** 86/19
**butt [7]** 63/22 80/15 80/15 111/2 111/25 112/13 113/7
**button [6]** 90/14 90/21 91/8 91/12 92/16 92/21
**buy [2]** 76/18 134/19

**C**

**cabin [1]** 138/17
**calculation [1]** 104/19

C


calendar [1] 57/19
call [15] 15/16 18/3 23/2 24/21 30/14 65/18 67/16 84/24 85/19 104/4 122/3 122/9 129/7 135/9 152/14
CALLAHAN [1] 4/7
called [15] 9/4 19/23 24/22 30/18 32/7 64/25 65/3 65/8 66/15 84/14 84/15 85/20 85/21 85/22 85/22
calls [1] 83/6
came [26] 13/8 15/11 43/14 52/25 64/11 68/20 70/25 73/24 74/7 74/25 75/11 76/10 77/6 80/9 81/5 81/18 87/8 87/20 91/12 99/16 100/23 100/23 117/24 131/8 142/19 145/20
CAMERON [2] 1/7 3/3
Camerson [1] 2/11
camping [3] 138/15 144/21 144/23
campus [2] 29/15 29/16
can [64] 9/21 21/7 27/3 27/5 27/11 27/12 28/20 28/24 28/25 32/17 37/13 37/14 45/14 45/23 50/5 50/19 52/6 57/9 60/21 65/22 69/13 71/11 71/14 78/5 84/22 86/22 87/12 87/13 89/11 94/12 94/18 97/22 102/12 105/19 125/13 126/4 126/13 126/15 130/9 130/17 132/12 133/22 134/11 136/13 136/16 138/5 138/5 138/5 138/6 138/16 139/3 143/13 145/6 145/23 146/6 146/13 146/22 147/15 147/16 152/15 154/14 157/2 157/3 157/16
can't [34] 10/5 14/17 14/18 19/21 20/10 38/21 45/3 46/12 55/13 76/8 80/14 80/25 85/21 113/25 127/14 127/17 127/18 127/20 128/20 133/16 133/21 133/21 134/10 134/10 138/16 139/11 141/1 142/6 145/24 146/2 146/2 152/10 155/2 157/4
cane [2] 27/9 27/11
cap [2] 34/16 111/15
capped [2] 118/7 120/19
caps [1] 111/8
caption [1] 35/21
car [7] 16/7 52/21 62/3 62/6 62/18 133/24 134/9
card [2] 7/5 45/11
care [18] 98/8 99/17 100/18 104/5 107/13 108/21 108/21 109/11 111/12 114/11 133/22 139/12 147/4 147/7 147/22 149/6 149/14 149/15
career [2] 13/19 43/18
carefully [1] 159/6
CAREY [3] 2/5 60/21 67/6
carpentry's [1] 13/23
carrier's [1] 151/1
cars [2] 134/8 134/12
case [4] 9/12 102/22 120/19 128/21
cast [10] 94/24 95/7 95/8 104/21 105/9 105/24 106/4 106/9 109/14 109/25
CASTLE [1] 1/9
catheter [12] 90/8 105/4 105/5 118/5 118/6 120/10 120/18 121/3 121/3 121/14 122/15 123/2
catheter-type [1] 105/4
caught [2] 64/6 69/20
cause [2] 132/17 145/8
caused [2] 41/23 56/7
causes [1] 136/6
Caverject [1] 135/21
CD [2] 68/3 68/13
ceiling [1] 154/17
cells [1] 98/16
center [1] 124/8
Central [4] 17/20 17/22 35/3 142/5
Central Square [2] 17/20 17/22
certain [2] 91/6 146/8
certificate [1] 44/24
certified [3] 34/24 45/8 158/6
certify [2] 158/8 158/13
certifying [1] 8/13
chair [6] 106/24 108/5 111/3 111/5 124/19 127/18
chalk [1] 77/2
chance [2] 60/14 138/14
change [4] 100/20 102/9 159/9 159/14
CHANGE/CORRECTION [1] 159/14
changed [2] 100/22 115/2
changes [3] 159/7 159/8 159/11
changes/corrections [2] 159/8 159/11
changing [1] 115/21
charge [1] 8/16
charged [1] 159/12
chase [1] 71/2
check [2] 100/11 141/14
checking [1] 60/5
Chevy [1] 134/10
child [5] 140/24 141/12 141/17 141/23 154/5
children [2] 133/10 153/21
chip [1] 105/19
chiropractic [1] 149/5
chiropractor [5] 127/21 128/5 130/13 131/14 149/5
chiropractor's [1] 127/15
chore [1] 155/4
chose [3] 13/19 15/16 138/21
Christmas [5] 107/11 120/23 125/10 155/5 155/10
Cialis [2] 131/20 132/13
CIANO [1] 4/10
Cicero [3] 12/15 13/11 29/12
Cicero-North [2] 12/15 13/11
cigarette [1] 62/10
cinderblock [2] 48/19 48/23
circle [2] 2/14 138/8
circumstances [1] 10/12
cite [1] 36/19
claim [1] 21/19
clean [7] 63/4 75/6 75/7 75/24 76/4 77/20 111/7
Cleaning [1] 125/25
clear [4] 66/20 102/21 109/4 120/25
climax [1] 132/22
clip [1] 155/3
clock [2] 59/6 59/9
close [1] 33/21
closed [2] 100/2 100/3
clothes [2] 113/22 140/9
CNY [2] 152/7 152/25
co [2] 64/23 74/1
co-employees [2] 64/23 74/1
Cobalt [1] 134/10
cocaine [3] 57/14 57/18 57/20
coccyx [2] 127/2 149/12
coffee [8] 53/11 58/22 58/24 61/23 62/2 62/16 71/8 71/17
collapsed [1] 70/22
college [2] 13/17 29/15
Columbia [1] 2/14
combination [3] 22/4 22/9 22/10
combination of [1] 22/4
come [14] 15/4 36/18 37/12 41/5 62/7 71/23 73/6 98/19 98/24 99/12 121/11 121/12 142/7 142/20
comes [3] 73/3 126/4 130/18
comfortable [2] 134/12 134/20
coming [8] 71/10 82/7 88/12 101/12 118/12 118/12 120/12 143/12
commercial [9] 17/5 22/3 22/5 22/9 22/9 22/10 22/13 22/15 30/8
commode [3] 106/23 107/3 108/4
common [2] 33/4 119/21
comp [12] 108/17 108/18 125/5 128/18 128/21 133/18 140/8 140/18 140/21 141/4 141/12 152/7
company [6] 3/8 3/9 3/13 20/18 36/17 46/14
compensate [1] 155/23
compensating [1] 129/21
compensation [2] 150/24 150/25
completed [1] 49/12
completely [4] 39/18 87/21 105/23 156/13
completing [1] 159/10
computer's [1] 60/22
computers [1] 152/11
conception [1] 154/12
concerned [1] 97/12
concerns [1] 36/19
concluded [1] 157/21
conclusion [1] 159/10
concrete [5] 13/23 13/25 30/14 30/15 30/17
Conduct [1] 8/5
conducted [1] 8/18
cones [1] 72/19
conference [1] 8/23
Conferencing [2] 3/20 158/9
confused [1] 83/9
connected [1] 158/15
connection [1] 99/6
CONNORS [1] 2/20
conscious [1] 70/12
consider [1] 33/2
considered [3] 36/22 43/9 57/7
constantly [3] 30/6 121/23 143/18
constructed [2] 39/23 48/24
constructing [2] 42/13 49/10
construction [18] 1/17 1/22 3/14 25/21 26/3 29/23 30/8 30/19 32/5 38/18 38/24 39/3 39/5 39/19 40/14 43/19 49/4 49/22
consultant [1] 38/2
Cont [7] 19/14 50/12 61/4 67/10 69/2 87/3 126/19
contact [1] 85/18
continue [3] 51/7 70/9 111/23
continued [1] 31/11
continuously [5] 15/6 21/14 34/12 34/18 40/19
contractor [4] 20/9 26/5 36/17 62/25
contractors [1] 49/14
control [1] 59/8
convenient [1] 142/15
conversation [8] 65/13 65/16 65/24 66/1 66/8 67/17 67/24 82/23
conversations [1] 67/19
convicted [1] 142/24
copays [1] 140/5
copies [2] 7/6 46/5
copy [4] 7/5 8/15 45/22 68/18
corner [1] 135/5
CORPORATION [4] 1/7 1/10 1/19 3/8
correct [45] 11/14 16/22 20/4 34/4 46/22 49/18 49/25 50/20 50/21 52/9 59/17 59/18 61/10 61/24 61/25 71/22 72/12 72/16 72/23 73/5 73/12 74/3 75/3 75/14 75/25 77/16 86/2 89/24 91/17 98/22 99/19 102/15 102/25 103/16 104/21 105/2 105/6 108/10 110/19 111/16 113/9 124/5 129/9 149/19 159/5
correction [2] 159/9 159/14
corrections [3] 159/7 159/8 159/11
Cortland [1] 142/18
Costco [1] 71/2
costs [1] 140/5
cottage [1] 145/2
couch [6] 107/24 110/6 110/8 116/22 144/7 144/10
could [47] 10/17 11/10 14/13 16/3 16/25 31/11 45/24 46/14 50/6 52/25 63/8 63/10 66/13 70/7 70/14 80/12 84/3 84/15 84/16 91/8 91/14 95/18 95/25 96/16 97/21 102/7 102/9 103/15

## C

**could... [19]** 103/19 105/19 106/17 107/16 110/10 112/3 112/4 112/14 115/3 115/13 119/15 126/10 127/5 133/18 138/14 138/21 146/21 153/8 154/7
**couldn't [36]** 17/3 21/4 21/25 51/17 51/23 56/21 65/10 70/19 70/19 80/10 81/13 82/3 86/15 89/9 89/9 90/13 95/19 95/22 101/17 101/19 105/16 105/20 105/23 107/17 107/17 107/20 107/24 107/25 107/25 109/12 116/21 116/21 119/5 119/7 123/13 126/7
**counsel [3]** 68/13 158/14 158/15
**count [1]** 15/10
**counter [1]** 135/18
**country [1]** 141/24
**COUNTY [2]** 1/2 160/3
**couple [16]** 22/13 43/23 55/19 57/14 67/11 70/12 71/12 71/12 80/9 98/12 99/6 141/22 142/21 144/3 144/15 150/24
**course [4]** 9/23 46/11 74/15 84/16
**courses [1]** 152/22
**court [11]** 1/2 3/2 3/21 19/12 42/17 45/25 61/2 92/12 158/6 158/21 159/12
**courtesy [1]** 150/23
**cousin's [2]** 142/16 142/19
**cover [4]** 38/19 71/22 101/23 147/11
**covered [3]** 32/16 35/23 46/10
**covering [1]** 95/8
**covers [2]** 63/12 71/24
**COVID [1]** 144/12
**coworkers [1]** 58/7
**CPLR [4]** 8/4 8/18 8/19 8/20
**crack [1]** 129/14
**cracked [1]** 127/17
**cracking [2]** 86/18 89/12
**cracks [5]** 129/3 129/6 129/17 130/9 130/12
**cramps [2]** 127/14 127/19
**crew [6]** 25/5 41/17 42/5 42/11 59/16 75/19
**crews [3]** 41/9 41/13 41/17
**crime [1]** 142/24
**Cross [1]** 35/9
**crossover [1]** 134/14
**crushed [3]** 83/25 84/2 86/17
**crutches [11]** 101/20 101/20 101/21 106/1 106/21 106/23 107/22 112/25 113/5 113/10 113/11
**CT [2]** 87/5 87/20
**culinary [2]** 12/22 13/17
**cultured [1]** 29/10
**CUNNINGHAM [10]** 2/17 2/19 127/22 127/23 128/16 128/23 130/22 131/11 131/15 149/4
**Cunningham's [1]** 130/21
**cup [1]** 71/8
**cups [1]** 71/17
**currently [2]** 11/15 135/7
**cut [10]** 18/16 55/19 56/14 77/11 88/4 98/16 117/11 118/19 141/9 147/13
**cuts [1]** 77/12
**cutting [3]** 32/19 56/9 133/19
**CV [1]** 3/6
**CX [1]** 134/5
**CX-9 [1]** 134/5

## D

**d/b/a [1]** 3/13
**DANIEL [1]** 4/12
**date [5]** 11/10 11/19 34/19 45/13 147/23
**dating [1]** 15/3
**daughter [3]** 133/11 140/24 154/7
**Dave [1]** 68/8
**DAVID [1]** 2/5
**DAVOLI [2]** 2/12 4/5
**day [53]** 12/21 27/23 29/4 39/16 40/20 47/10 47/10 47/11 47/11 47/16 47/17 47/17 47/18 52/11 52/24 53/6 54/19 58/3 58/16 60/4 66/6 66/7 66/15 75/20 87/6 89/2 90/10 92/2 96/16 98/14 100/20 103/7 103/8 105/10 107/24 114/2 116/14 128/14 136/21 136/22 136/23 136/24 137/13 137/14 137/16 137/19 137/21 137/22 138/9 155/25 158/18 159/22 160/6
**days [15]** 23/5 53/15 54/17 57/11 65/2 66/10 66/16 80/9 82/13 83/5 83/10 98/12 106/12 109/20 112/12
**dead [2]** 98/16 105/23
**deal [2]** 129/24 144/7
**Dear [1]** 159/4
**December [1]** 56/6
**decision [1]** 153/15
**deemed [1]** 8/21
**Defendant [7]** 1/18 1/23 2/7 2/20 4/7 4/10 4/14
**Defendants [7]** 1/11 1/14 2/10 2/14 2/17 3/10 3/15
**Defendants/Third-Party [1]** 1/14
**defense [1]** 9/11
**definitely [3]** 80/2 117/22 145/13
**deflate [2]** 123/4 123/9
**Delaware [1]** 2/21
**delay [1]** 41/22
**demand [2]** 45/23 46/5
**depended [1]** 24/11
**dependence [1]** 156/10
**dependent [1]** 156/19
**deposition [8]** 8/10 8/14 8/17 8/18 8/21 159/6 159/6 159/7
**depositions [2]** 8/5 159/5
**describe [3]** 30/4 65/22 94/12
**Description [2]** 6/3 7/3
**desired [1]** 159/9
**desk [1]** 152/10
**desperately [1]** 20/21
**Destiny [3]** 28/3 28/4 29/4
**determined [1]** 111/21
**devastated [1]** 84/21
**devastating [1]** 117/16
**develop [1]** 115/24
**DEVELOPMENT [3]** 1/7 1/19 3/8
**device [2]** 27/7 95/16
**devices [2]** 107/5 110/17
**Dewitt [1]** 45/4
**DIAMOND [1]** 1/9
**did [177]**
**didn't [49]** 17/3 17/10 21/2 25/11 26/10 30/12 30/15 31/25 37/20 49/1 52/20 53/19 64/10 64/18 65/10 66/12 68/14 69/15 74/16 74/21 74/24 75/19 76/5 76/6 81/6 82/6 82/11 84/23 84/24 85/16 86/18 92/3 96/21 102/17 108/22 109/5 113/4 115/3 118/23 119/18 119/19 120/17 121/8 125/6 126/23 143/11 147/11 147/19 152/9
**diesel [1]** 78/4
**different [8]** 13/14 13/19 25/10 41/18 61/8 77/1 129/4 148/21
**difficult [2]** 9/19 107/13
**dimensions [2]** 40/2 79/3
**dinner [1]** 155/14
**direction [7]** 33/9 33/13 37/8 63/20 63/21 69/14 78/8
**directly [3]** 27/18 82/23 141/13
**Disability [4]** 153/6 153/12 153/16 153/22
**discharge [4]** 101/7 102/4 108/6 108/7
**discharged [6]** 101/25 103/4 106/19 106/20 107/10 114/18
**discontinued [2]** 99/13 101/16
**discovery [1]** 68/4
**discuss [1]** 98/12
**dispense [1]** 91/8
**distance [1]** 78/23
**distinct [1]** 69/13
**DISTRICT [3]** 3/2 3/2 35/3
**division [5]** 25/9 25/15 26/13 26/15 26/21
**divisions [3]** 25/14 26/10 26/10
**do [157]** 10/19 11/4 15/22 16/23 18/22 19/2 19/24 22/2 22/16 22/25 24/23 25/8 25/12 25/21 26/2 27/4 28/18 30/12 30/15 30/17 31/6 33/15 33/19 33/23 34/23 35/7 35/12 35/18 36/5 36/10 37/3 37/8 37/12 38/5 39/22 40/2 40/24 42/5 43/13 44/11 44/18 45/10 49/3 52/20 53/3 54/5 54/8 54/11 56/4 59/10 59/24 61/16 62/2 62/13 62/15 66/6 66/18 69/5 74/8 74/22 75/23 75/23 79/3 79/16 79/21 81/20 82/22 84/22 86/10 87/5 94/9 94/12 94/14 95/4 95/23 98/5 104/14 106/5 107/16 107/16 107/24 109/20 111/8 114/20 114/22 115/3 115/13 115/17 117/5 117/20 117/25 120/4 122/10 123/14 124/15 126/10 127/5 127/12 127/16 128/13 128/15 129/10 130/5 132/3 132/3 132/22 133/13 134/2 134/4 134/22 135/3 135/9 135/24 136/19 137/12 137/17 138/2 138/2 138/16 139/12 140/15 141/4 144/18 144/18 144/24 145/12 145/21 146/2 146/4 146/6 148/10 150/14 150/20 151/11 152/8 153/5 153/8 153/18 153/19 153/21 153/23 153/24 155/14 155/16 155/17 155/19 155/20 155/21 156/4 156/5 156/6 156/9 157/2 157/13 157/16 158/8 159/10
**Docket [1]** 3/6
**doctor [8]** 55/21 106/17 134/24 145/19 146/18 147/9 148/3 151/25
**doctor's [3]** 29/8 135/5 154/21
**doctors [7]** 105/13 108/17 108/25 109/12 146/11 150/12 156/14
**document [2]** 45/23 46/2
**DOE [1]** 1/10
**does [25]** 25/11 34/23 35/4 35/5 128/18 128/22 129/10 129/12 129/14 130/5 130/13 130/14 130/15 132/6 132/15 132/17 132/25 133/4 133/4 136/17 139/10 141/12 143/14 146/4 152/15
**doesn't [9]** 10/11 23/13 63/13 81/9 92/17 129/17 134/24 145/7 145/8
**doing [20]** 17/4 25/24 28/4 29/6 29/9 29/14 48/12 49/17 74/14 91/3 91/4 94/16 94/17 115/20 115/20 118/24 124/23 125/7 138/23 140/9
**dollars [1]** 154/2
**don't [80]** 10/11 16/3 16/5 17/21 19/19 21/19 22/24 25/18 26/6 26/7 26/9 28/10 32/8 37/5 38/22 38/23 43/22 43/24 44/19 46/24 49/7 49/7 52/5 54/17 55/14 55/23 56/21 58/19 67/5 76/19 81/21 82/5 82/15 82/20 82/25 83/20 84/3 84/7 84/14 85/4 85/20 85/21 86/12 91/4 91/4 92/15 92/15 93/25 94/1 94/22 97/16 98/24 99/3 99/7 117/14 117/14 117/15 118/25 121/23 127/5 130/20 131/16 131/20 132/1 133/7 133/7 133/16 133/17 135/22 137/23 137/23 137/24 140/10 146/11 146/11 146/12 146/23 151/19 151/20 151/20
**done [17]** 31/10 44/3 49/22 57/14 75/2 95/11 102/24 114/17 115/4 115/11 115/21 117/17 117/24 118/15 125/10 148/5 153/9

**D**

door [1] 154/15
doors [1] 138/20
double [1] 156/2
down [40] 10/5 13/7 14/14 15/4 16/2 16/6 17/2 17/11 48/14 70/15 71/2 79/22 80/2 80/8 80/13 80/22 80/25 81/12 88/6 88/22 100/9 100/24 103/25 104/19 110/8 113/11 117/5 119/5 123/17 124/20 129/3 129/11 133/19 136/4 138/5 141/9 141/17 143/10 143/22 143/23
download [1] 66/14
downloaded [3] 66/4 66/7 66/16
downstairs [6] 107/19 107/19 113/5 113/6 137/8 137/8
doze [1] 90/16
Dr [7] 99/15 123/18 147/2 147/3 148/5 150/4 152/5
Dr. [16] 127/22 127/23 128/16 128/23 130/21 130/22 131/15 132/14 133/15 146/19 148/9 149/4 149/23 150/4 150/17 151/12
Dr. Cunningham [7] 127/22 127/23 128/16 128/23 130/22 131/15 149/4
Dr. Cunningham's [1] 130/21
Dr. Hochreiter [1] 151/12
Dr. Kistler [1] 150/17
Dr. Schreiber [1] 146/19
Dr. Trussell [4] 132/14 133/15 148/9 150/4
Dr. Tussell [1] 149/23
drain [2] 90/3 90/3
draped [1] 110/7
dress [1] 140/10
dressing [3] 100/20 100/22 104/25
dressings [1] 98/14
drink [3] 57/25 58/4 58/13
drinking [1] 58/9
drip [1] 90/24
drive [12] 16/7 64/3 70/5 80/10 133/24 134/2 134/4 134/8 134/9 134/17 134/25 135/3
driven [1] 134/7
driving [8] 33/17 42/25 43/6 58/18 64/3 81/7 134/22 134/23
drop [1] 123/16
dropped [1] 52/15
drove [1] 73/20
drowsy [1] 137/20
dues [3] 23/13 23/16 23/24
duly [2] 9/5 34/24
duly-certified [1] 34/24
dumping [1] 63/7
dumpster [2] 63/9 71/12
Dur [1] 51/2
Dur-O-Wal [1] 51/2
during [17] 29/23 43/18 58/8 89/25 90/9 97/3 97/5 106/3 106/3 106/5 117/8 119/11 119/11 123/11 123/11 137/21 137/22
duties [1] 101/4
DWAI [1] 143/3
dye [2] 87/22 87/22

**E**

each [3] 116/16 154/4 154/5
early [6] 112/17 112/19 120/21 121/2 121/15 143/3
easier [7] 15/15 52/7 55/8 106/25 134/14 145/12 156/8
easily [1] 103/15
East [1] 45/5
Eastwood [1] 139/20
eating [2] 71/19 155/14
ed [2] 34/24 131/19
EDC [4] 1/7 1/19 62/25 81/23
EDC's [1] 81/17
Eddy [1] 29/14
edge [2] 83/24 96/17
education [1] 12/24
effect [2] 8/18 83/22
effects [1] 55/6
efficiency [1] 31/13
EHMAN [1] 4/16
eight [7] 79/8 79/10 79/10 79/14 87/15 98/4 125/9
eighth [1] 87/25
EILERSON [6] 1/7 1/19 2/7 3/8 4/7 81/22
either [10] 18/12 37/9 50/14 72/3 96/19 105/24 105/25 137/25 139/8 145/4
ejaculate [1] 132/23
electrodes [1] 127/16
electronic [1] 8/23
electronically [1] 8/22
elements [1] 13/25
else [27] 9/21 29/18 29/25 39/16 41/23 44/8 48/2 57/13 57/15 58/5 59/7 60/18 64/23 69/5 69/24 73/18 75/10 77/21 95/4 102/22 125/15 129/23 135/19 136/9 138/2 139/8 143/21
email [2] 68/21 68/23
embark [1] 85/17
embarrass [1] 136/9
embarrassed [1] 132/22
emergency [1] 84/6
employ [1] 31/23
employed [9] 11/15 11/24 24/24 25/3 34/21 35/2 40/25 46/19 81/22
employee [1] 158/14
employees [7] 36/24 42/6 64/23 74/1 74/3 75/17 77/21
employer [5] 14/4 14/5 14/11 17/10 35/5
employment [3] 24/6 35/4 151/23
empty [2] 88/17 120/2
EMTs [1] 83/17
enable [1] 132/6
end [16] 18/7 21/12 25/18 25/20 31/10 40/17 49/23 53/7 63/22 63/23 78/15 80/15 80/16 101/8 112/14 128/19
ended [11] 19/19 49/4 49/5 56/11 95/3 97/13 98/15 108/24 120/18 125/3 147/11
endurance [1] 66/21
engage [2] 138/11 145/5
enough [6] 17/3 92/4 92/5 114/25 122/21 134/19
ensure [1] 31/16
ENT [1] 55/23
entail [1] 117/9
entailed [1] 74/13
entire [5] 24/6 24/10 42/2 96/14 129/10
entitled [1] 159/5
entranceway [1] 29/10
equipment [13] 30/5 32/23 33/3 33/10 38/7 38/13 38/20 43/9 61/9 73/16 76/11 77/7 109/11
ER [1] 135/9
erection [1] 132/7
Erie [2] 29/18 29/19
Erie Boulevard [1] 29/18
ERRATA [3] 158/22 159/6 159/11
especially [7] 31/5 33/7 33/9 48/5 58/14 131/24 135/1
ESQ [11] 2/5 2/5 2/9 2/12 2/15 2/19 2/22 4/5 4/9 4/12 4/16
estimate [1] 87/13
evaluation [1] 152/18
even [37] 46/12 69/15 69/19 70/19 81/7 84/23 84/23 86/15 87/10 89/8 95/19 101/19 104/5 105/23 107/17 113/25 116/21 116/21 117/5 119/5 119/7 119/18 119/18 121/18 122/10 126/23 127/15 127/17 127/18 128/20 131/20 133/13 138/25 142/3 142/20 146/23 152/13
evening [3] 54/15 90/9 91/25
eventually [4] 99/22 116/5 116/8 116/11
ever [27] 12/8 21/10 26/12 26/16 26/18 27/18 31/15 32/22 36/13 37/3 38/12 43/19 55/16 56/24 57/7 57/20 66/21 78/17 82/20 106/14 108/4 111/4 115/24 133/11 142/4 142/23 145/14
every [26] 23/3 41/21 47/10 47/11 47/17 51/7 63/13 86/17 89/10 90/21 96/15 98/14 100/20 100/22 112/12 119/9 136/21 137/13 137/14 137/15 141/5 141/10 142/11 142/11 143/19 156/7
everybody [3] 24/13 48/16 75/21
everyday [1] 55/4
everyone [5] 21/4 50/8 57/12 147/18 147/18
everything [17] 9/21 24/3 29/17 29/25 47/13 48/17 49/22 56/13 60/18 73/18 73/21 75/10 124/23 129/23 133/18 139/10 144/16
evidence [1] 160/8
exactly [5] 38/23 39/8 51/9 65/12 153/3
examination [8] 3/19 8/6 8/7 8/11 8/15 8/18 9/8 152/18
examinations [1] 150/25
examined [3] 8/10 8/16 86/6
excavations [1] 29/25
except [3] 8/5 72/11 148/8
Exchange [1] 4/7
excluding [1] 125/16
excuse [2] 81/13 142/6
exercise [2] 124/16 145/21
exercises [1] 146/6
Exhibit [2] 6/3 9/2
expanding [1] 133/8
expectations [1] 75/22
expected [2] 36/20 38/10
expense [1] 140/8
expenses [2] 140/4 140/19
expiration [2] 45/13 45/17
explode [1] 87/24
extended [6] 109/5 109/16 109/21 135/10 135/10 137/2
exterior [4] 49/11 49/15 51/22 51/24
extremely [1] 9/22

**F**

face [6] 33/22 55/20 56/11 76/9 144/17 147/14
facial [2] 56/2 56/7
facility [1] 149/6
fact [1] 75/4
Factory [1] 20/19
faded [1] 79/9
failsafe [1] 118/9
failure [1] 8/6
fair [1] 47/19
fall [1] 156/8
family [7] 25/22 84/23 85/17 133/8 142/18 143/25 147/8
fan [2] 106/25 144/9
fans [1] 144/5
far [6] 32/17 43/11 64/13 73/11 73/21 95/4
fast [2] 21/7 50/19
faster [2] 52/6 98/11
Fat [1] 14/15
father [5] 25/16 25/17 25/25 26/7 26/11
Fatman's [2] 14/15 14/20
fault [1] 116/16

## F


**Fayetteville [1]** 29/8
**fear [1]** 70/23
**February [4]** 14/8 101/9 112/18 112/19
**feel [7]** 137/10 137/13 137/13 138/8 145/9 156/9 159/7
**feeling [3]** 107/14 112/7 137/24
**feels [1]** 137/15
**fees [1]** 23/25
**feet [10]** 43/23 72/9 79/2 79/7 79/8 79/10 79/10 79/11 79/14 139/20
**felonies [1]** 142/25
**felt [5]** 82/8 86/16 87/24 88/13 117/10
**few [10]** 9/14 21/6 21/24 34/3 41/12 66/10 66/16 81/18 112/11 129/4
**filed [1]** 159/6
**filing [2]** 8/13 159/12
**final [1]** 68/12
**finally [5]** 110/14 122/5 122/9 122/20 125/7
**financially [2]** 133/20 158/16
**find [5]** 18/6 19/18 119/21 136/12 153/2
**fine [6]** 4/14 27/2 50/9 91/3 91/4 157/17
**fines [1]** 46/14
**finger [1]** 94/3
**fingers [1]** 117/10
**finish [7]** 9/17 22/6 26/3 29/6 49/15 54/19 91/2
**finished [2]** 54/18 156/21
**finishes [1]** 49/17
**FIRM [3]** 2/3 2/10 4/3
**first [32]** 14/3 14/5 15/25 25/4 27/20 27/23 28/19 31/25 39/2 52/12 59/2 59/19 60/2 75/5 75/5 75/20 87/6 91/25 97/3 97/4 97/25 108/10 110/18 110/23 111/13 111/19 112/11 119/11 125/2 147/13 151/19 156/25
**fit [3]** 51/17 51/23 52/6
**five [12]** 11/9 28/22 34/6 36/9 36/11 51/7 85/4 91/19 126/14 144/14 154/9 154/11
**five-minute [1]** 126/14
**Five-six [2]** 154/9 154/11
**five-year-olds [1]** 144/14
**fixing [1]** 138/24
**flash [1]** 91/7
**flat [3]** 30/13 30/14 141/7
**flew [1]** 15/8
**flex [2]** 94/14 145/16
**flexibility [1]** 94/9
**flexing [1]** 110/9
**floor [9]** 4/8 88/1 103/25 108/10 110/18 113/2 113/14 113/17 145/25
**Florida [12]** 13/2 13/6 14/9 14/10 16/3 16/6 16/13 16/18 140/25 141/17 143/8 143/14
**flow [5]** 120/15 120/17 121/9 122/17 122/24
**fluctuated [1]** 154/23
**focus [1]** 77/24
**fogging [1]** 56/13
**follow [1]** 145/21
**followed [2]** 19/17 106/8
**following [13]** 64/23 91/17 92/1 93/4 98/9 99/10 101/6 103/11 114/18 119/4 123/20 126/20 148/24
**follows [1]** 9/6
**followup [4]** 98/8 114/11 156/23 157/14
**food [2]** 53/21 71/16
**foot [15]** 64/4 70/4 87/14 89/3 93/9 93/11 93/21 94/6 95/5 95/8 103/12 104/20 105/9 106/2 150/19
**foot-ankle [1]** 105/9
**football [1]** 144/4
**foregoing [1]** 158/8
**foreman [15]** 24/14 24/15 27/16 37/9 40/19 40/22 41/17 41/19 41/25 42/10 42/12 42/22 42/23 46/20 74/2
**Forge [3]** 144/21 144/23 145/4
**forget [2]** 45/6 146/22
**forgot [1]** 121/18
**forklift [21]** 61/5 61/17 63/18 63/19 63/21 63/23 64/2 64/9 69/12 69/15 69/16 69/17 73/21 77/25 78/8 78/9 78/10 78/11 80/16 82/17 85/14
**forklifts [7]** 43/12 43/14 61/6 61/8 61/14 73/17 79/4
**forks [5]** 43/13 79/22 80/5 80/16 80/22
**form [22]** 8/6 13/24 28/21 33/6 37/24 38/15 41/6 44/14 46/23 47/25 57/9 58/11 64/16 72/17 73/13 74/4 74/23 79/5 99/24 107/8 147/24 159/7
**formed [1]** 15/14
**forth [2]** 58/19 99/5
**forward [1]** 149/11
**found [2]** 111/24 111/24
**foundation [3]** 30/11 31/3 31/10
**foundation's [1]** 31/6
**foundations [3]** 30/12 30/23 31/12
**four [15]** 19/15 19/16 20/3 28/9 28/11 28/22 40/8 65/2 83/5 83/10 104/3 104/8 104/16 112/12 136/25
**four-inch [2]** 28/9 28/11
**Fourth [2]** 1/20 1/23
**Fourth-Party [2]** 1/20 1/23
**Fox [2]** 141/18 142/10
**fracture [2]** 126/25 127/12
**fractured [1]** 129/21
**fractures [1]** 105/14
**FRARY [3]** 2/14 2/15 68/11
**freaking [1]** 64/8
**freeze [2]** 41/21 41/23
**freeze-up [1]** 41/23
**frequently [1]** 137/6
**front [5]** 70/2 70/5 93/18 95/13 105/17
**froze [4]** 19/8 34/14 34/17 42/15
**frozen [3]** 60/19 60/22 92/9
**frustrating [1]** 157/3
**full [9]** 10/6 10/6 10/17 16/20 23/15 25/21 70/3 75/19 138/8
**full-time [1]** 16/20
**fully [2]** 92/4 116/14
**Fun [1]** 131/23
**function [1]** 107/5
**furnished [1]** 8/15
**further [8]** 8/8 8/12 8/15 8/17 12/24 97/5 100/16 158/13
**FUSCO [1]** 4/7


## G


**gabapentin [2]** 135/11 137/17
**gangrene [1]** 98/15
**gap [2]** 147/12 147/22
**gaping [1]** 87/18
**garbage [4]** 71/11 71/20 78/12 78/14
**gardener [1]** 139/11
**gardening [1]** 138/25
**gas [5]** 48/6 48/9 53/20 78/5 135/4
**gave [13]** 15/17 56/22 76/3 77/10 83/19 83/19 83/20 92/18 92/22 106/23 111/6 111/7 126/2
**GC [1]** 75/5
**gear [2]** 32/18 104/3
**geek [1]** 152/14
**Gene [5]** 17/4 17/14 18/9 20/23 44/23
**general [9]** 36/17 36/25 52/12 62/25 67/11 81/17 89/21 117/18 117/20
**GERARD [1]** 2/9
**GERBER [2]** 4/10 4/12
**Gerry [4]** 9/11 68/10 130/24 131/1
**get [60]** 14/13 15/8 16/6 20/21 23/12 23/15 23/21 34/2 46/14 53/10 55/13 63/13 68/22 69/11 70/16 70/19 78/21 82/11 88/25 90/20 91/4 96/6 96/12 96/15 96/17 96/19 97/4 97/22 98/11 107/18 107/21 107/22 107/25 110/8 110/10 114/25 116/19 116/22 118/7 119/6 119/12 124/14 126/23 127/17 128/7 128/13 130/17 130/25 133/15 134/11 134/15 134/25 136/4 137/5 137/14 138/14 138/17 140/25 143/19 144/13
**getting [11]** 40/17 52/23 52/24 97/13 110/14 122/24 128/8 140/9 141/9 141/10 142/10
**Giovanni [9]** 21/9 24/13 24/16 36/7 37/2 37/9 84/13 85/25 86/1
**Giovanni's [1]** 24/18
**give [9]** 16/13 16/14 34/11 45/15 67/3 108/19 135/15 141/15 159/9
**given [4]** 31/15 67/24 83/18 106/21
**gives [1]** 128/11
**giving [1]** 146/17
**glamping [4]** 138/17 144/15 144/19 145/3
**glasses [3]** 33/14 33/15 77/10
**go [77]** 12/21 13/17 16/2 16/6 16/16 21/5 22/24 23/13 23/18 24/20 27/25 28/24 41/6 44/14 50/6 50/19 51/24 53/17 53/20 53/21 54/21 55/8 58/11 60/7 60/12 62/23 64/4 64/16 70/10 71/2 72/2 73/13 74/4 79/5 82/15 86/18 88/22 89/19 96/7 96/21 101/13 102/5 102/6 102/17 103/5 107/8 108/20 109/9 112/21 113/10 114/25 115/4 115/19 117/5 119/15 119/18 124/7 128/5 128/10 128/12 128/15 132/13 135/3 137/6 138/15 138/16 138/18 138/19 140/25 142/21 143/22 144/18 144/19 145/15 147/11 149/10 152/9
**goes [9]** 23/11 24/3 51/3 123/16 128/8 129/3 138/7 146/16 147/16
**goggles [3]** 32/20 56/13 77/7
**going [56]** 9/12 9/14 9/16 10/2 10/9 13/16 15/15 16/13 18/3 18/17 21/3 21/7 25/5 33/12 34/11 35/22 39/9 45/4 47/16 60/4 62/23 63/17 63/20 69/12 73/11 76/9 80/17 80/22 85/16 87/24 89/15 97/19 99/6 106/25 108/8 109/3 114/3 118/5 118/6 118/19 121/23 122/6 123/16 128/17 128/19 133/4 133/9 140/11 140/14 140/17 147/12 154/6 157/10 157/11 157/12 157/12
**gold [1]** 34/11
**gone [4]** 72/11 125/19 144/15 156/17
**good [9]** 9/10 10/15 10/16 56/14 132/17 132/18 155/13 155/23 156/12
**got [56]** 13/17 13/18 15/5 15/18 16/18 17/4 18/2 18/9 19/20 20/24 21/4 21/5 21/9 32/2 59/14 59/22 64/4 68/11 68/12 69/10 70/2 70/2 76/9 84/14 84/17 84/18 85/8 87/25 92/3 94/22 107/10 107/19 109/13 110/23 111/2 111/13 112/9 112/9 112/24 113/12 114/21 118/17 119/21 129/20 131/4 131/25 137/5 138/6 139/2 142/16 143/3 143/4 143/20 147/20 147/23 154/25
**got up [1]** 112/9
**gotten [1]** 68/18
**governing [1]** 159/5
**gown [1]** 126/8
**grab [1]** 53/21
**Gradall [1]** 64/2
**gradually [1]** 122/24
**graduate [3]** 12/11 12/14 13/10
**graduated [1]** 12/23

**G**

**graft [8]** 97/9 97/15 98/2 98/9 99/16 99/22 101/24 105/2
**grafted [1]** 98/21
**grafting [1]** 99/10
**Grain [1]** 62/4
**Granger [5]** 18/10 18/19 18/24 18/25 20/3
**granulation [2]** 99/14 100/17
**greater [1]** 12/17
**green [4]** 90/22 91/7 91/11 105/19
**grooves [1]** 76/24
**grossing [1]** 141/6
**ground [13]** 9/14 30/2 30/10 50/14 62/24 63/6 64/21 69/10 70/11 70/21 71/9 71/13 134/21
**Groundhog's [1]** 138/9
**GROUP [5]** 1/7 1/8 3/3 3/4 3/13
**growing [1]** 152/13
**guess [4]** 55/9 80/9 81/5 81/11
**guy [11]** 15/13 19/21 25/23 36/17 51/12 54/20 81/17 123/17 146/19 146/22 152/19
**guys [4]** 65/11 75/23 122/8 122/9

**H**

**H-O-C-H-R-E-I-T-E-R [1]** 151/12
**had [126]** 15/2 16/6 19/20 19/24 20/14 20/20 21/6 21/19 22/20 25/5 28/12 30/23 30/23 31/18 31/18 32/3 32/11 34/15 36/3 36/14 38/13 38/22 40/5 40/25 41/11 49/12 50/24 51/6 51/18 51/24 53/11 54/18 54/20 56/12 59/4 63/10 63/11 64/5 66/4 67/17 69/9 69/18 69/19 70/25 75/19 77/5 77/9 78/11 78/17 81/17 82/12 82/22 87/8 87/18 88/20 89/4 90/2 90/14 90/18 90/23 92/14 93/22 95/7 95/8 95/13 97/9 97/14 97/17 97/20 98/10 98/16 100/4 100/8 101/11 101/14 101/17 102/1 102/6 103/3 103/5 104/3 104/19 104/23 104/25 105/4 105/14 105/24 106/12 107/12 108/18 108/20 109/24 110/5 111/4 111/8 112/6 114/3 117/4 118/4 118/5 118/8 120/9 121/3 121/18 121/23 122/3 122/15 122/21 124/23 125/7 126/8 126/21 126/24 127/6 131/3 132/13 139/7 142/21 143/3 143/4 143/12 147/11 148/20 152/8 152/13 153/5
**hadn't [2]** 69/17 131/13
**half [11]** 10/24 12/21 40/8 53/12 64/5 107/19 108/5 108/10 110/18 137/4 145/9
**half-bath [4]** 107/19 108/5 108/10 110/18
**halfway [1]** 142/3
**hand [7]** 73/18 76/15 76/18 129/22 130/7 130/8 158/17
**handed [2]** 93/13 93/14
**handing [1]** 55/15
**handle [1]** 92/8
**handled [1]** 26/3
**handles [1]** 148/4
**hands [1]** 130/10
**happen [3]** 66/13 70/8 137/8
**happened [21]** 35/18 56/7 62/21 65/6 65/9 65/11 69/7 82/3 82/3 82/8 82/10 84/12 84/21 86/5 90/10 106/7 106/7 125/5 133/12 136/18 143/9
**happening [1]** 53/25
**happens [1]** 48/3
**happy [2]** 9/22 132/19
**hard [6]** 18/6 55/3 96/16 96/18 107/15 136/11
**hardest [1]** 107/15
**hardhat [1]** 77/9
**hardhats [1]** 77/7
**has [10]** 9/16 9/16 55/14 130/6 134/13 140/18 141/25 142/4 147/6 154/23
**hasn't [1]** 142/12
**hate [2]** 27/10 132/21
**Haul [1]** 16/7
**have [160]** 8/17 10/17 10/22 11/10 12/19 13/24 15/24 16/25 17/3 17/7 18/5 19/19 20/7 23/3 23/14 24/5 24/9 25/11 25/14 26/23 31/6 31/21 31/25 32/13 32/22 33/23 34/12 34/18 35/14 35/20 36/24 37/11 37/17 39/16 40/19 42/9 43/19 43/24 44/3 44/18 44/19 44/23 45/14 45/25 48/22 49/11 49/16 49/21 52/5 53/20 55/7 56/24 57/6 57/24 58/4 59/3 59/11 59/13 60/10 61/19 63/13 66/16 67/11 67/18 68/3 68/14 68/25 70/1 70/2 70/4 70/11 72/3 72/11 72/14 73/22 75/19 76/18 77/8 78/4 79/12 80/3 80/6 80/21 83/22 85/16 92/25 94/9 94/12 94/14 96/23 97/5 97/8 97/21 98/5 98/6 98/9 100/2 100/5 100/16 101/5 108/4 108/22 113/8 113/8 115/4 115/4 115/19 117/25 120/15 122/17 125/14 125/20 126/21 127/12 127/18 130/20 131/10 131/12 131/18 131/19 131/22 132/6 133/9 133/9 134/22 134/25 136/25 137/3 138/4 138/25 139/3 139/7 139/9 139/10 140/24 141/7 142/20 142/23 143/8 143/22 144/2 145/14 146/12 147/18 147/19 148/24 149/5 150/14 150/20 151/11 151/22 151/25 152/6 153/14 154/8 154/12 156/9 156/14 156/17 157/13
**haven't [4]** 68/17 131/17 143/5 146/11
**having [9]** 9/5 54/23 65/24 92/21 92/24 133/10 134/20 137/7 141/23
**he [142]** 15/4 15/12 15/17 15/18 15/25 16/5 17/7 17/20 17/21 17/24 18/3 18/21 19/8 21/24 24/13 24/20 24/22 25/5 25/11 25/18 25/24 25/24 25/24 41/4 41/4 41/5 42/13 42/15 42/19 42/22 42/22 42/25 43/3 54/20 59/10 59/10 59/15 59/15 59/22 59/22 59/24 62/25 63/3 63/3 63/6 63/10 63/10 63/11 63/15 64/3 64/8 64/10 64/10 64/18 64/19 65/4 65/4 65/6 65/10 65/12 74/10 75/6 75/6 75/6 75/11 75/20 76/3 76/5 76/6 76/6 80/6 80/10 80/12 81/11 81/11 81/13 81/22 81/24 82/1 82/2 82/3 82/4 82/4 82/8 82/12 82/13 82/16 84/15 84/15 84/15 84/16 84/18 84/20 84/20 84/20 84/20 84/23 84/24 85/2 85/2 85/2 85/6 85/8 85/9 85/19 85/21 105/18 108/25 120/17 120/18 121/8 121/9 121/13 122/13 122/15 122/22 123/15 123/15 123/16 123/17 129/3 129/3 129/10 129/14 129/16 129/25 130/5 130/6 130/7 130/15 132/12 132/14 146/16 146/23 147/5 147/6 147/9 147/14 147/15 147/16 147/16 150/18
**he'd [3]** 59/13 59/13 59/14
**he'd say [1]** 59/13
**he's [2]** 60/19 148/6
**head [3]** 10/4 63/22 76/24
**head's [1]** 154/14
**heal [6]** 95/18 95/25 97/11 98/11 99/22 119/4
**healed [2]** 100/2 105/14
**healing [4]** 97/11 100/12 100/17 105/15
**health [2]** 35/5 35/7
**healthy [1]** 148/2
**hear [10]** 27/5 33/7 33/11 37/13 60/21 69/13 70/14 76/8 78/5 89/11 145/17 145/17
**heard [6]** 63/18 69/12 77/25 84/24
**hearing [2]** 33/24 69/3
**heartburn [1]** 135/16
**heavy [6]** 30/5 33/10 38/20 43/9 44/16 154/25
**heck [1]** 123/17
**height [1]** 154/8
**held [1]** 3/22
**help [9]** 75/23 92/2 97/11 103/14 128/13 136/16 136/17 139/12 146/14
**helping [1]** 111/10
**helps [4]** 128/9 136/6 136/7 136/12
**her [29]** 15/3 35/4 35/5 55/23 86/19 90/19 101/4 107/12 128/9 139/12 139/14 141/18 141/21 141/24 142/2 142/10 142/15 142/18 142/19 142/20 142/21 143/10 143/11 143/11 143/12 143/17 143/18 144/5 146/5
**here [13]** 9/20 11/22 15/11 16/8 20/20 54/21 59/14 59/23 64/12 66/20 79/20 142/11 142/15
**HEREBY [2]** 8/3 158/8
**hereto [1]** 8/3
**hey [2]** 71/14 147/15
**high [6]** 12/11 12/20 12/24 13/16 25/18 25/20
**high-end [2]** 25/18 25/20
**highest [1]** 155/7
**him [28]** 15/16 19/3 20/13 20/14 21/23 24/21 54/20 63/8 65/3 65/8 75/10 80/10 82/5 82/7 84/14 84/17 84/24 85/12 85/14 85/20 85/21 85/22 108/19 109/2 122/21 127/25 146/20 150/21
**HINSDALE [3]** 1/8 2/11 3/4
**hip [2]** 95/15 130/15
**hips [3]** 128/24 130/5 146/2
**hire [2]** 22/25 139/7
**hiring [1]** 18/8
**his [24]** 17/22 19/21 20/10 20/11 20/25 25/5 25/10 25/16 25/17 25/25 26/7 26/11 29/10 36/19 59/9 62/24 63/11 63/19 69/17 75/20 81/16 99/15 127/18 146/22
**history [1]** 34/24
**hit [10]** 18/8 48/6 64/10 65/25 80/16 85/14 90/14 91/8 91/12 114/7
**hitting [2]** 48/9 56/11
**hobble [1]** 105/25
**Hochreiter [1]** 151/12
**hold [4]** 27/11 45/10 45/18 45/21
**holding [2]** 1/9 33/21
**HOLDINGS [2]** 1/9 1/13
**hole [4]** 87/18 88/5 97/10 98/6
**home [27]** 11/2 34/21 97/22 103/4 104/5 106/12 106/19 106/25 107/5 107/7 108/16 108/20 108/21 109/9 109/17 110/2 110/23 111/6 111/13 125/17 125/19 139/25 142/4 145/21 148/24 149/13 149/15
**Homer [1]** 35/3
**homes [1]** 25/22
**honestly [5]** 28/10 38/21 49/7 66/11 66/13
**hooked [2]** 86/14 90/6
**hospital [52]** 64/25 65/2 65/19 81/19 81/25 83/3 85/3 87/6 96/8 96/23 96/25 100/7 101/7 101/14 101/22 101/25 103/4 103/8 103/11 103/23 104/2 104/13 106/10 106/15 108/6 108/12 108/13 108/20 108/22 109/4 109/6 109/8 109/9 109/13 109/16 109/18 114/13 114/14 114/18 116/19 121/22 122/3 125/16 125/19 125/22 125/24 126/8 126/12 126/22 148/23 149/18 149/20
**hospitalization [2]** 148/13 148/24
**hospitalized [2]** 148/14 148/19
**hospitals [1]** 148/15

## H


hot [1] 58/14
HOTEL [1] 1/9
hothead [1] 15/16
hour [11] 7/5 23/4 23/17 44/23 45/10 46/10 53/13 86/9 137/14 141/6 141/7
hourly [1] 23/18
hours [2] 142/21 157/11
house [14] 29/9 99/16 107/23 108/14 108/22 113/2 138/24 139/8 139/15 139/19 139/22 142/21 144/13 152/13
housed [1] 39/10
how [96] 10/22 11/8 12/23 14/7 14/20 17/23 19/7 31/15 31/21 32/22 33/23 36/8 38/10 39/22 40/5 40/10 40/10 40/24 42/6 42/6 43/8 43/8 44/2 47/7 47/9 49/3 49/7 51/10 54/5 55/10 55/25 58/3 59/3 59/10 60/16 60/16 61/6 65/5 65/15 66/12 66/12 70/3 74/16 74/22 79/4 79/4 79/21 82/9 85/1 85/10 85/13 91/24 92/15 93/23 94/19 95/10 96/3 98/2 98/3 101/5 105/8 109/20 110/21 111/12 112/10 119/3 119/24 120/3 120/17 121/8 124/24 128/15 129/13 135/24 136/19 136/22 136/22 137/12 137/12 137/15 137/17 137/17 139/15 139/22 141/4 141/20 143/1 143/25 147/6 151/21 153/19 154/10 154/10 154/12 155/21 156/6
huge [3] 88/14 139/21 147/12
huh [8] 10/3 99/8 110/12 115/16 118/10 120/14 126/6 136/15
hunched [1] 152/10
hurt [2] 116/22 128/10
HURWITZ [1] 4/14
hydraulic [1] 52/5
Hydro [3] 51/18 51/23 52/2
Hydro-Mobile [1] 51/18
Hydro-Mobiles [2] 51/23 52/2
hydrocodone [9] 54/16 54/24 55/7 55/11 55/17 56/1 56/19 57/1 57/6
hydrotherapy [1] 145/15
hygiene [3] 110/22 111/12 113/18


## I


I just [1] 144/14
I'd [25] 21/13 25/4 31/24 32/15 41/3 42/8 43/23 45/20 49/6 52/17 52/17 54/6 58/13 58/22 59/23 90/16 94/16 94/25 101/8 101/8 112/12 123/24 141/23 146/10 157/6
I'll [10] 9/22 10/13 34/17 68/19 68/25 128/19 130/17 131/9 146/4 156/23
I'm [74] 9/11 9/12 9/14 9/16 10/2 10/9 16/13 17/11 18/8 18/16 18/16 22/7 27/5 27/9 33/21 34/11 36/23 37/12 38/17 38/22 39/4 40/9 56/17 58/15 59/14 59/23 60/3 63/20 65/21 66/25 67/4 70/9 74/6 79/24 79/24 81/16 82/5 91/23 92/6 92/6 93/25 94/16 99/6 102/5 106/25 109/4 114/9 119/20 120/2 120/25 122/7 125/4 129/21 129/23 132/10 132/16 132/21 133/17 135/2 135/8 136/8 136/24 137/11 139/14 140/16 141/3 145/9 146/16 148/19 149/12 152/12 152/12 154/10 156/18
I've [11] 39/25 57/14 83/10 122/7 125/19 131/20 137/13 145/17 145/17 153/9 156/17
i/p/a [1] 1/13
idea [2] 35/20 156/12
identification [1] 9/3
identify [1] 159/8
illegal [1] 57/8
imaginable [1] 88/16
imagine [1] 116/23
IMEs [1] 151/9
INC [10] 1/9 1/10 1/10 1/12 1/13 1/13 1/17 1/22 3/13 3/14
INC/LLC [1] 1/10
inch [3] 28/9 28/11 154/17
inches [2] 87/15 98/4
incident [1] 61/24
including [5] 8/5 8/23 47/3 47/5 139/19
Incorporated [1] 17/17
incorrect [1] 58/10
incur [1] 140/3
indented [1] 98/7
Index [1] 1/5
indicate [1] 10/13
indicates [1] 53/24
indigestion [1] 135/13
individual [1] 159/12
infected [1] 100/13
infection [2] 100/16 115/22
infections [1] 115/25
initial [3] 35/18 36/2 77/19
initialed [3] 35/15 35/19 36/4
initially [2] 104/18 148/23
inject [1] 131/22
injection [4] 132/4 135/21 135/25 148/8
injections [1] 149/23
injured [2] 39/6 130/2
injuries [1] 148/15
injury [4] 9/12 38/25 56/2 56/8
insert [1] 93/22
inserted [2] 90/2 118/20
inside [6] 49/24 51/17 51/21 51/24 94/17 123/4
inspector [1] 82/23
inspectors [1] 82/24
installation [1] 25/14
instant [4] 92/20 92/24 135/11 136/25
instead [2] 92/21 92/24
instructed [2] 66/5 73/25
instruction [5] 74/16 74/22 75/10 76/3 82/14
instructions [3] 77/19 77/21 82/16
insurance [11] 3/8 3/9 3/13 3/13 35/5 128/20 147/10 147/19 147/21 147/25 147/25
insurer [1] 35/8
integral [1] 50/22
interested [1] 158/16
interior [2] 49/16 49/17
internet [3] 9/20 99/5 152/13
interrupt [1] 102/12
interrupted [1] 89/17
interview [2] 27/21 27/23
interviews [1] 15/2
involve [2] 29/22 52/8
involved [3] 13/21 13/23 61/9
IR [1] 135/10
is [103] 8/3 8/6 8/8 8/8 8/9 8/12 8/12 8/14 8/15 8/17 8/21 9/16 9/22 10/11 11/2 11/17 14/24 18/2 20/4 20/17 20/17 26/23 33/11 34/7 34/8 34/21 34/22 34/24 35/2 35/8 36/24 37/21 39/8 42/9 45/13 47/2 47/19 50/8 50/19 54/6 57/17 65/21 65/21 68/10 69/3 70/7 72/22 73/5 73/12 74/3 75/3 75/14 75/22 80/8 81/14 91/3 91/17 93/23 93/23 94/6 95/14 99/15 103/16 104/10 113/5 117/15 120/2 121/22 122/16 129/6 129/18 129/20 129/20 129/20 131/24 133/18 134/6 134/19 134/19 137/3 139/15 139/15 139/18 139/19 139/22 140/7 140/16 141/18 142/8 142/18 146/24 147/3 147/5 148/5 148/8 149/22 153/14 155/25 156/25 157/2 157/18 158/11 159/6
Island [1] 19/9
isn't [2] 113/4 133/2
issue [1] 121/21
issues [1] 128/6
it [366]
it's [80] 18/6 23/2 23/4 23/19 41/23 42/11 45/14 48/10 50/3 52/4 52/6 52/7 55/2 64/1 64/3 64/4 65/11 65/23 66/23 69/12 70/5 70/5 74/18 82/6 98/6 102/18 107/19 114/5 116/16 119/8 119/9 119/9 119/10 119/20 119/22 120/12 122/6 122/7 128/17 128/20 129/19 130/23 132/15 132/18 132/20 135/4 135/16 136/10 136/11 137/4 137/10 138/7 138/24 139/2 139/2 139/17 139/17 139/20 139/25 140/5 140/12 141/5 141/8 141/14 141/23 142/15 142/22 142/22 143/18 144/6 144/15 144/22 145/8 145/10 145/12 145/19 147/8 149/12 155/23 155/24
items [1] 71/13
Ithaca [2] 29/13 29/14
its [4] 8/13 72/22 101/16 155/7
itself [4] 40/3 50/24 50/25 89/23
IV [2] 86/11 86/12


## J


January [9] 14/23 102/6 102/24 110/24 111/18 111/22 112/11 112/17 114/14
January 9th [4] 110/24 111/18 111/22 112/11
Jason [10] 40/23 41/25 42/12 43/5 46/19 47/5 59/8 59/11 59/20 64/14
Jay [21] 60/5 61/18 64/9 64/18 64/20 64/25 65/3 65/10 67/17 67/19 68/23 70/14 72/3 72/15 75/3 75/21 80/5 81/12 82/17 82/18 82/22
Jay's [5] 63/23 69/16 78/9 78/11 81/13
Jefferson [2] 2/11 4/4
JENNIFER [1] 4/16
Jim [5] 19/21 19/22 20/10 20/11 20/11
job [66] 12/3 12/4 13/16 15/17 18/7 18/9 19/3 19/7 19/18 19/21 19/25 20/22 20/24 20/25 21/5 22/23 23/4 23/10 23/12 23/21 24/11 24/15 25/4 27/14 27/16 28/16 30/18 31/5 32/4 36/13 36/16 36/18 37/6 37/10 37/18 37/21 41/3 41/11 42/23 43/4 43/9 46/15 46/18 48/12 48/25 49/5 52/14 54/18 62/19 63/2 73/10 73/21 74/13 74/21 74/22 75/5 75/6 75/7 75/13 75/24 76/4 76/21 77/5 77/19 77/20 140/16
jobs [15] 19/24 22/2 22/8 22/14 22/20 23/2 23/19 24/14 26/4 26/5 28/23 29/21 29/22 30/3 38/11
JOHN [6] 1/10 24/22 24/22 27/19 85/18 85/23
John's [1] 29/9
joining [1] 155/17
joins [1] 9/15
jointer [1] 76/25
jointers [1] 76/22
joints [4] 76/23 76/24 76/25 155/2
Joseph [1] 10/18
Juan [26] 44/10 46/20 47/5 61/18 63/6 63/19 64/8 64/15 64/18 64/19 65/6 65/8 65/12 66/8 66/15 67/17 67/19 68/23 69/14 70/14 70/25 71/14 72/3 72/15 78/13 82/17
Juan's [2] 67/24 78/10
July [4] 15/24 29/5 29/5 41/3
July 4th [2] 29/5 29/5
jump [2] 63/25 64/6

**J**

jumped [2] 69/18 69/20
June [14] 21/13 21/13 40/7 120/21 121/2 121/15 123/23 123/24 124/4 125/3 128/1 128/2 151/6 152/20
June 29th [1] 21/13
junior [1] 12/21
just [210]
just weren't [1] 133/20

**K**

K-I-S-T-L-E-R [1] 150/17
keep [12] 46/15 48/16 48/16 75/24 76/4 108/18 115/20 116/15 118/8 121/9 136/13 157/11
keeping [2] 77/19 108/24
keeps [1] 123/6
KEITH [2] 2/15 68/10
KELLY [1] 4/10
Ken [1] 64/15
kept [4] 59/8 109/13 113/3 121/16
kick [1] 146/3
kid [2] 120/23 133/21
kids [7] 52/16 54/10 58/18 58/20 137/24 144/12 156/7
kilter [1] 80/19
kind [35] 9/15 12/19 15/15 15/17 15/18 28/11 51/4 55/6 64/9 83/22 90/23 93/22 98/8 107/20 112/16 113/22 114/8 118/16 125/20 126/2 126/4 129/23 130/7 130/8 130/12 134/25 138/10 138/16 144/6 145/21 145/25 146/7 148/10 152/22 155/22
kindly [1] 159/11
King [1] 99/15
Kistler [1] 150/17
KNAPP [1] 2/5
knee [4] 95/2 95/2 95/3 104/21
kneecap [1] 95/9
knew [6] 25/24 63/19 78/8 83/13 122/4 140/14
knock [1] 89/7
knocked [1] 116/20
knot [1] 117/13
know [222]
knowing [1] 133/22
known [1] 80/21
knows [1] 65/5
KOA [2] 144/20 144/22
KOWALEWSKI [1] 2/22

**L**

L4 [1] 126/25
L4-L5 [1] 126/25
L5 [1] 126/25
labor [2] 13/22 55/3
laborers [9] 25/7 48/15 50/18 50/22 51/5 52/22 52/22 53/4 60/12
laboring [3] 12/25 14/6 14/14
Lacey [1] 142/10
lack [1] 30/4
LAFACE [58] 1/17 1/22 2/21 3/14 7/6 12/2 21/10 21/11 21/18 22/3 22/8 23/2 24/7 24/10 24/19 24/21 24/24 25/3 25/13 26/2 26/13 26/15 26/20 27/15 27/19 27/25 28/17 30/9 30/10 30/17 31/15 36/15 37/3 37/7 37/22 40/10 40/25 41/5 41/10 42/6 43/10 46/5 46/19 61/7 72/22 73/5 73/10 73/19 73/22 73/25 74/3 75/17 76/12 77/8 77/16 77/17 77/22 86/2
laid [3] 18/4 107/23 110/6
LANG [1] 4/9
large [4] 32/23 33/3 39/22 42/11
larger [2] 30/19 114/15
last [21] 11/17 15/19 19/7 19/21 20/10 20/11 24/18 33/9 36/8 49/4 53/24 57/17 68/4 81/20 92/17 116/19 131/17 134/9 134/18 144/20 154/21
lasted [3] 19/22 20/7 20/25
lasting [1] 36/11
late [3] 112/17 125/8 128/2
later [1] 88/22
Latimer [2] 14/6 14/7
Lauren [1] 140/12
LAW [4] 2/3 2/10 2/14 4/3
lawn [1] 139/12
lawyer [1] 66/5
lay [8] 74/17 127/6 127/15 127/17 127/18 127/20 130/6 138/5
layer [1] 48/22
laying [13] 13/22 13/23 19/4 28/8 30/24 42/19 48/14 48/19 55/2 63/2 64/21 84/13 137/14
layoffs [1] 21/21
layout [1] 77/2
lean [1] 113/10
learn [2] 64/24 74/18
learned [1] 143/5
leased [1] 134/17
least [7] 32/13 42/8 79/7 92/5 101/8 119/12 128/13
leave [1] 120/7
leaving [1] 120/18
led [1] 28/10
left [33] 16/23 63/22 64/6 69/18 69/20 78/15 85/8 88/23 92/8 93/11 93/12 93/13 93/15 93/17 93/19 94/7 95/5 98/12 100/7 101/18 105/22 109/24 110/6 112/7 113/6 114/13 114/14 120/20 126/24 127/11 127/12 127/19 130/2
leg [14] 70/17 94/24 101/18 101/19 104/20 105/17 105/21 105/22 110/6 110/7 112/5 112/7 112/15 130/8
legs [1] 146/2
less [2] 141/9 141/10
lesson [1] 143/6
let [9] 21/5 30/13 52/12 57/18 66/19 71/5 89/19 89/19 91/1
let's [5] 17/25 29/20 40/7 93/21 122/22
level [1] 50/14
levels [1] 76/22
Liberty [2] 2/18 4/14
license [2] 44/11 44/17
life [8] 12/18 44/5 106/24 131/24 139/3 143/15 153/10 153/10
lift [18] 33/12 42/25 43/6 43/24 43/25 44/2 44/7 44/13 44/20 64/2 65/4 70/21 80/8 80/18 123/14 145/24 146/9 146/13
lifting [1] 146/8
lifts [9] 43/7 43/11 43/20 44/9 46/21 47/9 47/12 47/20 47/24
light [1] 91/12
like [203]
like I [1] 116/13
liked [3] 13/18 24/22 134/18
Lily [1] 141/18
limber [1] 132/16
limitation [1] 94/13
limited [3] 8/23 94/14 146/5
line [6] 14/11 57/4 77/2 77/4 159/9 159/14
lines [3] 10/4 48/20 140/6
LIPPMAN [1] 2/7
list [2] 35/22 45/25
listen [1] 68/14
listened [1] 67/16
literally [5] 56/15 64/5 88/4 110/6 110/9
little [18] 10/24 45/6 55/8 80/11 81/7 83/8 83/24 83/25 90/20 123/5 128/11 130/16 130/16 132/22 134/20 136/12 156/8 157/3
live [4] 21/25 139/20 142/17 143/16
lived [1] 17/21
lives [2] 140/24 143/17
living [3] 107/2 108/8 110/3
LLC [11] 1/7 1/8 1/8 1/8 1/9 1/9 1/10 2/17 3/3 3/4 4/7
LLP [3] 2/10 4/3 4/10
loaded [1] 61/20
located [5] 17/19 17/20 20/18 71/21 72/8
location [2] 8/21 103/23
long [41] 10/22 14/7 14/20 17/23 19/7 29/14 36/8 38/22 40/5 40/10 40/10 40/24 46/12 47/16 47/17 49/3 49/7 55/25 79/4 79/7 79/10 79/11 85/2 87/11 87/14 92/17 96/3 101/5 105/8 107/20 113/4 119/3 119/24 120/4 124/24 133/14 138/5 138/6 138/7 147/6 156/17
longer [2] 36/11 83/13
look [6] 32/24 33/9 33/12 45/14 63/20 68/25
looked [10] 63/20 69/14 69/16 69/17 78/7 78/14 78/15 82/4 83/10 84/21
looking [6] 46/15 66/11 79/24 79/24 114/10 154/13
looks [1] 154/16
Lortabs [1] 57/4
lost [3] 70/11 72/6 155/10
lot [11] 13/22 15/15 30/12 30/15 31/25 52/6 66/25 134/14 135/17 139/15 139/19
lotion [1] 111/15
loud [4] 48/4 48/8 48/10 78/2
love [2] 23/19 138/20
loved [1] 13/19
low [1] 134/21
lower [1] 129/4
lucky [1] 56/17
lunch [8] 50/8 53/12 53/14 53/18 58/8 58/14 67/6 67/8
Lynn [1] 11/5

**M**

machine [1] 44/16
mad [1] 15/18
made [2] 104/7 159/8
mail [2] 68/12 131/9
Main [1] 4/11
maintain [2] 95/24 139/8
make [30] 8/8 10/11 14/17 32/20 32/20 39/17 49/2 51/5 59/13 59/16 65/18 66/19 66/20 70/18 76/23 81/9 88/7 92/5 94/5 97/19 100/11 102/8 102/21 106/24 114/7 130/24 132/3 132/19 141/22 159/7
makes [4] 73/7 137/20 137/20 157/19
making [5] 77/11 116/24 122/16 133/17 141/7
mall [2] 29/7 30/21
man [3] 14/22 119/20 119/23
manageable [1] 109/14
managed [1] 108/9
management [1] 148/11
mangled [1] 89/5
MANUFACTURING [1] 1/10
many [13] 42/6 42/6 42/9 43/8 43/8 44/3 51/10 61/6 109/20 110/9 112/10 136/22 136/22
March [2] 68/24 101/12
marijuana [5] 53/24 53/25 57/6 58/9 156/4
mark [1] 159/10
marked [2] 6/3 9/3
marriage [3] 34/19 132/15 142/19
married [5] 34/9 34/13 35/6 147/20 147/23
mask [1] 56/12
masks [1] 38/8
mason [6] 11/6 12/5 23/3 43/19 74/12

M


**mason... [1]** 74/19
**masonry [28]** 13/18 13/21 14/3 14/5 14/6 15/12 16/10 17/5 17/8 17/17 17/23 18/5 18/7 18/20 18/24 18/25 19/1 20/9 20/18 25/9 25/12 25/15 25/23 26/4 26/21 42/24 49/23 50/19
**masons [11]** 12/25 13/14 25/6 29/24 42/9 49/10 49/20 51/11 51/21 52/24 54/25
**material [1]** 60/17
**materials [13]** 50/20 51/6 52/7 52/25 60/9 60/11 61/17 67/15 72/16 72/23 73/3 73/4 73/12
**matter [1]** 55/2
**Mavis [1]** 29/11
**may [6]** 8/10 8/18 8/22 11/9 20/7 159/8
**May 15th [1]** 11/9
**maybe [25]** 17/18 19/16 19/20 20/8 20/8 21/6 22/14 25/6 31/24 36/16 44/5 55/8 56/3 58/23 71/7 71/7 72/9 73/7 79/8 85/4 85/5 101/9 121/17 123/23 155/8
**Mazda [1]** 134/5
**me [177]**
**meals [1]** 155/23
**mean [63]** 21/4 22/16 22/22 22/24 24/12 25/21 26/8 33/12 42/11 43/21 54/10 54/25 55/2 55/4 55/13 62/7 65/11 70/7 71/4 71/8 72/20 77/15 80/18 80/20 80/24 80/25 81/7 83/24 83/25 86/15 95/21 102/13 109/11 114/9 116/24 117/20 118/14 118/18 118/23 119/14 120/6 120/11 120/13 121/17 124/16 124/20 129/19 130/9 132/18 132/20 133/12 134/8 137/3 140/8 142/15 143/12 145/24 147/25 152/11 153/9 154/16 156/12 156/16
**meaning [3]** 42/13 91/7 110/17
**means [2]** 8/23 144/16
**meant [1]** 118/20
**meantime [2]** 100/4 110/16
**measured [1]** 79/12
**measures [1]** 77/3
**Med [1]** 147/12
**medical [7]** 53/23 83/10 134/23 140/19 146/7 147/22 150/24
**medically [1]** 86/5
**medication [9]** 86/11 91/9 91/24 121/18 122/11 122/14 122/16 135/2 148/4
**medications [3]** 54/14 135/6 156/10
**Medina [2]** 144/20 145/4
**meds [2]** 86/13 90/15
**meet [2]** 142/3 142/21
**meeting [15]** 7/6 32/13 32/22 35/22 35/23 36/23 36/25 37/2 37/12 37/25 38/3 38/6 38/19 46/6 75/16
**meetings [15]** 31/18 31/21 32/2 32/4 32/7 32/7 32/11 32/17 35/12 35/17 36/6 36/10 36/14 37/1 37/22
**Melbourne [2]** 143/16 143/16
**Melrose [2]** 10/20 10/23
**member [2]** 12/6 12/8
**Memorial [1]** 116/13
**memorialized [1]** 35/13
**memories [1]** 66/25
**mental [1]** 113/9
**mention [1]** 82/12
**mentioned [2]** 20/16 111/15
**mercy [1]** 141/25
**Merritt [1]** 13/3
**mess [1]** 58/19
**message [1]** 81/12
**metropolitan [1]** 12/17
**Michael [2]** 11/7 11/8
**mid [4]** 95/14 114/14 123/23 124/4
**mid-January [1]** 114/14
**mid-June [2]** 123/23 124/4
**mid-section [1]** 95/14
**middle [4]** 15/9 129/5 129/6 137/6
**might [9]** 19/19 39/14 39/15 39/16 53/17 57/7 66/16 70/11 122/16
**Mike [10]** 15/13 15/14 15/16 15/21 16/9 16/12 16/17 16/20 17/6 17/12
**Mike's [1]** 15/19
**Miller [11]** 40/23 40/25 41/25 42/12 43/5 46/19 47/5 59/8 59/11 59/20 64/15
**milligrams [2]** 131/21 136/24
**mind [3]** 50/4 85/16 99/7
**minds [1]** 50/3
**mine's [1]** 144/5
**minimize [1]** 115/22
**minute [7]** 34/17 50/5 53/11 86/23 90/16 126/14 126/16
**minutes [9]** 7/7 34/3 36/9 36/11 46/6 50/4 51/8 85/4 91/20
**misdemeanors [1]** 143/2
**missed [3]** 88/7 88/7 88/9
**mixer [2]** 72/4 72/9
**mixing [1]** 63/7
**Mobile [1]** 51/18
**Mobiles [2]** 51/23 52/2
**mobility [1]** 124/14
**mom [1]** 147/10
**mom's [1]** 143/17
**moment [2]** 16/14 27/3
**money [3]** 16/2 17/3 133/17
**Monroe [2]** 17/21 17/22
**month [13]** 16/24 56/5 97/23 102/10 107/14 115/2 115/11 115/15 115/18 136/2 153/19 153/20 153/25
**months [6]** 13/2 13/6 88/21 110/7 110/13 117/4
**more [21]** 9/14 21/6 23/12 25/22 32/3 33/4 52/6 79/8 86/11 86/13 91/8 92/24 103/15 109/14 116/16 128/7 133/10 134/20 143/23 146/13 155/22
**morning [5]** 9/10 52/16 58/18 59/19 128/12
**mortar [3]** 63/12 63/14 71/22
**most [4]** 50/13 146/17 151/14 157/20
**mostly [1]** 30/16
**mother [3]** 141/25 142/9 142/16
**motion [3]** 8/8 8/19 95/17
**move [12]** 8/6 8/7 16/3 43/23 60/16 95/22 101/19 103/15 105/23 137/5 143/19 145/12
**moved [10]** 13/1 14/9 15/7 43/21 47/12 69/17 86/16 89/14 89/20 89/22
**movement [1]** 110/11
**moves [1]** 33/3
**movie [7]** 1/7 2/14 39/7 39/11 39/13 52/14 138/9
**movies [1]** 39/20
**moving [5]** 44/2 48/17 65/5 69/25 143/18
**MR [34]** 9/9 9/10 10/16 11/10 12/11 19/14 27/2 34/15 40/24 46/9 48/11 50/12 50/13 61/4 66/18 66/19 67/10 67/11 69/2 69/3 87/3 91/3 91/19 93/3 123/19 126/19 126/20 131/11 133/23 136/8 142/23 154/7 156/20 159/4
**Mr. [5]** 14/7 20/3 24/21 41/21 131/11
**Mr. Atkinson [1]** 41/21
**Mr. Cunningham [1]** 131/11
**Mr. Granger [1]** 20/3
**Mr. LaFace [1]** 24/21
**Mr. Latimer [1]** 14/7
**MRIs [1]** 87/5
**Mrs. [1]** 157/15
**Mrs. Atkinson [1]** 157/15
**much [23]** 54/5 80/13 85/15 88/23 90/14 94/11 104/3 108/21 109/2 110/5 116/23 117/13 121/24 126/9 129/19 133/5 139/13 140/16 141/4 143/13 145/8 153/19 155/21
**mud [3]** 47/14 47/17 63/7
**multiple [1]** 39/20
**municipal [3]** 22/11 22/16 22/17
**municipal-owned [1]** 22/17
**muscle [1]** 110/9
**MUTUAL [1]** 3/9
**my [277]**
**myself [9]** 70/21 77/5 96/17 104/5 111/7 111/24 125/25 136/16 155/6


N


**name [31]** 10/17 14/17 15/13 15/19 17/7 17/10 17/15 18/22 19/22 20/10 20/12 20/16 24/18 34/7 36/4 45/3 45/6 55/24 62/25 70/14 70/15 81/16 81/20 99/15 141/16 141/18 142/8 146/22 148/20 149/22 151/11
**name's [1]** 9/10
**named [1]** 20/10
**names [3]** 20/20 28/19 36/3
**narcotic [1]** 156/10
**NASH [1]** 2/20
**nature [2]** 57/24 58/4
**Nauseous [1]** 138/8
**navigate [1]** 113/2
**nearsighted [1]** 33/16
**necessary [1]** 159/8
**neck [2]** 128/24 129/12
**necrotic [1]** 100/5
**need [11]** 27/2 33/15 33/19 44/16 66/18 66/21 77/3 77/4 136/6 137/21 144/13
**needed [10]** 16/2 48/15 50/18 50/23 51/6 60/11 60/18 76/11 90/19 102/8
**needle [2]** 131/25 132/2
**needs [1]** 108/25
**nerve [1]** 135/12
**NES [4]** 1/9 1/13 2/18 43/15
**never [12]** 32/9 73/20 79/12 84/24 94/22 127/1 140/25 142/14 142/14 145/19 148/2 152/12
**new [20]** 1/2 2/4 2/8 2/12 2/15 2/18 2/22 3/2 3/22 4/5 4/8 4/8 4/12 4/15 10/20 29/6 142/5 147/16 158/7 160/2
**New York [3]** 10/20 29/6 142/5
**next [5]** 17/10 18/9 62/21 89/2 90/21
**nice [2]** 140/12 144/11
**nickname [1]** 24/20
**Nicole [1]** 142/10
**night [13]** 54/3 54/4 54/17 55/9 57/23 88/23 90/9 90/18 91/25 137/3 137/6 137/22 156/7
**nights [1]** 144/3
**nighttime [1]** 56/11
**Nikolavsky [4]** 123/18 132/12 150/5 150/6
**nine [2]** 13/2 13/6
**no [131]** 1/5 1/6 3/6 9/2 11/16 12/7 12/9 14/13 14/18 16/16 16/16 16/16 18/8 21/8 21/21 23/23 24/11 26/17 26/19 30/12 32/24 33/25 35/20 36/12 37/5 40/4 41/19 43/21 43/24 44/19 44/19 45/17 49/6 52/10 53/19 55/2 57/3 57/5 57/5 57/16 57/21 58/1 58/6 58/17 58/17 58/18 58/18 59/5 61/11 62/8 67/14 70/10 70/19 71/11 71/11 74/18 74/18 74/24 74/24 74/24 74/24 75/11 77/20 77/23 79/11 79/19 81/4 81/4 81/21 82/11 82/18 85/8 85/11 85/14 86/7 86/12 86/13 87/15 89/17 89/17 91/21 94/7 94/7 100/18 101/18 102/3 102/23 105/3 105/20 106/17 106/18 108/7 109/7 109/7 112/7 113/25 113/25 113/25 114/22 116/3 118/20 123/13 123/13 125/18 126/22 127/25 127/25 131/16 133/6 134/8 135/21 136/10 136/24 140/15 141/25

**N**

**no... [16]** 142/25 145/18 148/12 148/16 149/3 149/7 149/9 149/17 149/20 150/13 150/16 150/22 151/24 152/23 154/12 159/14
**nobody [2]** 50/2 65/5
**none [1]** 159/9
**noon [1]** 53/13
**Nope [2]** 21/23 150/8
**normally [2]** 41/15 121/5
**north [7]** 1/12 12/15 13/11 100/9 104/2 104/9 147/12
**NORTHERN [2]** 3/2 73/7
**not [65]** 8/7 8/23 23/15 25/19 28/7 31/5 32/8 32/9 32/24 33/21 35/24 37/22 40/9 40/9 40/9 52/8 55/12 65/21 66/20 66/20 68/23 69/19 70/5 70/6 72/10 75/18 78/11 79/25 80/4 84/23 86/7 92/4 92/5 94/11 100/12 106/25 114/8 116/12 116/12 117/19 118/4 118/18 120/9 123/23 132/16 132/16 133/17 134/12 135/2 136/3 136/8 136/13 137/8 139/17 139/20 140/7 142/25 146/9 147/19 152/12 152/12 155/23 156/16 158/13 159/10
**notarial [1]** 158/17
**Notary [6]** 3/21 8/10 8/11 158/7 159/11 159/25
**note [1]** 151/12
**notes [3]** 35/13 46/17 158/10
**nothing [7]** 84/3 87/19 127/3 127/3 130/17 131/21 146/3
**notice [1]** 33/14
**noticed [1]** 140/11
**November [27]** 11/18 11/25 13/7 13/13 14/8 14/22 17/25 18/2 18/13 18/14 40/7 40/12 44/4 44/21 47/8 55/18 57/19 57/20 57/23 58/16 66/9 90/11 90/11 93/8 151/8 151/16 151/20
**November 1st [1]** 151/16
**November 2004 [1]** 13/13
**November 2010 [1]** 18/13
**November 4th [1]** 57/23
**November 5th [9]** 11/18 11/25 44/4 44/21 47/8 55/18 57/19 57/20 58/16
**November 6th [1]** 90/11
**November 8th [1]** 66/9
**now [137]** 12/10 15/6 17/6 18/19 20/2 22/16 24/5 24/18 26/6 26/14 27/14 28/16 29/21 30/7 31/14 33/14 34/2 35/4 35/10 36/13 37/6 38/24 40/18 43/18 44/7 44/21 46/9 46/17 47/7 48/11 48/18 50/1 50/3 50/5 50/13 51/10 52/8 52/11 53/23 54/23 57/17 57/22 58/25 61/22 61/22 62/15 62/20 66/19 67/2 67/6 69/3 70/9 71/20 72/7 73/3 73/24 74/6 74/12 76/10 77/18 77/24 78/17 80/21 83/1 87/4 89/13 89/19 91/24 92/19 93/3 93/11 93/21 94/16 94/17 95/4 95/16 96/5 97/3 101/5 101/13 101/23 103/10 105/8 106/7 106/7 108/2 111/22 112/24 113/24 114/11 114/20 116/9 117/17 118/15 119/3 119/24 122/8 122/25 123/11 123/19 126/11 127/11 128/17 128/22 131/11 131/19 131/19 131/23 133/7 133/23 133/24 134/22 135/6 138/10 138/16 139/15 140/3 140/22 142/8 143/17 144/18 144/22 145/3 146/7 147/3 148/4 148/13 150/9 150/10 150/23 153/11 153/17 154/7 155/19 155/22 156/9 156/19
**number [3]** 119/15 119/19 159/9
**nurse [4]** 99/16 100/11 100/18 149/17
**Nurse's [1]** 99/19
**nurses [3]** 101/6 107/6 149/14
**Nutri [1]** 62/4
**Nutri-Grain [1]** 62/4

**O**

**O'CONNOR [11]** 2/7 2/9 9/9 9/11 19/14 50/12 61/4 67/10 69/2 87/3 126/19
**oath [1]** 8/21
**object [21]** 8/5 8/7 28/21 33/6 37/24 38/15 41/6 44/14 46/23 47/25 57/9 58/11 64/16 72/17 73/13 74/4 74/23 79/5 99/24 107/8 147/24
**objection [2]** 8/9 8/9
**obviously [4]** 69/9 73/9 132/16 135/12
**occupational [1]** 125/21
**occur [1]** 58/21
**occurred [9]** 38/25 40/15 78/18 78/24 79/1 85/10 85/13 99/22 105/2
**October [5]** 17/1 17/25 18/13 125/8 151/7
**odds [1]** 96/23
**off [23]** 18/4 18/16 21/25 23/17 34/2 45/4 49/11 52/16 63/13 70/13 72/18 80/19 83/24 88/12 90/16 97/9 98/16 105/10 109/14 116/22 118/7 120/19 156/13
**off-site [1]** 49/11
**offense [1]** 140/15
**offered [1]** 152/24
**office [6]** 17/22 19/4 29/8 68/24 115/12 131/9
**officer [1]** 8/21
**OFFICES [1]** 2/14
**often [11]** 31/21 47/7 47/9 55/10 55/12 128/15 135/24 136/19 137/17 141/20 156/6
**oh [45]** 14/22 16/16 17/12 22/7 22/19 23/8 29/1 29/11 29/24 33/18 34/14 39/18 40/12 54/25 58/17 68/9 70/9 75/11 76/17 80/1 80/24 82/15 83/12 83/15 90/8 94/7 95/19 95/19 98/6 102/23 113/25 115/23 116/25 117/19 117/22 118/17 119/14 127/14 139/17 141/5 143/16 145/6 154/25 154/25 155/18
**okay [341]**
**old [9]** 11/8 11/13 107/14 137/11 139/22 144/21 144/23 145/4 154/10
**Old Forge [3]** 144/21 144/23 145/4
**older [1]** 139/25
**olds [1]** 144/14
**Olympic [1]** 2/7
**once [26]** 31/18 31/20 31/24 32/14 35/12 41/21 49/12 55/4 55/12 57/12 58/13 97/23 100/15 102/9 112/20 113/12 115/2 115/11 115/15 115/18 136/2 136/23 143/22 143/23 143/24 153/2
**one [77]** 2/14 8/9 9/11 9/15 16/11 16/17 18/8 19/3 20/13 20/14 20/19 21/19 21/24 22/14 25/14 31/10 32/25 34/12 36/25 37/25 39/24 41/16 41/17 41/19 42/10 43/7 43/16 43/17 43/19 43/21 44/9 44/18 46/21 50/7 54/19 54/20 61/19 62/8 66/19 67/19 67/19 68/20 79/12 81/4 81/4 81/18 86/16 100/10 107/15 112/8 112/8 118/7 118/8 125/9 129/18 129/20 129/20 129/20 130/2 130/7 130/8 134/17 134/18 136/16 137/2 143/4 143/5 143/6 145/18 147/18 148/6 151/6 151/6 151/6 151/7 151/13 151/15
**one's [3]** 135/8 135/9 135/10
**one's a [1]** 135/9
**only [48]** 14/11 14/11 19/22 22/13 25/5 25/13 26/10 26/20 27/20 29/4 37/21 37/23 50/19 57/12 64/13 64/20 67/24 68/23 72/2 72/14 73/25 75/18 76/3 92/17 98/12 118/4 125/9 125/18 126/8 128/18 128/18 129/6 132/8 132/11 132/12 137/21 138/5 138/6 138/6 138/16 142/15 143/13 143/22 143/23 148/16 150/3 151/4 155/14
**only kind [1]** 138/16
**ONONDAGA [1]** 1/2
**open [3]** 15/2 55/20 147/14
**operate [4]** 18/19 44/9 44/12 46/21
**operated [6]** 38/13 43/19 47/9 47/21 47/24 126/23
**operating [6]** 44/7 61/16 89/8 89/15 89/21 89/22
**operation [2]** 48/4 79/18
**operator [2]** 44/6 80/23
**operator's [1]** 44/17
**operators [1]** 82/17
**orange [1]** 43/17
**order [1]** 51/6
**original [1]** 8/13
**orthopedic [3]** 87/8 93/9 150/18
**orthopods [2]** 150/10 150/11
**OSHA [12]** 7/5 44/22 45/2 45/8 45/10 46/10 80/9 81/5 82/12 82/14 82/16 82/23
**other [48]** 8/10 8/22 25/15 31/16 36/14 37/2 38/14 41/9 41/11 43/24 44/7 49/14 51/21 53/17 54/13 54/14 54/14 56/24 57/6 57/7 61/20 64/22 68/20 74/2 77/18 77/21 113/17 116/16 125/15 126/21 127/10 129/22 129/22 130/8 131/13 131/14 143/25 148/13 148/14 148/17 148/22 148/25 149/4 149/6 149/13 149/14 150/6 156/21
**our [6]** 36/3 36/4 52/24 67/6 68/24 131/9
**out [67]** 14/13 14/14 17/24 32/24 33/5 48/2 51/13 52/23 53/17 55/15 56/16 63/25 64/9 68/24 69/9 71/6 72/11 72/16 78/12 78/14 79/9 87/20 88/19 89/6 89/8 92/3 96/6 97/23 102/9 103/8 106/22 115/2 115/18 116/20 116/20 117/21 117/23 118/12 118/12 119/6 119/12 119/20 120/16 123/3 123/7 123/10 123/16 124/3 124/13 124/19 126/4 128/9 131/10 131/24 134/11 134/15 137/4 138/20 139/13 140/3 140/8 140/13 141/14 144/13 146/2 147/15 151/22
**outdoors [2]** 138/20 138/22
**outside [7]** 13/25 34/21 51/18 51/20 79/14 79/14 125/19
**over [24]** 10/24 15/18 19/5 45/5 63/6 69/9 71/14 86/9 86/15 86/16 89/9 89/11 92/5 101/4 101/12 104/25 110/7 113/10 116/15 133/13 135/18 146/9 152/11 156/24
**own [10]** 11/2 31/17 54/8 76/15 76/17 77/8 77/9 77/9 155/16 155/17
**owned [1]** 22/17
**owner [1]** 24/13
**oxybutynin [1]** 121/25
**oxycodone [2]** 135/8 136/20
**Oxycontin [1]** 135/8

**P**

**P.C [2]** 2/20 4/14
**p.m [1]** 157/22
**pace [1]** 48/17
**pack [2]** 54/6 155/25
**packed [1]** 16/19
**packet [2]** 131/2 131/3
**page [5]** 5/3 6/3 7/3 159/8 159/14
**paid [3]** 15/25 16/18 140/18
**pain [32]** 54/23 55/1 83/18 84/4 85/15 86/11 86/13 88/3 88/13 88/16 90/14 90/15 90/24 91/9 92/2 92/3 92/8 92/17 92/20 121/24 122/3 122/12 132/17 132/18 132/18 135/2 135/12 138/2 138/2 145/8 148/10 156/10
**painful [4]** 115/8 117/1 118/13 132/19

## P


**pajama [1]** 114/2
**pallets [2]** 47/15 71/23
**pan [1]** 63/7
**pans [1]** 47/14
**pantoprazole [1]** 135/13
**pants [2]** 114/2 126/7
**paper [2]** 36/1 71/8
**paperwork [1]** 94/24
**paralyzed [1]** 70/23
**parents [1]** 34/3
**park [1]** 138/18
**part [12]** 8/4 25/12 26/11 27/12 35/4 51/22 64/20 105/17 128/25 129/6 142/2 143/14
**participants [1]** 8/22
**participate [1]** 8/22
**particular [2]** 51/10 58/15
**parties [4]** 8/3 8/17 8/22 158/14
**partnership [1]** 15/14
**parts [1]** 128/22
**Party [4]** 1/14 1/18 1/20 1/23
**passed [6]** 50/25 81/11 82/13 82/16 91/7 123/20
**past [2]** 44/3 55/10
**path [2]** 13/19 85/17
**pathway [1]** 72/19
**patience [1]** 156/25
**patients [1]** 147/16
**Paul [1]** 129/24
**pay [6]** 23/25 125/6 125/11 129/24 140/23 141/12
**paying [1]** 70/6
**paystub [2]** 20/14 23/15
**Pearl [1]** 2/8
**pediatrician [1]** 147/10
**pee [5]** 87/19 119/15 120/11 120/16 120/21
**pelvic [1]** 95/11
**pelvis [10]** 89/3 93/10 93/17 95/10 95/14 95/18 95/24 103/12 105/18 150/19
**pending [1]** 153/14
**penis [5]** 118/6 118/21 120/3 121/4 131/22
**people [18]** 9/20 22/24 37/11 38/9 41/11 41/12 46/18 46/25 47/3 62/7 64/14 71/9 71/12 71/19 72/2 81/18 137/12 156/17
**per [1]** 153/19
**percent [4]** 22/12 22/15 133/19 141/9
**perform [1]** 77/4
**performed [7]** 50/14 93/7 94/20 114/23 114/25 150/25 151/13
**performing [2]** 42/24 74/7
**period [8]** 18/5 19/17 20/6 91/6 96/6 97/6 106/6 106/8
**periods [1]** 21/17
**person [1]** 160/8
**personal [4]** 9/12 38/7 110/21 113/17
**pertained [1]** 38/9
**Peter [1]** 129/24
**PFALZGRAF [1]** 2/17
**phases [2]** 29/23 31/7
**phone [8]** 18/2 59/9 65/17 65/18 65/24 67/16 67/18 83/6
**Photograph [4]** 6/5 6/6 6/7 6/8
**physical [31]** 13/22 55/3 96/7 96/24 97/17 100/9 101/11 103/10 103/22 103/22 104/14 106/3 106/10 106/13 106/15 107/7 123/12 123/21 123/23 124/7 124/9 124/24 125/2 125/14 125/18 148/17 148/20 148/22 148/25 148/25 153/4
**physically [2]** 8/21 59/11
**physician [1]** 147/4
**physicians [4]** 131/13 131/13 148/11 151/2
**pick [3]** 43/22 53/18 123/15
**picked [3]** 63/5 71/13 140/13
**picking [1]** 47/14
**picture [1]** 113/9
**piece [4]** 56/10 56/14 61/9 98/3
**pieces [1]** 43/8
**pierce [1]** 88/6
**pill [1]** 92/22
**pills [1]** 136/25
**pin [5]** 89/4 93/22 94/6 95/7 95/12
**pipe [4]** 51/14 51/18 51/19 52/5
**Pittsburgh [1]** 144/3
**pizza [1]** 53/21
**place [8]** 4/7 8/20 33/3 33/3 96/20 98/17 101/16 132/4
**placed [1]** 98/10
**Plaintiff [1]** 1/20
**Plaintiffs [5]** 1/4 1/14 2/3 3/5 4/3
**plaintiffs' [1]** 68/13
**planning [2]** 133/8 133/10
**play [2]** 138/13 138/13
**plaza [2]** 31/9 31/12
**pleaded [1]** 89/7
**please [5]** 11/11 45/19 67/4 159/6 159/10
**pleasure [1]** 133/5
**PLLC [1]** 2/3
**plus [1]** 23/4
**pocket [2]** 140/3 140/8
**point [19]** 49/2 50/14 75/20 87/23 88/3 88/17 88/22 101/19 101/24 103/3 105/3 105/13 107/22 107/22 107/22 109/5 109/15 112/6 120/11
**poke [1]** 88/11
**poking [1]** 87/10
**pool [1]** 145/6
**portion [5]** 19/11 42/16 51/16 60/25 92/11
**position [1]** 95/25
**positions [1]** 130/7
**positive [1]** 156/18
**possible [1]** 10/12
**possibly [1]** 139/13
**pounds [3]** 146/10 146/13 155/11
**pour [3]** 13/24 31/9 31/11
**poured [3]** 30/24 31/6 31/8
**pouring [1]** 13/23
**practice [1]** 8/19
**precast [2]** 56/10 56/15
**precautions [1]** 47/23
**preloaded [1]** 60/11
**prescribe [1]** 132/12
**prescribed [6]** 55/21 56/19 121/25 136/24 145/14 149/23
**prescribes [1]** 148/6
**prescription [2]** 55/17 140/5
**presence [1]** 115/25
**present [4]** 2/24 8/22 46/22 111/4
**presented [1]** 60/9
**press [1]** 92/16
**pressed [1]** 92/21
**presses [1]** 129/16
**pressing [1]** 90/21
**pressure [5]** 70/20 88/12 88/15 101/18 119/8
**pretty [18]** 42/11 56/14 80/12 81/16 84/21 88/23 93/10 97/12 117/13 117/15 125/4 126/9 129/19 137/20 140/7 154/25 155/4 157/5
**prevailing [5]** 23/6 23/8 23/11 23/13 23/14
**Price [3]** 29/18 29/19 30/20
**primary [3]** 147/3 147/6 147/17
**prior [14]** 7/7 32/12 38/6 40/5 40/11 40/25 44/3 44/21 46/7 48/12 53/25 55/17 78/12 141/20
**PROActive [8]** 124/9 124/12 124/25 125/15 148/21 148/22 149/19 153/4
**probably [30]** 25/6 25/6 29/8 39/24 41/12 42/8 49/6 52/18 54/16 62/3 62/14 72/8 72/8 79/2 79/8 79/13 80/5 86/9 86/13 87/15 87/16 94/18 98/18 122/16 128/10 128/19 145/18 156/11 156/18 156/22
**probably before [1]** 49/6
**problem [2]** 33/24 131/19
**problems [6]** 99/23 99/25 100/2 100/16 114/12 127/12
**procedure [11]** 103/5 103/7 114/19 114/21 114/23 114/24 115/8 116/19 117/17 122/25 159/5
**proceed [1]** 68/19
**proceeding [1]** 158/9
**proceedings [2]** 157/21 158/12
**process [4]** 21/3 27/22 100/17 105/15
**prodding [1]** 87/10
**profession [1]** 138/21
**professional [1]** 74/12
**progressed [1]** 32/2
**project [4]** 23/21 41/10 49/22 52/14
**projects [1]** 30/20
**proper [1]** 99/14
**property [1]** 139/21
**protection [1]** 38/7
**Protective [1]** 32/18
**proved [1]** 160/7
**provide [5]** 35/5 37/3 45/22 86/11 130/14
**provided [9]** 8/4 8/19 37/7 43/10 50/20 55/16 76/11 86/13 91/25
**PT [2]** 149/17 149/18
**pubic [4]** 88/5 102/19 118/5 123/2
**Public [6]** 3/21 8/10 8/11 158/7 159/11 159/25
**pull [3]** 123/3 123/10 126/4
**pulled [1]** 59/22
**pulling [1]** 123/7
**pulsate [1]** 114/8
**pump [1]** 98/10
**pumping [1]** 86/19
**punch [1]** 52/20
**pure [1]** 88/12
**purpose [1]** 95/23
**purposes [2]** 8/19 8/20
**pursuant [1]** 8/18
**put [40]** 28/12 57/18 70/20 89/4 89/8 89/14 89/21 94/2 94/24 94/25 95/7 95/14 97/10 97/18 98/21 99/3 100/8 101/16 101/17 102/7 103/19 105/16 112/3 112/4 112/8 114/14 115/4 115/10 117/21 117/23 118/18 118/24 126/2 126/3 128/20 142/3 143/6 144/16 150/18 156/7
**puts [1]** 130/7
**putting [2]** 112/15 125/25


## Q


**Q-tip [2]** 87/11 87/14
**qualified [2]** 44/9 46/20
**quarter [2]** 50/7 52/17
**quarters [1]** 87/17
**question [13]** 8/5 8/7 9/17 10/10 10/13 10/14 22/6 34/17 42/21 52/13 121/12 141/2 157/14
**questions [7]** 9/13 10/3 12/11 67/12 99/7 156/21 156/23
**quit [1]** 125/7
**quite [1]** 132/17


## R


**radio [2]** 76/9 77/20
**radiographic [1]** 87/4
**radios [3]** 75/11 76/5 76/7
**radius [2]** 64/4 70/4
**rail [1]** 113/11
**raised [1]** 12/16
**Ralph [1]** 140/12

## R


**ramming [1]** 116/23
**ran [2]** 36/5 136/3
**rate [13]** 19/24 20/20 22/19 22/20 22/23 23/2 23/3 23/9 23/12 23/18 23/19 23/21 141/8
**rather [1]** 137/7
**Ravens [1]** 144/5
**Ray [6]** 13/3 14/14 14/25 15/4 15/7 15/8
**rayed [1]** 86/6
**rays [5]** 86/8 86/15 86/19 87/7 127/4
**reach [1]** 129/22
**react [1]** 64/5
**read [8]** 8/13 19/12 39/16 42/17 61/2 92/12 159/5 159/6
**reading [1]** 33/19
**readjust [1]** 129/14
**readjustment [1]** 129/8
**reads [1]** 102/22
**ready [3]** 52/24 52/25 60/13
**real [2]** 111/19 118/13
**really [47]** 13/18 17/4 18/8 25/24 55/13 55/14 65/5 65/9 65/11 76/8 82/2 82/4 82/8 82/11 84/2 84/3 84/17 90/13 92/15 94/22 95/22 96/18 96/18 105/18 107/13 107/15 107/20 119/6 119/7 127/5 133/11 134/12 134/24 135/2 135/22 136/10 139/11 141/23 144/4 144/11 145/20 145/23 146/12 146/13 147/19 147/20 156/16
**rear [6]** 64/2 64/3 69/21 69/21 70/5 80/16
**rear-wheel [3]** 64/2 64/3 70/5
**reask [2]** 10/13 99/6
**reason [2]** 9/18 159/9
**REASONS [1]** 159/14
**recall [18]** 15/22 16/23 25/8 28/20 32/8 32/17 35/24 36/10 37/4 38/23 56/4 62/15 66/6 69/6 82/20 87/5 148/19 151/11
**recalls [1]** 87/11
**receive [10]** 77/18 77/20 107/6 141/4 149/13 153/16 153/17 153/19 153/21 153/24
**received [12]** 103/11 103/13 103/22 106/10 114/12 125/14 125/17 148/18 148/25 149/5 150/7 153/14
**receiving [2]** 123/12 140/21
**recent [1]** 151/14
**recess [7]** 19/9 50/10 60/23 67/8 86/25 107/11 126/17
**recollection [4]** 47/2 69/4 79/25 80/3
**reconnect [1]** 117/13
**record [9]** 10/5 45/24 65/13 65/15 65/25 67/21 99/4 146/24 158/11
**records [5]** 53/23 65/25 67/15 83/11 130/21
**recreation [1]** 138/11
**rectum [2]** 88/14 117/12
**redefining [1]** 153/4
**redo [1]** 98/14
**reduction [1]** 23/24
**refer [3]** 61/14 94/3 141/24
**referred [3]** 93/24 95/16 104/9
**reflexes [1]** 86/11
**refracture [1]** 105/19
**refused [1]** 142/20
**regained [1]** 124/14
**regular [2]** 104/13 120/10
**rehab [3]** 96/20 104/10 152/18
**rehabilitation [2]** 96/20 104/14
**relation [2]** 56/2 78/10
**relative [1]** 158/14
**relax [1]** 138/3
**release [2]** 101/4 137/2
**released [1]** 101/21
**relief [14]** 92/18 92/20 92/25 128/8 128/12 128/12 130/14 130/18 135/10 135/11 135/16 136/5 136/25 138/3
**reluctant [1]** 107/3
**remainder [1]** 31/12
**remained [1]** 104/2
**remember [8]** 19/21 20/10 38/21 45/3 46/12 55/23 85/21 146/20
**remote [1]** 8/22
**remotely [2]** 3/20 158/9
**removal [1]** 106/9
**remove [4]** 72/2 98/3 100/5 123/2
**removed [14]** 100/15 105/8 106/5 106/11 116/5 116/11 116/14 120/6 120/8 120/10 120/22 121/5 121/14 121/16
**Renee [1]** 14/6
**rent [2]** 144/24 144/25
**RENTALS [8]** 1/9 1/10 1/12 1/13 1/13 2/17 2/18 43/15
**repeat [2]** 34/17 135/22
**repetitive [1]** 124/20
**rephrase [1]** 10/14
**replacement [1]** 140/22
**report [7]** 24/17 27/15 27/18 52/13 59/11 59/20 62/18
**reported [1]** 62/16
**reporter [8]** 3/21 19/13 42/18 45/25 61/3 92/13 158/7 158/21
**requested [4]** 19/11 42/16 60/25 92/11
**requests [1]** 46/2
**require [3]** 74/16 74/21 109/6
**required [3]** 44/12 49/24 109/7
**requiring [1]** 109/17
**reserved [2]** 8/6 8/8
**reset [1]** 95/6
**reside [3]** 10/19 11/4 11/5
**resided [3]** 10/22 34/12 34/18
**resident [1]** 55/24
**residential [9]** 17/2 22/10 22/11 22/14 25/17 25/18 25/21 26/4 26/5
**residents [2]** 87/8 87/9
**resolution [1]** 155/6
**Resort [2]** 144/21 144/23
**respective [1]** 8/3
**respirator [1]** 56/12
**respirators [3]** 32/19 38/8 77/11
**responsibilities [2]** 48/13 100/10
**responsible [3]** 30/10 43/5 49/10
**rest [1]** 99/17
**restaurants [1]** 53/19
**restock [1]** 51/8
**restrict [2]** 60/4 95/17
**restriction [1]** 146/8
**restrictions [2]** 134/23 134/23
**result [2]** 140/4 148/15
**resume [1]** 123/20
**retirement [1]** 23/25
**retrain [1]** 122/18
**retraining [1]** 152/6
**return [4]** 35/10 103/10 109/17 159/11
**returned [5]** 16/12 16/18 16/19 110/2 119/25
**rev [7]** 33/8 33/11 33/12 69/12 69/13 78/4 78/5
**reverse [2]** 64/12 64/12
**review [1]** 67/12
**revving [4]** 48/5 48/8 48/10 63/18
**ridiculous [1]** 142/22
**right [58]** 8/5 9/19 13/3 16/5 16/8 16/16 29/11 29/17 50/3 50/5 50/14 58/22 58/23 58/23 63/11 63/19 66/19 69/7 69/16 71/4 78/14 80/12 80/13 81/2 81/8 86/3 90/17 92/19 93/11 93/13 93/14 93/18 93/19 94/16 94/17 94/25 95/15 97/9 98/2 101/18 105/17 105/21 112/5 112/15 114/16 115/3 116/25 119/9 123/24 125/10 132/5 139/20 146/20 150/10 154/14 154/15 155/5 156/19
**right-handed [2]** 93/13 93/14
**rights [1]** 8/4
**ring [4]** 89/5 93/23 94/3 94/3
**risk [1]** 115/22
**Rite [3]** 29/18 29/19 30/20
**Rivera [6]** 44/10 46/20 47/5 64/15 66/8 66/15
**RJI [1]** 1/6
**road [4]** 1/8 2/4 3/4 135/4
**robbing [1]** 129/23
**Roberts [2]** 20/11 20/11
**Rochester [1]** 29/13
**Rodney [2]** 18/10 18/19
**roll [2]** 89/9 89/11
**rolled [2]** 70/13 86/15
**roofing [1]** 49/15
**room [14]** 28/8 84/6 84/8 84/11 87/25 88/4 88/10 89/21 104/13 107/2 108/8 108/13 110/3 122/5
**roped [1]** 72/18
**roughly [3]** 61/22 87/13 99/9
**routine [1]** 145/22
**rules [3]** 8/5 9/14 159/5
**run [5]** 36/14 37/22 37/25 38/3 38/10
**rundown [1]** 139/14
**running [7]** 24/15 36/18 37/10 42/23 47/16 78/3 81/18
**RUPP [1]** 2/17
**RYAN [1]** 4/9


## S


**S-C-H-R-E-I-B-E-R [1]** 146/25
**safe [2]** 32/21 46/15
**safety [33]** 7/7 31/17 31/18 31/21 32/1 32/3 32/3 32/4 32/5 32/6 32/13 32/17 32/19 35/11 35/17 35/22 35/23 36/6 36/10 36/14 36/23 37/3 37/12 37/21 38/2 38/9 38/19 46/6 46/13 56/13 76/10 77/6 77/10
**said [84]** 9/16 15/4 16/6 26/8 26/9 35/11 38/23 41/12 42/19 44/8 47/17 50/17 54/21 54/21 55/12 56/14 58/7 64/8 64/11 64/18 64/18 64/19 65/4 65/6 68/6 69/7 70/3 70/7 71/14 74/7 75/5 75/11 76/14 77/25 78/4 78/7 79/11 81/5 82/2 82/5 83/2 83/9 84/10 84/16 84/20 87/16 91/16 92/14 92/19 92/23 93/22 94/23 97/14 101/14 102/22 103/13 105/18 105/22 106/17 108/7 109/8 110/13 112/6 114/13 115/9 116/7 116/12 116/18 118/11 119/8 120/20 121/8 122/6 122/10 122/23 123/15 123/15 128/10 132/11 143/7 144/14 147/15 147/15 147/16
**said he [1]** 64/8
**same [17]** 8/17 23/9 24/5 24/9 31/2 40/19 51/15 61/12 66/14 85/6 94/5 103/7 103/8 105/10 134/6 158/10 158/16
**same-day [1]** 103/7
**SANTACROSE [1]** 2/14
**sat [2]** 62/3 111/2
**Satellite [1]** 143/17
**satisfactory [1]** 160/8
**satisfied [1]** 121/13
**saved [1]** 132/14
**savvy [1]** 152/12
**saw [11]** 56/9 56/16 64/19 64/24 65/6 65/11 65/12 69/15 147/9 147/14 150/3
**saw bucked [1]** 56/9
**say [64]** 16/14 18/17 21/13 22/12 22/15 22/22 25/4 25/20 31/8 31/20 31/24 32/11 32/15 35/21 40/8 41/3 42/8 47/11 48/12 48/18 49/6 52/2 56/21 58/22 59/13 59/14 59/23 65/3 66/22 75/12 77/15 79/7 79/10 79/12

S


**say... [30]** 81/14 82/6 85/9 85/12 89/15 94/16 94/25 99/2 99/25 101/8 101/8 102/13 112/14 116/13 120/2 123/23 123/24 128/2 129/11 132/18 135/14 139/18 140/11 140/14 140/17 141/23 142/16 146/10 151/8 157/6
**saying [2]** 82/20 120/2
**says [2]** 128/9 146/22
**scabbed [1]** 101/3
**scaffold [19]** 32/20 47/14 47/15 48/15 50/15 51/10 51/15 51/18 51/19 52/4 52/9 60/7 60/10 60/17 62/23 63/8 63/18 78/21 78/25
**scaffolding [3]** 44/24 45/1 73/17
**scaffolds [3]** 51/16 52/6 61/20
**scales [1]** 155/9
**scan [2]** 87/21 88/8
**scans [1]** 87/5
**scar [3]** 88/21 98/5 117/5
**scene [2]** 64/23 83/18
**scheduled [2]** 150/15 150/21
**school [6]** 12/12 12/20 12/24 13/16 35/3 107/11
**schools [2]** 22/17 22/25
**Schreiber [6]** 146/19 146/24 147/2 147/3 148/5 152/5
**scooch [3]** 111/18 112/12 113/11
**scoot [2]** 111/25 113/7
**screaming [3]** 88/3 88/12 122/2
**screen [1]** 154/13
**screws [1]** 95/15
**scripts [1]** 56/23
**scrotum [2]** 117/11 117/12
**Sea [6]** 13/3 14/14 14/25 15/4 15/7 15/8
**seal [2]** 158/17 160/16
**season [1]** 18/7
**seasonal [1]** 21/21
**seats [1]** 134/11
**second [11]** 45/15 64/5 69/19 69/19 79/9 102/12 103/25 113/2 113/14 113/17 143/6
**Secondly [1]** 10/1
**seconds [1]** 70/12
**section [4]** 8/18 8/19 95/14 104/13
**secure [1]** 133/20
**Security [5]** 146/21 153/6 153/11 153/16 153/22
**see [41]** 16/14 17/25 26/6 27/12 29/20 40/7 48/3 59/14 63/10 64/18 65/10 65/10 69/15 70/17 70/18 80/12 80/14 80/25 81/8 81/13 81/19 82/7 87/12 87/23 94/18 115/15 122/5 128/15 130/10 134/18 140/25 141/21 143/12 146/20 146/21 148/10 150/23 152/17 153/8 154/14 156/16
**seeing [4]** 70/3 127/25 137/25 139/14
**seems [2]** 129/5 143/19
**seen [8]** 33/10 63/21 68/17 78/11 80/6 131/17 146/11 146/20
**SELECTIVE [3]** 3/13 3/13 4/14
**send [4]** 108/16 109/9 131/10 141/15
**senior [1]** 12/22
**sense [5]** 10/11 33/4 81/9 119/21 157/20
**sensitive [1]** 90/24
**sensitivity [1]** 133/2
**sent [11]** 24/12 29/7 68/3 68/5 87/20 88/7 97/22 103/25 104/5 122/5 130/24
**sentences [1]** 10/6
**separate [6]** 15/13 25/19 26/7 36/25 41/17 67/18
**separately [1]** 154/7
**September [7]** 16/9 16/25 40/12 40/18 47/8 75/14 158/18
**September 2015 [1]** 40/12
**served [1]** 131/4
**service [1]** 148/20
**services [7]** 101/6 103/13 106/10 107/6 125/15 139/7 149/2
**sessions [1]** 106/4
**set [8]** 9/14 23/3 24/5 52/5 68/4 95/18 149/21 149/21
**setback [1]** 141/8
**setting [1]** 47/15
**seven [1]** 83/7
**severed [2]** 87/21 87/23
**sewed [1]** 117/13
**sex [1]** 131/24
**shaft [1]** 132/5
**shake [1]** 10/3
**shall [3]** 8/7 8/15 8/21
**shampoo [2]** 111/8 111/15
**SHAUN [9]** 1/3 1/25 3/19 7/5 9/4 10/18 11/6 11/8 159/20
**she [42]** 34/22 34/24 35/2 55/24 86/19 87/16 90/19 90/20 99/17 99/17 99/18 100/19 100/19 100/22 100/22 100/23 100/24 101/4 122/3 122/4 128/8 128/9 134/13 139/10 140/14 141/18 141/25 142/2 142/2 142/2 142/6 142/12 142/17 142/17 142/18 142/19 143/11 143/14 143/16 143/17 152/14 152/15
**she's [4]** 142/14 142/14 142/16 152/14
**sheet [5]** 35/18 35/25 159/2 159/7 159/11
**sheets [3]** 35/19 59/3 159/8
**Shield [1]** 35/9
**shipped [1]** 96/20
**shirt [1]** 140/12
**shoe [1]** 94/18
**shoehorn [1]** 126/5
**shoes [1]** 155/3
**short [6]** 19/9 20/6 50/10 60/23 86/25 126/17
**shot [7]** 34/15 56/16 83/19 83/20 87/22 87/22 131/23
**should [4]** 118/12 145/18 147/18 159/7
**shoulder [10]** 126/24 127/11 127/13 127/19 129/13 129/14 129/15 129/18 130/2 130/8
**shoulders [5]** 129/4 129/11 129/18 129/19 129/25
**shoved [1]** 88/5
**shoving [1]** 88/14
**show [1]** 27/25
**showed [3]** 83/17 86/7 86/8
**shower [9]** 106/23 110/23 110/25 111/3 111/8 111/16 111/19 111/23 112/11
**showering [2]** 110/21 113/17
**shown [1]** 141/25
**sick [1]** 139/14
**side [14]** 54/18 78/20 80/12 80/13 80/23 81/3 81/8 87/17 93/17 93/18 97/10 98/2 98/16 130/6
**sign [7]** 8/13 35/14 43/16 59/3 59/4 152/15 159/10
**sign-in [1]** 59/3
**sign-up [1]** 152/15
**signal [1]** 91/7
**significant [1]** 131/19
**since [18]** 21/10 34/12 34/19 68/24 102/4 102/4 111/19 125/15 131/17 133/11 142/12 143/8 143/23 144/2 147/20 154/23 155/10 156/11
**sincere [1]** 82/4
**single [2]** 25/21 25/22
**single-family [1]** 25/22
**sit [16]** 52/21 95/19 96/11 103/15 111/5 113/11 116/22 124/19 124/19 124/20 127/18 134/21 138/5 138/6 145/25 152/10
**site [44]** 27/14 27/25 36/13 37/21 38/18 38/25 39/3 39/6 40/11 42/3 42/7 42/23 43/10 44/8 44/9 46/18 46/22 48/12 49/11 52/14 52/19 53/14 59/7 59/21 60/3 61/6 62/16 62/19 63/4 73/4 73/25 75/6 75/7 75/13 75/24 76/4 76/21 77/19 77/20 81/18 98/2 99/21 100/6 100/11
**sites [5]** 28/16 30/8 35/10 37/6 38/13
**sitting [2]** 62/9 90/21
**situated [1]** 139/16
**six [28]** 10/24 25/7 87/15 88/21 94/8 96/4 96/5 98/4 98/18 99/9 99/13 100/20 101/15 101/20 101/21 105/11 107/14 117/4 119/5 120/8 120/9 122/20 123/14 123/19 123/22 154/9 154/11 157/11
**six inches [1]** 98/4
**six-month-old [1]** 107/14
**six-week [1]** 96/5
**size [5]** 24/23 25/2 42/5 102/8 139/19
**skilled [1]** 74/19
**skin [10]** 97/9 97/15 98/3 98/9 98/20 99/9 99/13 99/22 101/24 105/2
**skinny [2]** 107/20 113/5
**skipping [1]** 99/4
**slammed [1]** 70/11
**sleep [5]** 55/8 90/11 90/20 112/16 112/21
**sleeping [4]** 137/3 137/3 144/7 144/10
**slice [1]** 53/21
**slowed [1]** 17/2
**slower [1]** 9/20
**smile [1]** 144/16
**smoke [5]** 54/3 54/5 155/19 155/21 156/2
**smoked [1]** 62/13
**smoker [1]** 62/11
**smoking [1]** 58/9
**smooth [1]** 157/5
**snapped [1]** 56/15
**SNYDER [3]** 2/3 2/5 68/8
**so [231]**
**Social [5]** 146/21 153/6 153/11 153/16 153/21
**sock [2]** 126/3 126/5
**socks [2]** 125/25 126/2
**sofa [1]** 110/3
**softeners [1]** 135/12
**software [1]** 8/23
**some [37]** 9/13 9/20 12/10 30/17 39/16 52/22 53/15 53/21 62/24 63/5 76/14 82/13 87/8 90/6 90/23 93/22 100/5 100/5 103/13 110/11 111/7 119/21 122/11 124/14 128/7 128/7 132/17 132/17 132/18 136/5 139/2 139/3 142/6 145/5 146/5 152/22 156/23
**some quite [1]** 132/17
**somebody [5]** 36/14 39/15 65/24 79/25 102/22
**someone [6]** 32/9 37/2 88/13 88/13 116/23 122/5
**someplace [1]** 143/20
**something [30]** 10/4 16/15 19/5 19/22 30/21 33/8 33/11 33/11 37/17 38/22 48/20 53/22 62/4 66/12 74/18 83/20 88/14 89/16 92/23 99/3 116/24 120/19 122/4 123/6 125/5 131/25 134/21 138/23 138/24 139/23
**something's [2]** 122/8 123/16
**sometime [1]** 121/2
**sometimes [3]** 53/20 129/16 129/17
**somewhere [2]** 138/17 142/22
**son [1]** 154/4
**sons [1]** 11/6

## S

**soon [3]** 60/8 70/20 70/21
**sooner [2]** 96/13 96/15
**sorry [26]** 17/11 18/16 18/16 22/7 23/8 23/23 37/12 37/16 37/20 38/18 39/4 40/9 66/25 67/4 70/9 74/6 77/17 82/2 86/21 92/6 93/25 102/5 119/20 132/10 141/3 154/10
**sort [9]** 46/16 90/7 110/11 119/21 124/14 128/7 129/24 136/5 139/3
**sought [2]** 151/22 152/6
**sounds [1]** 10/15
**SOUTHERN [2]** 1/8 2/15
**spasm [2]** 114/9 114/9
**spasming [3]** 121/16 121/19 121/22
**spasms [2]** 122/2 122/12
**speak [1]** 28/14
**special [2]** 34/24 44/11
**specialized [1]** 12/19
**specifically [1]** 128/25
**spine [1]** 129/11
**spoken [1]** 156/14
**spontaneity [1]** 131/23
**sports [2]** 138/14 145/5
**spot [2]** 9/19 80/7
**spots [2]** 93/20 129/4
**spotter [1]** 79/17
**spray [1]** 111/6
**spread [1]** 51/13
**squad [1]** 152/14
**square [3]** 17/20 17/22 139/19
**staff [1]** 96/25
**stage [1]** 40/14
**stages [1]** 40/16
**stair [2]** 112/8 113/11
**staircase [1]** 113/10
**stairs [7]** 107/18 111/2 111/18 112/21 112/25 113/6 113/12
**stand [6]** 26/23 70/17 113/13 119/7 138/6 138/6
**standing [1]** 27/11
**star [1]** 34/11
**stare [1]** 139/4
**start [15]** 9/18 17/9 21/11 26/3 31/11 31/22 45/23 53/2 60/8 60/13 78/1 86/11 93/21 110/14 112/14
**started [28]** 12/25 14/13 14/14 15/21 16/10 18/9 27/20 27/24 30/24 31/25 37/18 40/18 41/5 52/15 53/4 59/2 59/4 59/12 63/2 64/7 69/21 75/5 75/13 86/12 112/13 122/23 123/22 127/25
**state [5]** 1/2 3/22 158/7 159/9 160/2
**statement [2]** 47/19 68/22
**STATES [1]** 3/2
**station [3]** 53/21 63/12 135/4
**stationary [3]** 95/25 124/17 124/18
**stay [10]** 33/4 48/2 70/15 85/2 91/14 104/7 108/25 109/2 109/5 109/16
**stayed [1]** 16/8
**steady [1]** 48/17
**Steelers [1]** 144/6
**stenographic [1]** 158/10
**step [6]** 78/4 97/20 106/2 119/10 124/18 124/19
**STEPHEN [2]** 2/12 4/5
**Steve [1]** 157/18
**STEVENSON [1]** 1/9
**stick [2]** 131/25 132/2
**sticking [1]** 87/11
**sticks [1]** 14/18
**still [30]** 13/15 40/15 45/10 48/8 70/17 88/15 89/11 94/6 100/2 101/17 101/20 102/6 103/14 104/19 104/23 104/25 105/4 105/18 108/21 109/7 112/6 113/25 119/15 120/17 122/14 122/15 132/19 136/7 155/19 156/4
**stint [1]** 125/2
**STIPULATED [4]** 8/3 8/12 8/15 8/17
**stocking [1]** 52/23
**stomach [11]** 88/5 88/20 88/20 97/18 97/19 102/7 102/13 102/17 118/7 122/22 123/5
**stone [2]** 29/10 56/10
**stool [1]** 135/12
**stop [2]** 84/16 121/19
**store [3]** 28/7 28/8 135/5
**stored [2]** 71/25 72/22
**straight [2]** 65/5 69/25
**straighten [1]** 89/6
**strap [1]** 126/3
**stream [1]** 121/13
**street [8]** 2/8 2/11 4/4 4/11 19/6 29/14 29/20 45/4
**stress [1]** 75/20
**stressed [2]** 63/3 75/6
**stretch [5]** 124/13 138/4 145/16 145/23 145/25
**stretches [1]** 146/5
**strictly [2]** 42/23 72/20
**strike [3]** 8/6 8/7 76/23
**striker [1]** 76/25
**string [1]** 77/4
**strip [2]** 29/7 30/21
**Stucco [3]** 14/15 14/16 14/21
**stuck [2]** 21/23 87/16
**studies [1]** 87/5
**stuff [10]** 16/19 32/21 46/16 55/15 71/9 71/19 109/3 111/6 113/18 152/11
**stupid [1]** 143/7
**subcontractor [1]** 22/25
**subcontractors [4]** 31/3 31/16 38/14 49/17
**subject [3]** 34/2 35/22 140/17
**subs [1]** 36/25
**Subscribed [1]** 160/5
**substance [1]** 159/7
**substances [4]** 54/14 54/15 56/25 57/8
**such [7]** 8/8 23/25 30/20 58/5 77/7 86/10 159/10
**sucking [2]** 64/7 69/21
**sucks [2]** 119/22 143/13
**SUGARMAN [2]** 2/10 4/3
**suggested [1]** 134/13
**suggests [1]** 146/23
**SUHLER [1]** 1/8
**suite [6]** 2/11 2/21 4/4 4/11 4/15 29/15
**summarize [2]** 16/13 20/2
**summer [2]** 15/9 152/8
**Super [1]** 112/14
**supervised [1]** 24/13
**supervision [2]** 73/24 75/1
**supervisor [2]** 24/9 74/8
**supervisors [1]** 24/6
**supplemental [1]** 68/12
**supplied [4]** 73/5 73/8 73/19 77/8
**supply [5]** 73/11 73/23 76/19 76/20 77/5
**support [2]** 140/24 141/13
**supposed [4]** 37/8 49/4 90/19 135/3
**suprapubic [4]** 120/18 121/9 121/14 122/15
**SUPREME [1]** 1/2
**sure [14]** 32/20 32/20 38/22 39/17 51/5 59/16 65/21 81/16 88/7 93/10 94/5 100/12 125/4 130/25
**surgeon [1]** 150/18
**surgeries [5]** 97/5 97/8 101/13 101/24 126/21
**surgery [24]** 89/1 89/20 89/25 91/16 93/4 93/7 94/20 97/13 97/15 99/10 100/5 102/11 103/12 115/17 117/5 118/2 118/3 118/4 118/13 118/22 118/24 119/4 123/20 126/21
**surgical [2]** 98/20 99/21
**surgically [1]** 95/5
**surprise [1]** 145/10
**survive [1]** 17/4
**swelling [2]** 110/5 110/8
**swim [2]** 145/4 145/6
**swimming [1]** 145/16
**swing [1]** 70/3
**swinging [4]** 63/23 69/24 78/16 80/17
**switch [2]** 97/23 115/18
**sworn [4]** 8/10 9/5 159/22 160/5
**Syracuse [10]** 2/4 2/12 4/5 10/20 12/15 12/16 15/7 15/11 16/20 45/5
**system [1]** 105/5

## T

**T-R-U-S-S [1]** 149/25
**T-U-S-S [1]** 149/23
**T5 [1]** 1/9
**table [6]** 15/25 89/8 89/15 89/22 127/15 127/19
**tailbone [1]** 127/3
**take [53]** 10/5 23/17 27/3 49/8 50/5 50/7 53/12 54/13 54/16 54/21 55/10 55/25 62/20 63/13 67/6 68/25 86/22 91/19 92/22 108/21 109/10 110/25 111/6 111/19 119/3 119/10 119/25 120/4 120/16 121/18 122/11 125/13 126/13 126/15 130/17 133/22 135/11 135/12 135/13 135/22 136/19 136/25 137/2 137/18 137/21 137/21 137/22 139/11 143/13 147/16 152/22 155/2 156/13
**taken [11]** 3/20 19/10 50/11 60/24 67/9 87/1 97/9 122/9 126/18 131/20 141/14
**taking [6]** 51/7 107/13 122/14 135/7 135/8 135/20
**talk [8]** 62/7 64/22 81/25 82/9 85/23 88/15 136/11 145/18
**talked [1]** 38/5
**talking [17]** 28/22 38/16 48/19 52/3 58/15 68/15 85/24 94/5 98/20 116/15 124/4 136/12 136/17 144/9 152/19 152/25 153/2
**tall [2]** 154/10 154/12
**tandem [1]** 51/5
**tape [1]** 77/3
**TapeACall [2]** 65/17 65/21
**taped [1]** 66/7
**TAVERN [3]** 1/7 2/14 39/7
**Taylor [8]** 16/10 17/4 17/14 17/17 17/23 18/4 20/23 44/24
**teacher [1]** 34/25
**teaching [1]** 84/19
**team's [1]** 144/5
**teamed [1]** 15/12
**tech [1]** 152/12
**technically [2]** 16/4 61/15
**technology [1]** 157/1
**Ted [5]** 14/6 15/12 15/12 15/15 15/17
**teeth [1]** 113/18
**telephone [1]** 8/22
**tell [17]** 22/22 28/16 36/20 50/17 52/11 60/12 75/21 76/6 88/8 105/14 114/11 127/9 133/23 137/13 145/15 149/10 153/3
**telling [2]** 70/15 122/7
**temporarily [2]** 108/13 108/13
**ten [10]** 7/5 25/6 44/23 45/10 46/10 50/4 50/5 85/4 126/16 146/16
**ten-hour [4]** 7/5 44/23 45/10 46/10
**ten-minute [2]** 50/5 126/16
**tend [1]** 33/8
**tent [1]** 138/15
**term [3]** 23/6 32/9 32/10
**terms [1]** 77/2
**Tersal [6]** 19/23 20/16 20/17 20/18 20/24 20/24
**test [4]** 66/21 86/10 120/7 120/15

**T**


**testified [1]** 67/13
**testifies [1]** 9/6
**testimony [7]** 8/6 8/7 19/12 42/17 61/1 92/12 140/9
**tests [1]** 87/4
**text [1]** 84/24
**than [29]** 8/11 25/22 36/11 36/15 37/2 43/24 44/7 57/6 61/8 77/18 77/21 83/13 116/16 125/15 130/17 131/14 134/20 135/17 137/7 141/9 141/10 143/23 146/13 148/13 148/17 148/22 149/4 149/14 155/22
**thank [7]** 10/16 27/12 45/19 140/13 156/24 157/8 157/9
**thanked [1]** 82/7
**thankfully [3]** 70/23 117/14 118/11
**that [565]**
**that was [1]** 118/13
**that's [79]** 11/19 14/6 14/18 17/15 21/23 22/8 23/12 23/14 23/19 24/15 24/16 25/9 26/8 27/2 30/13 36/17 42/19 43/3 43/15 44/19 50/9 51/2 52/4 52/4 54/23 61/13 61/14 62/4 64/8 64/20 68/15 69/15 71/3 72/10 76/25 78/2 78/7 78/19 81/12 81/16 82/18 83/8 88/22 88/22 92/18 92/25 94/4 105/16 109/8 109/15 109/15 110/24 111/12 113/9 114/9 123/4 123/4 125/16 126/9 132/8 132/8 132/11 132/11 135/14 135/15 136/2 136/3 136/17 137/15 138/21 140/11 140/15 146/10 152/19 154/4 155/8 155/14 157/17 157/17
**theater [1]** 39/11
**theaters [5]** 1/8 1/8 2/15 39/13 39/20
**their [6]** 38/10 48/2 104/13 124/15 124/15 144/16
**them [41]** 23/2 28/18 30/14 33/17 33/19 35/16 43/22 47/13 54/12 61/14 69/13 70/15 71/2 71/13 72/20 77/2 78/5 79/13 81/6 87/11 88/8 89/7 102/4 108/25 109/12 113/6 121/17 122/13 125/10 127/6 133/22 137/13 148/6 149/21 151/10 151/13 154/5 156/13 156/18 156/19 156/24
**themselves [1]** 37/22
**then [88]** 12/4 12/25 16/5 16/7 16/9 16/12 16/19 18/8 20/6 20/9 20/16 21/2 21/5 21/5 21/7 21/9 29/4 29/7 29/9 29/12 29/16 32/3 33/8 34/16 49/11 49/14 49/16 50/6 53/12 56/16 60/15 62/11 64/6 64/11 64/11 65/6 65/8 65/12 65/25 69/25 70/25 71/3 78/14 79/19 81/11 84/23 87/19 88/10 90/16 91/16 95/7 95/8 95/14 99/15 101/3 101/11 101/21 102/11 103/21 110/2 112/13 113/12 113/20 114/24 115/13 122/17 123/9 125/5 126/4 126/7 129/12 129/13 130/6 133/16 133/16 137/1 141/8 143/5 144/11 144/21 147/10 147/14 147/14 151/7 152/8 152/9 155/22 159/11
**then drive [1]** 16/7
**therapist [1]** 101/11
**therapists [1]** 96/24
**therapy [28]** 96/7 97/17 100/9 103/11 103/22 103/23 106/4 106/10 106/13 106/15 107/7 123/12 123/21 123/23 124/8 124/10 124/25 125/2 125/14 125/18 125/21 145/18 148/17 148/20 148/22 148/25 149/1 153/4
**there [112]** 13/7 14/14 17/15 20/6 21/10 21/14 21/21 22/21 23/3 24/12 25/6 25/19 26/9 26/18 28/20 29/4 29/11 29/14 29/15 29/22 39/10 40/5 40/18 41/4 41/9 41/12 41/13 41/17 44/8 44/11 45/4 45/6 45/13 46/17 48/22 48/25 49/21 49/23 51/16 52/18 52/22 59/6 59/16 59/17 60/14 60/14 62/9 62/23 63/9 71/4 71/11 71/11 72/18 75/19 75/21 79/16 79/19 80/6 82/13 83/5 83/6 83/9 83/13 84/2 84/13 84/18 85/6 85/7 85/8 86/4 94/8 96/21 98/5 98/19 98/24 99/12 99/14 100/19 102/10 104/2 104/7 104/16 105/24 106/14 106/18 107/12 107/21 108/19 108/24 112/9 112/13 116/4 116/7 116/10 121/11 121/12 124/15 127/17 131/7 133/2 135/9 135/11 143/20 144/22 144/22 147/12 151/4 151/6 151/10 152/9 152/20 154/15
**there's [12]** 10/10 25/10 41/22 44/5 76/25 80/22 109/2 123/5 131/6 136/16 142/6 147/22
**therefor [2]** 159/9 159/14
**these [16]** 10/12 23/4 30/7 30/19 32/11 36/5 43/20 44/9 46/21 47/9 47/20 60/4 75/22 79/4 79/17 159/8
**they [262]**
**they shot [1]** 83/19
**they're [14]** 48/4 48/5 48/7 48/10 48/10 62/8 68/15 72/8 79/7 80/4 108/19 118/18 123/9 143/20
**thigh [2]** 97/10 110/9
**thing [10]** 33/4 55/4 59/20 60/2 64/19 65/7 66/19 132/8 132/11 136/16
**things [5]** 24/2 47/20 70/6 79/17 111/14
**think [66]** 14/15 15/24 15/25 16/11 17/8 18/2 18/24 19/4 19/8 20/25 21/5 21/19 22/13 22/20 23/17 37/10 40/8 43/17 53/5 56/22 65/2 67/23 68/2 68/2 68/15 82/7 84/3 85/20 85/22 86/12 92/9 95/6 97/16 99/4 99/15 100/23 100/24 109/22 111/4 120/21 121/25 122/6 122/6 123/22 125/3 125/3 125/7 125/10 126/25 128/18 129/7 130/20 131/8 139/17 151/5 151/7 151/10 151/14 152/20 153/25 154/22 155/8 156/12 156/20 157/7 157/19
**thinking [1]** 36/23
**third [4]** 1/14 1/18 10/9 107/15
**Third-Party [1]** 1/18
**Thirteen [1]** 154/1
**this [73]** 8/6 8/7 8/8 8/10 8/11 8/13 8/15 8/17 8/18 19/21 27/10 39/16 40/11 41/10 42/2 42/7 42/13 43/9 44/12 44/12 46/18 49/3 50/14 50/22 54/8 54/15 54/21 57/18 58/15 63/8 64/14 66/12 66/20 68/10 70/7 71/5 71/15 72/22 73/10 75/22 87/12 90/10 91/3 102/22 111/6 113/23 114/2 119/21 122/7 122/18 123/11 123/11 127/13 128/3 132/21 133/12 134/17 140/4 140/9 140/10 143/8 144/12 155/4 156/25 157/3 158/10 158/15 158/17 159/6 159/10 159/11 159/22 160/5
**THOMAS [1]** 2/19
**those [35]** 10/4 26/3 26/5 29/21 29/22 30/3 30/24 32/6 32/6 35/19 35/19 43/13 44/18 48/20 49/12 57/4 63/13 67/21 68/25 70/4 70/6 73/18 76/15 76/18 76/18 76/19 77/7 77/10 106/12 107/4 111/15 112/11 127/9 140/6 151/4
**though [6]** 25/9 45/7 116/18 120/19 123/18 156/9
**thought [5]** 50/6 58/8 83/9 109/10 122/13
**three [25]** 7/7 19/15 19/15 20/3 20/25 22/20 46/7 64/14 87/17 93/20 96/10 96/14 97/3 97/6 100/24 103/18 103/21 112/12 120/9 121/10 128/17 137/19 151/5 151/10 154/5
**three quarters [1]** 87/17
**three-week [1]** 97/6
**threw [2]** 63/17 71/12
**through [29]** 16/21 26/21 27/21 47/16 47/17 57/19 62/20 78/20 85/16 87/17 88/11 88/19 89/4 90/11 101/12 107/6 107/21 118/5 118/6 118/21 120/3 120/12 121/4 149/18 149/19 149/20 152/22 153/3 156/17
**throughout [4]** 24/6 42/1 128/14 129/10
**throw [4]** 69/9 72/11 78/13 80/19
**throwing [3]** 69/8 71/6 78/12
**tie [1]** 155/3
**tile [2]** 25/11 25/14
**tiling [2]** 26/13 26/15
**till [3]** 40/7 112/15 138/7
**time [83]** 11/17 15/3 15/22 16/20 19/6 19/25 21/20 24/10 25/5 29/14 31/2 31/22 31/23 33/9 42/2 44/21 50/15 51/14 52/13 53/3 53/4 53/6 53/20 53/25 55/17 57/17 58/21 59/6 59/8 59/17 59/24 62/15 63/16 63/22 68/14 69/10 69/16 69/17 69/20 70/13 78/12 78/13 78/14 79/22 84/19 85/6 86/16 89/10 89/25 90/21 90/24 91/6 98/19 98/24 99/12 100/22 106/8 106/13 106/14 111/19 112/8 113/23 116/4 116/7 116/10 121/11 121/12 121/20 123/12 126/8 126/9 127/7 127/24 136/4 137/4 138/15 138/19 138/19 139/14 144/20 147/13 147/19 154/21
**Time Warner [1]** 19/6
**times [13]** 44/3 55/19 57/14 97/21 100/24 110/10 112/10 128/17 136/22 137/19 141/22 144/15 157/4
**tip [2]** 87/11 87/14
**tipping [1]** 155/9
**tire [5]** 69/22 70/2 79/14 79/15 87/18
**tired [1]** 136/3
**tissue [3]** 88/21 100/5 117/5
**title [1]** 12/4
**today [4]** 9/13 11/22 27/8 67/13
**today's [1]** 131/9
**toe [7]** 89/5 93/23 94/3 94/6 94/10 94/13 94/15
**toenails [1]** 155/4
**toes [1]** 89/4
**together [4]** 34/12 41/16 95/12 150/19
**Tojek [1]** 2/24
**told [24]** 63/10 65/12 74/8 74/10 79/25 80/10 81/4 81/6 82/5 82/18 84/22 85/14 108/16 108/25 109/12 112/3 112/4 121/17 122/13 122/15 122/21 146/12 146/18 151/25
**tomorrow [2]** 157/14 157/15
**tonight [1]** 144/7
**too [17]** 21/7 43/17 44/24 75/21 104/3 105/25 108/20 109/2 114/3 121/22 122/17 122/18 129/12 136/3 137/7 137/22 145/19
**took [21]** 13/16 19/25 20/22 44/23 50/4 54/20 54/24 71/3 83/24 86/8 93/3 96/10 99/17 100/18 105/10 110/23 111/12 112/7 127/4 133/14 158/9
**toolbox [1]** 32/7
**tools [8]** 73/18 73/20 76/14 76/15 76/15 76/17 76/18 76/20
**top [3]** 35/21 112/24 113/12
**topics [2]** 32/16 46/10
**tops [1]** 19/16
**toss [2]** 63/8 71/15
**tossed [2]** 63/16 71/9
**tossing [1]** 137/5

## T


**total [2]** 139/18 139/18
**totally [1]** 81/2
**touch [2]** 84/3 131/20
**touched [2]** 126/24 127/2
**tough [1]** 141/23
**towards [4]** 23/18 40/17 62/22 142/2
**Towers [1]** 2/7
**town [1]** 29/17
**tract [5]** 97/18 97/19 102/16 114/25 115/25
**trailers [1]** 144/24
**training [12]** 7/5 7/7 12/20 31/15 37/3 44/22 45/2 45/8 45/11 46/7 46/11 46/13
**transcript [5]** 8/13 158/11 159/10 159/11 159/12
**transferred [1]** 104/12
**transported [2]** 83/2 84/5
**trapped [2]** 137/11 138/8
**trash [9]** 62/24 63/5 63/9 63/15 63/16 69/8 69/9 71/6 72/11
**traveling [1]** 48/7
**travels [1]** 48/9
**treat [2]** 97/14 127/23
**treated [2]** 131/12 131/14
**treating [1]** 150/9
**treatment [1]** 150/7
**triage [1]** 87/8
**triaged [2]** 83/16 84/10
**trial [2]** 3/19 8/8
**tried [16]** 63/25 64/6 70/16 70/16 70/16 70/21 87/19 89/10 90/13 96/15 96/16 96/18 103/14 103/17 107/15 124/23
**trips [1]** 143/25
**TRL [2]** 14/6 15/12
**trowels [1]** 76/22
**trucks [1]** 73/6
**true [1]** 158/11
**Trussell [6]** 132/14 133/15 148/9 149/24 149/25 150/4
**try [27]** 75/23 88/6 90/20 96/12 97/10 98/11 104/5 106/24 110/8 110/9 110/10 112/4 122/22 123/15 124/21 128/7 128/11 133/18 136/4 137/20 138/4 139/12 139/12 141/22 142/10 145/25 146/4
**trying [9]** 48/16 69/11 98/13 124/13 124/13 126/1 136/8 148/19 155/3
**tube [23]** 88/6 88/11 88/19 90/2 97/18 102/7 102/13 102/14 114/3 114/7 114/15 115/21 116/2 116/4 116/7 116/10 118/11 118/20 120/5 120/6 120/7 120/8 120/22
**turn [4]** 64/4 64/4 70/4 156/23
**turned [5]** 11/9 34/6 63/22 69/11 141/19
**turning [3]** 34/16 98/15 137/5
**Tussell [1]** 149/23
**twice [4]** 44/5 100/23 100/24 128/18
**twin [2]** 11/6 34/4
**twins [2]** 34/4 133/9
**twitch [1]** 114/8
**two [48]** 15/9 22/14 22/20 25/14 26/9 26/10 32/12 34/3 34/4 43/11 43/11 44/8 46/21 51/16 54/17 56/3 56/20 56/23 61/7 61/7 61/7 67/18 81/25 95/15 97/11 97/21 100/9 100/23 104/2 104/9 106/11 107/11 107/12 107/14 109/22 109/24 110/7 110/13 119/15 119/19 123/25 131/18 141/5 141/11 143/20 148/21 150/3 151/4
**two-week [2]** 15/9 107/11
**tying [1]** 155/3
**type [16]** 18/25 22/2 44/12 44/12 44/22 53/9 56/24 103/22 105/4 122/25 134/2 134/4 134/6 144/7 151/22 152/6
**types [1]** 43/20
**typical [1]** 53/6
**typically [5]** 52/12 52/13 52/20 130/13 135/15


## U


**U-Haul [1]** 16/7
**uh [8]** 10/3 99/8 110/12 115/16 118/10 120/14 126/6 136/15
**uh-huh [8]** 10/3 99/8 110/12 115/16 118/10 120/14 126/6 136/15
**ulcer [2]** 135/14 135/14
**unable [3]** 111/16 142/13 152/1
**under [16]** 10/12 15/25 18/3 21/3 41/17 41/19 42/10 64/7 69/21 89/14 89/21 115/4 115/10 117/18 118/18 146/7
**undergoing [1]** 87/5
**undergone [1]** 125/20
**underneath [1]** 119/9
**understand [7]** 10/11 39/18 42/21 62/10 67/2 97/25 119/3
**Understandable [1]** 41/24
**understanding [6]** 39/1 39/9 50/18 93/6 94/20 117/7
**underwent [2]** 150/23 152/17
**unemployed [1]** 18/12
**unemployment [8]** 18/5 19/18 19/20 20/7 21/6 21/17 21/20 21/25
**Uniform [1]** 8/5
**union [8]** 12/6 12/8 22/24 23/12 23/16 23/22 23/24 23/25
**unit [1]** 104/10
**UNITED [5]** 1/10 1/12 1/13 2/17 3/2
**unless [2]** 25/16 49/23
**unnecessary [1]** 100/21
**unprescribed [2]** 55/11 56/25
**until [36]** 9/17 13/13 14/8 14/22 15/7 16/9 17/24 18/14 18/17 21/15 22/6 31/21 31/23 40/12 40/20 49/22 50/7 52/20 61/23 88/21 89/2 101/8 101/24 103/19 104/20 109/13 109/17 112/3 112/3 114/20 115/17 116/12 116/12 120/20 147/20 147/23
**unusual [1]** 42/9
**up [140]** 13/24 14/17 15/11 15/12 15/16 16/8 16/19 19/8 19/19 21/15 26/23 27/11 27/25 28/12 30/2 30/10 31/21 31/23 33/8 33/12 33/21 36/18 40/20 41/21 41/23 42/15 43/22 43/24 45/18 47/14 47/14 47/14 47/15 48/5 48/8 48/10 48/15 50/15 50/25 52/5 53/18 54/18 54/19 56/9 56/10 56/11 56/13 60/7 60/12 61/23 62/7 63/5 63/7 63/18 64/11 69/10 69/12 69/13 70/17 70/19 70/21 71/13 78/2 78/4 78/5 78/13 79/22 80/5 80/11 80/17 81/7 83/17 86/7 86/8 86/14 87/20 87/25 88/8 88/14 90/6 90/17 94/24 94/25 95/8 95/19 96/6 97/13 97/20 98/11 98/15 100/2 100/3 101/24 103/15 104/20 107/17 107/25 108/24 111/2 111/7 111/18 111/25 112/9 112/9 112/13 112/21 112/21 113/7 113/12 114/4 116/9 116/22 120/18 123/15 124/18 124/19 124/20 125/25 126/4 127/14 127/19 128/19 129/3 135/4 136/13 137/5 137/14 142/7 142/11 142/12 142/14 142/19 144/21 145/20 146/12 147/12 149/21 149/21 152/13 152/15
**upset [1]** 91/4
**upstairs [2]** 111/23 113/3
**Upstate [8]** 55/23 71/3 83/3 84/6 115/19 148/14 148/16 148/18
**urethra [3]** 87/21 117/6 120/3
**urethral [1]** 126/20
**urethroplasty [4]** 116/13 117/8 117/19 122/21
**urinary [3]** 114/12 115/24 121/13
**urinate [1]** 121/5
**urine [1]** 90/3
**urologic [1]** 150/6
**urologist [5]** 115/3 115/19 131/17 132/14 149/22
**urologist's [4]** 97/23 102/9 115/2 115/12
**urologists [2]** 131/18 150/3
**us [7]** 11/20 36/18 45/22 60/22 63/3 75/18 136/5
**USA [3]** 28/3 28/5 29/4
**use [28]** 23/6 33/17 47/23 53/24 57/13 57/20 57/22 105/25 107/3 108/4 108/5 108/9 109/6 109/7 110/18 111/23 112/25 112/25 113/9 113/13 113/16 113/20 119/13 123/2 127/15 135/24 156/4 156/6
**used [40]** 8/18 19/6 20/19 32/9 38/2 47/13 47/20 50/23 53/25 56/24 57/7 57/17 71/21 73/4 73/17 73/22 76/16 90/3 107/21 110/3 111/5 111/16 113/5 113/7 120/22 124/15 132/16 133/2 133/5 133/17 134/8 138/13 138/13 138/14 138/18 138/19 142/17 144/22 147/8 156/3
**uses [1]** 32/9
**using [6]** 27/7 27/9 47/12 63/15 113/13 120/3
**usually [15]** 23/4 24/14 27/17 30/13 36/8 44/6 52/16 54/3 54/7 59/25 62/5 77/10 128/12 137/2 140/15


## V


**VAC [10]** 98/10 98/17 98/17 98/21 99/9 99/11 99/13 100/8 100/15 105/3
**vacation [2]** 15/10 144/1
**various [3]** 35/10 36/24 41/13
**vehicle [3]** 134/2 134/4 134/6
**VENESSA [8]** 1/3 2/24 11/5 34/7 34/9 34/18 34/21 34/23
**verbally [1]** 10/3
**VERONIS [1]** 1/8
**very [8]** 9/19 10/12 18/6 55/12 69/12 83/24 140/12 146/5
**via [2]** 3/20 158/9
**Viagra [3]** 131/20 131/21 132/13
**vicinity [3]** 32/23 47/24 53/17
**video [2]** 3/20 8/23
**videos [1]** 131/3
**view [1]** 81/2
**violations [1]** 46/14
**virtually [1]** 8/10
**visit [1]** 81/24
**visiting [5]** 99/18 100/11 101/6 107/6 149/14
**VNA [1]** 99/20
**vocational [1]** 152/18
**void [1]** 120/2
**Volume [1]** 1/25
**vs [5]** 1/5 1/15 1/21 3/6 3/11


## W


**wage [4]** 23/7 23/8 23/13 140/22
**wages [2]** 23/11 23/14
**wait [5]** 9/17 22/6 92/22 92/25 117/4
**waived [1]** 8/14
**waiver [1]** 8/8
**wake [1]** 90/16
**Wal [1]** 51/2
**walk [7]** 27/2 27/8 52/7 62/18 63/17 78/20 107/17
**walked [1]** 65/4
**walker [10]** 101/20 105/25 106/23 107/21 110/17 113/1 113/3 113/7 113/13 113/14
**walking [1]** 62/22
**walks [1]** 138/19

W


**wall [3]** 28/7 28/9 28/11
**wallet [1]** 45/14
**walls [3]** 48/23 49/11 49/12
**Walmart [11]** 29/12 29/19 30/20 37/10 37/11 37/15 37/17 38/2 38/6 38/17 38/18
**want [33]** 12/10 16/14 28/18 34/2 36/20 37/20 39/16 62/20 76/5 76/7 77/24 81/6 96/21 102/21 104/4 115/14 116/13 118/25 119/18 119/19 125/6 126/16 128/2 132/2 133/11 134/24 135/22 137/24 139/18 151/8 154/19 156/22 157/13
**wanted [15]** 20/21 63/3 70/17 70/18 70/18 75/6 75/7 75/20 92/25 108/12 108/16 108/18 110/25 127/9 128/9
**Warner [1]** 19/6
**was [481]**
**was the [1]** 55/21
**washcloth [1]** 111/7
**wasn't [18]** 17/3 29/16 42/19 55/3 59/6 60/14 63/9 70/3 70/24 72/18 72/20 84/8 86/14 90/19 97/11 108/7 119/18 123/13
**water [4]** 34/16 145/5 145/9 145/13
**Waterloo [1]** 84/19
**way [17]** 17/2 30/4 33/5 35/13 43/23 48/2 56/15 57/18 63/25 80/15 87/17 99/17 117/12 132/15 140/22 142/3 143/6
**we [76]** 10/4 23/2 23/12 27/3 28/12 29/12 29/13 29/19 30/1 30/12 30/13 30/13 30/15 30/15 31/18 31/18 31/25 32/2 32/3 34/15 35/15 35/15 36/3 39/16 41/11 45/23 45/24 47/13 48/15 50/5 50/6 51/13 51/15 51/17 51/18 51/23 52/25 52/25 53/12 53/19 63/2 67/6 67/23 68/2 68/4 73/22 75/5 75/18 75/19 82/11 85/23 98/25 101/23 116/15 125/13 126/13 126/15 130/20 130/24 133/12 133/20 134/17 134/19 136/6 138/14 138/18 138/19 139/11 144/3 144/14 144/20 144/21 157/2 157/11 157/12 157/16
**we'll [1]** 108/19
**we're [14]** 9/19 9/19 28/21 35/6 54/25 66/20 66/20 85/23 92/9 94/5 97/24 98/20 99/4 124/4
**we've [5]** 43/9 68/24 72/6 144/14 157/10
**weak [3]** 120/17 121/9 122/17
**wear [2]** 113/25 126/7
**wearing [4]** 33/14 113/22 113/23 113/23
**wedding [1]** 142/17
**week [30]** 15/9 15/9 16/1 16/11 16/17 19/20 19/23 20/7 20/13 31/24 32/14 35/12 48/12 96/5 97/6 100/23 100/25 107/11 112/10 119/6 119/12 119/19 121/17 123/25 128/17 135/25 137/14 140/23 141/6 141/6
**weekend [1]** 116/21
**weeks [45]** 19/15 19/16 19/16 20/3 21/1 21/6 56/3 56/20 83/7 94/8 96/4 96/10 96/14 97/3 97/12 98/18 99/10 99/13 100/20 101/15 101/21 103/19 103/21 104/3 104/8 104/16 105/11 107/12 109/20 109/22 109/24 112/11 119/5 120/8 120/9 120/9 121/10 122/20 123/14 123/19 123/22 125/9 128/19 141/5 141/11
**weighed [2]** 154/22 155/5
**weight [13]** 105/16 105/20 106/16 106/18 107/25 112/4 112/5 112/15 145/9 146/8 154/18 154/19 155/7
**weight-bear [1]** 112/4
**weight-bearing [2]** 105/20 106/16
**weights [1]** 145/24
**well [27]** 15/8 23/11 29/13 39/14 46/13 52/15 56/12 64/25 68/13 80/4 80/4 83/8 84/17 99/25 102/19 107/10 108/15 108/16 108/19 117/10 118/4 122/7 125/3 131/16 138/13 147/13 147/15
**Wendy's [1]** 13/15
**went [36]** 13/7 14/24 17/24 29/5 29/13 54/19 63/6 71/2 71/14 78/13 81/24 87/7 88/10 90/22 97/17 102/14 102/20 104/19 106/12 110/13 111/2 114/21 120/20 121/4 124/9 133/12 138/14 143/10 144/3 144/20 144/21 146/20 148/2 151/5 152/7 157/5
**were [195]**
**weren't [3]** 88/25 95/12 133/20
**West [4]** 2/11 4/4 17/21 17/22
**West Monroe [1]** 17/21
**wet [1]** 63/13
**what [218]**
**what's [15]** 13/21 24/18 38/10 38/25 60/2 76/8 81/8 92/6 93/6 94/13 94/19 117/7 136/17 141/16 154/17
**whatever [6]** 24/15 37/9 50/23 77/14 84/10 104/4
**wheel [3]** 64/2 64/3 70/5
**wheelchair [8]** 96/11 96/13 96/19 97/4 103/19 103/24 106/20 106/22
**wheeled [1]** 106/22
**when [136]** 11/17 14/9 14/24 15/21 15/22 16/23 18/2 18/4 18/7 21/11 21/17 22/20 22/22 22/24 25/20 27/20 27/24 27/24 28/19 30/7 30/18 31/20 31/25 33/7 34/6 34/9 35/17 37/11 38/24 40/14 40/18 41/5 47/11 47/24 48/4 48/5 48/6 48/7 48/18 50/17 52/2 52/19 52/25 53/3 53/24 55/19 56/14 56/15 57/17 58/14 58/25 59/4 59/22 59/22 60/3 63/16 64/3 64/8 65/3 65/23 69/8 73/3 73/10 73/24 74/7 74/25 75/4 75/5 75/12 75/12 76/10 77/6 77/15 78/3 79/17 80/22 81/14 81/24 83/16 83/16 85/2 85/2 85/23 92/16 97/21 97/22 98/13 99/14 100/8 100/8 101/15 102/13 104/19 106/14 106/19 107/10 108/15 110/2 110/23 111/12 111/16 112/14 112/24 116/4 116/14 116/15 116/18 116/19 116/20 117/24 118/20 120/1 120/7 120/10 120/16 120/16 121/13 121/15 125/22 126/22 130/15 130/17 136/3 138/4 141/5 141/8 142/15 143/4 143/5 144/18 145/3 147/9 147/13 149/10 155/5 155/9
**whenever [1]** 27/14
**where [71]** 8/21 10/10 10/19 12/14 17/19 19/5 28/10 29/6 29/10 29/12 30/8 30/9 33/11 36/13 37/21 38/13 40/24 43/13 44/25 44/25 51/5 51/13 51/17 60/7 62/23 63/8 63/9 63/10 63/21 69/11 69/15 71/14 71/20 72/22 78/8 78/9 78/9 78/19 78/20 78/24 78/25 87/17 87/23 95/14 97/10 98/19 98/20 98/21 99/13 99/22 102/8 102/9 103/7 104/14 105/2 106/15 109/5 109/14 116/7 116/10 118/12 120/21 126/3 132/3 132/3 134/19 138/21 144/18 144/18 145/15 154/14
**Whereupon [13]** 9/2 9/4 19/9 19/11 42/16 50/10 60/23 60/25 67/8 86/25 92/11 126/17 157/21
**whether [8]** 26/4 35/13 36/25 42/22 42/22 133/7 138/24 140/5
**which [7]** 9/16 10/11 20/21 20/21 81/8 93/11 148/8
**while [27]** 14/10 27/10 31/11 31/14 31/19 31/20 41/22 47/7 55/5 55/13 58/13 84/11 86/4 88/4 91/11 100/19 103/13 104/18 115/13 118/24 122/8 125/23 126/11 133/19 148/18 148/23 155/2
**whip [1]** 70/6
**who [25]** 14/3 15/13 20/17 20/17 24/15 24/16 35/7 36/5 37/7 38/15 40/22 44/7 44/8 55/21 55/21 61/16 68/6 72/2 79/17 81/14 99/15 146/19 148/4 149/22 160/8
**who appeared [1]** 160/8
**who's [4]** 127/21 144/6 146/18 150/17
**whoever [3]** 27/15 38/2 73/6
**whole [21]** 21/20 36/18 43/3 44/5 64/19 65/7 81/13 84/2 89/10 95/8 95/13 105/20 106/12 116/21 119/6 126/7 126/9 127/7 127/19 153/10 153/10
**whom [5]** 8/11 11/4 11/24 35/2 152/4
**why [25]** 14/18 21/23 23/14 23/19 26/8 44/19 54/23 61/13 67/5 76/6 78/7 81/13 83/8 92/18 92/25 94/4 98/24 99/3 105/16 108/18 109/8 121/17 128/5 138/21 142/6
**wide [4]** 79/4 79/8 79/10 114/25
**wider [1]** 116/24
**width [1]** 79/13
**wife [25]** 11/5 84/18 84/19 85/6 85/8 86/5 86/7 86/8 86/18 87/10 90/18 91/12 107/11 111/9 122/3 122/9 128/8 132/19 134/13 138/18 139/10 140/13 144/4 146/4 152/14
**wife's [3]** 34/7 136/3 147/21
**Wilbur [1]** 64/15
**will [7]** 8/17 128/13 130/24 139/13 153/3 155/14 156/22
**window [2]** 131/24 137/4
**winter [1]** 21/25
**winter's [1]** 18/7
**wire [1]** 51/2
**wish [1]** 117/15
**without [19]** 8/16 23/16 23/22 23/24 42/23 48/8 51/7 54/9 61/23 69/4 69/4 99/23 99/25 109/17 118/19 120/5 133/13 133/13 133/22
**witness [5]** 8/10 8/12 8/16 9/5 158/17
**witnessed [2]** 64/14 64/20
**woman [1]** 15/3
**women [1]** 140/15
**won't [2]** 128/10 142/2
**wonderful [1]** 157/2
**word [3]** 92/6 114/9 159/9
**words [1]** 10/6
**work [60]** 13/21 14/7 14/11 14/20 14/24 15/6 15/21 16/20 17/23 18/25 20/21 22/19 26/12 26/18 26/20 27/25 28/2 29/11 29/12 30/11 30/17 31/2 31/3 31/16 32/21 32/23 35/10 38/6 41/16 42/24 49/23 50/13 50/19 52/15 53/9 54/19 54/20 58/25 60/3 62/5 62/16 62/23 73/4 74/8 74/10 75/2 92/19 96/16 96/24 110/10 110/14 122/4 124/11 125/23 128/23 133/16 133/17 140/7 146/21 152/2
**workday [1]** 59/4
**worked [35]** 11/17 13/2 13/14 15/4 19/3 20/3 20/13 21/14 21/18 21/24 24/10 28/16 28/20 29/4 29/9 30/7 31/14 35/11 37/7 37/11 38/24 39/25 40/5 40/9 40/10 41/15 61/22 70/18 84/19 106/16 111/25 117/14 132/9 132/12 137/14
**worker [1]** 24/3
**workers [3]** 30/13 30/14 30/14
**workers' [4]** 108/17 150/24 150/25 152/7
**workforce [2]** 24/24 25/2
**working [34]** 13/15 16/10 16/12 16/17 20/23 22/17 23/3 23/20 29/22 31/9

## W


**working... [24]** 31/11 33/2 38/12 38/20 41/4 41/10 41/18 42/7 42/10 42/12 42/22 47/8 47/20 51/4 51/7 51/11 51/13 51/20 51/21 53/2 59/12 60/8 60/8 63/11
**works [4]** 92/16 129/25 152/7 152/25
**world [1]** 133/22
**worst [1]** 88/15
**would [118]** 9/22 10/6 15/24 22/12 22/15 23/9 23/21 23/25 24/14 24/16 30/8 30/9 30/10 30/22 31/3 31/3 31/9 31/21 32/12 32/13 33/2 35/18 35/22 35/25 36/2 36/7 36/8 36/18 36/24 37/11 37/16 37/17 45/17 45/21 46/4 47/9 47/23 48/2 48/20 48/22 49/8 49/9 49/11 49/14 49/16 50/3 50/17 51/5 52/13 52/19 52/21 53/6 53/9 53/14 53/15 54/8 54/10 55/10 58/9 58/13 59/3 59/3 59/10 59/10 59/19 60/7 60/12 60/13 61/19 67/25 68/3 69/25 70/2 72/2 72/2 72/11 72/14 73/22 75/23 77/3 77/4 79/7 79/11 80/6 80/18 80/19 90/15 91/7 91/8 91/12 91/19 92/19 92/24 96/23 97/22 100/19 106/24 108/25 109/9 109/9 109/10 110/9 111/8 112/25 112/25 113/3 113/9 113/13 113/13 114/7 115/11 115/18 130/13 130/21 134/19 135/14 141/20 156/12
**wouldn't [15]** 31/2 36/22 36/23 49/20 49/21 54/11 54/11 60/10 79/19 99/25 115/19 125/11 125/11 139/9 156/12
**wound [9]** 98/10 98/17 98/17 98/21 99/11 100/8 100/15 105/1 105/3
**wrappers [2]** 71/7 71/16
**write [1]** 17/10
**written [1]** 146/12
**wrong [3]** 120/20 122/4 122/8


## X


**x-rayed [1]** 86/6
**x-rays [5]** 86/8 86/15 86/19 87/7 127/4


## Y


**yachts [2]** 13/3 14/12
**yard [1]** 139/9
**yeah [146]** 17/13 20/8 22/14 25/23 25/23 27/9 29/24 29/24 31/5 32/15 33/12 33/18 33/18 37/15 39/18 42/11 48/5 48/10 49/6 49/13 51/22 54/10 54/25 57/11 59/13 59/13 59/22 59/22 60/20 60/20 61/13 61/13 62/7 62/14 64/25 66/24 67/1 67/3 68/11 71/18 71/18 71/23 72/4 73/1 73/6 73/7 73/21 76/17 78/19 80/4 80/24 80/24 83/15 84/7 84/8 84/10 86/20 88/19 88/19 88/19 90/8 90/25 92/14 92/14 92/14 93/25 94/16 94/25 95/2 95/3 95/19 98/6 99/20 100/3 101/17 102/19 102/20 103/18 103/25 108/15 110/5 111/24 112/19 112/23 114/6 115/9 115/13 115/17 115/23 115/23 116/10 117/22 117/22 117/22 117/24 118/17 118/17 118/17 118/17 118/25 119/14 119/14 119/24 121/6 121/8 121/15 123/8 124/18 126/9 127/14 128/4 129/12 129/16 129/16 130/24 132/8 132/8 134/18 135/17 136/8 137/9 139/5 141/10 141/14 143/18 145/11 145/12 146/10 147/16 147/25 148/6 151/3 151/4 151/20 152/19 154/3 154/16 154/16 154/20 154/25 154/25 155/18 156/1 156/2 156/11 157/7
**year [20]** 12/22 13/5 13/10 15/23 18/2 56/4 56/5 57/19 128/3 131/12 131/18 133/12 133/13 137/11 141/22 142/11 142/11 143/20 144/12 144/14
**years [8]** 7/7 10/25 11/13 28/22 28/22 32/12 40/8 46/7
**yelling [3]** 48/14 70/14 70/15
**yep [26]** 11/21 15/2 20/14 20/14 28/3 28/15 34/20 45/12 47/6 47/22 75/15 75/15 90/8 91/15 93/16 103/17 105/12 110/5 111/17 128/4 130/11 132/24 132/24 150/1 153/5 155/12
**yes [125]** 9/25 10/8 10/15 11/3 11/23 12/13 15/1 18/6 18/18 18/21 20/5 20/5 21/16 24/3 24/3 24/4 26/22 27/17 30/18 31/13 33/7 34/5 34/8 34/22 35/6 37/14 37/23 38/4 39/21 40/21 42/4 43/7 45/9 45/16 46/3 47/4 48/10 48/21 48/21 49/19 50/16 55/19 60/6 60/15 61/21 62/12 65/14 65/20 66/5 67/20 67/22 71/23 72/13 72/24 73/15 74/9 74/11 74/20 76/1 76/13 77/17 77/17 77/17 80/21 83/4 86/3 87/13 90/5 90/5 91/10 91/13 91/18 93/5 96/1 97/1 97/7 98/23 98/23 99/11 99/14 100/7 100/14 102/16 102/16 103/1 103/6 103/9 103/20 104/11 104/11 104/15 104/17 104/22 104/24 105/3 105/7 108/11 109/19 110/20 110/20 111/17 111/21 112/23 113/15 113/19 113/19 113/21 124/6 124/9 130/3 133/25 140/1 140/20 141/14 143/10 147/1 147/5 149/16 151/17 152/3 153/13 153/18 153/23 155/20 156/5
**yesterday's [1]** 68/11
**yet [1]** 75/19
**yoga [1]** 146/4
**YORK [19]** 1/2 2/4 2/8 2/12 2/15 2/18 2/22 3/2 3/22 4/5 4/8 4/8 4/12 4/15 10/20 29/6 142/5 158/8 160/2
**you [833]**
**you'll [2]** 10/5 10/12
**you're [30]** 11/13 27/10 32/19 33/12 33/14 34/3 47/16 48/9 57/12 62/10 65/23 70/6 72/7 74/12 80/12 80/17 91/2 91/4 94/17 113/23 116/9 118/18 120/11 135/19 144/9 144/9 146/9 149/10 151/25 154/16
**you've [4]** 101/25 134/7 142/13 155/10
**young [3]** 57/12 143/7 147/9
**younger [1]** 57/11
**your [202]**
**your hospital [1]** 109/4
**your job [1]** 12/3
**yours [1]** 116/16
**yourself [1]** 76/19


## Z


**zombie [1]** 137/24
**Zoom [2]** 3/20 158/9