EXHIBIT C

STATE OF NEW YORK
SUPREME COURT COUNTY OF ONONDAGA

---

SHAUN ATKINSON and VENESSA ATKINSON,

Plaintiffs,

vs. **Index No. 004808/2018**
**RJI No. 33-19-1064**

EILERSON DEVELOPMENT CORPORATION a/k/a EDC; CAMERON GROUP, LLC; MOVIE TAVERN THEATERS, LLC; SOUTHERN THEATERS, LLC; HINSDALE ROAD GROUP, LLC; VERONIS SUHLER STEVENSON; DIAMOND CASTLE HOLDINGS, LLC; HOTEL @T5, LLC; NES RENTALS HOLDING, INC.; UNITED RENTALS, INC.; and "JOHN DOE MANUFACTURING CORPORATION INC/LLC",

Defendants.

---

UNITED RENTALS (NORTH AMERICA), INC. i/p/a UNITED RENTALS, INC., and NES RENTALS HOLDINGS, INC.,

Defendants/Third-Party Plaintiffs,

vs.

C&D LAFACE CONSTRUCTION, INC.,

Third-Party Defendant.

---

EILERSON DEVELOPMENT CORPORATION a/k/a EDC,

Fourth-Party Plaintiff,

vs.

C&D LAFACE CONSTRUCTION, INC.,

Fourth-Party Defendant.

---

**Carmena Rachetta**

**A P P E A R A N C E S**

| | |
|---|---|
| FOR PLAINTIFFS: | SNYDER LAW FIRM, PLLC<br>6876 Buckley Road<br>Syracuse, New York 13212<br>BY: DAVID B. SNYDER, ESQ.<br>CAREY KNAPP, ESQ. |
| FOR DEFENDANT:<br>(Eilerson) | LIPPMAN O'CONNOR<br>43 Court Street<br>Suite 600<br>Buffalo, New York 14202<br>BY: GERARD E. O'CONNOR, ESQ. |
| FOR DEFENDANTS:<br>(Camerson,<br>Hinsdale) | SUGARMAN LAW FIRM, LLP<br>211 West Jefferson Street<br>Suite 20<br>Syracuse, New York 13202<br>BY: NICOLE U. MARMANILLO, ESQ. |
| FOR DEFENDANTS:<br>(Movie Tavern,<br>Southern<br>Theaters) | LAW OFFICES OF SANTACROSE & FRARY<br>One Columbia Circle<br>Albany, New York 12203<br>BY: KEITH M. FRARY, ESQ. |
| FOR DEFENDANTS:<br>(United Rentals,<br>NES Rentals) | RUPP, BAASE, PFALZGRAF,<br>CUNNINGHAM, LLC<br>1600 Liberty Avenue<br>Buffalo, New York 14202<br>BY: THOMAS P. CUNNINGHAM, ESQ. |
| FOR DEFENDANT:<br>(C&D LaFace) | NASH CONNORS, P.C.<br>344 Delaware Avenue<br>Suite 400<br>Buffalo, New York 14202<br>BY: ANDREW J. KOWALEWSKI, ESQ. |
| ALSO PRESENT: | Shaun Atkinson<br>Catherine Laris<br>Cara Nelson, Esq. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CAMERON GROUP, LLC, and
HINSDALE ROAD GROUP, LLC,

Plaintiffs,

vs. **Docket No. 5:19-CV-00285**

EILERSON DEVELOPMENT CORPORATION,
AMERISURE INSURANCE COMPANY, and
AMERISURE MUTUAL INSURANCE COMPANY,

Defendants.

vs.

SELECTIVE INSURANCE GROUP, INC. d/b/a
SELECTIVE INSURANCE COMPANY OF
AMERICA, and C&D LAFACE CONSTRUCTION,
INC.

Additional Defendants.

---

Examination Before Trial of **CARMENA RACHETTA**, taken remotely via Zoom Video Conferencing before Annette M. Burton, Court Reporter and Notary Public in and for the State of New York, held on September 24, 2020.

**A P P E A R A N C E S**

FOR PLAINTIFFS: SUGARMAN LAW FIRM, LLP
211 West Jefferson Street
Suite 20
Syracuse, New York 13202
BY: NICOLE U. MARMANILLO, ESQ.

FOR DEFENDANT: (Eilerson) CALLAHAN & FUSCO, LLC
40 Exchange Place
18th Floor
New York, New York 100005
BY: RYAN P. HELLER, ESQ.

FOR DEFENDANT: (Amerisure) GERBER, CIANO, KELLY, BRADY, LLP
350 Main Street
Suite 2400
Buffalo, New York 14202
BY: DANIEL W. GERBER, ESQ.

FOR DEFENDANT: (Selective) HURWITZ & FINE, P.C.
Liberty Building
Suite 1300
Buffalo, New York 14202
BY: JENNIFER A. EHMAN, ESQ.

## I N D E X O F T E S T I M O N Y

| | Page |
|---|---|
| EXAMINATION OF CARMENA RACHETTA | |
| BY MR. O'CONNOR: | 9 |
| BY MS. KNAPP: | 57 |
| BY MR. GERBER: | 78 |
| BY MR. FRARY: | 90 |
| BY MS. EHMAN: | 91 |
| BY MS. MARMANILLO: | 92 |
| BY MS. KNAPP: | 94 |
| BY MS. EHMAN: | 96 |

## I N D E X O F E X H I B I T S



| Exhibit | Description | Page Marked |
|---|---|---|
| 12 | Employer's Report of Work-Related Injury/Illness | 9 |
| 13 | Employer's First Report of Work-Related Injury/Illness | 9 |
| 14 | Carmena's Rachetta's Statement | 9 |
| 15 | Email from Giovanni LaFace, dated 11/6/15, to Carmena Rachetta and Matthew Ward, regarding Shaun | 9 |
| 16 | NES Rentals - Rental Contract | 9 |

# I N D E X O F R E Q U E S T S

**Description** **Page**

None

## S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and among the Attorneys for the respective parties hereto, that:

All rights provided by the CPLR, and Part 221 of the Uniform Rules for the Conduct of Depositions including the right to object to any question, except as to form, or to move to strike any testimony at this examination is reserved; and in addition, the failure to object to any question or to move to strike any testimony at this examination shall not be a bar or waiver to make such motion at, and is reserved to the trial of this action. It is further agreed that an objection by one is an objection by all.

This deposition may be sworn to by the witness being examined before a Notary Public virtually, other than the Notary Public before whom this examination was begun.

IT IS FURTHER STIPULATED that the witness is to read and sign the transcript, certifying it as to its accuracy and that the filing of the original of this deposition is waived.

IT IS FURTHER STIPULATED that a copy of this examination shall be furnished to the attorney for the witness being examined without charge.

IT IS FURTHER STIPULATED AND AGREED, that the parties agree that this deposition will have the same effect as an examination conducted pursuant to CPLR Section 3113 and that this deposition may be used for all purposes provided in CPLR Section 3117 and for all motion practice.

For the purposes of CPLR 3113(d) "the place of the deposition" shall be deemed to be the location where the "officer administering the oath" is physically present. The parties agree that all participants may participate electronically by telephone or other remote electronic means, including but not limited to video conference software.

(Whereupon, Exhibit No. 12, 13, 14, 15, and 16 marked for identification.)

(Whereupon, CARMENA RACHETTA, called as a witness, having been duly sworn, testifies as follows:)

EXAMINATION BY
MR. O'CONNOR:

Q Ms. LaFace, my name is Gerry O'Connor. I'm here on behalf of Eilerson Development, and I'm going to ask you some questions this morning. You basically got the ground rules from our stenographer, but I am going to emphasize that it's very important for our stenographer's sanity that you wait until I finish asking the question before you answer it; otherwise, if we talk over each other, especially in this kind of odd setup, it makes everything very difficult. Is that okay with you?

A Yes.

Q And if you answer everything in whole words, because a shrug of the shoulders or a nod of the head or anything else can't be taken down correct, okay?

*RACHETTA - O'CONNOR*

A Uh-huh.

THE COURT REPORTER: Gerry, I'm a little confused. Did you call her Ms. LaFace?

MR. O'CONNOR: Oh, I -- yes.

MR. KOWALEWSKI: Yeah, her last name is Rachetta.

MR. O'CONNOR: Oh, I'm sorry.

Q Okay. It's Carmena Rachetta?

A Yes.

Q Okay. I was looking at an email, and I just saw LaFace, and I assumed that. I'm sorry, Ms. Rachetta. Could I have your home address, please.

A 8800 Wedgefield Lane, Cicero, New York, 13039.

Q And how long have you resided at 8800 Westfield?

A Eight years.

Q And with whom do you reside?

A My husband and children.

MR. FRARY: I'm sorry, what was the town? What was the town? I apologize for interrupting.

THE WITNESS: Cicero.

MR. FRARY: Thank you.

Q And what's your husband's name?

A Paul J. Rachetta.

Q I didn't -- I didn't get the first name, I'm sorry.

A Paul J. Rachetta.

Q Paul. And how many children do you have and what are their ages?

A I have two children, four and one years old.

Q Now, are you currently employed?

A Yes.

Q And by whom are you employed?

A C&D LaFace Construction.

Q Is that a family business?

A It's owned by me and my brothers, yes.

Q And which brothers own the business?

A Domenico and Giovanni.

Q Okay. Now, what is your percentage of ownership and what are your brothers' percentages of ownership?

A As of today?

Q Yes.

A I'm 51 percent and my brothers are 24.5 each.

Q Now, are there any other related companies that you own?

A I'm not sure what you mean by that.

Q We've heard testimony this week that there's a Vanni Construction.

A I do not own Vanni Construction.

Q Okay. Do you have any dealings with Vanni Construction?

A I assist in some like paperwork for him, but not much.

Q And when you say for him, is that your brother Johnny?

A Giovanni.

Q Giovanni?

A Yes.

Q And is he the sole owner as far as you know of Vanni Construction?

A Yes.

Q Now, are you an officer of C&D LaFace?

A Yes.

Q Okay. And what -- and what office do you hold?

A President.
Q And how about your brother Domenico, is he an officer?
A Yes.
Q And what office does he hold?
A Treasurer.
Q And how about Giovanni, is he an officer?
A Vice President.
Q Are there any other officers for C&D LaFace?
A No, there is not.
Q Now, with Vanni Construction, are you -- do you serve as an officer for Vanni Construction?
A No.
Q Now, today, what's the business of C&D LaFace?
A It's masonry and flooring construction company.
Q And does it only work on commercial projects or do you do residential projects and municipal projects, such as school remodels and things like that?
A We have done schools. We do mainly commercial and some residential, more higher-end

residential, some like tract homes, like for flooring, but.

Q Okay. And when you refer to tract homes, are you talking about subdivisions that are being constructed?

A Like -- like some homebuilders have tract home -- like neighborhoods that they buy lots in and they do houses one after another.

Q Okay. Now, back in 2015, did -- as far as you know, did Vanni Construction exist in 2015?

A No, it did not, not until 2017.

Q And were the percentages of ownership the same in 2015?

A No. I don't recall what they were, though, at that time.

Q And what -- what -- did you hold an office back in 2015?

A Yes.

Q And what office did you hold?

A President.

Q Do you know when C&D LaFace was started?

A 2006.

Q Were there any other principals or shareholders or owners other than you and your two

brothers in 2006?

A No.

Q Okay. Were you one of the founders of C&D LaFace when it started --

A Yes.

Q -- when it started in 2006? Okay. And has the business changed since 2006, were you always the masonry and flooring contractor?

A Yes.

Q Okay. At any time did C&D LaFace serve as a -- either prime or general contractor for any construction jobs?

A I'm not sure what you mean.

Q Okay. Do you know what a general contractor is?

A Yes.

Q Okay. At any time since 2006, did C&D LaFace ever serve as a general contractor on any of your construction projects?

A Not that I recall.

Q Okay. At any time since 2006, did C&D LaFace ever subcontract any of its work out to other contractors?

A Yes.

*RACHETTA - O'CONNOR*

Q And you know we're here for the Movie Tavern Theater project?

A Yes.

Q Did C&D LaFace ever subcontract any of its work out for that project?

A I don't recall.

Q Now, do you have a file for this Movie Tavern Theater project?

A In storage.

Q Okay. And do you know -- do you recall what's contained within that file?

A No.

Q Okay. Do you know if the file contains things like change orders that may have been ordered by anyone and provided to C&D LaFace?

A It should.

Q Okay. And how about your billing records, would that also be contained in the file?

A I don't know.

Q How about personnel records for that job exclusively, would they be segregated in that file or are they kept in a different file?

A No personnel records would be in a job file.

Q Okay. I -- just to be clear, no personnel records would be in the job file?

A No.

Q How about records that concern toolbox talk meetings or safety meetings, would those be contained in a job file?

A In general?

Q Yes.

A They could be.

Q Okay. How about specifically for the Movie Tavern Theater project, do you recall those being part of the C&D LaFace file?

A I don't remember. I haven't seen it.

Q Okay. Now, during the construction at the Movie Tavern Theater project, do you know if C&D LaFace ran toolbox talks?

A I don't know.

Q Okay. Would that be something that your brother Giovanni would know?

A Yes.

Q Okay. Now, I want to ask you about personnel files. Do you keep personnel files on each one of the employees of C&D LaFace?

A You cut out, can you repeat that?

*RACHETTA - O'CONNOR*

Q Yes. Do you keep personnel files for all of the employees at C&D LaFace?

A Yes.

Q And generally what's contained in the personnel files?

A I don't know.

Q Okay. Would you have, say, an application if somebody applied for work at C&D LaFace?

A I think that would be in there.

Q Okay. How about payroll records, would those be -- for each individual employee, would you keep payroll records for employees in their personnel file?

A I don't know.

Q Okay. And does each employee have an individual personnel file?

A Yes.

Q Okay. So if you opened up a file drawer, you would have like Joe Smith and, you know, David Jones or a separate file or manila folder for each one of the employees?

A Yes.

Q Now, did you follow the same procedure back in 2015 when it came to personnel files?

A I don't recall.
Q Now, did you ever -- do you have an HR department at C&D LaFace?
A We have an HR person.
Q And who is the person who handles the human resources issues that arise at C&D LaFace?
A Currently?
Q Yes.
A Lori Detran.
Q Can you spell her last name.
A D-E-T-R-A-N.
Q And how about back in 2015, did you have somebody who served as a human resource person in 2015?
A Yes. It was Lori.
Q It was -- it was Lori then, too?
A Uh-huh.
Q And what were her duties and responsibilities when it came to human resources?
A Payroll, benefits, all HR stuff.
Q Now, if there was an on-the-job accident that occurred, would she be responsible for processing any paperwork such as workers' compensation applications or anything?

A Currently, yes.
Q How about back in 2015?
A I believe so. She started in 2015. I just don't remember -- I think it was in September, so she was new.
Q Okay. Did you have somebody in the role prior to Lori Detran starting in September 2015?
A Yes.
Q And who was that person?
A Rosa Munetz.
Q And is she no longer employed by C&D LaFace?
A Yeah, she's no longer employed.
Q And do you know her whereabouts presently?
A Yes.
Q And where -- where does she reside?
A Liverpool, New York.
Q Now, when it came to processing workers' compensation claims, what was the procedure followed by C&D LaFace?
A I -- I don't recall.
Q Okay. And how about back in 2015, do you have any recollection as to how C&D LaFace would process workers' compensation claims?

*RACHETTA - O'CONNOR*

A I don't recall.

Q Now, when it came to entering into contract with either owners or general contractors, what procedure would C&D LaFace follow?

A We would review the contract.

Q Did C&D LaFace ever draft its own contracts?

A Do you mean -- I'm not sure what you mean by that.

Q Okay. Did you have a form agreement that if you were approached by an owner or general contractor or submitted a request for bid, did you have a contract that you would -- that C&D LaFace would use?

A No.

Q Okay. When it came to the Movie Tavern Theater project, how did -- how did C&D LaFace first learn of the project?

A I don't know.

Q How did you first learn of the project?

A When I received the contract.

Q Okay. Do you know who negotiated the contract on behalf of C&D LaFace?

A Giovanni.

Q And when you received the contract, did you review it?

A My lawyer reviewed it and Giovanni and myself.

Q Okay. And back in 2015, who was your attorney?

A Matthew Ward.

Q And did Mr. Ward approve the contract or suggest any changes?

A I don't recall.

Q Okay. And as far as you know, when it came to the contract itself and the terms and conditions, Giovanni negotiated with Eilerson Development?

A I'm not understanding.

Q When it came to the contract itself, Giovanni negotiated the contract with Eilerson Development?

A They presented the contract. They -- I don't know what you mean by negotiating the contract.

Q Okay. If Eilerson presented the contract, what -- what procedure did C&D LaFace follow once they received the presented contract before it was

executed?

A We reviewed it and marked it up and submitted it.

Q Okay. And -- and that's what I mean by negotiating.

MR. FRARY: Gerry?

MR. O'CONNOR: Yes.

MR. FRARY: I'm sorry to interrupt, but just so the record's clear, when you keep referring to a contract, you're talking about the subcontractor contract agreement?

MR. O'CONNOR: That's correct.

MR. FRARY: Okay. Just so the record's clear. Thank you.

MR. O'CONNOR: I'll make that clear.

Q Ma'am, the contract that we were just discussing is the subcontract agreement between Eilerson Development and C&D LaFace. Did you understand that when I asked you those questions?

A That it was EDC and C&D, yes.

Q Yes. Okay. And do you recall whether you marked it up, or your brother marked it up and then submitted it to your attorney for approval, or did

you sit down with the attorney and go through it, the -- the agreement?

A I believe the attorney reviewed it, then we reviewed it.

Q Okay.

MR. O'CONNOR: And, Keith, if you could put up Exhibit No. 16, please.

MS. KNAPP: Gerry, just so you know, you weren't -- we can go off the record real quick.

(Whereupon, a discussion was held off the record.)

BY MR. O'CONNOR: (Cont.)

Q Mrs. Rachetta, I'm showing you what's been marked as Exhibit D, and it's a multipage document, and I'm going to ask that you review that.

MR. O'CONNOR: Which means, Keith, you're going to have to move it up and down so she can take a look at it.

MR. FRARY: Ma'am, just let me know when you want me to move it down a little bit and I will, and if you want me to enlarge it more, I will try and do that.

MR. KOWALEWSKI: We can go off the

record.

(Whereupon, a discussion was held off the record.)

BY MR. O'CONNOR: (Cont.)

A I need to review the whole thing?

Q Well, generally review it. I'm not going to get into things like weeps and galvanized masonry and anchors and things like that, but I'm going to ask if -- you to testify whether this is the contract that was in place at the time of the Movie Tavern Theater project.

MR. FRARY: Do you want me to email it to you, ma'am?

MR. O'CONNOR: Why don't we go off the record for about ten minutes, and hopefully that will give you enough time to receive the email and read the contract.

(Whereupon, a short recess was taken.)

BY MR. O'CONNOR: (Cont.)

Q Mrs. Rachetta, you've had a chance to at least glance at Exhibit D, which is the subcontract agreement between Eilerson or EDC and

C&D LaFace, correct?

A Yes.

Q And when you looked at it -- I'm looking at what I believe is Page 4, is that your signature under the subcontractor, colon, C&D LaFace Construction, Inc.?

A Is he showing me that?

MR. KOWALEWSKI: Yeah, he's going to show it to you now.

A That would be my name.

Q Okay. But do you recall signing this?

A Yes.

Q Okay.

MR. O'CONNOR: And, again, if we can go up to the first page, Keith.

Q The subcontract was dated September 9, 2015?

A Uh-huh.

Q Do you know when C&D LaFace started working at the Movie Tavern Theater project?

A I don't recall.

Q Okay. Now, in -- at C&D LaFace, who's responsible for securing the required insurances for any construction project?

A What do you mean by that?

Q When -- when you're presented with a contract that requires that you provide insurance coverage to -- in this case Eilerson Development, the owner, and other entities, who's responsible for securing that insurance?

MR. EHMAN: Objection to form.

MR. KOWALEWSKI: You can answer the question if you can.

THE WITNESS: I'm sorry, what?

MR. KOWALEWSKI: You can answer the question if you can.

THE WITNESS: I can answer, is that what you're --

MR. KOWALEWSKI: Yes.

THE WITNESS: Oh.

A Do you mean get insurance certificates?

Q To not only get insurance certificates, but to also provide your agent with a copy of the subcontract agreement and the other documents that go with any kind of construction project to secure the proper insurance.

A We already have insurance. I don't --

Q Okay. But in this instance, how did you

obtain insurance for the other entities that you were required to insure for this construction project?

MR. EHMAN: Objection to form.

MR. KOWALEWSKI: You can answer it if you can.

A Who requested the insurance certificate? I'm not -- I mean, I don't know if that's what you're asking.

Q Okay. Let me rephrase then. Is there any one individual who's responsible for obtaining insurance at C&D LaFace?

A We have insurance. I have an agent that gets us the insurance.

Q Okay. But is that one of your responsibilities as president to deal with any insurance issue that comes up?

A Yes.

Q Okay. So when it comes to workers' comp insurance, you would -- you would obtain workers' comp insurance?

A My agent gets us workers' comp insurance, yes.

Q Okay. But you're -- you're the one who

actually calls the agent and says we need workers' comp insurance, correct?

A Yes.

Q And for the various -- and this is a general question. For the various construction projects that are assigned to C&D LaFace that C&D LaFace engages in, do you also contact the agent to say that we need a certificate of insurance for those various projects?

A Yes.

Q And do you provide the agent with a copy of the subcontract agreement and any other pertinent documents so that they know who to add to the insurance policy?

A Depends on the project.

Q Okay. Do you have any recollection of providing the subcontract agreement and any other documents to your insurance agent so that C&D LaFace could obtain insurance coverage for the Movie Tavern Theater project?

A I don't recall if they had insurance -- insurance requirements or -- like that had to be submitted to the insurance or how that took place then. I don't.

*RACHETTA - O'CONNOR*

Q Okay.

MR. O'CONNOR: Now, Keith, if you could go to Section 4.1.

Q Now, do you see the provision in the subcontract agreement that requires that you -- that C&D LaFace provide insurance for this particular project?

A Yes.

Q Okay. Do you know if that -- if this agreement along with any other parts of this contract were forwarded to your insurance agent for the agent to review to provide the appropriate coverages?

A I don't recall.

MR. O'CONNOR: Now, if we can scroll down to Section 5.

Q Do you see the part of Exhibit D, Section 6, that's entitled indemnification?

MR. FRARY: Section 5.

Q I'm sorry, Section 5.

A I see the word indemnification.

Q Okay. Is it typical in these types of contracts for C&D LaFace to provide indemnification to various parties for C&D LaFace's performance of

its work?

MR. KOWALEWSKI: Object to the form.
You can answer.

A Typically.

Q Yes.

A I'm saying typically, yes.

Q And in the Movie Tavern Theater project, did C&D LaFace agree to indemnify the contractor and -- first the contractor, do you recall that?

A I don't recall.

Q Okay. Now -- okay, if you don't recall, that's fine. At the bottom of that page there are initials, and there's a CR that's circled. Are those your initials?

A Yes.

Q Okay. And back in September of 2015, did you review this contract before you initialed each one of the pages?

A Yes. I just -- I can't read what that says on there.

Q Okay. But can you at least make out the initials CR?

A Yes.

Q And is that typically how you would

initial a document using Carmena Rachetta as -- for those initials for CR?

A Yeah.

Q Okay. Now, at any time during the course of this construction, were you ever on the Movie Tavern Theater site?

A No.

MR. O'CONNOR: All right. I think I'm done with the subcontract, Keith.

MR. GERBER: Can I make just one suggestion. Looking at Exhibit 16, it does seem a little darker and clearer than the one we've been using, but I -- I leave it to you, but I'm just making a friendly suggestion.

MR. FRARY: If Gerry's -- if Gerry's done with it right now, I can swap them at some point, 'cause I'm sure he's going to want to use them with Giovanni.

MR. O'CONNOR: I was going to use them this afternoon.

MR. FRARY: So I'll swap them. I'll take a look at them and swap them out if -- if he's done with them now.

MR. O'CONNOR: I'm done with it for now. Keith, if you could put up Exhibit No. 19.

MR. FRARY: Which exhibit is that?

MR. O'CONNOR: That's the NES Rental agreement.

Q Mrs. Rachetta, are you familiar with any equipment owned by C&D LaFace back in 2015 that was used on job sites?

A I don't recall.

Q Okay. Do you know in 2015, particularly for the Movie Tavern Theater project, if C&D LaFace owned forklifts?

A I don't recall.

Q Okay. I'm showing you what's been marked as Exhibit 19, which is the rental agreement with C&D LaFace and NES Rentals. Do you recall renting a forklift for -- forklift or forklifts for this particular project, the Movie Tavern Theater project?

A I don't recall.

Q When it came to renting equipment, would that have been something that you were responsible for or somebody else within C&D LaFace?

A Somebody else.
Q And who would that person have been?
A Giovanni for that project.
Q Okay. Had you ever rented equipment for any other jobs, you personally?
A I don't -- I don't recall.
Q And I think my bottom line is, were you more the office person versus the field person?
A Yes.
Q So when it came to materials, supplies, equipment, would that have all been your brother's responsibility, your brother Giovanni?
A For this project, yes.
Q Okay. So as you sit here today, you have no knowledge as to what equipment was owned and brought to the site by C&D LaFace or what equipment was -- may have been rented and brought to the site by C&D LaFace?
A I don't know.
Q Okay. And by the project, I'm referring to the Movie Tavern Theater project, you understood that, correct?
A Yes.
MR. O'CONNOR: Okay. Now, Keith, if

you could go to Exhibit No. 16.

Q Mrs. Rachetta, I'm showing you what's been marked as Exhibit No. 16, and I'm wondering if you could identify this document? First of all, can you read it?

A I can only see -- it says my name and like a -- like a header --

Q Yeah.

A -- but I'm not seeing --

Q Okay. It's being scrolled and --

A Oh, okay, there you go.

Q -- we'll get -- we'll get to the base of the email.

A Uh-huh.

Q Do you recall on November 6th, 2015 receiving an email from your brother Giovanni, particularly receiving this email?

A Yes.

Q Okay. Now, have you had a chance to read the email?

A Right now?

Q Yes, if you could.

MR. FRARY: To herself, right?

MR. O'CONNOR: Yes, to herself.

A Okay.
Q Okay. Have you had a chance to review this?
A Right now, yes.
Q Okay. And we're talking about Exhibit No. 16 with today's date of September 24th, 2020 --
A Uh-huh.
Q -- and I want to ask you a few questions about this. Can you identify Cliff Parish?
A What do you mean?
Q Is he -- was he back in November 2015 a C&D LaFace employee?
A I believe so.
Q And do you know if he is still employed either by C&D LaFace or Vanni Construction?
A He's not employed by C&D LaFace, and I don't know about Vanni Construction.
Q Okay. How about Steve Martinez, was -- back in November of 2015, was he an employee of C&D LaFace?
A Yes.
Q And do you know if he's presently employed by C&D LaFace or Vanni Construction?
A Not C&D LaFace, and I believe he is of

Vanni Construction.

Q Okay.

MR. FRARY: I'm sorry, he is or isn't?

THE WITNESS: I believe he is of Vanni Construction. I wouldn't know a hundred percent.

MR. FRARY: Thank you.

Q Okay. How about if we look at the next paragraph, there's a reference to a John Spring. Was John Spring an employee of C&D LaFace back in --

A Yep.

Q -- November of 2015?

A Yes.

Q Okay. And now there's a reference in the next paragraph to a Juan R. Do you know who Juan R. is?

A Juan Rivera.

Q Okay. And we spoke to Mr. Rivera yesterday. How about Bo, do you know who that refers to?

A Kenneth Wilbur.

Q And we spoke to him earlier this week. And there's also in the next paragraph a reference

to Jay. Do you know who that refers to?

A Jason Miller.

Q And we've spoken to Mr. Miller already. Were you ever aware that masons employed by C&D LaFace were drinking beer at work sites prior to November 5th, 2015?

MR. SNYDER: Form.

A Not that I recall.

Q Okay. How about -- there's a reference to smoking weed. Were you ever aware that masons were smoking weed on the work site at any time before November 5th, 2015?

MS. KNAPP: Form.

MR. KOWALEWSKI: You can answer if you can.

A I don't recall.

Q Now, what -- what's your understanding of the accident that occurred that involved Shaun Atkinson, how did it happen?

MR. KOWALEWSKI: Object to the form. You can answer.

A I don't know.

Q Okay. You were -- were you present on the site at any time prior -- or I'm sorry, after the

accident occurred on November 5th, 2015?

A On the job site?

Q Yes.

A No.

Q Do you know if anybody from C&D LaFace did an investigation into the cause of the accident at any time after November 5th, 2015?

A I don't recall.

Q Okay. Did you take statements from anyone following the accident, any C&D LaFace employees?

A I believe so.

Q And do you recall who you took statements from?

A I recall Jay. I don't remember -- or Jason Miller. I don't remember who else.

Q Okay. And did you memorialize those statements?

A I don't know what you mean by that.

Q Did you write down the statements, what you were told?

A I believe so.

MR. O'CONNOR: Okay. And I'm trying to work magic with my computer to pull some up. Keith, if you could pull up

Exhibit No. 14.

Q Okay. Mrs. Rachetta, I wonder if you could take a moment and read Exhibit No. 14 to yourself. First of all, can you see it okay?

A Yeah, he just keeps moving it.

MR. FRARY: Let me know and I'll move it down.

A Okay.

Q Okay. Have you had an opportunity to read Exhibit No. 14?

A Yes.

Q Do you remember memorializing conversations that you had with Juan Rivera -- or a conversation you had with Juan Rivera on November 6th, 2015?

A Are you asking me if I remembered or am I acknowledging that I had that? I don't --

Q I'm going to ask if you remember -- if you have a clear memory or any kind of memory of a conversation you had with Juan Rivera on November 6th, 2015?

A No, this is -- I didn't obviously know that I did until now.

Q Okay. Do you recall writing the statement

that's contained in Exhibit 14?

MS. KNAPP: Object to form.

A I'm not sure what you mean.

Q You've read this, do you recall writing this out after your meeting with Mr. Rivera on November 6th, 2015?

A Are you asking me if I remember writing it or --

Q Yes.

A -- now reading it do I remember writing it? Is that what you're saying?

Q Do you remember writing it or do you remember writing it now that you've had a chance to read it?

A Now that I've had a chance to read it, yes.

Q Okay. And is it -- is that your handwriting?

A Yes.

Q And at the bottom of the document, at the bottom of Exhibit 14; is that your signature?

A Well, my name. It's not like my signed name.

Q Okay. But you wrote your name?

*RACHETTA - O'CONNOR*

A Yes.

Q Okay. So it's your handwriting of your name, correct?

A Yes.

Q Okay. Versus, you know, a signature that you'd put on like a bank check or something?

A Yes.

Q Okay. And did you ask Juan Rivera to come into your office to report this or did he go voluntarily without any notice?

A I don't remember.

MS. KNAPP: Object to form.

Q Okay. And do you recall where this conversation took place, was it in your office?

A Yes.

Q Okay. Where was your office located back in November of 2015?

A It was 3721 New Court Ave., Syracuse, New York, 13206.

Q Okay. And is your office still at that same address or has -- has your office moved?

A It has moved.

Q And where is your office now?

A 8531 Oswego Road, Baldwinsville, New York,

13027.

Q Okay. Now, back to the Exhibit 14, the statement, did you write down what you were told by Juan Rivera?

MS. KNAPP: Object to form.

MR. KOWALEWSKI: You can answer.

THE WITNESS: Okay.

A Yes, I just wrote what he told me to write.

Q Okay. Was he present as you wrote this?

A Yes.

Q And did he ask you to write it down?

A I believe so.

Q Okay. And up until Mr. Rivera came to see you in your office on November 6th, 2015, did you have any idea of how the accident occurred?

A I don't remember.

Q Okay. Do you recall what day the accident occurred?

A I think it was the 5th.

Q Okay. And do you recall what time of day it occurred?

A No.

Q And did you -- were you aware prior to Mr.

Rivera coming to speak to you on the 6th that he witnessed the accident?

A I don't know what you're saying.

Q Okay. From the time the accident occurred through when Mr. Rivera was at your office the following day, were you aware of any witnesses to the accident?

A I believe so.

Q Okay. And do you recall who those witnesses were that you were made aware of in that period of time between the 5th and the 6th of November 2015?

A Yeah. It was Juan Rivera, Kenneth Wilbur, and Jason Miller.

Q Okay. Did you ask the three of them to come in and give statements as to what occurred?

A I don't recall.

Q Okay. And in the first line you say Juan Rivera came, spoke to me on Friday. Do you know whether you had asked him to come in and give you a statement or whether he voluntarily went in and gave you this statement?

MS. KNAPP: Object to form.

MR. KOWALEWSKI: You can answer if

you can.

A I don't remember.

Q Other than what you were told, you have no independent knowledge as to the underlying facts of this accident, correct?

MS. KNAPP: Object to form.

A Correct.

Q And do you recall -- or were you ever made aware of your brother Giovanni being on site at the time of the accident?

A I don't know.

Q Okay. And when you say you don't know, I should clarify my question. Do you know whether he was present at the time of the accident?

A I don't believe so.

Q Okay. And did you ever have a conversation with your brother Giovanni following the accident where he indicated that he was not present when the accident occurred?

A I don't recall.

Q Now, do you recall whether the statement provided to you by Juan Rivera was every -- everything he told you?

MS. KNAPP: Object to form.

*RACHETTA - O'CONNOR*

Q Did you leave anything out?

A I don't --

THE WITNESS: Can I answer that? I'm sorry.

MR. KOWALEWSKI: You can answer that, yeah, if you can.

THE WITNESS: Oh.

A I guess I don't know what you're asking me, if you can kind of repeat that.

Q Okay. Do you recall whether Mr. Rivera told you any other details or things related to the accident that you did not put in this statement?

A No.

Q Okay. And do you recall Mr. Rivera saying that Jay, meaning Jason Miller, was not texting or on his cell phone while he was driving?

MS. KNAPP: Object to form.

MR. KOWALEWSKI: You can answer it.

A I wrote that there, is that what you're asking me?

Q Yes.

A I don't know.

Q And do you recall that as you read this statement or do you have an independent recollection

that Mr. Rivera --

A I don't have -- I don't have an independent recollection.

Q Okay. Do you have any reason to doubt the truth of the statement that you wrote down?

MS. KNAPP: Object to form.

A No.

Q Was that a no?

A No.

Q Okay. Now, do you know what type of training C&D LaFace provides for its masons?

A I don't know all the training. I know some of the training. That would be a Giovanni question.

Q Okay. And is it your understanding that you -- that C&D LaFace only hires experienced masons?

MS. KNAPP: Object to form.

MR. KOWALEWSKI: You can answer it if you can.

A I don't know.

Q Okay. Is Giovanni responsible for hiring masons?

A Yes.

*RACHETTA - O'CONNOR*

Q Okay. Do you know back in 2015 whether you had any layoffs of masons?

A I don't.

Q Okay. And would you keep records of any slowdowns in work or layoffs?

A I don't know.

Q Okay. Do you have -- do you have records that deal with unemployment?

A Yes.

Q Okay. And if there -- if an employee was laid off for a reason such as a slowdown or, you know, insufficient work, would that be contained in your unemployment records?

A I believe so.

Q Do you have a separate file maintained at C&D LaFace for specifically, you know, say, from 2013 to the present, that have to do with layoffs?

A I don't know.

Q Okay. And do you know how long you keep records for at C&D LaFace?

A I don't know.

Q Okay. Does C&D LaFace have a document retention policy in place?

A I don't know what you mean by that.

*RACHETTA - O'CONNOR*

Q Do you have a policy at C&D LaFace that you keep documents for any period of time after a project ends?

A Not a formal policy.

Q Okay. Do you have an informal policy?

A I mean, I -- I think you're supposed to keep them for seven years or eight for federal.

Q Okay. And do you know if you follow that policy, you being C&D LaFace?

A Yes, I try to. We moved, so I -- some boxes might not be, you know, in the best form, but.

Q Who is -- back in November of 2015, who was C&D LaFace's insurance agent?

A The agency or the agent?

Q The agent and the agency.

A CH Insurance, and the agent is John Sereno.

Q Okay. Do you know if an OSHA investigation took place following this accident?

A I don't recall.

Q Do you -- would you have kept a record of any OSHA report that you had received concerning this accident anywhere at C&D LaFace?

A Yes, I believe so.

Q Okay. And where -- I'm sorry, you dropped off. I beg your pardon.
A If it happened.
Q If an OSHA investigation happened?
A Yeah.
Q Okay. As you sit here today, do you know whether an OSHA investigation occurred following the accident?
A No, I don't.
Q If you had an OSHA report served upon you, where would that be located within C&D LaFace's records?
A In an OSHA file.
Q Okay. Does C&D LaFace have a separate file for OSHA reports?
A Yeah, if that took place.
Q Would you know whether the OSHA report would be filed in the job file or just a separate OSHA file?
A Probably separate.
Q Now, did you have any conversations that you recall with Jay Miller following the accident?
A I don't recall the conversation.
Q Okay. Do you recall having conversations

with him but you don't recall the content?

A I don't -- I don't recall the content, but I know that I did speak to him.

Q Okay. And was it in person or was it over the phone?

A In person.

Q Okay. Do you recall taking any notes of that conversation, such as you did in Exhibit 14?

A What's Exhibit 14?

Q That's the summary that you gave of your conversation with Juan Rivera. It's right -- it's on the screen now.

A Oh, I think I -- I think he might have wrote down his own statement.

Q Okay. And how about Ken Wilbur --

A I --

Q I'm sorry I cut you off, I didn't mean to.

A I don't remember.

Q Okay. How about -- same question for Ken Wilbur, do you recall discussing the accident with Ken Wilbur following the accident?

A I know I did, but I don't recall any of it. I don't recall it verbatim.

Q Okay. Do you know -- do you know if -- if

you wrote down the -- a summary of your conversation with Ken Wilbur following the accident?

A I don't remember.

Q How about any other employees at C&D LaFace that may have had information concerning the accident, do you -- are you aware of any other employees that may have information concerning the accident?

A I don't recall.

Q Okay. Would that have been something that your brother Giovanni would have done at the site, talked to the employees to see what they knew?

A I don't know.

MR. O'CONNOR: Keith, if you could put Exhibit 13 up.

MR. FRARY: What's Exhibit 13?

MR. O'CONNOR: Exhibit 13 is the employer's first report of work-related injury/accident.

MR. FRARY: Found it. Sorry.

MR. O'CONNOR: Okay. Thanks.

Q Mrs. Rachetta, I'm showing you what's been marked as Exhibit 13, and I wonder if you could identify that document.

A It says it's the employer's first report of work-related injury and illness.

MR. O'CONNOR: Okay. And, Keith, if you could scroll to the bottom.

Q And at the signature line, signature of person preparing the form; is that your signature?

A Yes.

Q And it was dated November 5th, 2015?

A Yes.

Q And is this a form that you sent to your workers' compensation carrier?

A I sent it to my insurance agent.

Q Okay. And do you know if anyone from the workers' compensation board conducted an investigation concerning this accident?

MS. KNAPP: Object to form.

A I don't remember.

Q Okay.

MR. O'CONNOR: And, Keith, we might as well get this done, too, Exhibit No. 12.

MR. FRARY: Are those the accident reports?

MR. O'CONNOR: This is the employer's

report of work-related injury/illness, the C-2.

Q And, Mrs. Rachetta, I'm going to ask you if you can identify what's marked as Exhibit No. 12?

A The employer's report of work-related injury and illness.

Q Okay. Now, there's handwriting on Exhibit No. 12. Is that your handwriting?

A Yes.

Q Okay. Now, at the bottom of the first page, there's a question about employee's supervisor, and you wrote Jason Miller?

A Uh-huh.

Q What was Mr. Miller's job title back in November 2015?

A I guess he was a supervisor.

Q And was -- do you know if he was employed as a foreman by C&D LaFace?

A I don't remember.

Q Okay. And do you know if Mr. Miller had any certifications, such as a certificate that he completed training for forklift operation back in -- prior -- at sometime prior to the happening of this accident?

A I believe so.

Q Okay. And did C&D LaFace keep records of any kind of training that was done by its employees?

A Yes.

Q And if an employee completed some type of specialized training, it was provided with a certificate indicating that they successfully completed that program, would a copy of that certificate have been kept in either their personnel file or do you have a different file for certificates?

A I believe we have a different file for the certificates.

Q Okay. And is there a name for that -- for that particular file?

A Yeah, it's the training certificates.

Q Okay. And so all of the employees that completed any type of specialized training, you would get a copy of their certificate and put it in the training file?

A Yes.

Q Okay. And as you sit here today, it's your recollection that Jason Miller received certification for forklift operation prior to

November 5th, 2015?
A I believe so.
Q Okay. Do you know other employees who were also certified in forklift operation?
MS. KNAPP: Object to form.
MR. KOWALEWSKI: You can answer.
A I don't recall.
Q Now, did C&D LaFace require its employees to attend OSHA 10-hour training?
A I believe so.
Q And would the -- a copy of the employee's 10-hour certificate be kept by C&D LaFace?
A Yes.
Q And would that also be kept in the training file?
A Yes.
Q And how about any refresher courses for OSHA training, would that -- would the fact that they completed that be kept in the training file?
A I don't know what you mean, refresher.
Q Okay. Do you know if OSHA offered refresher courses for safety training?
A I don't know.
Q Back in November 2015, do you know the

number of masons employed by C&D LaFace?

A No.

Q How about the number of laborers that were employed?

A No.

Q How about the office staff back in 2015, what did that consist of?

A I don't remember.

Q Do you have the same staff other than a different HR person presently than you did in 2015?

A No.

MR. O'CONNOR: I believe, Mrs. Rachetta, those are all my questions. Thanks for your patience.

THE WITNESS: No problem.

(Whereupon, a short recess was taken.)

EXAMINATION BY
MS. KNAPP:

Q Mrs. Rachetta, can you hear me okay?

A Yes.

Q Okay. Just a quick question, 'cause we can only see so much of the room you're in right

now, just to be sure, has anyone -- is anyone else presently in the room with you right now --

A No.

Q -- or has anybody been present in the room with you since you began your deposition today?

A No.

Q Okay. And going back, what's your highest level of education?

A Bachelor's degree.

Q And where is that from?

A Le Moyne College.

Q And what was that a Bachelor's in?

A Marketing.

MR. FRARY: I'm sorry, what was the college?

THE WITNESS: Le Moyne.

MR. FRARY: Thank you.

Q And following your graduation from Le Moyne, where did you begin working, did you go right into creating C&D LaFace?

A I did, and I also had other positions.

Q And can you just state what those positions are on the record?

A I worked at Prudential Financial.

Q And what was your position at Prudential?

A It was like two months. I was going to be a financial adviser.

Q And besides that position at Prudential, were there any others?

A I worked at Raymour & Flanigan as a merchandising assistant.

Q How long were you in that position?

A For a year.

Q Any others?

A Nope.

Q And at the time C&D LaFace was created back in 2006, were you, Domenico, and Giovanni equal owners at that time?

A No.

Q Do you remember what the ownership breakdown was at that time when it was created?

A I don't recall.

Q Has the ownership breakdown changed numerous times since 2006?

MR. KOWALEWSKI: Object to the form.

You can answer.

A Yeah.

MR. SNYDER: I don't think anyone

heard the answer.

A Yes.

Q And would those changes be memorialized in contracts between you, Domenico, and Giovanni?

A I couldn't hear you. You cut out.

Q Can you hear me now?

A Yes.

Q Okay. When the changes in ownership occurred, would you execute contracts between yourself, Domenico, and Giovanni?

A I personally did not.

Q Okay.

A The lawyer did. The lawyer would create forms. I don't know what they're called.

Q And did you have the same attorney through all those transactions?

A No.

Q Did you use the same law firm for all those transactions?

A No.

Q Do you recall what law firms you used or specific attorneys that were used for those transactions from 2006 to date?

A Yeah.

Q All right. Can you -- can you set it down?

A Romeo & Romeo, P.C.

Q Any others?

A Cerio Law Offices.

Q Any more?

A The Ward law firm, and it -- the name of the other law firm has changed. I don't know if it's Lynn, D'Elia, Temes & Stanczyk.

Q And would such records be held at -- by C&D LaFace as well?

A I'm sorry, you cut out.

Q Yeah. Would records of those -- would those documents be held by C&D LaFace as well, do you guys have copies of those records?

A We should.

Q Okay. Do you know where those would be held?

A A file in our filing cabinet.

Q And would that file be named anything specific?

A I don't know.

Q Okay. And going out to Vanni Construction, do you hold any position at Vanni

Construction?

A I don't know what you mean by that.

Q Do you have a specific title at Vanni Construction?

A Like an ownership title or --

Q Any position, any title, position at Vanni.

A I -- I think he put me as manager so I can do some papers for him, but I don't really do much.

Q And does Vanni Construction also deal primarily with mason work?

A Yes.

Q And given that there's similar areas of the work, is there a reason why Vanni Construction broke off from C&D LaFace Construction?

MR. KOWALEWSKI: Object to the form. You can answer.

A My brothers got into an argument.

Q And did that argument have anything to do with the case we're here to take testimony on today or the incident that we're here as the basis of this testimony today?

A No.

MS. KNAPP: Okay. I'm going to go

*RACHETTA - KNAPP*

back to the subcontract agreement, Keith, if you could pull that up.

MR. FRARY: Sure. Just hang with me for just a second. Anywhere in particular?

MS. KNAPP: Yeah, I just want the -- well, I guess you can go to the signature page first, Page 5.

MR. FRARY: This is Exhibit D.

MS. KNAPP: Yes.

Q And Miss Rachetta, what you see here has been previously marked as Exhibit D. I'm looking at the signature lines under EDC. Do you know who Christopher -- do you have any personal recollection of who Christopher Walsh is?

A No.

Q Do you know if Giovanni had any personal contact with Christopher Walsh?

A I do not know.

MS. KNAPP: All right, Keith, you can go up to Page 1, and there are clauses 1 through 16 on that first page there. I'm going to be looking at 15.

Q Can you read that okay, Miss Rachetta?

*RACHETTA - KNAPP*

A Not really. I mean --

Q Try to read it. See if you can answer my question based on what you're able to read.

A Okay.

Q Let me know when you're done.

A Okay.

Q Is it your understanding in reviewing that paragraph that a representative of C&D LaFace was required to attend weekly meetings with the contractor, in this case EDC?

MR. O'CONNOR: Objection.

A I didn't hear --

Q Is it your understanding in reviewing Paragraph 15 that a representative of C&D LaFace was required to attend weekly meetings with the contractor, in this case EDC?

MR. O'CONNOR: Objection.

A I don't know.

Q Okay. Looking at the last line there, can you read that, the last sentence where it begins with the word presence?

A The last sentence? I'm trying to see where that is.

MR. FRARY: Right here.

*RACHETTA - KNAPP*

A Okay. I can see it now, the word presence. It's really hard to make out what it's saying. Okay.

Q Now, based on your most recent review of the document, I'm just going to repeat the same question. Is it your understanding pursuant to that paragraph that a representative of C&D LaFace was required to attend a weekly scheduling meeting with the contractor?

A From my understanding, I don't know.

Q Okay.

A I don't know what they mean by that.

Q And in the prior sentence it references an EDC superintendent. Do you have any specific recollection of who the EDC project superintendent was on the Movie Theater job site?

A No, I don't.

Q And are you familiar through other subcontract agreements that C&D has entered into previously whether weekly scheduling meetings with the -- between C&D LaFace representatives and the contractor is common practice?

A I don't know. I don't --

Q Would you ever attend such scheduling

meetings?
A No.
Q Do you know if Giovanni would ever attend those meetings?
A I don't know.
Q Okay. And then going to the next paragraph, Paragraph 16, as best you can, can you please review that line.
A Okay.
Q Based on your review of that line, is it your understanding that the general contractor was supposed to provide the dumpster and water to the job site?
A It appears so.
Q Do you recall any specific conversations between any C&D LaFace representatives and the contractor as to how many dumpsters would be provided on the Movie Theater job site?
A No.
Q Do you recall any specific conversations between C&D representatives and the general contractor as to where the dumpsters would be located on the Movie Theater job site?
A No.

Q Do you recall if C&D LaFace -- strike that. Was it common for C&D LaFace, as far as you know, to provide any of their own dumpsters to the job sites they're working on, do you know that?
A No, not that I know of.
Q Do you know as of 2015, did C&D LaFace own any large dumpsters or anything like that or would you typically rent them out if you did have them on job sites?
A I don't recall having dumpsters.
Q Prior to the accident, but on the Movie Theater job site, are you aware as to whether any OSHA representative or trainer was ever on site prior to Mr. Atkinson's accident?
A I recall there being the -- I don't know if it was the day before, but I recall OSHA being there.
Q And what's your -- oh, sorry.
A I think -- I don't know a hundred percent, but I'm not -- I don't know what their purpose there was for, but I don't remember the exact day.
Q Do you know if any communication ever occurred between C&D LaFace and the contractor regarding OSHA's presence on the job site for that

*RACHETTA - KNAPP*

specific -- at that specific time?
A I don't know.
Q And you said that you do have a recollection. What is your recollection of OSHA being on the job site prior to the accident?
A I just know that they were there and told Jay that he had to have the boom down, or something like that, for the forklift. That's all I -- that's all I remember.
Q And do you remember if you were told that prior to Mr. Atkinson's accident or is that something you became aware of after Mr. Atkinson's accident?
A I don't remember.
Q And do you know who scheduled the OSHA trainer to come to the Movie Tavern job site?
A I don't.
MR. KOWALEWSKI: Object to the form.
Q Do you know if C&D LaFace requested OSHA to come and do a training at the Movie Tavern job site?
A No.
Q No, you don't know or no, they didn't?
MR. O'CONNOR: Objection.

A No, I don't believe so.

Q And going to the trainings of your employees, does C&D require all masons or laborers to be OSHA trained?

A I believe so.

Q Okay. And does C&D LaFace set up OSHA training for their employees?

A I don't know.

Q And you said -- I think you believe that -- you testified previously that C&D LaFace keeps records of all employees' training certificates -- OSHA training certificates? I apologize.

A Yes.

Q Do you keep records of training certificates that might have been garnered prior to their employment with C&D LaFace or is it only certificates that they have -- that they got while working for C&D LaFace?

A I don't know.

Q Do you require your foreman on the job sites to do 30-hour OSHA training prior to acting as foreman?

A I don't know.

*RACHETTA - KNAPP*

Q And going to the date of the accident, do you recall how you became aware of the accident?
A I don't remember.
Q And what was your understanding of how the accident occurred?
MR. KOWALEWSKI: Object to the form. You can answer.
A I don't know what you mean by that.
Q What -- did you witness the accident?
A No.
Q Okay. What's your understanding as to what transpired as far as the accident's concerned?
MR. O'CONNOR: Objection.
MR. KOWALEWSKI: You can answer it if you can.
A I don't know. I -- I don't know. I wasn't there.
Q Okay. Fair enough. Do you recall discussing the accident with any representatives of EDC following the accident?
A I don't believe so.
Q Do you recall discussing the accident with anyone at companies Movie Tavern or Southern Theaters?

A No.

Q And what about -- do you recall discussing the accident with any representatives of Hinsdale Road Group?

A No.

Q And you said you did discuss the accident with some of the witnesses that were on scene?

A I believe so.

Q Do you have specific recollection of those conversations?

A I don't.

MS. KNAPP: Keith, can you pull up the statement, Carmena's statement, from 11/6/15.

Q And I'm looking at Exhibit 14 here. I know you already had a chance to review this document. I believe you testified Mr. Rivera requested that you write this statement for him; is that my understanding?

A I believe he told me to write it for him. He didn't want to write it.

Q Is there a reason why -- did you ask him why he didn't want to write this statement himself?

A I believe he told me he's not good at

writing.

Q Is there a reason why he never signed the document?

A I don't know why he didn't sign the document.

Q And I think it's line three there, he said that Shaun threw garbage. Do you see that line?

A Yes.

Q Do you specifically remember Mr. Rivera using the term dumpster?

A I don't remember. If I wrote it, I'm assuming that's the word he used.

Q And then going down a little further, I don't know what line it is, it's about seven lines up from the end of the statement where he drove the forklift. It's -- I don't know if you can see it, I'm so sorry. Just review that line to the end real quick of that statement.

A He drove the forklift like he was supposed to. Shaun came too close and Shaun got in Jay's blind spot and then --

MR. KOWALEWSKI: Read it to yourself, please.

Q Do you have specific recollections of Juan

telling you that Jay was driving the forklift like he was supposed to at the time of the accident?

A Yes, if I wrote it. I mean, it sounds like I'm writing exactly what he's saying.

Q But do you have a specific recollection of it outside of what's in writing?

A No, I can't remember.

Q At any point in time did you ever become aware of any claims that Mr. Miller was operating the forklift in an -- at an unsafe speed and an unsafe manner prior to the accident with Mr. Atkinson?

MR. O'CONNOR: Objection.

MR. KOWALEWSKI: Objection.

Q You can answer if you can.

A I don't know what you said.

Q At any point in time did you become aware of any indication or allegation that Mr. Miller was operating the forklift at an unsafe speed and/or otherwise an unsafe manner prior to or at the time of the accident with Mr. Atkinson?

A No.

MS. KNAPP: Okay. I think I'm done with that document. Can you go to the

C-2 -- I think it's the C-2F. Hold on. The C-2 form. Exhibit 12.

Q Okay. Miss Rachetta, I'm looking at Paragraph 10. It's on the bottom of the first page.

MR. FRARY: I'm sorry, C-2 or C-2F?

MS. KNAPP: The C-2. I apologize, Exhibit 12, you're right.

Q And do you -- so, again, I'm looking at 10, and it indicates that Mr. Atkinson was walking away from a dumpster at the time of the accident. Do you know who you got this information from?

A I don't recall.

Q And do you recall any specific use of the word dumpster in describing what Mr. Atkinson was doing prior to the accident?

MR. O'CONNOR: Objection.

A I don't know what you're saying.

Q Let me try to rephrase that. Do you have any specific recollection of any of the witnesses specifically using the word dumpster to describe what Mr. Atkinson was doing prior -- in the moments leading up to the accident?

A Based off my memory or off reading these?

Q Yep, off your memory solely, not based on

*RACHETTA - KNAPP*

what you wrote.

A No, I don't remember.

MS. KNAPP: And then, Keith, if you can go to the second page. It looks like I, Section I, see attached supervisor report, and I'm going to ask that we pull up the supervisory report, too. I believe it's already in here as -- I'm looking for my exhibits, Exhibit 5.

MR. FRARY: It's up. I can't put them both up --

MS. KNAPP: I know.

MR. FRARY: -- so do you need to do something with the first one?

MS. KNAPP: Well, can you go to the first one first.

Q Do you see there where it says see attached supervisor report?

A Yes.

Q Okay. And is that in your handwriting?

A Yes.

MS. KNAPP: Okay. And then, Keith, can you go to the supervisory report.

Q Is this the supervisor's report that you

were referencing in that paragraph?

MR. FRARY: And this is Exhibit 5 for the record.

MS. KNAPP: Yep. Thank you, Keith.

A I believe so.

Q Did you have any part in filling out this report to the best of your recollection?

A I don't believe so.

Q Okay. The information that you put into this C-2 form, Exhibit 12, was that based on information you received from the supervisor's report?

A I don't remember.

Q Do you know if any drug tests were performed on any C&D LaFace employees following Mr. Atkinson's accident?

MR. KOWALEWSKI: Object to the form. You can answer.

A Yes.

Q Do you know who those drugs tests were performed on?

A Jason Miller.

Q Do you know where those drugs tests were performed?

*RACHETTA - KNAPP*

A I don't remember the location. I want to say it was IMA, but I don't know the exact location.

Q Do you remember the results of that drug test?

MR. KOWALEWSKI: Object to the form. You can answer.

A Yes.

Q And could you -- what was the results of the drug test?

A He was positive for cocaine.

Q Did C&D LaFace keep a record of those drug test results?

A Yes.

Q Okay. Would they -- what -- where would those records be kept?

A I don't know exactly.

Q Do you think you would still have those records on file to date?

A Yes.

Q All right. Do you know if those records were ever provided to OSHA in their investigation?

A I don't know.

MS. KNAPP: That's all the questions I have right now.

MR. GERBER: I guess I'll go, unless anybody else wanted to. Keith, could you pull up -- I guess it would be Exhibit D again, but we want to maybe use 16.

MR. FRARY: Sure. Where specifically do you want to go with it?

MR. GERBER: That's fine right there.

EXAMINATION BY
MR. GERBER:

Q Miss Rachetta, my name is Dan Gerber. I represent Amerisure Insurance in a separate Federal Court action related to this matter. I'm just going to have a few questions for you this morning.

We were looking at this exhibit before. This is the contract between LaFace and CDC -- or I'm sorry, EDC, I misspoke. At the bottom there, do you see it says contract documents on the left-hand side?

A Uh-huh.

Q Yes?

MR. KOWALEWSKI: You have to say yes.

A Yes.

Q And there are some numbered items after

that, one through nine, do you see that?
A I see, but I can't read it really.
Q All right. But can you see there's nine lines there?
A Yes.
Q Can you make out any of those numbers?
A The numbers alone or the words?
Q Yeah, just the numbers. You can see the numbers?
A Yeah, for the most part.
Q Okay. What was the last word?
A Yes, for the most part.
Q Okay. Can you tell me what these items are, what -- when it says contract documents and these numbered items here, what are those?
A I don't know what you're asking.
Q So why are -- why are these items here, what do they stand for in this document?
A I don't know. Contracts?
Q So when it -- when it lists them -- lists these items one through nine, does that mean they're part of the contract documents?
MR. KOWALEWSKI: Object to the form.
You can answer.

A I guess.
Q Do you know yes or no whether they're part of it?
A Yes.
Q Going down to No. 5, where it says contract documents, are you able to read that line?
A I can't really read it.
Q Can you read any part of it?
MR. KOWALEWSKI: Don't read it out loud.
THE WITNESS: Sorry.
Q I would like the witness to read it out loud.
A Sorry.
MR. KOWALEWSKI: Oh, you do or you do not?
MR. GERBER: I do.
MR. KOWALEWSKI: Okay.
MR. GERBER: I'm asking her to read it out.
A The contract is a -- I don't know if that's including --
Q Okay.
A -- general -- I don't know what that word

is, and supplemental, I can't make out that, the next word. Can you move -- can you move it a little. And I don't know, between the -- it looks like -- I don't know if that's -- is that the owner and the contractor? I can't --

Q All right. So you -- the first word -- so you said were -- that it said the contract, and at the end you said -- I think you said between the owner and contractor. So this appears to reference the contract and -- between the owner and contractor as part of the contract between EDC and LaFace, correct?

A I don't know, 'cause I can't read the whole sentence.

MR. GERBER: Can you go to Page 2.

MR. FRARY: Yeah, let me just zoom out a second.

MR. GERBER: Thank you. I'm going to reserve rights to submit a written question to the witness as well because of the technical issues we're having here with the exhibits, asking her that exact same question as I just did with a clean exhibit.

*RACHETTA - GERBER*

MR. FRARY: Where on Page 2 do you want?

MR. GERBER: Right there is fine. If we could just zoom in to 1.1. We're likely to have the same issues.

Q I ask you to just read this to yourself, if you're able to. Take a few moments. If you are not able to make it out, let me know.

A Yeah, I can't really make that out. It looks like Russian to me.

Q Is it typical that the contracts that LaFace enters into also include the terms of the contract between the GC and the owner?

A I don't know.

MR. EHMAN: Object to form.

MR. GERBER: Go back to Page 1, please, and at the bottom there.

Q Absent -- apart from the fact that I understand you had difficulty making out what's there at one through nine, or particularly No. 5, do you have any independent recollection of this particular contract including the terms of the contract between EDC and LaFace?

A I don't recall.

Q Okay. Is it -- do -- strike that. You've seen other contracts that list a section like this where it says contract documents?

A I'm not sure what you're asking.

MR. GERBER: Well, if we could just go a little to the left, Keith.

Q Again, see where it says contract documents there?

A Yes.

Q And then have you seen other contracts that have a section that lists that, where it says, you know, contract documents, colon, and then lists a number of things, or is this the only one you've seen like that?

A No, that's not the only one I've seen that has contract documents.

Q Okay. So you've seen other contracts that list other items as part of the contract?

MR. KOWALEWSKI: Object to the form. You can answer.

A Yes.

MR. GERBER: Can we go to exhibit -- I believe it's A, it's the AIA contract.

MR. FRARY: Hang on a second. I

don't think I put that up, so give me just a second.

MR. GERBER: Sorry about that.

MR. FRARY: No, don't apologize.

MR. GERBER: First page is fine for now. That was fast. Thanks.

Q Okay. Have you seen this document before?

A I don't believe so. It's -- I don't --

MR. GERBER: Can we just scan out on it a little just so she can see the entire first page.

A I don't recall.

Q This is the contract between EDC and Movie Tavern for this -- this particular project. If LaFace signs a contract that also includes the terms of the contract between the GC and owner, would you receive a copy of that?

A I don't recall ever receiving that from EDC.

Q That wasn't my question, though. I'm asking in general. So is -- if LaFace enters into a contract with a general contractor and the contract LaFace has includes terms of the general contractor's contract with the owner, does LaFace

receive that contract?

A I don't know.

Q So there's no policy or practice where you would request the contract which terms might bind you?

MR. EHMAN: Form.

Q You can answer.

A I'm sorry, I couldn't hear.

MR. GERBER: Can you read it back.

(Whereupon, the requested portion of testimony was read back by the court reporter.)

A Is this hypothetical? I'm not sure. I don't know if I've ever been --

Q Let me ask the question differently. Do you have a policy that you keep copies of all the contracts to which LaFace is bound by their terms?

A My subcontractor contracts? I'm not really understanding you.

Q Yep. So when you enter a contract, there's terms to the contract that you have to meet, correct?

A Yes.

Q And when I use the word bind, that's what

*RACHETTA - GERBER*

I'm referring to, that you are -- you have to -- there's terms in the contract that, you know, each party has to meet. So I'm asking if there's a policy that LaFace keeps copies of the contracts with terms in it that they have to meet?

A So you're asking me if I keep the copies of the subcontracts that I have for projects that I do?

Q Any contracts that have terms on them.

A I don't know. I don't know really what you're saying.

Q If there were terms in this contract in Exhibit A that related to LaFace's obligation and you were provided a copy at the time, would you have kept it somewhere?

A If I was provided it, yes.

Q Is there a policy --

MR. GERBER: Well, let me -- let me go back to Exhibit D, if we could, Keith.

Q I'm going to show -- ask you to look again at Exhibit D, which is the contract between LaFace with your initials on it and EDC and down there where it says contract documents.

A Looking at my initials, is that what you

said?
Q No, no. I'm just -- I'm saying that you initialed it, but I'm asking you to look to where it says contract documents.
A Yes.
Q Did you receive copies of those documents?
A I don't know.
Q Is it your policy to initial documents that reference other documents you don't receive copies of?
MR. EHMAN: Form.
Q You can answer.
A I can't even read what it's saying. I don't know what you're asking me.
Q My -- my question is general, which is, do you have a policy of keeping the -- or reviewing the documents that are referenced as contract documents?
A Can you repeat that?
Q Sure. Do you have a policy of reviewing the items that would -- whether you can read what's there or not, there are items listed there, do you have a policy that you would review those items prior to signing the contract?
A I don't have a policy in place. I don't

know if that's what you're asking me. I don't --
Q Okay. So --
A I don't know what you're asking, really.
Q Well, I'm asking if you would initial and sign this document without -- without reviewing those items at one through nine?
A I don't know.
Q And I just want to be careful -- or I just want to be clear, you don't know or is it something you don't recall?
A I -- both. I don't know and I can't recall what those items are, and I don't know what they are, so.
Q Right. Well, I think you said earlier we could make out with No. 5 that it says the contract and then at the end it said between the owner and contractor. Do you remember that?
A Yeah, but I couldn't read the in-between of it.
Q Right. But I recall you making out that it said the contract and then between the owner and contractor. Do you recall that?
A Yes, I recall saying that.
Q So do you know if you -- prior to signing

this document, you reviewed the contract between the owner and the contractor?

A I don't believe so.

Q Okay. But this document includes that contract, correct?

MR. KOWALEWSKI: Object to the form.

MR. EHMAN: Form.

Q You can answer.

A I -- I don't know.

Q It's listed at No. 5, right?

A Yes, but I don't know what the in-between states.

Q All right. But it says the contract between the owner and contractor, and it's your testimony that it does not include the contract between the owner and the contractor?

MR. KOWALEWSKI: Object to the form.

You can answer.

A You're kind of confusing me. I don't -- alls I'm saying is I can read that it says the contract and at the end I can see it says between the owner and contractor. I don't know what it says in-between that long sentence.

Q Right. But --

A So --

Q All I'm asking is that's -- that -- those words, the contract, those words that you can make out, where it says the contract and between the owner and the contractor, that's -- that's included in this document, right?

A Yes, but I can -- I don't know what it says in-between it, so I don't --

Q I understand.

A Okay.

MR. GERBER: That's all I have. Thank you for your time.

THE WITNESS: Thanks.

MR. FRARY: Miss Rachetta, if I can just jump in, I just have -- real quick.

EXAMINATION BY
MR. FRARY:

Q Miss Rachetta, my name is Keith Frary. I represent Movie Tavern Theaters and Southern Theaters, and I can only ask you this because I guarantee you, I'm older than you. So what is your date of birth?

A [redacted]/85.

*RACHETTA - EHMAN*

Q I just confirmed I'm older than you are.

MR. KOWALEWSKI: By a lot.

MR. O'CONNOR: But, Keith, if it's any consolation, you were born in the same century as she was.

MR. FRARY: That I know. I feel much better. Thank you, ma'am. I'm all set.

THE WITNESS: Okay.

EXAMINATION BY

MS. EHMAN:

Q This is Jennifer Ehman from Hurwitz & Fine. I represent Selective in the declaratory judgment action that was mentioned a little bit ago.

I'm just going to direct your attention once again to Exhibit D. I know you were asked some questions about Section 5 under the contract documents --

A Uh-huh.

Q -- and you were referred to the language that references the contract. Do you know what contract that is?

A No.

MR. O'CONNOR: Objection.

MR. GERBER: Objection.

MR. EHMAN: Okay. That's all my questions.

MR. FRARY: Anybody else?

MS. MARMANILLO: I just have a couple of followup questions.

EXAMINATION BY
MS. MARMANILLO:

Q This is -- I'm Nicole Marmanillo with Sugarman Law Firm, and I represent Cameron Group. Do you know who Cameron Group is?

A Yes.

Q And do you -- who is Cameron Group?

A They -- I know they -- don't they own the property?

Q What is your understanding?

A My understanding is I thought they owned like Township 5.

Q Okay. And do you know who Hinsdale Road Group is?

A I think that's the land owner, right?

MR. KOWALEWSKI: You can't ask the questions, so if you don't know --

Q Yeah, whatever your understanding is. If you don't know, it's fine to say you don't know.
A I don't know.
Q You don't know who Hinsdale Road Group is?
A I don't.
Q Okay. And just going back to Cameron Group, do you know that they're the owner of Township 5; is that your understanding?
A I don't know for -- I don't know for certain.
Q Okay. With respect to this Movie Tavern project -- or a job site we've been discussing, did you have any communications with anyone from Cameron Group?
A I don't recall.
Q And did you have any conversations with anyone from Hinsdale Road Group?
A I don't believe so.
Q Okay. And then do you know if anyone from Cameron Group supervised any LaFace employees on site?
A I don't know.
Q And do you know if anyone from Hinsdale Road Group supervised any LaFace employees on the

job site?

A I don't -- I don't know that information.

MS. MARMANILLO: Okay. I don't have anything further. Thank you.

MR. O'CONNOR: Anyone else?

MS. KNAPP: I have just two followup, Gerry. Are you not asking -- are you done?

MR. O'CONNOR: I'm done, yes.

MS. KNAPP: Okay.

EXAMINATION BY
MS. KNAPP:

Q Hi, Miss Rachetta. This is Carey Knapp. I just have I think two followup questions for you.

Does C&D -- back in 2015, did C&D LaFace have any practices put in place as far as disciplinary measures for their employees?

A I don't know what you mean. Like -- I don't know what you mean. Do you want to --

Q Yeah, let me rephrase. Would C&D LaFace take disciplinary measures against employees if they were informed that they were performing work in an unsafe manner?

A I don't know. I don't -- I don't know.

Q Are you aware if C&D LaFace has any records, would it be -- or would it be in employees' personnel files if any disciplinary actions were taken against employees of C&D LaFace?

A Could you clarify that?

Q Yeah. What I mean by disciplinary measures is if they -- fines, anything like that, suspensions, anything, you know, that is as a result of them not performing work as C&D LaFace would expect them to perform the work, any of those incidents, would you guys keep records of that?

A I believe so.

Q And would that be in each employee's personnel file?

A I believe so.

Q Do you know if any disciplinary action was taken against any C&D LaFace employees by C&D LaFace as a direct result of the accident we're here taking testimony on here today?

A I don't know.

MS. KNAPP: I'm all set.

MR. O'CONNOR: Anyone else?

MR. EHMAN: This is Jennifer Ehman

with Hurwitz & Fine. I just have one quick question.

EXAMINATION BY
MS. EHMAN:

Q The subcontract agreement that we've referenced in Exhibit D, did C&D LaFace draft this or was it provided it by EDC?

A Provided by EDC.

MR. EHMAN: Okay. That's my last question.

MR. CUNNINGHAM: No questions.

MR. FRARY: Anybody else? Run, ma'am, run.

MR. O'CONNOR: Thank you, Mrs. Rachetta.

(Whereupon, the proceedings concluded at 12:35 p.m.)

C E R T I F I C A T I O N

I, Annette M. Burton, a Certified Court Reporter and Notary Public in and for the State of New York, DO HEREBY CERTIFY that I attended the foregoing proceeding remotely via Zoom Conferencing, took stenographic notes of the same, and that this transcript is a true and accurate record of the proceedings.

I further certify that I am not an attorney or counsel of any parties, nor a relative or employee of any attorney or counsel connected with this action, nor financially interested in same.

As witness my hand and notarial seal this 30th day of October 2020.

Annette M. Burton
________________________
Annette M. Burton
Court Reporter

# ERRATA SHEET

Dear **Ms. Rachetta**:

Accordance with the rules of procedure governing depositions, you are entitled to read and correct your deposition before it is filed. Accordingly, please carefully read your deposition and, on this Errata Sheet, make any changes or corrections in form or substance to your deposition that you feel should be made. You may add additional sheets, if necessary. You are to identify these changes/corrections by page and line number, give the correction or change desired, and state the reason therefor, or the word, none.

Please, do not mark the transcript. After completing this, sign at the conclusion of such changes/corrections, both before a Notary Public. Then kindly return this Errata Sheet and the transcript to the individual charged with filing the transcript with the Court.

| PAGE | LINE NO. | CHANGE/CORRECTION | REASONS THEREFOR |
| --- | --- | --- | --- |

_________________________
**Carmena Rachetta**

Sworn to before me this ______day

of ______________, 2020.

________________________
Notary Public

STATE OF NEW YORK:

COUNTY OF _________________:

Subscribed and sworn to before me on this ________ day of ___________________, 2020, by ____________________________ proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____________________________

(seal)

**MR. CUNNINGHAM: [1]** 96/13
**MR. EHMAN: [9]** 27/8 28/5 82/16 85/7 87/12 89/8 92/3 95/25 96/11
**MR. FRARY: [36]** 10/23 11/3 23/7 23/9 23/15 24/21 25/13 30/20 32/17 32/23 33/5 35/24 37/4 37/9 40/7 52/17 52/21 53/23 58/15 58/18 63/4 63/10 64/25 74/6 75/11 75/14 76/3 78/6 81/17 82/1 83/25 84/5 90/15 91/7 92/5 96/14
**MR. GERBER: [18]** 32/11 78/1 78/8 80/18 80/20 81/16 81/19 82/4 82/17 83/6 83/23 84/4 84/6 84/10 85/10 86/19 90/12 92/1
**MR. KOWALEWSKI: [35]** 10/7 24/25 26/9 27/9 27/12 27/16 28/6 31/3 38/15 38/21 43/7 44/25 46/6 46/19 47/20 56/7 59/22 62/17 68/19 70/7 70/15 72/23 73/15 76/18 77/6 78/23 79/24 80/10 80/16 80/19 83/20 89/7 89/18 91/3 92/24
**MR. O'CONNOR: [37]** 10/6 10/9 23/8 23/14 23/17 24/7 24/18 25/15 26/15 30/3 30/16 32/9 32/21 33/1 33/6 34/25 35/25 39/23 52/15 52/18 52/22 53/4 53/20 53/25 57/13 64/12 64/18 68/25 70/14 73/14 74/17 91/4 91/25 94/6 94/10 95/24 96/16
**MR. SNYDER: [2]** 38/8 59/25
**MS. KNAPP: [29]** 24/9 38/14 41/3 42/13 43/6 44/24 45/7 45/25 46/18 47/7 47/19 53/17 56/6 62/25 63/7 63/11 63/21 71/13 73/24 74/7 75/4 75/13 75/16 75/23 76/5 77/24 94/7 94/11 95/23
**MS. MARMANILLO: [2]** 92/6 94/4
**THE COURT REPORTER: [1]** 10/3
**THE WITNESS: [13]** 11/1 27/11 27/14 27/17 37/6 43/8 46/4 46/8 57/16 58/17 80/12 90/14 91/9

**'**

**'cause [3]** 32/19 57/24 81/14

**0**

**00285 [1]** 3/6
**004808/2018 [1]** 1/5

**1**

**1.1 [1]** 82/5
**10 [2]** 74/5 74/10
**10-hour [2]** 56/10 56/13
**10/26/85 [1]** 90/25
**100005 [1]** 4/8
**1064 [1]** 1/6
**11/6/15 [2]** 6/11 71/15
**12 [7]** 9/2 53/22 54/5 54/9 74/3 74/8 76/11
**12203 [1]** 2/15
**12:35 [1]** 96/19
**13 [5]** 9/2 52/16 52/17 52/18 52/24
**1300 [1]** 4/15
**13027 [1]** 43/1
**13039 [1]** 10/17
**13202 [2]** 2/12 4/5
**13206 [1]** 42/20
**13212 [1]** 2/4
**14 [10]** 9/2 40/2 40/4 40/11 41/2 41/22 43/3 51/9 51/10 71/16
**14202 [5]** 2/8 2/18 2/22 4/12 4/15
**15 [5]** 6/11 9/3 63/24 64/15 71/15
**16 [9]** 9/3 24/8 32/12 35/2 35/4 36/7 63/23 66/8 78/5
**1600 [1]** 2/18
**18th [1]** 4/8
**19 [2]** 33/4 33/17

**2**

**20 [2]** 2/11 4/4
**2006 [9]** 14/23 15/2 15/7 15/8 15/18 15/22 59/14 59/21 60/24
**2013 [1]** 48/18
**2015 [40]** 14/10 14/11 14/14 14/18 18/25 19/13 19/15 20/3 20/4 20/8 20/23 22/6 26/18 31/17 33/9 33/12 35/16 36/12 36/20 37/14 38/7 38/13 39/2 39/8 40/16 40/22 41/7 42/18 43/16 44/13 48/2 49/13 53/9 54/16 56/2 56/25 57/7 57/11 67/7 94/17
**2017 [1]** 14/12
**2018 [1]** 1/5
**2020 [5]** 3/23 36/7 97/18 98/23 99/6
**211 [2]** 2/11 4/4
**221 [1]** 8/4
**24 [1]** 3/22
**24.5 [1]** 12/2
**2400 [1]** 4/11
**24th [1]** 36/7
**2F [2]** 74/2 74/6

**3**

**30-hour [1]** 69/23
**30th [1]** 97/18
**3113 [2]** 8/18 8/20
**3117 [1]** 8/19
**33-19-1064 [1]** 1/6
**344 [1]** 2/21
**350 [1]** 4/11
**3721 [1]** 42/19

**4**

**4.1 [1]** 30/4
**40 [1]** 4/7
**400 [1]** 2/21
**43 [1]** 2/7

**5**

**51 percent [1]** 12/2
**5:19-CV-00285 [1]** 3/6
**5th [8]** 38/7 38/13 39/2 39/8 43/21 44/12 53/9 56/2

**6**

**600 [1]** 2/8
**6876 [1]** 2/4
**6th [7]** 35/16 40/16 40/22 41/7 43/16 44/2 44/12

**8**

**85 [1]** 90/25
**8531 [1]** 42/25
**8800 [2]** 10/16 10/18

**A**

**able [4]** 64/4 80/7 82/8 82/9
**about [32]** 13/3 13/8 14/5 16/18 16/21 17/5 17/11 17/22 18/11 19/13 20/3 20/23 23/12 25/16 36/6 36/10 36/18 36/19 37/10 37/21 38/10 51/16 51/20 52/5 54/12 56/18 57/4 57/7 71/3 72/15 84/4 91/18
**Absent [1]** 82/19
**accident [51]** 19/22 38/19 39/1 39/7 39/11 43/17 43/19 44/3 44/5 44/8 45/6 45/11 45/15 45/19 45/20 46/13 49/20 49/24 50/9 50/23 51/21 51/22 52/3 52/7 52/9 52/20 53/16 53/23 54/25 67/12 67/15 68/6 68/12 68/14 70/2 70/3 70/6 70/10 70/20 70/21 70/23 71/4 71/7 73/3 73/12 73/22 74/11 74/16 74/23 76/17 95/20
**accident's [1]** 70/13
**Accordance [1]** 98/5
**Accordingly [1]** 98/6
**accuracy [1]** 8/13
**accurate [1]** 97/11
**acknowledging [1]** 40/18
**acting [1]** 69/23
**action [5]** 8/8 78/14 91/15 95/18 97/15
**actions [1]** 95/5
**actually [1]** 29/1
**add [2]** 29/14 98/8
**addition [1]** 8/6
**additional [2]** 3/15 98/8
**address [2]** 10/14 42/22
**administering [1]** 8/21
**adviser [1]** 59/4
**after [8]** 14/9 38/25 39/8 41/6 49/3 68/13 78/25 98/10
**afternoon [1]** 32/22
**again [6]** 26/15 74/9 78/5 83/8 86/21 91/17
**against [3]** 94/23 95/6 95/19
**agency [2]** 49/15 49/16
**agent [14]** 27/20 28/14 28/23 29/2 29/8 29/12 29/19 30/12 30/13 49/14 49/15 49/16 49/17 53/13
**ages [1]** 11/10
**ago [1]** 91/15
**agree [3]** 8/17 8/22 31/9
**agreed [3]** 8/3 8/8 8/17
**agreement [14]** 21/11 23/13 23/19 24/3 25/25 27/21 29/13 29/18 30/6 30/11 33/7 33/17 63/2 96/7
**agreements [1]** 65/20
**AIA [1]** 83/24
**Albany [1]** 2/15
**all [33]** 8/4 8/9 8/19 8/19 8/22 18/2 19/21 32/9 34/12 35/5 40/5 47/13 55/18 57/14 60/17 60/19 61/1 63/21 68/9 68/10 69/4 69/12 77/21 77/24 79/4 81/7 85/17 89/14 90/3 90/12 91/8 92/3 95/23
**All right [5]** 32/9 63/21 77/21 79/4 89/14
**allegation [1]** 73/19
**alls [1]** 89/21
**alone [1]** 79/8
**along [1]** 30/11
**already [4]** 27/24 38/4 71/17 75/9
**also [11]** 2/24 16/19 27/20 29/8 37/25 56/5 56/15 58/22 62/11 82/13 84/16
**always [1]** 15/8
**am [3]** 9/14 40/17 97/13
**AMERICA [2]** 1/12 3/14
**AMERISURE [4]** 3/8 3/9 4/11 78/13
**among [1]** 8/3
**anchors [1]** 25/9
**ANDREW [1]** 2/22
**Annette [3]** 3/21 97/6 97/20
**another [1]** 14/9
**answer [31]** 9/17 9/22 27/9 27/12 27/14 28/6 31/4 38/15 38/22 43/7 44/25 46/4 46/6 46/19 47/20 56/7 59/23 60/2 62/18 64/3 70/8 70/15 73/16 76/19 77/7 79/25 83/21 85/8 87/13 89/9 89/19
**any [99]** 8/5 8/6 8/7 8/7 12/4 12/10 13/10 14/24 15/11 15/12 15/18 15/19 15/22 15/23 16/5 19/24 20/24 22/10 26/25 27/22 28/11 28/17 29/13 29/17 29/18 30/11 32/5 33/8 34/6 38/12 38/25 39/8 39/11 40/20 42/11 43/17 44/7 46/12 47/5 48/3 48/5 49/3 49/23 50/22 51/8 51/23 52/5 52/7 54/22 55/4 55/19 56/18 59/6 59/11 61/5 61/7 61/25 62/7 62/7 63/15 63/18 65/15 66/16 66/17 66/21 67/4 67/8 67/13 67/23 70/20 71/4 73/9 73/10 73/18 73/19 74/14 74/20 74/20 76/7 76/15 76/16 79/7 80/9 82/22 86/10 91/5 93/14 93/17 93/21 93/25 94/18

A
any... [8] 95/3 95/5 95/12 95/18 95/19 97/14 97/15 98/7
anybody [5] 39/6 58/5 78/3 92/5 96/14
anyone [13] 16/16 39/10 53/14 58/2 58/2 59/25 70/24 93/14 93/18 93/20 93/24 94/6 95/24
anything [9] 9/24 19/25 46/2 61/21 62/20 67/8 94/5 95/9 95/10
anywhere [2] 49/24 63/5
apart [1] 82/19
apologize [4] 10/24 69/14 74/7 84/5
appeared [1] 99/8
appears [2] 66/15 81/10
application [1] 18/8
applications [1] 19/25
applied [1] 18/9
approached [1] 21/12
appropriate [1] 30/13
approval [1] 23/25
approve [1] 22/9
are [43] 11/10 11/13 11/15 11/22 12/2 12/4 12/22 13/10 13/13 14/5 14/5 16/23 29/7 31/13 31/14 33/8 40/17 41/8 52/7 53/23 57/14 58/24 63/22 65/19 67/13 78/25 79/15 79/16 79/18 79/18 80/7 82/8 86/2 87/18 87/22 88/13 88/14 91/2 94/8 94/8 95/3 98/5 98/8
are you [1] 13/13
areas [1] 62/14
argument [2] 62/19 62/20
arise [1] 19/7
as [69] 8/6 8/13 8/18 9/5 9/6 11/24 12/19 12/19 13/14 13/22 14/10 14/10 15/11 15/19 19/14 19/24 20/24 22/12 22/12 24/16 28/17 32/2 33/17 34/15 34/16 35/4 43/11 44/17 45/5 46/24 48/12 50/7 51/9 52/24 53/21 54/5 54/19 54/22 55/23 59/7 61/12 61/15 62/9 62/22 63/13 66/8 66/18 66/23 67/3 67/3 67/7 67/13 69/23 70/12 70/13 70/13 75/9 81/12 81/21 81/24 83/19 87/18 91/6 94/18 94/18 95/10 95/11 95/20 97/17
ask [17] 9/12 17/22 24/17 25/10 36/9 40/19 42/9 43/13 44/16 54/4 71/23 75/7 82/7 85/16 86/21 90/22 92/24
asked [3] 23/21 44/21 91/17
asking [20] 9/16 28/10 40/17 41/8 46/9 46/21 79/17 80/20 81/23 83/5 84/22 86/4 86/7 87/4 87/15 88/2 88/4 88/5 90/3 94/8
assigned [1] 29/7
assist [1] 12/12
assistant [1] 59/8
assumed [1] 10/13
assuming [1] 72/13
ATKINSON [9] 1/3 1/3 2/24 38/20 73/13 73/22 74/10 74/15 74/22
Atkinson's [4] 67/15 68/12 68/13 76/17
attached [2] 75/6 75/19
attend [6] 56/10 64/10 64/16 65/9 65/25 66/4
attended [1] 97/8
attention [1] 91/16
attorney [8] 8/15 22/7 23/25 24/2 24/4 60/16 97/13 97/15
attorneys [2] 8/3 60/23
Ave [1] 42/19
Avenue [2] 2/18 2/21
aware [13] 38/5 38/11 43/25 44/7 44/11 45/10 52/7 67/13 68/13 70/3 73/10 73/18 95/3
away [1] 74/11

B
BAASE [1] 2/17
Bachelor's [2] 58/10 58/13
back [29] 14/10 14/18 18/25 19/13 20/3 20/23 22/6 31/17 33/9 36/12 36/20 37/12 42/17 43/3 48/2 49/13 54/15 54/23 56/25 57/7 58/8 59/14 63/1 82/17 85/10 85/12 86/20 93/7 94/17
Baldwinsville [1] 42/25
bank [1] 42/7
bar [1] 8/7
base [1] 35/13
based [6] 64/4 65/5 66/11 74/24 74/25 76/11
basically [1] 9/13
basis [2] 62/22 99/7
be [48] 8/7 8/10 8/15 8/18 8/21 8/21 9/24 16/19 16/22 16/24 17/2 17/3 17/6 17/10 17/19 18/10 18/12 19/23 26/11 29/23 47/14 48/13 49/12 50/12 50/19 56/13 56/15 56/20 58/2 59/3 60/4 61/11 61/15 61/18 61/21 63/24 66/18 66/23 69/5 77/16 78/4 88/9 88/10 95/4 95/4 95/15 98/7 99/8
became [2] 68/13 70/3
because [3] 9/23 81/21 90/22
become [2] 73/9 73/18
been [18] 9/5 16/15 24/15 32/14 33/16 33/24 34/3 34/12 34/18 35/3 52/11 52/23 55/10 58/5 63/13 69/17 85/15 93/13
beer [1] 38/6
before [16] 3/19 3/20 8/10 8/11 9/16 22/25 31/18 38/12 67/17 78/16 84/8 98/6 98/11 98/22 99/5 99/9
beg [1] 50/3
began [1] 58/6
begin [1] 58/20
begins [1] 64/21
begun [1] 8/11
behalf [2] 9/11 21/24
being [10] 8/10 8/16 14/5 17/13 35/11 45/10 49/10 67/16 67/17 68/6
being the [1] 67/16
believe [35] 20/4 24/4 26/5 36/14 36/25 37/6 39/12 39/22 43/14 44/9 45/16 48/15 49/25 55/2 55/13 56/3 56/11 57/13 69/2 69/6 69/10 70/22 71/9 71/18 71/21 71/25 75/8 76/6 76/9 83/24 84/9 89/4 93/19 95/14 95/17
benefits [1] 19/21
besides [1] 59/5
best [3] 49/12 66/8 76/8
better [1] 91/8
between [30] 23/19 25/25 44/12 60/5 60/10 65/22 66/17 66/22 67/24 78/17 81/4 81/9 81/11 81/12 82/14 82/24 84/14 84/17 86/22 88/17 88/19 88/22 89/2 89/12 89/15 89/17 89/22 89/24 90/5 90/9
bid [1] 21/13
billing [1] 16/18
bind [2] 85/5 85/25
birth [1] 90/24
bit [2] 24/23 91/15
blind [1] 72/22
Bo [1] 37/21
board [1] 53/15
boom [1] 68/8
born [1] 91/5
both [3] 75/12 88/12 98/11
bottom [9] 31/13 34/8 41/21 41/22 53/5 54/11 74/5 78/18 82/18
bound [1] 85/18
boxes [1] 49/12
BRADY [1] 4/10
breakdown [2] 59/18 59/20
broke [1] 62/19
brother [9] 12/15 13/3 17/20 23/24 34/13 35/17 45/10 45/18 52/12
brother's [1] 34/12
brothers [5] 11/18 11/19 12/2 15/1 62/19
brothers' [1] 11/22
brought [2] 34/17 34/18
Buckley [1] 2/4
Buffalo [5] 2/8 2/18 2/22 4/12 4/15
Building [1] 4/14
Burton [3] 3/21 97/6 97/20
business [4] 11/17 11/19 13/16 15/8
buy [1] 14/8

C
C-2 [6] 54/3 74/1 74/3 74/6 74/7 76/11
C-2F [2] 74/2 74/6
cabinet [1] 61/20
call [1] 10/4
CALLAHAN [1] 4/7
called [2] 9/4 60/15
calls [1] 29/2
came [12] 18/25 19/20 20/19 21/3 21/17 22/13 22/17 33/23 34/11 43/15 44/20 72/21
CAMERON [8] 1/7 3/3 92/12 92/13 92/15 93/7 93/14 93/21
Camerson [1] 2/11
can [93] 17/25 19/11 24/10 24/20 24/25 26/15 27/9 27/10 27/12 27/13 27/14 28/6 28/7 30/16 31/4 31/22 32/11 32/18 35/5 35/7 36/10 38/15 38/16 38/22 40/5 43/7 44/25 45/2 46/4 46/6 46/7 46/10 46/19 47/20 47/21 54/5 56/7 57/22 57/25 58/23 59/23 60/7 61/2 61/2 62/9 62/18 63/8 63/21 63/25 64/3 64/20 65/2 66/8 66/8 70/8 70/15 70/16 71/13 72/17 73/16 73/16 73/25 75/5 75/16 75/24 76/19 77/7 79/4 79/7 79/9 79/14 79/25 80/9 81/3 81/3 81/16 83/21 83/23 84/10 84/11 85/8 85/10 87/13 87/19 87/21 89/9 89/19 89/21 89/22 90/4 90/8 90/15 90/22
can't [13] 9/24 31/20 73/8 75/11 79/3 80/8 81/2 81/6 81/14 82/10 87/14 88/12 92/24
Cara [1] 2/25
careful [1] 88/9
carefully [1] 98/6
CAREY [2] 2/5 94/15
Carmena [7] 1/25 3/19 6/11 9/4 10/10 32/2 98/20
Carmena's [2] 6/9 71/14
carrier [1] 53/12
case [4] 27/5 62/21 64/11 64/17
CASTLE [1] 1/9
Catherine [1] 2/24
cause [1] 39/7
CDC [1] 78/17
cell [1] 46/17
century [1] 91/6
Cerio [1] 61/6
certain [1] 93/11
certificate [7] 28/8 29/9 54/22 55/8 55/10 55/20 56/13
certificates [9] 27/18 27/19 55/12 55/14 55/17 69/13 69/13 69/17 69/19
certification [1] 55/25
certifications [1] 54/22
certified [2] 56/5 97/6
certify [2] 97/8 97/13
certifying [1] 8/13
CH [1] 49/17
chance [6] 25/23 35/20 36/3 41/14 41/16 71/17

**C**

**change [3]** 16/15 98/9 98/14
**CHANGE/CORRECTION [1]** 98/14
**changed [3]** 15/8 59/20 61/9
**changes [6]** 22/10 60/4 60/9 98/7 98/8 98/11
**changes/corrections [2]** 98/8 98/11
**charge [1]** 8/16
**charged [1]** 98/12
**check [1]** 42/7
**children [3]** 10/22 11/9 11/11
**Christopher [3]** 63/15 63/16 63/19
**CIANO [1]** 4/10
**Cicero [2]** 10/16 11/1
**Circle [1]** 2/14
**circled [1]** 31/14
**claims [3]** 20/20 20/25 73/10
**clarify [2]** 45/14 95/7
**clauses [1]** 63/22
**clean [1]** 81/24
**clear [6]** 17/2 23/10 23/16 23/17 40/20 88/10
**clearer [1]** 32/13
**Cliff [1]** 36/10
**close [1]** 72/21
**cocaine [1]** 77/11
**college [2]** 58/12 58/16
**colon [2]** 26/6 83/13
**Columbia [1]** 2/14
**come [5]** 42/9 44/17 44/21 68/17 68/21
**comes [2]** 28/18 28/20
**coming [1]** 44/2
**commercial [2]** 13/20 13/25
**common [2]** 65/23 67/3
**communication [1]** 67/23
**communications [1]** 93/14
**comp [4]** 28/20 28/22 28/23 29/3
**companies [2]** 12/4 70/24
**company [4]** 3/8 3/9 3/13 13/19
**compensation [5]** 19/25 20/20 20/25 53/12 53/15
**completed [5]** 54/23 55/6 55/9 55/19 56/20
**completing [1]** 98/10
**computer [1]** 39/24
**concern [1]** 17/5
**concerned [1]** 70/13
**concerning [4]** 49/23 52/6 52/8 53/16
**concluded [1]** 96/18
**conclusion [1]** 98/10
**conditions [1]** 22/14
**Conduct [1]** 8/5
**conducted [2]** 8/18 53/15
**conference [1]** 8/23
**Conferencing [2]** 3/20 97/9
**confirmed [1]** 91/2
**confused [1]** 10/4
**confusing [1]** 89/20
**connected [1]** 97/15
**CONNORS [1]** 2/20
**consist [1]** 57/8
**consolation [1]** 91/5
**constructed [1]** 14/6
**construction [32]** 1/17 1/22 3/14 11/16 12/8 12/9 12/11 12/20 13/13 13/14 13/18 14/11 15/13 15/20 17/15 26/7 26/25 27/22 28/3 29/6 32/6 36/16 36/18 36/24 37/2 37/7 61/25 62/1 62/5 62/11 62/15 62/16
**Cont [3]** 24/14 25/5 25/22
**contact [2]** 29/8 63/19
**contained [6]** 16/12 16/19 17/7 18/5 41/2 48/13
**contains [1]** 16/14
**content [2]** 51/2 51/3
**contract [70]** 6/13 21/4 21/6 21/14 21/22 21/24 22/2 22/9 22/13 22/17 22/18 22/20 22/22 22/23 22/25 23/11 23/12 23/18 25/11 25/19 27/4 30/12 31/18 78/17 78/19 79/15 79/23 80/7 80/22 81/8 81/11 81/12 82/14 82/23 82/24 83/4 83/8 83/13 83/17 83/19 83/24 84/14 84/16 84/17 84/23 84/23 84/25 85/2 85/5 85/21 85/22 86/3 86/13 86/22 86/24 87/5 87/18 87/24 88/16 88/22 89/2 89/6 89/14 89/16 89/22 90/4 90/5 91/18 91/22 91/23
**contractor [26]** 15/9 15/12 15/16 15/19 21/13 31/9 31/10 64/11 64/17 65/10 65/23 66/12 66/18 66/23 67/24 81/6 81/10 81/11 84/23 88/18 88/23 89/3 89/15 89/17 89/23 90/6
**contractor's [1]** 84/25
**contractors [2]** 15/24 21/4
**contracts [13]** 21/8 30/24 60/5 60/10 79/20 82/12 83/3 83/11 83/18 85/18 85/19 86/5 86/10
**conversation [8]** 40/15 40/21 42/15 45/18 50/24 51/9 51/12 52/2
**conversations [7]** 40/14 50/22 50/25 66/16 66/21 71/11 93/17
**copies [6]** 61/16 85/17 86/5 86/7 87/7 87/11
**copy [8]** 8/15 27/20 29/12 55/9 55/20 56/12 84/18 86/15
**CORPORATION [4]** 1/7 1/10 1/19 3/8
**correct [12]** 9/25 23/14 26/2 29/3 34/23 42/4 45/6 45/8 81/13 85/23 89/6 98/5
**correction [2]** 98/9 98/14
**corrections [3]** 98/7 98/8 98/11
**could [22]** 10/14 17/10 24/8 29/20 30/4 33/3 35/2 35/5 35/23 39/25 40/4 52/15 52/24 53/5 63/3 77/9 78/3 82/5 83/6 86/20 88/16 95/7
**couldn't [3]** 60/6 85/9 88/19
**counsel [2]** 97/14 97/15
**COUNTY [2]** 1/2 99/3
**couple [1]** 92/6
**course [1]** 32/5
**courses [2]** 56/18 56/23
**court [10]** 1/2 2/7 3/2 3/21 42/19 78/14 85/12 97/6 97/21 98/12
**coverage [2]** 27/5 29/20
**coverages [1]** 30/14
**CPLR [4]** 8/4 8/18 8/19 8/20
**CR [3]** 31/14 31/23 32/3
**create [1]** 60/14
**created [2]** 59/13 59/18
**creating [1]** 58/21
**CUNNINGHAM [2]** 2/17 2/19
**currently [3]** 11/13 19/8 20/1
**cut [4]** 17/25 51/18 60/6 61/13
**CV [1]** 3/6

**D**

**D'Elia [1]** 61/10
**d/b/a [1]** 3/13
**Dan [1]** 78/12
**DANIEL [1]** 4/12
**darker [1]** 32/13
**date [5]** 36/7 60/24 70/2 77/19 90/24
**dated [3]** 6/11 26/17 53/9
**DAVID [2]** 2/5 18/20
**day [8]** 43/19 43/22 44/7 67/17 67/22 97/18 98/22 99/6
**deal [3]** 28/17 48/9 62/11
**dealings [1]** 12/10
**Dear [1]** 98/4
**declaratory [1]** 91/14
**deemed [1]** 8/21
**Defendant [7]** 1/18 1/23 2/7 2/20 4/7 4/10 4/14
**Defendants [7]** 1/11 1/14 2/10 2/14 2/17 3/10 3/15
**Defendants/Third-Party [1]** 1/14
**degree [1]** 58/10
**Delaware [1]** 2/21
**department [1]** 19/4
**Depends [1]** 29/16
**deposition [9]** 8/10 8/14 8/17 8/18 8/21 58/6 98/6 98/6 98/7
**depositions [2]** 8/5 98/5
**describe [1]** 74/21
**describing [1]** 74/15
**Description [2]** 6/4 7/3
**desired [1]** 98/9
**details [1]** 46/12
**Detran [2]** 19/10 20/8
**DEVELOPMENT [8]** 1/7 1/19 3/8 9/11 22/15 22/19 23/20 27/5
**DIAMOND [1]** 1/9
**did [75]** 10/4 14/10 14/11 14/12 14/17 14/20 15/11 15/18 15/22 16/5 18/24 19/3 19/13 20/7 21/7 21/11 21/13 21/18 21/18 21/21 22/2 22/9 22/24 23/20 23/25 27/25 31/9 31/17 38/20 39/6 39/10 39/17 39/20 40/24 42/9 42/10 43/4 43/13 43/16 43/25 44/16 45/17 46/1 46/13 50/22 51/4 51/9 51/23 55/3 56/9 57/8 57/11 58/20 58/22 60/12 60/14 60/16 60/19 62/20 67/7 67/9 70/10 71/7 71/23 73/9 73/18 76/7 77/12 81/24 87/7 93/13 93/17 94/17 96/8
**didn't [9]** 11/6 11/6 40/23 51/18 64/13 68/24 71/22 71/24 72/5
**different [4]** 16/23 55/11 55/13 57/11
**differently [1]** 85/16
**difficult [1]** 9/19
**difficulty [1]** 82/20
**direct [2]** 91/16 95/20
**disciplinary [5]** 94/19 94/23 95/5 95/8 95/18
**discuss [1]** 71/7
**discussing [6]** 23/19 51/21 70/20 70/23 71/3 93/13
**discussion [2]** 24/12 25/3
**DISTRICT [2]** 3/2 3/2
**do [177]**
**Docket [1]** 3/6
**document [17]** 24/16 32/2 35/5 41/21 48/23 52/25 65/6 71/18 72/4 72/6 73/25 79/19 84/8 88/6 89/2 89/5 90/7
**documents [21]** 27/21 29/14 29/19 49/3 61/15 78/19 79/15 79/23 80/7 83/4 83/9 83/13 83/17 86/24 87/5 87/7 87/9 87/10 87/18 87/18 91/19
**DOE [1]** 1/10
**does [14]** 13/6 13/20 18/16 20/17 32/13 48/23 50/15 62/11 69/4 69/7 79/22 84/25 89/16 94/17
**doing [2]** 74/16 74/22
**Domenico [5]** 11/20 13/3 59/14 60/5 60/11
**don't [183]**
**done [12]** 13/24 32/10 32/18 32/25 33/2 52/12 53/21 55/4 64/6 73/24 94/9 94/10
**doubt [1]** 47/5
**down [17]** 9/24 24/2 24/20 24/22 30/17 39/20 40/8 43/4 43/13 47/6 51/15 52/2 61/3 68/8 72/14 80/6 86/23
**draft [2]** 21/7 96/8
**drawer [1]** 18/19
**drinking [1]** 38/6
**driving [2]** 46/17 73/2
**dropped [1]** 50/2
**drove [2]** 72/16 72/20
**drug [4]** 76/15 77/4 77/10 77/12
**drugs [2]** 76/21 76/24
**duly [1]** 9/5
**dumpster [5]** 66/13 72/11 74/11 74/15

**D**

**dumpster... [1]** 74/21
**dumpsters [5]** 66/18 66/23 67/4 67/8 67/11
**during [2]** 17/15 32/5
**duties [1]** 19/19

**E**

**each [9]** 9/17 12/3 17/24 18/12 18/16 18/21 31/18 86/3 95/15
**earlier [2]** 37/24 88/15
**EDC [18]** 1/7 1/19 23/22 25/25 63/14 64/11 64/17 65/15 65/16 70/21 78/18 81/12 82/24 84/14 84/20 86/23 96/9 96/10
**education [1]** 58/9
**effect [1]** 8/18
**EHMAN [5]** 4/16 91/12 91/13 95/25 96/6
**eight [2]** 10/20 49/8
**Eight years [1]** 10/20
**EILERSON [12]** 1/7 1/19 2/7 3/8 4/7 9/11 22/14 22/18 22/23 23/20 25/25 27/5
**either [4]** 15/12 21/4 36/16 55/10
**electronic [1]** 8/23
**electronically [1]** 8/22
**else [10]** 9/24 33/25 34/2 39/16 58/2 78/3 92/5 94/6 95/24 96/14
**email [8]** 6/10 10/12 25/13 25/18 35/14 35/17 35/18 35/21
**emphasize [1]** 9/14
**employed [11]** 11/13 11/15 20/12 20/14 36/15 36/17 36/23 38/5 54/18 57/2 57/5
**employee [8]** 18/12 18/16 36/13 36/20 37/12 48/11 55/6 97/14
**employee's [3]** 54/12 56/12 95/15
**employees [21]** 17/24 18/3 18/13 18/22 39/11 52/5 52/8 52/13 55/4 55/18 56/4 56/9 69/4 69/8 76/16 93/21 93/25 94/19 94/23 95/6 95/19
**employees' [2]** 69/12 95/4
**employer's [6]** 6/6 6/7 52/19 53/2 53/25 54/6
**employment [1]** 69/18
**end [6]** 13/25 72/16 72/18 81/9 88/17 89/22
**ends [1]** 49/4
**engages [1]** 29/8
**enlarge [1]** 24/24
**enough [2]** 25/17 70/19
**enter [1]** 85/21
**entered [1]** 65/20
**entering [1]** 21/3
**enters [2]** 82/13 84/22
**entire [1]** 84/11
**entities [2]** 27/6 28/2
**entitled [2]** 30/19 98/5
**equal [1]** 59/14
**equipment [6]** 33/9 33/23 34/5 34/12 34/16 34/17
**ERRATA [3]** 97/25 98/6 98/11
**especially [1]** 9/18
**ESQ [12]** 2/5 2/5 2/9 2/12 2/15 2/19 2/22 2/25 4/5 4/9 4/12 4/16
**even [1]** 87/14
**ever [19]** 15/19 15/23 16/5 19/3 21/7 32/6 34/5 38/5 38/11 45/9 45/17 65/25 66/4 67/14 67/23 73/9 77/22 84/19 85/15
**every [1]** 45/23
**everything [3]** 9/19 9/22 45/24
**evidence [1]** 99/8
**exact [3]** 67/22 77/3 81/23
**exactly [2]** 73/5 77/17
**examination [14]** 3/19 8/6 8/7 8/11 8/15 8/18 9/8 57/20 78/10 90/18 91/11 92/9 94/13 96/5
**examined [2]** 8/10 8/16
**except [1]** 8/5
**Exchange [1]** 4/7
**exclusively [1]** 16/22
**execute [1]** 60/10
**executed [1]** 23/1
**exhibit [45]** 6/4 9/2 24/8 24/16 25/24 30/18 32/12 33/3 33/5 33/17 35/2 35/4 36/6 40/1 40/4 40/11 41/2 41/22 43/3 51/9 51/10 52/16 52/17 52/18 52/24 53/21 54/5 54/8 63/10 63/13 71/16 74/3 74/8 75/10 76/3 76/11 78/4 78/16 81/25 83/23 86/14 86/20 86/22 91/17 96/8
**Exhibit 12 [2]** 74/3 76/11
**Exhibit 13 [3]** 52/16 52/17 52/18
**Exhibit 14 [6]** 41/2 41/22 43/3 51/9 51/10 71/16
**Exhibit 16 [1]** 32/12
**Exhibit 19 [1]** 33/17
**Exhibit 5 [2]** 75/10 76/3
**Exhibit A [1]** 86/14
**Exhibit D [9]** 24/16 25/24 30/18 63/10 63/13 78/4 86/22 91/17 96/8
**Exhibit No. 12 [1]** 54/5
**Exhibit No. 14 [2]** 40/4 40/11
**Exhibit No. 16 [2]** 24/8 35/2
**exhibits [2]** 75/10 81/23
**exist [1]** 14/11
**expect [1]** 95/12
**experienced [1]** 47/17

**F**

**fact [2]** 56/19 82/19
**facts [1]** 45/5
**failure [1]** 8/6
**Fair [1]** 70/19
**familiar [2]** 33/8 65/19
**family [1]** 11/17
**far [6]** 12/19 14/10 22/12 67/3 70/13 94/18
**fast [1]** 84/7
**federal [2]** 49/8 78/13
**feel [2]** 91/7 98/7
**few [3]** 36/9 78/15 82/8
**field [1]** 34/9
**file [30]** 16/8 16/12 16/14 16/19 16/22 16/23 16/25 17/3 17/7 17/13 18/14 18/17 18/19 18/21 48/16 50/14 50/16 50/19 50/20 55/11 55/11 55/13 55/16 55/21 56/16 56/20 61/20 61/21 77/19 95/16
**filed [2]** 50/19 98/6
**files [6]** 17/23 17/23 18/2 18/6 18/25 95/5
**filing [3]** 8/13 61/20 98/12
**filling [1]** 76/7
**financial [2]** 58/25 59/4
**financially [1]** 97/16
**fine [8]** 4/14 31/13 78/8 82/4 84/6 91/14 93/3 96/2
**fines [1]** 95/9
**finish [1]** 9/16
**firm [7]** 2/3 2/10 4/3 60/19 61/8 61/9 92/12
**firms [1]** 60/22
**first [21]** 6/7 11/6 21/18 21/21 26/16 31/10 35/5 40/5 44/19 52/19 53/2 54/11 63/9 63/23 74/5 75/15 75/17 75/17 81/7 84/6 84/12
**Flanigan [1]** 59/7
**Floor [1]** 4/8
**flooring [3]** 13/18 14/3 15/9
**folder [1]** 18/21
**follow [4]** 18/24 21/5 22/24 49/9
**followed [1]** 20/20
**following [11]** 39/11 44/7 45/18 49/20 50/8 50/23 51/22 52/3 58/19 70/21 76/16
**follows [1]** 9/9
**followup [3]** 92/7 94/7 94/16
**foregoing [1]** 97/8
**foreman [3]** 54/19 69/22 69/24
**forklift [11]** 33/19 33/19 54/23 55/25 56/5 68/9 72/17 72/20 73/2 73/11 73/20
**forklifts [2]** 33/14 33/19
**form [39]** 8/6 21/11 27/8 28/5 31/3 38/8 38/14 38/21 41/3 42/13 43/6 44/24 45/7 45/25 46/18 47/7 47/19 49/12 53/7 53/11 53/17 56/6 59/22 62/17 68/19 70/7 74/3 76/11 76/18 77/6 79/24 82/16 83/20 85/7 87/12 89/7 89/8 89/18 98/7
**formal [1]** 49/5
**forms [1]** 60/15
**forwarded [1]** 30/12
**Found [1]** 52/21
**founders [1]** 15/4
**four [1]** 11/11
**Fourth [2]** 1/20 1/23
**Fourth-Party [2]** 1/20 1/23
**FRARY [4]** 2/14 2/15 90/19 90/20
**Friday [1]** 44/20
**friendly [1]** 32/15
**furnished [1]** 8/15
**further [7]** 8/8 8/12 8/15 8/17 72/14 94/5 97/13
**FUSCO [1]** 4/7

**G**

**galvanized [1]** 25/8
**garbage [1]** 72/8
**garnered [1]** 69/17
**gave [2]** 44/22 51/11
**GC [2]** 82/14 84/17
**general [14]** 15/12 15/15 15/19 17/8 21/4 21/12 29/6 66/12 66/22 80/25 84/22 84/23 84/24 87/16
**generally [2]** 18/5 25/7
**GERARD [1]** 2/9
**GERBER [4]** 4/10 4/12 78/11 78/12
**Gerry [5]** 9/10 10/3 23/7 24/9 94/8
**Gerry's [2]** 32/17 32/17
**get [8]** 11/6 25/8 27/18 27/19 35/13 35/13 53/21 55/20
**gets [2]** 28/15 28/23
**Giovanni [24]** 6/10 11/20 12/16 12/17 13/8 17/20 21/25 22/4 22/14 22/18 32/20 34/4 34/13 35/17 45/10 45/18 47/14 47/23 52/12 59/14 60/5 60/11 63/18 66/4
**give [5]** 25/17 44/17 44/21 84/2 98/9
**given [1]** 62/14
**glance [1]** 25/24
**go [25]** 24/2 24/10 24/25 25/15 26/16 27/22 30/4 35/2 35/12 42/10 58/20 62/25 63/8 63/22 73/25 75/5 75/16 75/24 78/2 78/7 81/16 82/17 83/7 83/23 86/20
**going [28]** 9/12 9/14 24/17 24/19 25/7 25/9 26/9 32/19 32/21 40/19 54/4 58/8 59/3 61/24 62/25 63/24 65/6 66/7 69/3 70/2 72/14 75/7 78/14 80/6 81/19 86/21 91/16 93/7
**good [1]** 71/25
**got [5]** 9/13 62/19 69/19 72/21 74/12
**governing [1]** 98/5
**graduation [1]** 58/19
**ground [1]** 9/13
**GROUP [16]** 1/7 1/8 3/3 3/4 3/13 71/5 92/12 92/13 92/15 92/22 93/5 93/8 93/15 93/18 93/21 93/25
**guarantee [1]** 90/23
**guess [6]** 46/9 54/17 63/8 78/2 78/4 80/2
**guys [2]** 61/16 95/13

**H**

**had [24]** 25/23 29/22 29/23 34/5 35/20 36/3 40/10 40/14 40/15 40/18 40/21 41/14 41/16 44/21 48/3 49/23 50/11 52/6 54/21 58/22 63/18 68/8 71/17 82/20
**hand [2]** 78/19 97/17
**handles [1]** 19/6
**handwriting [5]** 41/19 42/3 54/8 54/9 75/21
**hang [2]** 63/4 83/25
**happen [1]** 38/20
**happened [2]** 50/4 50/5
**happening [1]** 54/24
**hard [1]** 65/3
**has [14]** 15/8 42/22 42/22 42/23 58/2 58/5 59/20 61/9 63/12 65/20 83/17 84/24 86/4 95/3
**has anyone [1]** 58/2
**have [106]**
**haven't [1]** 17/14
**having [4]** 9/5 50/25 67/11 81/22
**he [43]** 12/19 13/3 13/6 13/8 26/8 36/12 36/12 36/15 36/20 36/25 37/4 37/6 40/6 42/10 43/9 43/11 43/13 44/2 44/22 45/14 45/19 45/19 45/24 46/17 51/14 54/17 54/18 54/22 62/9 68/8 71/21 71/22 71/24 71/25 72/3 72/5 72/7 72/13 72/16 72/20 72/20 73/3 77/11
**he's [7]** 26/9 32/19 32/25 36/17 36/23 71/25 73/5
**head [1]** 9/24
**header [1]** 35/8
**hear [5]** 57/22 60/6 60/7 64/13 85/9
**heard [2]** 12/7 60/1
**held [6]** 3/22 24/12 25/3 61/11 61/15 61/19
**HELLER [1]** 4/9
**her [7]** 10/4 10/7 19/11 19/19 20/15 80/20 81/23
**here [16]** 9/11 16/2 34/15 50/7 55/23 62/21 62/22 63/12 64/25 71/16 75/9 79/16 79/18 81/22 95/20 95/21
**HEREBY [2]** 8/3 97/8
**hereto [1]** 8/3
**herself [2]** 35/24 35/25
**Hi [1]** 94/15
**higher [1]** 13/25
**higher-end [1]** 13/25
**highest [1]** 58/8
**him [10]** 12/12 12/14 37/24 44/21 51/2 51/4 62/10 71/19 71/21 71/23
**himself [1]** 71/24
**HINSDALE [8]** 1/8 2/11 3/4 71/4 92/21 93/5 93/18 93/24
**hires [1]** 47/17
**hiring [1]** 47/23
**his [2]** 46/17 51/15
**hold [6]** 12/25 13/6 14/17 14/20 61/25 74/2
**HOLDING [1]** 1/9
**HOLDINGS [2]** 1/9 1/13
**home [2]** 10/14 14/8
**homebuilders [1]** 14/7
**homes [2]** 14/2 14/4
**hopefully [1]** 25/17
**HOTEL [1]** 1/9
**hour [3]** 56/10 56/13 69/23
**houses [1]** 14/9
**how [36]** 10/18 11/9 13/3 13/8 16/18 16/21 17/5 17/11 18/11 19/13 20/3 20/23 20/24 21/18 21/18 21/21 27/25 29/24 31/25 36/19 37/10 37/21 38/10 38/20 43/17 48/20 51/16 51/20 52/5 56/18 57/4 57/7 59/9 66/18 70/3 70/5
**HR [4]** 19/3 19/5 19/21 57/11
**huh [8]** 10/1 19/18 26/19 35/15 36/8 54/14 78/21 91/20
**human [3]** 19/7 19/14 19/20
**human resources [2]** 19/7 19/20
**hundred [2]** 37/8 67/20
**HURWITZ [3]** 4/14 91/13 96/2
**husband [1]** 10/22
**husband's [1]** 11/4
**hypothetical [1]** 85/14

**I**

**I'll [5]** 23/17 32/23 32/23 40/7 78/2
**I'm [84]** 9/11 9/11 10/3 10/9 10/13 10/23 11/7 12/1 12/6 15/14 21/9 22/16 23/9 24/15 24/17 25/7 25/9 26/4 27/11 28/9 30/21 31/7 32/10 32/15 32/19 33/2 33/16 34/21 35/3 35/4 35/10 37/4 38/25 39/23 40/19 41/4 46/4 50/2 51/18 52/23 54/4 58/15 61/13 62/25 63/13 63/23 64/23 65/6 67/21 71/16 72/12 72/18 73/5 73/24 74/4 74/6 74/9 75/7 75/9 78/14 78/18 80/20 81/19 83/5 84/21 85/9 85/14 85/19 86/1 86/4 86/21 87/3 87/3 87/4 88/5 89/21 90/3 90/23 91/2 91/8 91/16 92/11 94/10 95/23
**I've [3]** 41/16 83/16 85/15
**i/p/a [1]** 1/13
**idea [1]** 43/17
**identification [1]** 9/3
**identify [5]** 35/5 36/10 52/25 54/5 98/8
**illness [5]** 6/6 6/8 53/3 54/2 54/7
**IMA [1]** 77/3
**important [1]** 9/15
**INC [11]** 1/9 1/10 1/10 1/12 1/13 1/13 1/17 1/22 3/13 3/14 26/7
**INC/LLC [1]** 1/10
**incident [1]** 62/22
**incidents [1]** 95/13
**include [2]** 82/13 89/16
**included [1]** 90/6
**includes [3]** 84/16 84/24 89/5
**including [4]** 8/5 8/23 80/23 82/23
**indemnification [3]** 30/19 30/22 30/24
**indemnify [1]** 31/9
**independent [4]** 45/5 46/25 47/4 82/22
**Index [1]** 1/5
**indicated [1]** 45/19
**indicates [1]** 74/10
**indicating [1]** 55/8
**indication [1]** 73/19
**individual [4]** 18/12 18/17 28/12 98/12
**informal [1]** 49/6
**information [6]** 52/6 52/8 74/12 76/10 76/12 94/3
**informed [1]** 94/24
**initial [3]** 32/1 87/9 88/5
**initialed [2]** 31/18 87/4
**initials [6]** 31/14 31/15 31/23 32/3 86/23 86/25
**injury [6]** 6/6 6/8 52/20 53/3 54/2 54/7
**injury/accident [1]** 52/20
**injury/illness [3]** 6/6 6/8 54/2
**instance [1]** 27/25
**insufficient [1]** 48/13
**insurance [33]** 3/8 3/9 3/13 3/13 27/4 27/7 27/18 27/19 27/23 27/24 28/2 28/8 28/13 28/14 28/15 28/18 28/21 28/22 28/23 29/3 29/9 29/15 29/19 29/20 29/22 29/23 29/24 30/7 30/12 49/14 49/17 53/13 78/13
**insurances [1]** 26/24
**insure [1]** 28/3
**interested [1]** 97/16
**interrupt [1]** 23/9
**interrupting [1]** 10/25
**investigation [6]** 39/7 49/20 50/5 50/8 53/16 77/22
**involved [1]** 38/19
**is [126]**
**isn't [1]** 37/5
**issue [1]** 28/18
**issues [3]** 19/7 81/22 82/6
**it [172]**
**it's [31]** 9/14 10/10 11/18 13/18 24/16 35/11 41/23 42/3 51/12 51/12 53/2 55/17 55/23 61/10 65/3 65/3 72/7 72/15 72/17 74/2 74/5 75/9 75/11 83/24 83/24 84/9 87/14 89/11 89/15 91/4 93/3
**items [11]** 78/25 79/14 79/16 79/18 79/22 83/19 87/21 87/22 87/23 88/7 88/13
**its [8]** 8/13 15/23 16/5 21/7 31/1 47/12 55/4 56/9
**itself [2]** 22/13 22/17

**J**

**Jason [7]** 38/3 39/16 44/15 46/16 54/13 55/24 76/23
**Jay [6]** 38/2 39/15 46/16 50/23 68/8 73/2
**Jay's [1]** 72/21
**Jefferson [2]** 2/11 4/4
**JENNIFER [3]** 4/16 91/13 95/25
**job [23]** 16/21 16/24 17/3 17/7 19/22 33/10 39/3 50/19 54/15 65/17 66/14 66/19 66/24 67/5 67/10 67/13 67/25 68/6 68/17 68/21 69/22 93/13 94/1
**jobs [2]** 15/13 34/6
**Joe [1]** 18/20
**JOHN [4]** 1/10 37/11 37/12 49/17
**Johnny [1]** 12/15
**Jones [1]** 18/21
**Juan [13]** 37/17 37/17 37/19 40/14 40/15 40/21 42/9 43/5 44/14 44/19 45/23 51/12 72/25
**judgment [1]** 91/15
**jump [1]** 90/16
**just [45]** 10/13 17/2 20/5 23/10 23/15 23/18 24/9 24/21 31/20 32/11 32/15 40/6 43/9 50/19 57/24 58/2 58/23 63/4 63/5 63/7 65/6 68/7 72/18 78/14 79/9 81/17 81/24 82/5 82/7 83/6 84/2 84/10 84/11 87/3 88/9 88/9 90/16 90/16 91/2 91/16 92/6 93/7 94/7 94/16 96/2

**K**

**keep [14]** 17/23 18/2 18/13 23/11 48/5 48/20 49/3 49/8 55/3 69/16 77/12 85/17 86/7 95/13
**keeping [1]** 87/17
**keeps [3]** 40/6 69/12 86/5
**KEITH [23]** 2/15 24/7 24/18 26/16 30/3 32/10 33/3 34/25 39/25 52/15 53/4 53/20 63/2 63/21 71/13 75/4 75/23 76/5 78/3 83/7 86/20 90/20 91/4
**Keith Frary [1]** 90/20
**KELLY [1]** 4/10
**Ken [4]** 51/16 51/20 51/22 52/3
**Kenneth [2]** 37/23 44/14
**kept [8]** 16/23 49/22 55/10 56/13 56/15 56/20 77/16 86/16
**kind [6]** 9/18 27/22 40/20 46/10 55/4 89/20
**kindly [1]** 98/11
**KNAPP [4]** 2/5 57/21 94/14 94/15
**knew [1]** 52/13
**know [180]**
**know they [1]** 92/16
**knowledge [2]** 34/16 45/5

**K**

**KOWALEWSKI [1]** 2/22

**L**

**laborers [2]** 57/4 69/4
**LAFACE [120]**
**LaFace's [4]** 30/25 49/14 50/12 86/14
**laid [1]** 48/12
**land [1]** 92/23
**Lane [1]** 10/16
**language [1]** 91/21
**large [1]** 67/8
**Laris [1]** 2/24
**last [7]** 10/7 19/11 64/20 64/21 64/23 79/12 96/11
**law [10]** 2/3 2/10 2/14 4/3 60/19 60/22 61/6 61/8 61/9 92/12
**lawyer [3]** 22/4 60/14 60/14
**layoffs [3]** 48/3 48/6 48/18
**Le [3]** 58/12 58/17 58/20
**Le Moyne [3]** 58/12 58/17 58/20
**leading [1]** 74/23
**learn [2]** 21/19 21/21
**least [2]** 25/24 31/22
**leave [2]** 32/14 46/2
**left [2]** 78/19 83/7
**left-hand [1]** 78/19
**let [11]** 24/21 28/11 40/7 64/6 74/19 81/17 82/9 85/16 86/19 86/19 94/22
**level [1]** 58/9
**Liberty [2]** 2/18 4/14
**like [32]** 12/12 13/23 14/2 14/2 14/7 14/7 14/8 16/15 18/20 25/8 25/9 29/23 35/7 35/8 41/23 42/7 59/3 62/6 67/8 68/9 72/20 73/2 73/5 75/5 80/13 81/5 82/11 83/3 83/15 92/20 94/20 95/9
**likely [1]** 82/6
**limited [1]** 8/23
**line [13]** 34/8 44/19 53/6 64/20 66/9 66/11 72/7 72/8 72/15 72/18 80/7 98/9 98/14
**lines [3]** 63/14 72/15 79/5
**LIPPMAN [1]** 2/7
**list [2]** 83/3 83/19
**listed [2]** 87/22 89/11
**lists [4]** 79/21 79/21 83/12 83/13
**little [8]** 10/4 24/22 32/13 72/14 81/4 83/7 84/11 91/15
**Liverpool [1]** 20/18
**LLC [11]** 1/7 1/8 1/8 1/8 1/9 1/9 1/10 2/17 3/3 3/4 4/7
**LLP [3]** 2/10 4/3 4/10
**located [3]** 42/17 50/12 66/24
**location [3]** 8/21 77/2 77/3
**long [4]** 10/18 48/20 59/9 89/24
**longer [2]** 20/12 20/14
**look [5]** 24/20 32/24 37/10 86/21 87/4
**looked [1]** 26/4
**looking [12]** 10/12 26/4 32/12 63/13 63/24 64/20 71/16 74/4 74/9 75/9 78/16 86/25
**looks [3]** 75/5 81/4 82/11
**Lori [4]** 19/10 19/16 19/17 20/8
**lot [1]** 91/3
**lots [1]** 14/8
**loud [2]** 80/11 80/14
**Lynn [1]** 61/10

**M**

**ma'am [5]** 23/18 24/21 25/14 91/8 96/15
**made [3]** 44/11 45/9 98/8
**magic [1]** 39/24
**Main [1]** 4/11
**mainly [1]** 13/24
**maintained [1]** 48/16
**make [12]** 8/8 23/17 31/22 32/11 65/3 79/7 81/2 82/9 82/10 88/16 90/4 98/7
**makes [1]** 9/19
**making [3]** 32/15 82/20 88/21
**manager [1]** 62/9
**manila [1]** 18/21
**manner [3]** 73/12 73/21 94/25
**MANUFACTURING [1]** 1/10
**many [2]** 11/9 66/18
**mark [1]** 98/10
**marked [11]** 6/4 9/3 23/3 23/24 23/24 24/16 33/16 35/4 52/24 54/5 63/13
**Marketing [1]** 58/14
**MARMANILLO [4]** 2/12 4/5 92/10 92/11
**Martinez [1]** 36/19
**mason [1]** 62/12
**masonry [3]** 13/18 15/9 25/8
**masons [8]** 38/5 38/11 47/12 47/18 47/24 48/3 57/2 69/4
**materials [1]** 34/11
**matter [1]** 78/14
**Matthew [2]** 6/11 22/8
**may [8]** 8/10 8/18 8/22 16/15 34/18 52/6 52/8 98/8
**maybe [1]** 78/5
**me [39]** 11/18 24/21 24/22 24/23 25/13 26/8 28/11 40/7 40/17 41/8 43/9 44/20 46/10 46/21 57/22 60/7 62/9 63/4 64/6 71/21 71/25 74/19 79/14 81/17 82/9 82/11 84/2 85/16 86/7 86/19 86/19 87/15 88/2 89/20 94/22 98/22 99/5 99/7 99/9
**mean [25]** 12/6 15/14 21/9 21/9 22/21 23/5 27/2 27/18 28/9 36/11 39/19 41/4 48/25 49/7 51/18 56/21 62/3 64/2 65/13 70/9 73/4 79/22 94/20 94/21 95/8
**meaning [1]** 46/16
**means [2]** 8/23 24/18
**measures [3]** 94/19 94/23 95/9
**meet [3]** 85/22 86/4 86/6
**meeting [2]** 41/6 65/9
**meetings [7]** 17/6 17/6 64/10 64/16 65/21 66/1 66/5
**memorialize [1]** 39/17
**memorialized [1]** 60/4
**memorializing [1]** 40/13
**memory [4]** 40/20 40/20 74/24 74/25
**mentioned [1]** 91/15
**merchandising [1]** 59/8
**might [5]** 49/12 51/14 53/20 69/17 85/5
**Miller [12]** 38/3 38/4 39/16 44/15 46/16 50/23 54/13 54/21 55/24 73/10 73/19 76/23
**Miller's [1]** 54/15
**minutes [1]** 25/16
**Miss [7]** 63/12 63/25 74/4 78/12 90/15 90/20 94/15
**Miss Rachetta [3]** 63/25 74/4 78/12
**misspoke [1]** 78/18
**moment [1]** 40/4
**moments [2]** 74/22 82/8
**months [1]** 59/3
**more [4]** 13/25 24/24 34/9 61/7
**morning [2]** 9/12 78/15
**most [3]** 65/5 79/11 79/13
**motion [2]** 8/8 8/19
**move [7]** 8/6 8/7 24/19 24/22 40/7 81/3 81/3
**moved [3]** 42/22 42/23 49/11
**MOVIE [25]** 1/7 2/14 16/2 16/8 17/12 17/16 21/17 25/11 26/21 29/20 31/8 32/6 33/13 33/20 34/22 65/17 66/19 66/24 67/12 68/17 68/21 70/24 84/14 90/21 93/12
**moving [1]** 40/6
**Moyne [3]** 58/12 58/17 58/20
**MR [25]** 9/9 24/14 25/5 25/22 37/20 38/4 43/25 44/6 46/11 46/15 47/2 54/21 67/15 68/12 68/13 73/10 73/12 73/19 73/22 74/10 74/15 74/22 76/16 78/11 90/19
**Mr. [6]** 22/9 41/6 43/15 54/15 71/18 72/10
**Mr. Miller's [1]** 54/15
**Mr. Rivera [4]** 41/6 43/15 71/18 72/10
**Mr. Ward [1]** 22/9
**Mrs [2]** 57/13 57/22
**Mrs. [8]** 24/15 25/23 33/8 35/3 40/3 52/23 54/4 96/17
**Mrs. Rachetta [8]** 24/15 25/23 33/8 35/3 40/3 52/23 54/4 96/17
**Ms [8]** 9/10 10/4 57/21 91/12 92/10 94/14 96/6 98/4
**Ms. [1]** 10/14
**Ms. Rachetta [1]** 10/14
**much [4]** 12/13 57/25 62/10 91/7
**multipage [1]** 24/16
**Munetz [1]** 20/11
**municipal [1]** 13/22
**MUTUAL [1]** 3/9
**my [32]** 9/10 10/22 11/18 12/2 22/4 26/11 28/23 34/8 35/7 39/24 41/23 41/23 45/14 53/13 57/14 62/19 64/3 65/11 71/20 74/24 75/10 78/12 84/21 85/19 86/25 87/16 87/16 90/20 92/3 92/19 96/11 97/17
**myself [1]** 22/5

**N**

**name [15]** 9/10 10/7 11/4 11/6 19/11 26/11 35/7 41/23 41/24 41/25 42/4 55/15 61/8 78/12 90/20
**named [1]** 61/21
**NASH [1]** 2/20
**necessary [1]** 98/8
**need [4]** 25/6 29/2 29/9 75/14
**negotiated [3]** 21/23 22/14 22/18
**negotiating [2]** 22/21 23/6
**neighborhoods [1]** 14/8
**Nelson [1]** 2/25
**NES [6]** 1/9 1/13 2/18 6/13 33/6 33/18
**never [1]** 72/3
**new [22]** 1/2 2/4 2/8 2/12 2/15 2/18 2/22 3/2 3/22 4/5 4/8 4/8 4/12 4/15 10/16 20/6 20/18 42/19 42/20 42/25 97/7 99/2
**New York [4]** 10/16 20/18 42/20 42/25
**next [5]** 37/10 37/17 37/25 66/7 81/3
**NICOLE [3]** 2/12 4/5 92/11
**nine [5]** 79/2 79/4 79/22 82/21 88/7
**no [62]** 1/5 1/6 3/6 9/2 13/12 13/15 14/12 14/15 15/3 16/13 16/24 17/2 17/4 20/12 20/14 21/16 32/8 34/16 39/5 40/23 43/24 45/4 46/14 47/8 47/9 47/10 50/10 57/3 57/6 57/12 57/16 58/4 58/7 59/16 60/18 60/21 62/24 63/17 65/18 66/3 66/20 66/25 67/6 68/23 68/24 68/24 69/1 70/11 71/1 71/6 73/8 73/23 75/3 80/3 83/16 84/5 85/4 87/3 87/3 91/24 96/13 98/14
**No. [15]** 24/8 33/4 35/2 35/4 36/7 40/2 40/4 40/11 53/22 54/5 54/9 80/6 82/21 88/16 89/11
**No. 12 [2]** 53/22 54/9
**No. 14 [1]** 40/2
**No. 16 [2]** 35/4 36/7
**No. 19 [1]** 33/4
**No. 5 [4]** 80/6 82/21 88/16 89/11
**nod [1]** 9/23
**none [2]** 7/5 98/9
**Nope [1]** 59/12
**NORTH [1]** 1/12
**NORTHERN [1]** 3/2

## N

**not [45]** 8/7 8/23 12/6 12/9 12/13 13/12 14/12 14/12 15/14 15/21 21/9 22/16 25/7 27/19 28/9 35/10 36/17 36/25 38/9 41/4 41/23 45/19 46/13 46/16 49/5 49/12 60/12 63/20 64/1 67/6 67/21 71/25 74/25 80/17 82/9 83/5 83/16 85/14 85/19 87/22 89/16 94/8 95/11 97/13 98/10
**notarial [1]** 97/17
**Notary [6]** 3/21 8/10 8/11 97/7 98/11 98/25
**notes [2]** 51/8 97/10
**notice [1]** 42/11
**November [19]** 35/16 36/12 36/20 37/14 38/7 38/13 39/2 39/8 40/15 40/21 41/7 42/18 43/16 44/13 49/13 53/9 54/16 56/1 56/25
**November 2015 [3]** 36/12 54/16 56/25
**November 5th [5]** 38/7 38/13 39/2 39/8 53/9
**November 6th [2]** 35/16 43/16
**now [51]** 11/13 11/21 12/4 12/22 13/13 13/16 14/10 16/8 17/15 17/22 18/24 19/3 19/22 20/19 21/3 26/10 26/23 30/3 30/5 30/16 31/12 32/5 32/18 32/25 33/3 34/25 35/20 35/22 36/5 37/16 38/18 40/24 41/11 41/14 41/16 42/24 43/3 45/22 47/11 50/22 51/13 54/8 54/11 56/9 58/1 58/3 60/7 65/2 65/5 77/25 84/7
**number [4]** 57/1 57/4 83/14 98/9
**numbered [2]** 78/25 79/16
**numbers [4]** 79/7 79/8 79/9 79/10
**numerous [1]** 59/21

## O

**O'CONNOR [7]** 2/7 2/9 9/9 9/10 24/14 25/5 25/22
**oath [1]** 8/21
**object [26]** 8/5 8/7 31/3 38/21 41/3 42/13 43/6 44/24 45/7 45/25 46/18 47/7 47/19 53/17 56/6 59/22 62/17 68/19 70/7 76/18 77/6 79/24 82/16 83/20 89/7 89/18
**objection [13]** 8/9 8/9 27/8 28/5 64/12 64/18 68/25 70/14 73/14 73/15 74/17 91/25 92/1
**obligation [1]** 86/14
**obtain [3]** 28/1 28/21 29/20
**obtaining [1]** 28/12
**obviously [1]** 40/23
**occurred [13]** 19/23 38/19 39/2 43/17 43/20 43/23 44/5 44/17 45/20 50/8 60/10 67/24 70/6
**October [1]** 97/18
**odd [1]** 9/18
**off [12]** 24/10 24/12 24/25 25/3 25/15 48/12 50/3 51/18 62/16 74/24 74/24 74/25
**offered [1]** 56/22
**office [14]** 12/24 13/6 14/17 14/20 34/9 42/10 42/15 42/17 42/21 42/22 42/24 43/16 44/6 57/7
**officer [5]** 8/21 12/22 13/4 13/8 13/14
**officers [1]** 13/10
**OFFICES [2]** 2/14 61/6
**oh [8]** 10/6 10/9 27/17 35/12 46/8 51/14 67/19 80/16
**okay [186]**
**old [1]** 11/12
**older [2]** 90/23 91/2
**once [2]** 22/24 91/17
**one [22]** 2/14 8/9 11/11 14/9 15/4 17/24 18/22 28/12 28/16 28/25 31/19 32/11 32/14 75/15 75/17 79/2 79/22 82/21 83/14 83/16 88/7 96/2
**only [9]** 13/20 27/19 35/7 47/17 57/25 69/18 83/14 83/16 90/22
**ONONDAGA [1]** 1/2
**opened [1]** 18/19
**operating [2]** 73/10 73/20
**operation [3]** 54/23 55/25 56/5
**opportunity [1]** 40/10
**ordered [1]** 16/15
**orders [1]** 16/15
**original [1]** 8/13
**OSHA [22]** 49/19 49/23 50/5 50/8 50/11 50/14 50/16 50/18 50/20 56/10 56/19 56/22 67/14 67/17 68/5 68/16 68/20 69/5 69/7 69/13 69/23 77/22
**OSHA's [1]** 67/25
**Oswego [1]** 42/25
**Oswego Road [1]** 42/25
**other [29]** 8/10 8/22 9/18 12/4 13/10 14/24 14/25 15/23 27/6 27/21 28/2 29/13 29/18 30/11 34/6 45/4 46/12 52/5 52/7 56/4 57/10 58/22 61/9 65/19 83/3 83/11 83/18 83/19 87/10
**others [3]** 59/6 59/11 61/5
**otherwise [2]** 9/17 73/21
**our [3]** 9/13 9/15 61/20
**out [26]** 15/23 16/6 17/25 31/22 32/24 41/6 46/2 60/6 61/13 61/24 65/3 67/9 76/7 79/7 80/10 80/13 80/21 81/2 81/18 82/9 82/10 82/20 84/10 88/16 88/21 90/5
**outside [1]** 73/7
**over [2]** 9/17 51/5
**own [8]** 11/19 12/5 12/9 21/7 51/15 67/4 67/7 92/16
**owned [5]** 11/18 33/9 33/14 34/16 92/19
**owner [18]** 12/19 21/12 27/6 81/5 81/10 81/11 82/14 84/17 84/25 88/17 88/22 89/3 89/15 89/17 89/23 90/6 92/23 93/8
**owners [3]** 14/25 21/4 59/15
**ownership [7]** 11/22 11/23 14/13 59/17 59/20 60/9 62/6

## P

**P.C [3]** 2/20 4/14 61/4
**p.m [1]** 96/19
**page [20]** 5/3 6/4 7/3 26/5 26/16 31/13 54/12 63/9 63/9 63/22 63/23 74/5 75/5 81/16 82/2 82/17 84/6 84/12 98/8 98/14
**Page 1 [2]** 63/22 82/17
**Page 2 [2]** 81/16 82/2
**Page 4 [1]** 26/5
**Page 5 [1]** 63/9
**pages [1]** 31/19
**papers [1]** 62/10
**paperwork [2]** 12/12 19/24
**paragraph [10]** 37/11 37/17 37/25 64/9 64/15 65/8 66/8 66/8 74/5 76/2
**pardon [1]** 50/3
**Parish [1]** 36/10
**part [11]** 8/4 17/13 30/18 76/7 79/11 79/13 79/23 80/3 80/9 81/12 83/19
**participants [1]** 8/22
**participate [1]** 8/22
**particular [6]** 30/7 33/20 55/16 63/6 82/23 84/15
**particularly [3]** 33/12 35/18 82/21
**parties [5]** 8/3 8/17 8/22 30/25 97/14
**parts [1]** 30/11
**party [5]** 1/14 1/18 1/20 1/23 86/4
**patience [1]** 57/15
**Paul [3]** 11/5 11/8 11/9
**payroll [3]** 18/11 18/13 19/21
**percent [3]** 12/2 37/8 67/20
**percentage [1]** 11/21
**percentages [2]** 11/22 14/13
**perform [1]** 95/12
**performance [1]** 30/25
**performed [3]** 76/16 76/22 76/25
**performing [2]** 94/24 95/11
**period [2]** 44/12 49/3
**person [12]** 19/5 19/6 19/14 20/10 34/3 34/9 34/9 51/5 51/7 53/7 57/11 99/8
**personal [2]** 63/15 63/18
**personally [2]** 34/6 60/12
**personnel [13]** 16/21 16/24 17/2 17/23 17/23 18/2 18/6 18/14 18/17 18/25 55/10 95/5 95/16
**pertinent [1]** 29/13
**PFALZGRAF [1]** 2/17
**phone [2]** 46/17 51/6
**physically [1]** 8/21
**place [10]** 4/7 8/20 25/11 29/24 42/15 48/24 49/20 50/17 87/25 94/18
**Plaintiff [1]** 1/20
**Plaintiffs [5]** 1/4 1/14 2/3 3/5 4/3
**please [7]** 10/15 24/8 66/9 72/24 82/18 98/6 98/10
**PLLC [1]** 2/3
**point [3]** 32/19 73/9 73/18
**policy [15]** 29/15 48/24 49/2 49/5 49/6 49/10 85/4 85/17 86/5 86/18 87/9 87/17 87/20 87/23 87/25
**portion [1]** 85/11
**position [6]** 59/2 59/5 59/9 61/25 62/7 62/7
**positions [2]** 58/22 58/24
**positive [1]** 77/11
**practice [3]** 8/19 65/23 85/4
**practices [1]** 94/18
**preparing [1]** 53/7
**presence [3]** 64/22 65/3 67/25
**present [8]** 2/24 8/22 38/24 43/11 45/15 45/20 48/18 58/5
**presented [4]** 22/20 22/23 22/25 27/3
**presently [4]** 20/15 36/23 57/11 58/3
**president [4]** 13/1 13/9 14/21 28/17
**previously [3]** 63/13 65/21 69/11
**primarily [1]** 62/12
**prime [1]** 15/12
**principals [1]** 14/24
**prior [20]** 20/8 38/6 38/25 43/25 54/24 54/24 55/25 65/14 67/12 67/15 68/6 68/12 69/17 69/23 73/12 73/21 74/16 74/22 87/24 88/25
**Probably [1]** 50/21
**problem [1]** 57/16
**procedure [5]** 18/24 20/20 21/5 22/24 98/5
**proceeding [1]** 97/9
**proceedings [2]** 96/18 97/12
**process [1]** 20/25
**processing [2]** 19/24 20/19
**program [1]** 55/9
**project [28]** 16/3 16/6 16/9 17/12 17/16 21/18 21/19 21/21 25/12 26/21 26/25 27/22 28/4 29/16 29/21 30/8 31/8 33/13 33/20 33/21 34/4 34/14 34/21 34/22 49/4 65/16 84/15 93/13
**projects [7]** 13/21 13/21 13/22 15/20 29/7 29/10 86/8
**proper [1]** 27/23
**property [1]** 92/17
**proved [1]** 99/7
**provide [8]** 27/4 27/20 29/12 30/7 30/13 30/24 66/13 67/4
**provided [11]** 8/4 8/19 16/16 45/23 55/7 66/19 77/22 86/15 86/17 96/9 96/10
**provides [1]** 47/12
**providing [1]** 29/18
**provision [1]** 30/5
**Prudential [3]** 58/25 59/2 59/5
**Public [6]** 3/21 8/10 8/11 97/7 98/11

**P**

**Public... [1]** 98/25
**pull [6]** 39/24 39/25 63/3 71/13 75/7 78/4
**purpose [1]** 67/21
**purposes [2]** 8/19 8/20
**pursuant [2]** 8/18 65/7
**put [11]** 24/8 33/3 42/7 46/13 52/16 55/20 62/9 75/11 76/10 84/2 94/18

**Q**

**question [20]** 8/5 8/7 9/16 27/10 27/13 29/6 45/14 47/15 51/20 54/12 57/24 64/4 65/7 81/21 81/24 84/21 85/16 87/16 96/3 96/12
**questions [12]** 9/12 23/21 36/9 57/14 77/24 78/15 91/18 92/4 92/7 92/25 94/16 96/13
**quick [5]** 24/11 57/24 72/19 90/16 96/3

**R**

**Rachetta [29]** 1/25 3/19 6/11 9/4 10/8 10/10 10/14 11/5 11/8 24/15 25/23 32/2 33/8 35/3 40/3 52/23 54/4 57/14 57/22 63/12 63/25 74/4 78/12 90/15 90/20 94/15 96/17 98/4 98/20
**Rachetta's [1]** 6/9
**ran [1]** 17/17
**Raymour [1]** 59/7
**read [33]** 8/13 25/18 31/20 35/6 35/20 40/4 40/10 41/5 41/15 41/16 46/24 63/25 64/3 64/4 64/21 72/23 79/3 80/7 80/8 80/9 80/10 80/13 80/20 81/14 82/7 85/10 85/12 87/14 87/21 88/19 89/21 98/5 98/6
**reading [2]** 41/11 74/24
**real [3]** 24/11 72/18 90/16
**really [9]** 62/10 64/2 65/3 79/3 80/8 82/10 85/20 86/11 88/4
**reason [6]** 47/5 48/12 62/15 71/23 72/3 98/9
**REASONS [1]** 98/14
**recall [76]** 14/15 15/21 16/7 16/11 17/12 19/2 20/22 21/2 22/11 23/23 26/12 26/22 29/22 30/15 31/10 31/11 31/12 33/11 33/15 33/18 33/22 34/7 35/16 38/9 38/17 39/9 39/13 39/15 40/25 41/5 42/14 43/19 43/22 44/10 44/18 45/9 45/21 45/22 46/11 46/15 46/24 49/21 50/23 50/24 50/25 51/2 51/3 51/8 51/21 51/23 51/24 52/10 56/8 59/19 60/22 66/16 66/21 67/2 67/11 67/16 67/17 70/3 70/19 70/23 71/3 74/13 74/14 82/25 84/13 84/19 88/11 88/13 88/21 88/23 88/24 93/16
**receive [5]** 25/18 84/18 85/1 87/7 87/10
**received [6]** 21/22 22/2 22/25 49/23 55/24 76/12
**receiving [3]** 35/17 35/18 84/19
**recent [1]** 65/5
**recess [2]** 25/20 57/17
**recollection [14]** 20/24 29/17 46/25 47/4 55/24 63/16 65/16 68/5 68/5 71/10 73/6 74/20 76/8 82/22
**recollections [1]** 72/25
**record [10]** 24/10 24/13 25/1 25/4 25/16 49/22 58/24 76/4 77/12 97/11
**record's [2]** 23/10 23/16
**records [23]** 16/18 16/21 16/24 17/3 17/5 18/11 18/13 48/5 48/8 48/14 48/21 50/13 55/3 61/11 61/14 61/16 69/12 69/16 77/16 77/19 77/21 95/4 95/13
**refer [1]** 14/4
**reference [6]** 37/11 37/16 37/25 38/10 81/10 87/10
**referenced [2]** 87/18 96/8
**references [2]** 65/14 91/22
**referencing [1]** 76/2
**referred [1]** 91/21
**referring [3]** 23/11 34/21 86/2
**refers [2]** 37/22 38/2
**refresher [3]** 56/18 56/21 56/23
**regarding [2]** 6/12 67/25
**related [10]** 6/6 6/8 12/4 46/12 52/19 53/3 54/2 54/6 78/14 86/14
**relative [1]** 97/14
**remember [32]** 17/14 20/5 39/15 39/16 40/13 40/19 41/8 41/11 41/13 41/14 42/12 43/18 45/3 51/19 52/4 53/18 54/20 57/9 59/17 67/22 68/10 68/11 68/15 70/4 72/10 72/12 73/8 75/3 76/14 77/2 77/4 88/18
**remembered [1]** 40/17
**remodels [1]** 13/22
**remote [1]** 8/22
**remotely [2]** 3/20 97/9
**rent [1]** 67/9
**rental [3]** 6/13 33/6 33/17
**RENTALS [9]** 1/9 1/10 1/12 1/13 1/13 2/17 2/18 6/13 33/18
**rented [2]** 34/5 34/18
**renting [2]** 33/18 33/23
**repeat [4]** 17/25 46/10 65/6 87/19
**rephrase [3]** 28/11 74/19 94/22
**report [17]** 6/6 6/7 42/10 49/23 50/11 50/18 52/19 53/2 54/1 54/6 75/7 75/8 75/19 75/24 75/25 76/8 76/13
**reporter [4]** 3/21 85/13 97/7 97/21
**reports [2]** 50/16 53/24
**represent [4]** 78/13 90/21 91/14 92/12
**representative [4]** 64/9 64/15 65/8 67/14
**representatives [5]** 65/22 66/17 66/22 70/20 71/4
**request [2]** 21/13 85/5
**requested [4]** 28/8 68/20 71/19 85/11
**require [3]** 56/9 69/4 69/22
**required [5]** 26/24 28/3 64/10 64/16 65/9
**requirements [1]** 29/23
**requires [2]** 27/4 30/6
**reserve [1]** 81/20
**reserved [2]** 8/6 8/8
**reside [2]** 10/21 20/17
**resided [1]** 10/18
**residential [3]** 13/21 13/25 14/1
**resource [1]** 19/14
**resources [2]** 19/7 19/20
**respect [1]** 93/12
**respective [1]** 8/3
**responsibilities [2]** 19/20 28/17
**responsibility [1]** 34/13
**responsible [6]** 19/23 26/24 27/6 28/12 33/24 47/23
**result [2]** 95/10 95/20
**results [3]** 77/4 77/9 77/13
**retention [1]** 48/24
**return [1]** 98/11
**review [14]** 21/6 22/3 24/17 25/6 25/7 30/13 31/18 36/3 65/5 66/9 66/11 71/17 72/18 87/23
**reviewed [5]** 22/4 23/3 24/4 24/5 89/2
**reviewing [5]** 64/8 64/14 87/17 87/20 88/6
**right [27]** 8/5 32/9 32/18 35/22 35/24 36/5 51/12 57/25 58/3 58/21 61/2 63/21 64/25 74/8 77/21 77/25 78/8 79/4 81/7 82/4 88/15 88/21 89/11 89/14 89/25 90/7 92/23
**rights [2]** 8/4 81/20
**Rivera [20]** 37/19 37/20 40/14 40/15 40/21 41/6 42/9 43/5 43/15 44/1 44/6 44/14 44/20 45/23 46/11 46/15 47/2 51/12 71/18 72/10
**RJI [1]** 1/6
**ROAD [9]** 1/8 2/4 3/4 42/25 71/5 92/21 93/5 93/18 93/25
**role [1]** 20/7
**Romeo [2]** 61/4 61/4
**room [3]** 57/25 58/3 58/5
**Rosa [1]** 20/11
**rules [3]** 8/5 9/13 98/5
**run [2]** 96/14 96/15
**RUPP [1]** 2/17
**Russian [1]** 82/11
**RYAN [1]** 4/9

**S**

**safety [2]** 17/6 56/23
**said [13]** 68/4 69/10 71/7 72/7 73/17 81/8 81/8 81/9 81/9 87/1 88/15 88/17 88/22
**same [14]** 8/17 14/14 18/24 42/22 51/20 57/10 60/16 60/19 65/6 81/24 82/6 91/5 97/10 97/16
**sanity [1]** 9/15
**SANTACROSE [1]** 2/14
**satisfactory [1]** 99/8
**saw [1]** 10/13
**say [9]** 12/14 18/8 29/9 44/19 45/13 48/17 77/3 78/23 93/3
**saying [12]** 31/7 41/12 44/4 46/15 65/4 73/5 74/18 86/12 87/3 87/14 88/24 89/21
**says [20]** 29/2 31/21 35/7 53/2 75/18 78/19 79/15 80/6 83/4 83/8 83/12 86/24 87/5 88/16 89/14 89/21 89/22 89/23 90/5 90/9
**scan [1]** 84/10
**scene [1]** 71/8
**scheduled [1]** 68/16
**scheduling [3]** 65/9 65/21 65/25
**school [1]** 13/22
**schools [1]** 13/24
**screen [1]** 51/13
**scroll [2]** 30/16 53/5
**scrolled [1]** 35/11
**seal [2]** 97/17 99/16
**second [5]** 63/5 75/5 81/18 83/25 84/3
**section [11]** 8/18 8/19 30/4 30/17 30/18 30/20 30/21 75/6 83/3 83/12 91/18
**Section 4.1 [1]** 30/4
**Section 5 [2]** 30/17 30/20
**secure [1]** 27/22
**securing [2]** 26/24 27/7
**see [25]** 30/5 30/18 30/22 35/7 40/5 43/15 52/13 57/25 63/12 64/3 64/23 65/2 72/8 72/17 75/6 75/18 75/18 78/19 79/2 79/3 79/4 79/9 83/8 84/11 89/22
**seeing [1]** 35/10
**seem [1]** 32/13
**seen [7]** 17/14 83/3 83/11 83/15 83/16 83/18 84/8
**segregated [1]** 16/22
**SELECTIVE [4]** 3/13 3/13 4/14 91/14
**sent [2]** 53/11 53/13
**sentence [5]** 64/21 64/23 65/14 81/15 89/24
**separate [6]** 18/21 48/16 50/15 50/19 50/21 78/13
**September [6]** 3/22 20/5 20/8 26/17 31/17 36/7
**September 2015 [1]** 20/8
**September 24th [1]** 36/7
**September 9 [1]** 26/17
**Sereno [1]** 49/18
**serve [3]** 13/14 15/11 15/19

S


**served [2]** 19/14 50/11
**set [4]** 61/2 69/7 91/8 95/23
**setup [1]** 9/18
**seven [2]** 49/8 72/15
**seven years [1]** 49/8
**shall [3]** 8/7 8/15 8/21
**shareholders [1]** 14/25
**SHAUN [7]** 1/3 2/24 6/12 38/19 72/8 72/21 72/21
**she [8]** 19/23 20/4 20/6 20/12 20/17 24/20 84/11 91/6
**she's [1]** 20/14
**SHEET [3]** 98/2 98/7 98/11
**sheets [1]** 98/8
**short [2]** 25/20 57/17
**should [4]** 16/17 45/14 61/17 98/7
**shoulders [1]** 9/23
**show [2]** 26/10 86/21
**showing [5]** 24/15 26/8 33/16 35/3 52/23
**shrug [1]** 9/23
**side [1]** 78/20
**sign [4]** 8/13 72/5 88/6 98/10
**signature [8]** 26/5 41/22 42/6 53/6 53/6 53/7 63/8 63/14
**signed [2]** 41/23 72/3
**signing [3]** 26/12 87/24 88/25
**signs [1]** 84/16
**similar [1]** 62/14
**since [5]** 15/8 15/18 15/22 58/6 59/21
**sit [4]** 24/2 34/15 50/7 55/23
**site [21]** 32/7 34/17 34/18 38/12 38/25 39/3 45/10 52/12 65/17 66/14 66/19 66/24 67/13 67/14 67/25 68/6 68/17 68/22 93/13 93/22 94/2
**sites [5]** 33/10 38/6 67/5 67/10 69/23
**slowdown [1]** 48/12
**slowdowns [1]** 48/6
**Smith [1]** 18/20
**smoking [2]** 38/11 38/12
**SNYDER [2]** 2/3 2/5
**so [64]** 18/19 20/4 20/6 23/10 23/15 24/9 24/20 28/20 29/14 29/19 32/23 34/11 34/15 36/14 39/12 39/22 42/3 43/14 44/9 45/16 48/15 49/11 49/25 55/2 55/18 56/3 56/11 57/25 62/9 66/15 69/2 69/6 70/22 71/9 72/18 74/9 75/14 76/6 76/9 79/18 79/21 81/7 81/7 81/10 83/18 84/2 84/9 84/11 84/22 85/4 85/21 86/4 86/7 88/3 88/14 88/25 89/4 90/1 90/9 90/23 92/25 93/19 95/14 95/17
**software [1]** 8/23
**sole [1]** 12/19
**solely [1]** 74/25
**some [14]** 9/12 12/12 13/25 14/2 14/7 32/19 39/25 47/14 49/11 55/6 62/10 71/8 78/25 91/17
**somebody [5]** 18/9 19/14 20/7 33/25 34/1
**something [8]** 17/19 33/24 42/7 52/11 68/8 68/13 75/15 88/10
**sometime [1]** 54/24
**somewhere [1]** 86/16
**sorry [23]** 10/9 10/13 10/23 11/7 23/9 27/11 30/21 37/4 38/25 46/5 50/2 51/18 52/21 58/15 61/13 67/19 72/18 74/6 78/18 80/12 80/15 84/4 85/9
**sounds [1]** 73/4
**SOUTHERN [4]** 1/8 2/15 70/24 90/21
**speak [2]** 44/2 51/4
**specialized [2]** 55/7 55/19
**specific [13]** 60/23 61/22 62/4 65/15 66/16 66/21 68/1 68/2 71/10 72/25 73/6 74/14 74/20
**specifically [5]** 17/11 48/17 72/10 74/21 78/6
**speed [2]** 73/11 73/20
**spell [1]** 19/11
**spoke [3]** 37/20 37/24 44/20
**spoken [1]** 38/4
**spot [1]** 72/22
**Spring [2]** 37/11 37/12
**staff [2]** 57/7 57/10
**Stanczyk [1]** 61/10
**stand [1]** 79/19
**started [5]** 14/22 15/5 15/7 20/4 26/20
**starting [1]** 20/8
**state [6]** 1/2 3/22 58/23 97/7 98/9 99/2
**statement [16]** 6/9 40/25 43/4 44/22 44/23 45/22 46/13 46/25 47/6 51/15 71/14 71/14 71/19 71/24 72/16 72/19
**statements [5]** 39/10 39/13 39/18 39/20 44/17
**states [2]** 3/2 89/13
**stenographer [1]** 9/14
**stenographer's [1]** 9/15
**stenographic [1]** 97/10
**Steve [1]** 36/19
**STEVENSON [1]** 1/9
**still [3]** 36/15 42/21 77/18
**STIPULATED [4]** 8/3 8/12 8/15 8/17
**storage [1]** 16/10
**Street [4]** 2/7 2/11 4/4 4/11
**strike [4]** 8/6 8/7 67/2 83/2
**stuff [1]** 19/21
**subcontract [13]** 15/23 16/5 23/19 25/25 26/17 27/21 29/13 29/18 30/6 32/10 63/2 65/20 96/7
**subcontractor [3]** 23/12 26/6 85/19
**subcontracts [1]** 86/8
**subdivisions [1]** 14/5
**submit [1]** 81/20
**submitted [4]** 21/13 23/4 23/25 29/24
**Subscribed [1]** 99/5
**substance [1]** 98/7
**successfully [1]** 55/8
**such [9]** 8/8 13/22 19/24 48/12 51/9 54/22 61/11 65/25 98/10
**SUGARMAN [3]** 2/10 4/3 92/12
**suggest [1]** 22/10
**suggestion [2]** 32/12 32/16
**SUHLER [1]** 1/8
**Suite [6]** 2/8 2/11 2/21 4/4 4/11 4/15
**summary [2]** 51/11 52/2
**superintendent [2]** 65/15 65/16
**supervised [2]** 93/21 93/25
**supervisor [4]** 54/13 54/17 75/6 75/19
**supervisor's [2]** 75/25 76/12
**supervisory [2]** 75/8 75/24
**supplemental [1]** 81/2
**supplies [1]** 34/11
**supposed [4]** 49/7 66/13 72/20 73/3
**SUPREME [1]** 1/2
**sure [11]** 12/6 15/14 21/9 32/19 41/4 58/2 63/4 78/6 83/5 85/14 87/20
**suspensions [1]** 95/10
**swap [3]** 32/18 32/23 32/24
**sworn [4]** 8/10 9/5 98/22 99/5
**Syracuse [4]** 2/4 2/12 4/5 42/19


T


**T5 [1]** 1/9
**take [7]** 24/20 32/24 39/10 40/4 62/21 82/8 94/23
**taken [6]** 3/20 9/24 25/21 57/18 95/6 95/19
**taking [2]** 51/8 95/20
**talk [2]** 9/17 17/6
**talked [1]** 52/13
**talking [3]** 14/5 23/12 96/6
**talks [1]** 17/17
**TAVERN [21]** 1/7 2/14 16/3 16/9 17/12 17/16 21/17 25/12 26/21 29/20 31/8 32/7 33/13 33/20 34/22 68/17 68/21 70/24 84/15 90/21 93/12
**technical [1]** 81/22
**telephone [1]** 8/22
**tell [1]** 79/14
**telling [1]** 73/1
**Temes [1]** 61/10
**ten [1]** 25/16
**term [1]** 72/11
**terms [12]** 22/13 82/13 82/23 84/16 84/24 85/5 85/18 85/22 86/3 86/6 86/10 86/13
**test [3]** 77/5 77/10 77/13
**testified [2]** 69/11 71/18
**testifies [1]** 9/6
**testify [1]** 25/10
**testimony [8]** 8/6 8/7 12/7 62/21 62/23 85/12 89/16 95/21
**tests [3]** 76/15 76/21 76/24
**texting [1]** 46/16
**than [8]** 8/11 14/25 32/13 45/4 57/10 57/11 90/23 91/2
**Thank [10]** 11/3 23/16 37/9 58/18 76/5 81/19 90/13 91/8 94/5 96/16
**Thanks [4]** 52/22 57/15 84/7 90/14
**that [300]**
**that's [26]** 23/5 23/14 28/9 30/19 31/13 31/14 33/6 41/1 51/11 68/9 68/9 72/13 77/24 78/8 80/23 81/5 83/16 85/25 88/2 90/3 90/6 90/6 90/12 92/3 92/23 96/11
**Theater [17]** 16/3 16/9 17/12 17/16 21/18 25/12 26/21 29/21 31/8 32/7 33/13 33/20 34/22 65/17 66/19 66/24 67/13
**THEATERS [6]** 1/8 1/8 2/15 70/25 90/21 90/22
**their [11]** 11/10 18/13 55/10 55/20 67/4 67/21 69/8 69/18 77/22 85/18 94/19
**them [16]** 32/18 32/20 32/22 32/23 32/24 32/24 32/25 44/16 49/8 67/9 67/9 75/12 79/21 86/10 95/11 95/12
**then [16]** 19/17 23/24 24/4 28/11 29/25 66/7 72/14 72/22 75/4 75/23 83/11 83/13 88/17 88/22 93/20 98/11
**there [41]** 12/4 13/10 13/12 14/24 18/10 19/22 28/11 31/13 31/21 35/12 46/20 48/11 55/15 59/6 62/15 63/22 63/23 64/20 67/16 67/18 67/21 68/7 70/18 71/23 72/3 72/7 75/18 78/8 78/18 78/25 79/5 82/4 82/18 82/21 83/9 86/13 86/18 86/23 87/22 87/22 87/22
**there's [14]** 12/8 31/14 37/11 37/16 37/25 38/10 54/8 54/12 62/14 79/4 85/4 85/22 86/3 86/4
**therefor [2]** 98/9 98/14
**these [7]** 30/23 74/24 79/14 79/16 79/18 79/22 98/8
**they [30]** 14/8 14/9 14/15 16/22 16/23 17/10 22/20 22/20 22/25 29/14 29/22 52/13 55/8 56/20 65/13 68/7 68/24 69/19 69/19 77/15 79/19 86/6 88/14 92/16 92/16 92/16 92/19 94/23 94/24 95/9
**they're [5]** 60/15 67/5 79/22 80/3 93/8
**thing [1]** 25/6
**things [6]** 13/23 16/15 25/8 25/9 46/12 83/14
**think [21]** 18/10 20/5 32/9 34/8 43/21 49/7 51/14 51/14 59/25 62/9 67/20 69/10 72/7 73/24 74/2 77/18

**T**

**think... [5]** 81/9 84/2 88/15 92/23 94/16
**Third [2]** 1/14 1/18
**Third-Party [1]** 1/18
**this [96]** 8/6 8/7 8/8 8/10 8/11 8/13 8/15 8/17 8/18 9/12 9/18 12/7 16/8 25/10 26/12 27/5 27/25 28/3 29/5 30/7 30/10 30/11 31/18 32/6 32/22 33/19 34/14 35/5 35/18 36/4 36/10 37/24 40/23 41/5 41/6 42/10 42/14 43/11 44/23 45/6 46/13 46/24 49/20 49/24 53/11 53/16 53/21 53/25 54/24 62/22 63/10 64/11 64/17 71/17 71/19 71/24 74/12 75/25 76/3 76/7 76/11 78/14 78/15 78/16 78/17 79/19 81/10 82/7 82/22 83/3 83/14 84/8 84/14 84/15 84/15 85/14 86/13 88/6 89/1 89/5 90/7 90/22 91/13 92/11 93/12 94/15 95/25 96/8 97/10 97/15 97/17 98/6 98/10 98/11 98/22 99/5
**THOMAS [1]** 2/19
**those [37]** 17/6 17/12 18/12 23/21 29/10 31/15 32/3 39/17 44/10 53/23 57/14 58/23 60/4 60/17 60/20 60/23 61/14 61/15 61/16 61/18 66/5 71/10 76/21 76/24 77/12 77/16 77/18 77/21 79/7 79/16 87/7 87/23 88/7 88/13 90/3 90/4 95/12
**though [2]** 14/16 84/21
**thought [1]** 92/19
**three [2]** 44/16 72/7
**threw [1]** 72/8
**through [9]** 24/2 44/6 60/16 63/23 65/19 79/2 79/22 82/21 88/7
**time [27]** 14/16 15/11 15/18 15/22 25/11 25/17 32/5 38/12 38/25 39/8 43/22 44/5 44/12 45/11 45/15 49/3 59/13 59/15 59/18 68/2 73/3 73/9 73/18 73/21 74/11 86/15 90/13
**times [1]** 59/21
**title [4]** 54/15 62/4 62/6 62/7
**today [9]** 11/24 13/16 34/15 50/7 55/23 58/6 62/21 62/23 95/21
**today's [1]** 36/7
**told [10]** 39/21 43/4 43/9 45/4 45/24 46/12 68/7 68/11 71/21 71/25
**too [4]** 19/17 53/21 72/21 75/8
**took [6]** 29/24 39/13 42/15 49/20 50/17 97/9
**toolbox [2]** 17/5 17/17
**town [2]** 10/24 10/24
**Township [2]** 92/20 93/9
**tract [3]** 14/2 14/4 14/7
**trained [1]** 69/5
**trainer [2]** 67/14 68/17
**training [20]** 47/12 47/13 47/14 54/23 55/4 55/7 55/17 55/19 55/21 56/10 56/16 56/19 56/20 56/23 68/21 69/8 69/12 69/13 69/16 69/23
**trainings [1]** 69/3
**transactions [3]** 60/17 60/20 60/24
**transcript [5]** 8/13 97/11 98/10 98/11 98/12
**transpired [1]** 70/13
**Treasurer [1]** 13/7
**trial [2]** 3/19 8/8
**true [1]** 97/11
**truth [1]** 47/6
**try [4]** 24/24 49/11 64/3 74/19
**trying [2]** 39/23 64/23
**two [5]** 11/11 14/25 59/3 94/7 94/16
**type [3]** 47/11 55/6 55/19
**types [1]** 30/23
**typical [2]** 30/23 82/12
**typically [4]** 31/5 31/7 31/25 67/9

**U**

**Uh [8]** 10/1 19/18 26/19 35/15 36/8 54/14 78/21 91/20
**Uh-huh [8]** 10/1 19/18 26/19 35/15 36/8 54/14 78/21 91/20
**under [3]** 26/6 63/14 91/18
**underlying [1]** 45/5
**understand [3]** 23/21 82/20 90/10
**understanding [16]** 22/16 38/18 47/16 64/8 64/14 65/7 65/11 66/12 70/5 70/12 71/20 85/20 92/18 92/19 93/2 93/9
**understood [1]** 34/22
**unemployment [2]** 48/9 48/14
**Uniform [1]** 8/5
**UNITED [5]** 1/10 1/12 1/13 2/17 3/2
**unless [1]** 78/2
**unsafe [5]** 73/11 73/12 73/20 73/21 94/25
**until [4]** 9/16 14/12 40/24 43/15
**up [24]** 18/19 23/3 23/24 23/24 24/8 24/19 26/16 28/18 33/3 39/25 39/25 43/15 52/16 63/3 63/22 69/7 71/13 72/16 74/23 75/8 75/11 75/12 78/4 84/2
**upon [1]** 50/11
**us [2]** 28/15 28/23
**use [7]** 21/15 32/20 32/21 60/19 74/14 78/5 85/25
**used [5]** 8/18 33/10 60/22 60/23 72/13
**using [4]** 32/2 32/14 72/11 74/21

**V**

**Vanni [18]** 12/8 12/9 12/10 12/20 13/13 13/14 14/11 36/16 36/18 36/24 37/1 37/7 61/24 61/25 62/4 62/8 62/11 62/15
**various [4]** 29/5 29/6 29/10 30/25
**VENESSA [1]** 1/3
**verbatim [1]** 51/24
**VERONIS [1]** 1/8
**versus [2]** 34/9 42/6
**very [2]** 9/15 9/19
**via [2]** 3/20 97/9
**Vice [1]** 13/9
**Vice President [1]** 13/9
**video [2]** 3/20 8/23
**virtually [1]** 8/10
**voluntarily [2]** 42/11 44/22
**vs [5]** 1/5 1/15 1/21 3/6 3/11

**W**

**wait [1]** 9/16
**waived [1]** 8/14
**waiver [1]** 8/8
**walking [1]** 74/10
**Walsh [2]** 63/16 63/19
**want [16]** 17/22 24/22 24/23 25/13 32/20 36/9 63/7 71/22 71/24 77/2 78/5 78/7 82/3 88/9 88/10 94/21
**wanted [1]** 78/3
**Ward [4]** 6/11 22/8 22/9 61/8
**was [92]** 8/11 10/12 10/23 10/24 14/22 19/16 19/17 19/17 19/22 20/5 20/6 20/10 20/20 22/6 22/25 23/22 24/12 25/3 25/11 25/20 26/17 32/21 33/9 34/16 34/18 36/12 36/19 36/20 37/12 42/15 42/17 42/19 43/11 43/21 44/6 44/14 45/15 45/19 45/23 46/16 46/17 47/9 48/11 49/14 51/5 51/5 53/9 54/15 54/17 54/18 54/18 55/4 55/7 57/17 58/13 58/15 59/2 59/3 59/3 59/13 59/18 59/18 64/9 64/15 65/8 65/17 66/12 67/3 67/14 67/17 67/22 70/5 72/20 73/2 73/3 73/10 73/19 74/10 74/15 74/22 76/11 77/3 77/9 77/11 79/12 84/7 85/12 86/17 91/6 91/15 95/18 96/9
**wasn't [2]** 70/18 84/21
**water [1]** 66/13
**we [34]** 9/17 13/24 13/24 19/5 21/6 23/3 23/18 24/5 24/10 24/25 25/15 26/15 27/24 28/14 29/2 29/9 30/16 37/10 37/20 37/24 49/11 53/20 55/13 57/24 61/17 75/7 78/5 78/16 82/5 83/6 83/23 84/10 86/20 88/15
**we'll [2]** 35/13 35/13
**we're [7]** 16/2 36/6 62/21 62/22 81/22 82/5 95/20
**we've [5]** 12/7 32/14 38/4 93/13 96/7
**Wedgefield [1]** 10/16
**weed [2]** 38/11 38/12
**week [2]** 12/7 37/24
**weekly [4]** 64/10 64/16 65/9 65/21
**weeps [1]** 25/8
**well [12]** 25/7 41/23 53/21 61/12 61/15 63/8 75/16 81/21 83/6 86/19 88/5 88/15
**went [1]** 44/22
**were [51]** 14/13 14/15 14/24 15/4 15/8 19/19 21/12 23/18 28/3 30/12 32/6 33/24 34/8 38/5 38/6 38/11 38/11 38/24 38/24 39/21 43/4 43/25 44/7 44/11 44/11 45/4 45/9 56/5 57/4 59/6 59/9 59/14 60/23 68/7 68/11 71/8 76/1 76/15 76/21 76/24 77/22 78/16 81/8 86/13 86/15 91/5 91/17 91/21 94/24 94/24 95/5
**weren't [1]** 24/10
**West [2]** 2/11 4/4
**Westfield [1]** 10/19
**what [106]**
**what's [18]** 11/4 13/16 16/12 18/5 24/15 33/16 35/3 38/18 51/10 52/17 52/23 54/5 58/8 67/19 70/12 73/7 82/20 87/21
**whatever [1]** 93/2
**when [35]** 12/14 14/4 14/22 15/5 15/7 18/25 19/20 20/19 21/3 21/17 21/22 22/2 22/12 22/17 23/10 23/21 24/22 26/4 26/20 27/3 27/3 28/20 33/23 34/11 44/6 45/13 45/20 59/18 60/9 64/6 79/15 79/21 79/21 85/21 85/25
**where [29]** 8/21 20/17 20/17 42/14 42/17 42/24 45/19 50/2 50/12 58/11 58/20 61/18 64/21 64/24 66/23 72/16 75/18 76/24 77/15 78/6 80/6 82/1 83/4 83/8 83/12 85/4 86/24 87/4 90/5
**whereabouts [1]** 20/15
**Whereupon [8]** 9/2 9/4 24/12 25/3 25/20 57/17 85/11 96/18
**whether [14]** 23/23 25/10 44/21 44/22 45/14 45/22 46/11 48/2 50/8 50/18 65/21 67/13 80/3 87/21
**which [9]** 11/19 24/18 25/24 33/5 33/17 85/5 85/18 86/22 87/16
**while [2]** 46/17 69/19
**who [30]** 19/6 19/6 19/14 20/10 21/23 22/6 28/8 28/25 29/14 34/3 37/17 37/21 38/2 39/13 39/16 44/10 49/13 49/13 56/4 63/15 63/16 65/16 68/16 74/12 76/21 92/13 92/15 92/21 93/5 99/8
**who appeared [1]** 99/8
**who Christopher [1]** 63/15
**who's [3]** 26/23 27/6 28/12
**whole [3]** 9/22 25/6 81/15
**whom [3]** 8/11 10/21 11/15
**why [8]** 25/15 62/15 71/23 71/24 72/3 72/5 79/18 79/18
**Wilbur [6]** 37/23 44/14 51/16 51/21 51/22 52/3
**will [4]** 8/17 24/23 24/24 25/17
**within [3]** 16/12 33/25 50/12
**without [4]** 8/16 42/11 88/6 88/6
**witness [8]** 8/10 8/12 8/16 9/5 70/10

W

**witness... [3]** 80/13 81/21 97/17
**witnessed [1]** 44/3
**witnesses [4]** 44/7 44/11 71/8 74/20
**wonder [2]** 40/3 52/24
**wondering [1]** 35/4
**word [12]** 30/22 64/22 65/2 72/13 74/15 74/21 79/12 80/25 81/3 81/7 85/25 98/9
**words [4]** 9/23 79/8 90/4 90/4
**work [21]** 6/6 6/8 13/20 15/23 16/6 18/9 31/2 38/6 38/12 39/24 48/6 48/13 52/19 53/3 54/2 54/6 62/12 62/15 94/24 95/11 95/12
**work-related [6]** 6/6 6/8 52/19 53/3 54/2 54/6
**worked [2]** 58/25 59/7
**workers' [9]** 19/24 20/19 20/25 28/20 28/21 28/23 29/2 53/12 53/15
**working [4]** 26/21 58/20 67/5 69/20
**would [70]** 16/19 16/22 16/24 17/3 17/6 17/19 17/20 18/8 18/10 18/11 18/12 18/20 19/23 20/24 21/5 21/6 21/14 21/15 26/11 28/21 28/21 31/25 33/23 34/3 34/12 47/14 48/5 48/13 49/22 50/12 50/18 50/19 52/11 52/12 55/9 55/20 56/12 56/15 56/19 56/19 60/4 60/10 60/14 61/11 61/14 61/14 61/18 61/21 65/25 66/4 66/18 66/23 67/8 77/15 77/15 77/18 78/4 80/13 84/17 85/5 86/15 87/21 87/23 88/5 94/22 95/4 95/4 95/11 95/13 95/15
**wouldn't [1]** 37/7
**write [8]** 39/20 43/4 43/10 43/13 71/19 71/21 71/22 71/24
**writing [9]** 40/25 41/5 41/8 41/11 41/13 41/14 72/1 73/5 73/7
**written [1]** 81/20
**wrote [11]** 41/25 43/9 43/11 46/20 47/6 51/15 52/2 54/13 72/12 73/4 75/2

Y

**yeah [23]** 10/7 20/14 26/9 32/4 35/9 40/6 44/14 46/7 50/6 50/17 55/17 59/24 60/25 61/14 63/7 79/9 79/11 81/17 82/10 88/19 93/1 94/22 95/8
**year [1]** 59/10
**years [3]** 10/20 11/11 49/8
**Yep [4]** 37/13 74/25 76/5 85/21
**yes [106]**
**yesterday [1]** 37/21
**YORK [20]** 1/2 2/4 2/8 2/12 2/15 2/18 2/22 3/2 3/22 4/5 4/8 4/8 4/12 4/15 10/16 20/18 42/20 42/25 97/8 99/2
**you [543]**
**you'd [1]** 42/7
**you're [26]** 23/11 24/19 27/3 27/15 28/10 28/25 28/25 41/12 44/4 46/9 46/20 49/7 57/25 64/4 64/6 74/8 74/18 79/17 82/8 83/5 86/7 86/12 87/15 88/2 88/4 89/20
**you've [6]** 25/23 41/5 41/14 83/2 83/14 83/18
**your [81]** 10/14 11/4 11/21 11/22 12/14 13/3 14/25 15/20 16/18 17/19 22/6 23/24 23/25 26/5 27/20 28/16 29/19 30/12 31/15 34/12 34/13 35/17 38/18 41/6 41/18 41/22 41/25 42/3 42/3 42/10 42/15 42/17 42/21 42/22 42/24 43/16 44/6 45/10 45/18 47/16 48/14 50/3 51/11 52/2 52/12 53/7 53/11 54/9 55/24 57/15 58/6 58/8 58/19 59/2 64/8 64/14 65/5 65/7 66/11 66/12 67/19 68/5 69/3 69/22 70/5 70/12 74/25 75/21 76/8 86/23 87/9 89/15 90/13 90/23 91/16 92/18 93/2 93/9 98/5 98/6 98/7
**yourself [4]** 40/5 60/11 72/23 82/7

Z

**zoom [4]** 3/20 81/17 82/5 97/9