EXHIBIT D

STATE OF NEW YORK
SUPREME COURT COUNTY OF ONONDAGA

---

SHAUN ATKINSON and VENESSA ATKINSON,

Plaintiffs,

vs. **Index No. 004808/2018**
**RJI No. 33-19-1064**

EILERSON DEVELOPMENT CORPORATION a/k/a EDC; CAMERON GROUP, LLC; MOVIE TAVERN THEATERS, LLC; SOUTHERN THEATERS, LLC; HINSDALE ROAD GROUP, LLC; VERONIS SUHLER STEVENSON; DIAMOND CASTLE HOLDINGS, LLC; HOTEL @T5, LLC; NES RENTALS HOLDING, INC.; UNITED RENTALS, INC.; and "JOHN DOE MANUFACTURING CORPORATION INC/LLC",

Defendants.

---

UNITED RENTALS (NORTH AMERICA), INC. i/p/a UNITED RENTALS, INC., and NES RENTALS HOLDINGS, INC.,

Defendants/Third-Party Plaintiffs,

vs.

C&D LAFACE CONSTRUCTION, INC.,

Third-Party Defendant.

---

EILERSON DEVELOPMENT CORPORATION a/k/a EDC,

Fourth-Party Plaintiff,

vs.

C&D LAFACE CONSTRUCTION, INC.,

Fourth-Party Defendant.

---

**Christopher C. Walsh**

A P P E A R A N C E S

| | |
|---|---|
| FOR PLAINTIFFS: | SNYDER LAW FIRM, PLLC<br>6876 Buckley Road<br>Syracuse, New York 13212<br>BY: DAVID B. SNYDER, ESQ.<br>CAREY KNAPP, ESQ. |
| FOR DEFENDANT:<br>(Eilerson) | LIPPMAN O'CONNOR<br>300 Olympic Towers<br>300 Pearl Street<br>Buffalo, New York 14202<br>BY: GERARD E. O'CONNOR, ESQ. |
| FOR DEFENDANTS:<br>(Camerson,<br>Hinsdale) | SUGARMAN LAW FIRM, LLP<br>211 West Jefferson Street<br>Suite 20<br>Syracuse, New York 13202<br>BY: STEPHEN A. DAVOLI, ESQ. |
| FOR DEFENDANTS:<br>(Movie Tavern,<br>Southern<br>Theaters) | LAW OFFICES OF SANTACROSE & FRARY<br>One Columbia Circle<br>Albany, New York 12203<br>BY: KEITH M. FRARY, ESQ. |
| FOR DEFENDANTS:<br>(United Rentals,<br>NES Rentals) | RUPP, BAASE, PFALZGRAF,<br>CUNNINGHAM, LLC<br>1600 Liberty Avenue<br>Buffalo, New York 14202<br>BY: CHRIS BITAR, ESQ. |
| FOR DEFENDANT:<br>(C&D LaFace) | NASH CONNORS, P.C.<br>344 Delaware Avenue<br>Suite 400<br>Buffalo, New York 14202<br>BY: ANDREW J. KOWALEWSKI, ESQ. |
| ALSO PRESENT: | Margaret Carden<br>Catherine Laris<br>Cara Nelson, Esq. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CAMERON GROUP, LLC, and
HINSDALE ROAD GROUP, LLC,

Plaintiffs,

vs. **Docket No. 5:19-CV-00285**

EILERSON DEVELOPMENT CORPORATION,
AMERISURE INSURANCE COMPANY, and
AMERISURE MUTUAL INSURANCE COMPANY,

Defendants.

vs.

SELECTIVE INSURANCE GROUP, INC. d/b/a
SELECTIVE INSURANCE COMPANY OF
AMERICA, and C&D LAFACE CONSTRUCTION,
INC.

Additional Defendants.

---

Examination Before Trial of **CHRISTOPHER C. WALSH**, taken remotely via Zoom Video Conferencing before Annette M. Burton, Court Reporter and Notary Public in and for the State of New York, held on November 18, 2020.

## A P P E A R A N C E S

FOR PLAINTIFFS: SUGARMAN LAW FIRM, LLP
211 West Jefferson Street
Suite 20
Syracuse, New York 13202
BY: STEPHEN A. DAVOLI, ESQ.

FOR DEFENDANT: (Eilerson) CALLAHAN & FUSCO, LLC
40 Exchange Place
18th Floor
New York, New York 100005
BY: RYAN P. HELLER, ESQ.

FOR DEFENDANT: (Amerisure) GERBER, CIANO, KELLY, BRADY, LLP
350 Main Street
Suite 2400
Buffalo, New York 14202
BY: AARON J. AISEN, ESQ.

FOR DEFENDANT: (Selective) HURWITZ & FINE, P.C.
Liberty Building
Suite 1300
Buffalo, New York 14202
BY: CHARLES J. ENGLERT, ESQ.

## I N D E X   O F   T E S T I M O N Y


| | Page |
|---|---|
| EXAMINATION OF CHRISTOPHER C. WALSH | |
| BY MS. KNAPP: | 9 |
| BY MR. KOWALEWSKI: | 57 |
| BY MR. FRARY: | 62 |
| BY MR. AISEN: | 85 |
| BY MR. O'CONNOR: | 89 |

## I N D E X O F E X H I B I T S

| Exhibit | Description | Page Marked |
| --- | --- | --- |
| 18 | EDC Meeting Agendas | 9 |

# I N D E X O F R E Q U E S T S

**Description** **Page**

None

**S T I P U L A T I O N S**

IT IS HEREBY STIPULATED AND AGREED by and among the Attorneys for the respective parties hereto, that:

All rights provided by the CPLR, and Part 221 of the Uniform Rules for the Conduct of Depositions including the right to object to any question, except as to form, or to move to strike any testimony at this examination is reserved; and in addition, the failure to object to any question or to move to strike any testimony at this examination shall not be a bar or waiver to make such motion at, and is reserved to the trial of this action. It is further agreed that an objection by one is an objection by all.

This deposition may be sworn to by the witness being examined before a Notary Public virtually, other than the Notary Public before whom this examination was begun.

IT IS FURTHER STIPULATED that the witness is to read and sign the transcript, certifying it as to its accuracy and that the filing of the original of this deposition is waived.

IT IS FURTHER STIPULATED that a copy of this examination shall be furnished to the attorney for the witness being examined without charge.

IT IS FURTHER STIPULATED AND AGREED, that the parties agree that this deposition will have the same effect as an examination conducted pursuant to CPLR Section 3113 and that this deposition may be used for all purposes provided in CPLR Section 3117 and for all motion practice.

For the purposes of CPLR 3113(d) "the place of the deposition" shall be deemed to be the location where the "officer administering the oath" is physically present. The parties agree that all participants may participate electronically by telephone or other remote electronic means, including but not limited to video conference software.

*WALSH - KNAPP*

(Whereupon, Exhibit No. 18 marked for identification.)

(Whereupon, CHRISTOPHER C. WALSH, called as a witness, having been duly sworn, testifies as follows:)

EXAMINATION BY
MS. KNAPP:

Q Hi, Mr. Walsh. My name is Carey Knapp. I represent the plaintiff in this matter, Shaun Atkinson. Can you hear me okay?

A Yeah.

Q Okay. Can you state your full name for the record, please.

A Christopher Charles Walsh.

Q And what is your date of birth?

A [redacted]/81. 1981.

Q And what's your address, your current address?

MR. O'CONNOR: You can use your work address.

Q Yeah, you can use your work address.

A 1660 Huguenot Road, Midlothian, Virginia, 23113.

*WALSH - KNAPP*

Q And what's your educational background, what's your highest level of education?
A Master's Degree.
Q And where did you receive the Master's Degree?
A Georgia Tech.
Q And where -- what was that Master's in?
A It was in civil engineering, but it was their building construction program that fell under civil engineering.
Q What about your undergraduate degree, where did you go for undergraduate, and what did you receive your degree in?
A That was Virginia Military Institute and that was civil engineering.
Q And when did you graduate with your Master's or receive your Master's?
A 2004.
Q And where did you start working as in -- in 2004, where did you start working?
A Turner Construction.
Q And what was your position there?
A Project engineer.
Q How long did you work for -- did you say

Turner Construction?

A Yeah, Turner Construction. It was in --

Q How long --

A -- Atlanta, Georgia.

Q Okay. How long did you work there?

A I worked there from 2004 until 2008, I believe. '08 or '09.

Q And who's your current employer?

A EDC.

Q And is that short for anything?

A Eilerson Development Corporation.

Q And are you still employed with EDC?

A I am.

Q How long have you worked for EDC?

A Nine years.

Q Did you work between -- after Turner Construction, did you go immediately to EDC or was there an employer between there?

A There was an -- two employers between there.

Q Okay. And who were those employers?

A The first company was KBS, and they're a -- a Richmond general contractor, and then after them I worked for M&E Contractors, and they're a

mechanical, electrical, and plumbing subcontractor in the Richmond area.

Q And what position do you currently hold at EDC?

A Vice president.

Q How long have you been in that position?

A A year and a half, I believe.

Q And what position did you hold before that for EDC?

A Senior project manager.

Q And how long were you in that position?

A I don't recall. I'd guess maybe two -- two or three years I would guess.

Q And prior to that, did you -- what position -- do you recall what position you held prior to senior project manager?

A Just project manager.

Q Okay. And were you hired out as a project manager back in 2008 before EDC?

A Say that again.

Q Yeah. How -- I guess -- strike that. A better way to phrase it. Did you hold any positions prior to being a project manager at EDC?

A No.

Q Currently as vice president, what do your job duties entail, just --

A I manage half of our project managers and oversee their work on managing projects.

Q And, approximately, do you know how many project managers EDC currently has?

A It fluctuates. I think right now we have -- I think 10 or 11 --

Q Okay.

A -- so I manage five, I believe.

Q And as -- in November 2015, would you have been a project manager at EDC?

A Yes, I believe I was a project manager and not a senior project manager yet.

Q And what did your duties entail as a project manager for EDC?

A As a project manager, you're -- you know, you're the -- you're overseeing a project and its completion, kind of start -- from start to finish. The way we operate is we have -- we kind of work all over the country to a certain extent, so we'll do projects in, you know, Florida or Virginia and North Carolina. Some jobs are local, some aren't, but generally our -- our project managers work in the

office 90 percent of the time, and then we'll travel to job sites.

Q And as a project manager, do you typically report to a senior project manager?

A No. At the time I would have reported to the president of EDC.

Q Okay. And who was the president at that time when you were project manager in November of 2015?

A Chris Johnson.

Q Does he remain the president today?

A He does.

Q And how long -- do you know how long Mr. Johnson's been the president at EDC?

A Maybe ten -- ten years. I'd be guessing. I don't -- I don't know that information right off the top of my head, but he was president when I arrived.

Q Okay. And are you familiar with the construction of a Movie Tavern site in Camillus, New York?

A Yes.

Q And what was EDC's involvement with that particular project?

A We were the general contractor.

Q And how did you become involved in that contract, how did you learn about that particular job site, do you know?

A I don't know.

Q Were you part of the bidding process for that job site?

A I'm assuming I was, but I don't recall specifically if I was.

Q Okay. And is it accurate to say you were the project manager of that specific construction site?

A Yes, that's correct --

Q How many --

A -- of the project.

Q Oh, I'm sorry, pardon?

A Of the project, not to the site, but yeah, the project itself.

Q And how many employees did you have -- did you have any employees working under you at that time for that project?

A I had a -- well, we call it a project coordinator, who's kind of like an administrative person that would have worked for me, and on that

specific project, it would have been Tom Andrews, who was the on-site superintendent.

Q And would there have been anybody else reporting to you, working directly under you for that project?

A I don't believe so.

Q Did you ever go to the Movie Tavern job site during its construction?

A Yes.

Q Do you recall how many times you visited the site throughout the construction process?

A I don't recall.

Q Would EDC have a log of that possibly of all the times that you visited the Camillus Movie Tavern site?

A I don't think we would have a log necessarily. We could go back and look and try to figure that out. My guess is maybe ten times or less --

Q Okay.

A -- but that would be a guess.

Q Were you ever there -- did you ever visit the site during the actual construction of the Movie Tavern building or when you visited was it already

under roof to the best of your recollection?
A No, I would have been there as it was going up.
Q Besides yourself, are you aware of any other EDC representatives or employees visiting the Movie Tavern Camillus site?
A Not that I'm aware of.
Q Would Tom Andrews have been on site?
A Yeah.
Q Okay.
MS. KNAPP: I guess we'll go to the exhibits. We'll start with Exhibit A, Keith.
MR. FRARY: Where -- where exactly, just the top?
MS. KNAPP: Yeah, just for now. I'm going to ask him his familiarity.
Q Mr. Walsh, can you see that document okay?
A Yeah.
Q I actually forgot to ask you one question before. Did you review any documents in preparation for your testimony today?
A No.
Q Okay. Are you familiar with this document

marked as Exhibit A -- it looks like an AIA A101-2007, are you familiar with this document?

A It looks like it's probably the contract between us and the client.

MR. O'CONNOR: Carey, before you go any further, Mr. Walsh did take a look at Exhibit 18.

MS. KNAPP: Okay.

THE WITNESS: Oh, yeah.

MR. O'CONNOR: That was the only document.

MS. KNAPP: Okay.

Q And who did you understand the client to be for the Movie Tavern project?

MR. O'CONNOR: Objection.

A I guess the contract speaks for itself. I'm looking at it right now. Movie Tavern and Hinsdale Road Group.

Q Do you recall working specifically with any representative of Movie Tavern Theaters on the Camillus Movie Tavern site?

A Jerry Passmore was my main point of contact with Movie Tavern.

Q Anybody else that you can think of?

A There was another individual that worked for Jerry and I believe worked for Movie Tavern that would visit the site periodically, and I don't recall his name.

Q Do you recall working personally with anybody at Hinsdale Road Group on the Movie Tavern job site?

A I recall there was an individual, but our interactions were very limited, and I don't even recall his name.

Q And did you ever meet with Mr. Passmore or visit the job site with Jerry Passmore during the construction?

A His trips there were very limited, I believe. I'm assuming he would have come there, but I don't remember a specific time --

Q And I think you -- I apologize.

A -- where him and I were both there.

Q And what about -- I think you mentioned somebody working under Mr. Passmore, whose name you can't recall, do you ever remember meeting on the job site with that other representative, who you understand to be a representative of Movie Tavern?

A Yeah. I remember us having a meeting or

meetings with him occasionally when I would visit the site.

Q And do you remember what those meetings entailed specifically?

A Just reviewing job progress, you know, how things were going. I don't -- I don't recall any specific conversations necessarily with that individual, but that's normally what an owner representative would do when they visited a job site, we would meet with them and review things like that.

Q Okay.

MS. KNAPP: And then, Keith, go to Page 8 of the document, please.

MR. FRARY: Yep. Just give me one sec. Eight?

MS. KNAPP: I believe so, the signature page.

Q And do you see that page in front of you right now, Mr. Walsh?

A Yes.

Q And who signed on behalf of the contractor?

A That would be Chris Johnson.

*WALSH - KNAPP*

Q And I believe you previously set forth he was and currently still is the president of EDC?

A Yeah, that's correct.

Q And do you have any reason to dispute that that's Mr. Johnson's signature on the document?

A I do not.

Q And as far as you're concerned, did Mr. Johnson have authority to bind EDC to this contract?

MR. O'CONNOR: Objection.

A Yeah, I'm not -- I'm not sure what you mean by bind.

Q Bind EDC to the contract as the president, so act as an agent of EDC to bind the company to the contract?

MR. O'CONNOR: Objection.

A As far as I know.

Q And then before I think you indicated that you couldn't specifically recall what representative you had contact with at Hinsdale Road Group. Would Joseph Goethe or Goethe, as signed here under landowner, does that refresh your recollection, was that your contact person?

A I don't recall. That doesn't sound

familiar to me, but.

Q Okay. So you don't have any specific recollection of Mr. Goethe; is that correct?

A I do not.

Q But you do have recollection of Jerry Passmore?

A I do.

Q Okay. And what was your understanding of Hinsdale Road Group's role in the Movie Tavern construction project?

A I believe they were the landowner of that development.

Q And are you familiar with Southern Theaters, LLC?

A I believe that's the parent company of Movie Tavern, but I don't know that for sure.

Q And what was your understanding of Movie Tavern Theater's role on the construction of the Movie Tavern job site?

A As far as I know, they were the end user. I mean, obviously they were our client.

MS. KNAPP: And then I think that's all I needed for this document. Can you go to Exhibit C, Keith.

MR. FRARY: Sure. Give me one sec. I'm sorry, C?

MS. KNAPP: Yeah, as in Carey.

MR. FRARY: Charles. Yep.

Q And can you see that document okay, Mr. Walsh?

A Yeah.

Q And do you have any personal recollection of this document as it referred to the Movie Tavern project?

A I do not.

Q Okay. And I think we already set forth, but did you review this document prior to today's deposition?

A I did not. I mean, I'm guessing I would have reviewed it, you know, five, six years ago just generally, but it doesn't look like -- it doesn't have the owner or the architect or the project on there, so I don't -- I don't know if that's the right document or not.

Q Is that document A201-2007 a common document for a contract -- contractor to have with the owner of a property or whoever their client is?

MR. AISEN: Object to form.

MR. O'CONNOR: Objection.

Q Did you answer, Mr. Walsh?

A No, I didn't. Could you ask that again? I'm sorry.

Q Is a -- the document in front of you, the 201-2007 form, a common form for a contractor to enter into with their -- with a client?

A I've seen that document before used on projects, but as far as it's being a common document, I don't think I can answer that question.

Q Okay. That's fair. And then I guess do you have any reason to dispute that this document referred or was part -- strike that.

MS. KNAPP: Can you go to Exhibit A, Keith.

MR. FRARY: Sure.

MS. KNAPP: First page, right there. I'm going to go to the right.

MR. FRARY: Hang on, just let me get it bigger.

Q And do you see -- can you see that document okay, Mr. Walsh?

A Yep.

Q And on the right, the last paragraph

there, discussing AIA document A201-2007 --
A Yeah.
Q -- did you read that entire paragraph?
A The whole thing, additions and deletions --
Q It should be -- yeah, I think just the --
A -- or just the portion at the bottom?
Q -- last paragraph. Just the bottom.
A Okay.
Q Do you have any reason to dispute that Exhibit C, as I showed you, the 201-2007 document, is the document referred to in that paragraph?
MR. O'CONNOR: Objection.
MR. AISEN: Object to form.
MR. O'CONNOR: You can answer.
A I don't believe so, but Exhibit C, again, doesn't have the project information, so I don't know if that's the right one or not.
Q Okay.
MS. KNAPP: And going to section three -- Page 12 of Exhibit C, Keith, 3.3.1, I think, on Page 12.
MR. FRARY: 3.3.1?
MS. KNAPP: Yeah.

*WALSH - KNAPP*

Q Can you see 3.3.1 okay, Mr. Walsh?
A Yeah.
Q If you can just read the first two sentences. You don't need to read the entire paragraph.
A You need me to read it out loud?
Q No, just to yourself.
A Okay.
Q Is it your understanding from that paragraph that EDC could supervise and direct work on the job site?
MR. O'CONNOR: Objection.
A I -- I don't know.
Q In the first sentence there, does it say the contractor shall supervise and direct work?
A That's what it says, yeah.
MR. O'CONNOR: Objection.
A The contractor shall supervise and direct the work.
Q Okay. Did you ever witness any representative of Movie Tavern directing any of the work on the job site?
MR. AISEN: Object to the form.
A I don't recall.

Q Okay. What about Hinsdale Road Group, did you ever -- do you recall ever witnessing any representative of Hinsdale Road Group directing the work on the Movie Tavern job site?

MR. O'CONNOR: Objection.

A I don't recall.

MS. KNAPP: And then go to Section 3.9.1, please. Thank you, Keith.

Q Can you see that section there about the superintendent?

A I can.

Q Was it your understanding that the superintendent on the Movie Tavern job site was Tom Andrews?

A Yes.

Q Okay. And what were Mr. Andrews' job duties on the -- on the Movie Tavern site to the best of your knowledge?

A He would have been responsible for making sure we met the schedule in terms of completion and that the work was installed, you know, correctly, any deficiencies as far as, you know, the -- you know, the drywall guys using the wrong drywall or something, you know. He would try to keep an eye

out for that kind of stuff.

Q And what about safety, did he have any role in the safety of the job site?

MR. O'CONNOR: Objection. You can answer.

A I mean, we generally have all the safety as required on a -- on a project for each trade that does -- that we contract with. So each subcontractor is responsible for their own means and methods, proper training of their, you know, personnel, and execution of the work.

Q And if Mr. Andrews or yourself were to see anybody on the job site acting in an unsafe manner, would you bring that to the attention of that person or the subcontractor?

MR. O'CONNOR: Objection.

A Yeah. I mean, if it was actually witnessed, then it would be brought to the attention of that supervisor for that subcontractor and it would be discussed and -- you know, they would say, well, it's actually not unsafe because of this, and there would be a conversation about it. But Tom doesn't -- he wouldn't have been responsible for the safety of subcontractors' actions because he's not

the safety police on a job site.

Q And did you have to -- do you recall having to submit Mr. Andrews' information for approval by either Movie Tavern, LLC, or Hinsdale Road Group?

A I don't understand the question.

Q Did Mr. Andrews have to be approved as the superintendent before he could take that role by either the Movie Tavern, LLC, or Hinsdale Road Group?

MR. AISEN: Object to form.

A I don't recall.

Q Okay.

MS. KNAPP: And can you go to the subcontract agreement, Keith, Exhibit 16.

MR. FRARY: Just for the record, so everybody knows, we are using D-1. The subcontract is marked as D, but we're using a clearer copy, which is D-1.

Q And can you see that okay, Mr. Walsh?

A Yeah. It's a little -- it's a little fuzzy, but yeah, I can see it.

Q Do you have any specific recollection of this contract?

A I do not.

Q Did you review this contract prior to your testimony today?

A I did not.

MS. KNAPP: And, Keith, can you just briefly go to the signature page.

Q Mr. Walsh, is that your signature appearing as a representative of EDC?

A That's my signature, yes.

Q And do you recall a Carmena Rachetta, who signed under the subcontractor?

A I'm familiar with her. I don't believe I ever met her or spoke to her.

Q What about Giovanni LaFace, are you familiar with Mr. LaFace?

A I am.

Q Were you involved in the bidding process for the subcontractor, specifically C&D LaFace?

A I'm not sure I understand the question.

Q Did you review and choose C&D LaFace as the subcontractor for the Movie Tavern project?

A Yes. I mean, we would get bids from multiple subcontractors for specific trades, and then at EDC, the project manager reviews all those,

depending on what we had in the budget in our bid to the client, then the project manager goes through those final selections.

MS. KNAPP: And you can go back up to the first page, Keith.

Q And do you recall having any specific role in the drafting of this subcontract agreement?

A I would have likely written the scope of work section, but everything else would have been boilerplate.

Q And under the scope of work section, No. 16 -- is it 16? The last line there, clean-up.

MR. FRARY: 16?

MS. KNAPP: Yeah, I think that is 16. The last line, clean-up.

MR. FRARY: Can you see it, Mr. Walsh, or you need --

THE WITNESS: Yeah, I can see it.

Q Just read that entire line, Mr. Walsh, let me know when you're done.

A Okay.

Q In the last line, the -- I think it indicates dumpster and water provided by GC. Do you see that?

*WALSH - KNAPP*

A I do.

Q Did -- is the GC referring to the general contractor?

A I'm assuming it is.

Q The GC would have been EDC, correct?

A Yeah.

Q And then -- so is it your understanding that EDC was to provide dumpsters to the Movie Tavern job site?

A That -- that line item looks funny to me. It looks like it was added, I'm guessing by C&D LaFace, but usually when something's added, there's initials put beside it and I don't see that on here.

Q And would you just be assuming that was added or do you have reason to believe that was added?

A I mean, the font is different, it's not on the same line item, it's not capitalized. I have no reason to believe that it wasn't part of the final document, but it just looks odd the way it's presented.

Q And do you have any -- I apologize. Is it typical for EDC to provide dumpsters for construction sites that they are the general

contractor on?

A Yes.

Q And how does -- do you know how EDC determines how many dumpsters are to be on a job site?

A During the bid process, I think our estimating department does it based on the type of project it is and square footage, and they put an estimated number of -- we call them pulls, you know, dumpster pulls, and then they'll research the area, the locality, talk to dumpster companies and figure out what the approximate cost is for each pull, and then they'll put that in the estimate.

Q Would EDC have a log of any dumpsters they either rented -- strike that. Does EDC typically rent the dumpsters that are provided on the -- their construction sites?

A We -- we contract -- like we have a service agreement that we contract with a dumpster company to provide that service.

Q Do you have any recollection of who the dumpster company was that you used for the Movie Tavern job site?

A I do not.

Q Would EDC have a log of something like that?

A I'm sure we could figure that out.

Q And how is it determined where the dumpsters are to be located on a job site?

A It depends. Sometimes it's just what works, but sometimes it depends on traffic flow, traffic patterns. A lot of times the dumpster companies, they'll -- you know, the driver that comes out to -- to pull one dumpster that's full and drop a new dumpster that's empty, sometimes they just drop them wherever it's convenient for the driver.

Q Okay. And are you aware --

MS. KNAPP: I'm done with that exhibit, Keith. You can go to Exhibit 18. I'm sorry, 19. I apologize. I think it was marked today as 19.

THE COURT REPORTER: I marked it as 18.

MS. KNAPP: It is 18? Okay. So 18.

MR. FRARY: Yeah, it's 18.

MS. KNAPP: All right. The meeting agendas.

*WALSH - KNAPP*

Q Can you see that okay, Mr. Walsh?
A Yeah.
Q And did you review this document prior to today's deposition?
A Yes.
Q Prior to your review of that document, did you have any recollection of this document?
A No.
Q Did you -- do you recall if this document was drafted by you or would it have been somebody else at EDC?
A It would have been drafted by Tom Andrews. It looks like a -- it's a -- subcontractor meeting notes or agenda.
MS. KNAPP: Can you go under the safety section, Keith. Just scroll down a little bit.
Q And I think it's the fifth line up, it says mandatory under that section. Can you just read that line.
A Okay.
Q Is it your understanding from that line that subcontractors on the project were -- it was mandatory for them to remove all trash on a daily

*WALSH - KNAPP*

basis?

A Yeah, their trash.

MS. KNAPP: Okay. And then going to the section -- the RFI section. Yeah, under miscellaneous RFI inquiries.

Q Is that your email, Mr. Walsh?

A That is, yes.

Q What is an RFI?

A It's a request for information.

Q And do you recall C&D LaFace submitting any RFIs during the construction of the Movie Tavern job site?

A No, I don't.

Q Would you have a -- would EDC keep a log of any RFIs received on any particular job sites?

A Yeah, we keep RFI logs on every project.

MS. KNAPP: And then going to the -- 'cause there's multiple meeting agendas that -- I think attached in this document, the one from 10/13/2015. That one, yeah, on the second page under additional items I think. Yep, there you go.

Q No. 5 there, can you see No. 5 on Page 2 of the 10/13 meeting agenda?

*WALSH - KNAPP*

A Yes.

Q And is it your understanding that all foremen on the job site were required to attend what I think is referred to as an OSHA voluntary consultation?

A That's what it says, yeah.

Q And are you familiar with the OSHA voluntary consultations that's discussed in this line?

MR. O'CONNOR: Objection. I think you cut him off from answering the last question, Carey.

MS. KNAPP: Oh, I thought he said that's what it --

Q Did I cut you off, Mr. Walsh? I apologize.

A Well, it says all foremen that are on site, meaning if -- if you're currently doing work on the project and on site that day, then you need to -- need to attend that meeting.

Q Okay. So it's your understanding that all foremen on site that day were required to attend this OSHA voluntary consultation?

A I think it was requested. I don't know if

they were actually required to by OSHA.

Q Were they required to by you, EDC?

MR. O'CONNOR: Objection.

A Not by me.

Q Were they required to by Mr. Andrews, based on your review of this line?

A I think he's requesting that they attend.

MR. O'CONNOR: Objection.

Q Okay. And just my understanding, it says there all foremen on site will have to attend.

MR. O'CONNOR: Objection.

Q Is that your understanding of what that -- is that how you read that document?

MR. O'CONNOR: Objection. You can answer.

A That's what it says, but, you know, Tom doesn't have control of what these guys do for an OSHA inspection.

Q It would be -- but you under -- strike that. But from what you can review from this document, it does indicate that the attendance at this OSHA voluntary consultation, it did indicate that all foremen had to attend, correct, just based on your review of the document?

MR. O'CONNOR: Objection.

A That's what it says, but, you know, Tom -- Tom doesn't direct them in terms of safety.

Q And are you familiar with the OSHA voluntary consultation?

MR. O'CONNOR: Objection. Are you talking about the -- Chris, let me put an objection and a question. Are you talking about the specific one that occurred?

MS. KNAPP: I was talking more general, but I guess it's better to -- we can discuss the one that's referred to in this line.

Q Do you have any recollection of this specific OSHA voluntary consultation that's referred to in this document?

A Not that I recall.

Q Has EDC had on other job sites used this OSHA voluntary consultation?

A We have.

Q And what typically -- what typically takes place in those consultations to the best of your knowledge?

A I've never been on site for one, so I

can't speak directly to that, but generally an OSHA representative would come on site and review the site for any issue -- safety issues.

Q And if they notice any issues, who is that reported to, is that typically reported to EDC?

MR. O'CONNOR: Objection.

A I don't know that answer. I think they would have that consultation on site with -- and review it with the foreman responsible for whatever work that was or whatever that violation -- or supposed violation fell under.

Q And then going to the consultation referred to for the Movie Tavern site on November 3rd, are you -- were you present on the job site that day?

A Not that I recall, no.

Q And does EDC always do OSHA voluntary consultation on all of their job sites?

MR. O'CONNOR: Objection. You can answer.

A I don't know that answer. I know we've done it on other projects in the past, but as far as all, I can't answer that.

Q Is there any --

*WALSH - KNAPP*

A That's not something under my -- sorry. It's not something under my purview.

Q And whose purview would that be under?

A Usually it's handled between the superintendent or the general superintendent and I think Margaret Carden.

Q And who's Margaret Carden?

A She's an EDC employee. She handles some of our personnel stuff, some of our paralegal stuff.

Q And is that her current role at EDC?

A Yeah, I -- I don't even know what her title is, but I know she wears a lot of different hats.

Q And would she have had the same position back -- or same job duties back in November 2015?

MR. O'CONNOR: Objection.

A I don't know that firsthand. I'm guessing she may have been, but.

Q And do you know if the OSHA voluntary consultation, was that all a requirement in order to get your -- to get liability insurance on a particular site?

MR. O'CONNOR: Objection. Annette, could you read that question back, please.

(Whereupon, the requested portion of testimony was read back by the court reporter.)

MR. O'CONNOR: Objection, but you can answer if you can.

A I don't -- I don't know that answer.

Q And are you aware as to whether the OSHA voluntary consultation occurred on November 3rd, 2015?

A I don't know that.

Q Are you aware if any employees at C&D LaFace Construction had any complaints about what was suggested by the OSHA trainer during that consultation?

A Not that I'm aware of or that I recall.

Q And going to the accident, are you familiar with the plaintiff Mr. Atkinson?

A I'm not familiar with him, no. I don't know what you mean by familiar, but.

Q Outside of this action, are you familiar with Mr. Atkinson?

A Outside of this action, no.

Q Do you have any personal recollection of Mr. Atkinson on the Movie Tavern job site?

A I do not. I know he was injured, but that's all I know.

Q And when did you first become aware of the accident involving Mr. Atkinson on the Movie Tavern job site?

A I mean, first become aware, I don't -- I'm assuming -- I don't know this for sure, but I'm assuming Tom Andrews called me.

Q But you -- sorry.

A It's just been so long ago that I -- it's hard for me to recall how I first became aware of it.

MS. KNAPP: And could you go to Exhibit 10, Keith.

MR. FRARY: Yep. Give me one sec.

Q Do you recognize this document, Mr. Walsh?

A Yes. It looks like an email that Tom Andrews sent.

Q And you can briefly review the entirety of the email before I ask any questions. Let me know when you're done.

A Okay.

Q And I think we briefly talked before about who Margaret Carden was as to -- on the "to" up

there.

A Uh-huh.

Q Who is Mr. Gillespie, William --

A I'm sorry?

Q William Gillespie. Sorry. I said his full name.

A He's -- he's our general superintendent currently, and I believe he would have been the general superintendent at the time.

Q And what role would he have had in the Movie Tavern job site?

A No real role, other than he -- a general superintendent for a construction company is kind of -- kind of supervises the superintendents, you know, to make sure they're, you know, doing what they're supposed to be doing on a -- on a -- their specific job site, but -- and he occasionally visits job sites and will walk with a superintendent, but -- yeah, so.

Q Do you recall Mr. Gillespie ever visiting the Movie Tavern job site?

A He may have, but I don't recall any specific time when he did.

Q And I think we already discussed

Christopher Johnson as well, was he the Christopher Johnson we previously discussed, the president of EDC?

A Yes.

Q And did Mr. Johnson ever visit the Movie Tavern job site to the best of your recollection?

A Not that I can recall.

Q And going to Margaret Carden, do you remember what her position -- I think you already said it, but just to go back, do you know what her position was as of November 2015?

A Again, it's hard to define what her position is. She's an in-house paralegal, she handles some HR stuff, she handles some safety stuff, you know, like where the superintendents are required to get, you know, OSHA training and CPR training, she kind of manages, making sure that happens, and then she also reviews contracts.

Q And is there a reason she would have been sent this email, was -- did -- was she typically sent emails regarding accidents on EDC job sites?

A Yeah, if there was an accident on a job site, she would have -- she would have been copied on it.

*WALSH - KNAPP*

Q Okay. And I think you also said she was likely involved in setting up the OSHA consultation as well?

MR. O'CONNOR: Objection.

A I don't know that for sure, but maybe.

Q And outside of this email, are you aware of any investigation that was undertaken by EDC into Mr. Atkinson's accident?

A Not that I can recall.

Q Would EDC have a -- a file on that if an investigation were done?

A I -- I'm assuming we would. I don't know what you mean by investigation, other than, you know, the communications from Tom Andrews. I don't -- I doubt there's a, you know, quote, unquote, file necessarily on this, but I don't -- I don't know that for sure.

Q And do you know if Movie Tavern or Southern Theaters ever did an independent investigation into Mr. Atkinson's accident?

A Not that I'm aware of.

Q And the same question for Hinsdale Road Group, are you aware if they ever performed an independent investigation into Mr. Atkinson's

accident?

A Not that I'm aware of.

Q And did you ever attend any safety talks on the Movie Tavern job site?

A No.

Q Are you aware if Tom Andrews ever received instruction from Movie Tavern, LLC, or Hinsdale Road Group as to what to discuss during those safety talks?

MR. O'CONNOR: Objection.

A Am I aware if they directed him to discuss anything about safety?

Q Yes, specifically.

A Not that I'm aware of.

MS. KNAPP: Okay. I think that's everything. I guess just take a brief break.

MR. O'CONNOR: Take ten minutes, be back at 1:10.

(Whereupon, a short recess was taken.)

MS. KNAPP: I have a couple more followups.

BY MS. KNAPP: (Cont.)

*WALSH - KNAPP*

Q Mr. Walsh, can you hear me okay?
A Yes.
Q You said -- you briefly discussed before another point person at the Movie Tavern, LLC, besides Jerry Passmore. Would that have been Allan Sutherland, does that name sound familiar?
A That sounds right.
Q Okay.
MS. KNAPP: And then I'm going to just go briefly back over the subcontract again, Keith.
MR. FRARY: This is Exhibit D-1.
MS. KNAPP: Can you scroll down to Line 15 under the scope of the work, Keith. Yeah, the second to last one.
Q Can you see that okay, Mr. Walsh?
A Yeah. I can't see the whole thing.
MS. KNAPP: I think you can move your -- the talk screen, it covers -- oh, there you go.
Q Can you see it now?
A Yes.
Q All right. Just briefly read that paragraph. It starts with coordination meetings.

A Okay.
Q Were you ever present at any of those coordination meetings on the Movie Tavern job site?
A Not that I recall.
Q And is it your understanding from your review of this paragraph that the attendance at such meetings was required by the representative of the subcontractor?
A Yes.
Q And what about presence at weekly scheduling meetings, were you ever present at any of the scheduling -- weekly scheduling meetings as referred to in this paragraph?
A Not that I recall.
Q And is it your understanding that a representative of the subcontractor was required to attend such meetings as well?
A If they were working on site, then yeah.
Q Okay.
MS. KNAPP: And then to Exhibit 18 real quick again, Keith.
Q And under the safety section of the meeting agenda, do you see all those points set forth?

*WALSH - KNAPP*

A I do.

Q Is it accurate to say these are safety measures that were required by EDC to be taken by subcontractors working on the Movie Tavern job site?

A Could you say that again?

Q Is it accurate to say that the items set forth in here as safety measures that were required by EDC to be taken by subcontractors on the Movie Tavern job site?

MR. O'CONNOR: Objection.

A No, I wouldn't say that.

Q What would you -- what would your interpretation of this entire safety clause be?

MR. O'CONNOR: Objection.

A I wouldn't call it a clause. Just general safety guidance.

Q So it would be optional for general -- for subcontractors on the site to follow this safety guidance?

MR. O'CONNOR: Objection. That's an argumentive question.

MS. KNAPP: I'm having a hard time hearing you, Gerry. I'm sorry, I didn't hear -- I know you're saying something

after the objection.

MR. O'CONNOR: I said that's an argumentative question, and I'm very close to directing him not to answer it. I mean, first of all, today was the first day he's ever seen any of these. These were not -- not something within his sphere, and you're asking him to interpret something that is outside of what his duties and responsibilities were.

MR. FRARY: So you're not just objecting to the form of the question, you're making a speaking objection, an objection under some other -- some other --

MR. O'CONNOR: Well, his testimony --

MR. FRARY: -- something else.

MR. O'CONNOR: His testimony earlier today -- yeah, I don't mean to make a speaking objection, but, you know, that's a -- that's a loaded question you're asking, Carey, you know. I'm going to direct him not to answer.

MR. FRARY: On what basis?

MR. O'CONNOR: On the basis that these are not his -- this is not his meeting agenda, he didn't see it until today, and she's asking him to interpret something that today is the first time he's seen it.

MR. FRARY: Well, this is an EDC document, correct?

MR. O'CONNOR: That's correct.

MR. FRARY: And he is here as a representative of EDC; is that correct?

MR. O'CONNOR: Yes, he is.

MR. FRARY: Okay. And I believe there's a number of -- from a number of parties a production of all types of meeting minutes, daily reports, everything else relating to this project, yet this was just produced today?

MR. O'CONNOR: This is the first time he saw it, the witness saw it.

MR. FRARY: Okay. Well, the fact that he hasn't seen this is not anyone on this call's fault.

MR. O'CONNOR: No, but --

MR. FRARY: If he can't answer a question that's posed to him, I assume he'll say I don't know or I can't answer that question.

MR. O'CONNOR: Well, he's being asked to interpret the document that he's only become aware of today.

MR. FRARY: Well, if he needs time to review it, we can take that time.

MR. O'CONNOR: You know --

MR. FRARY: I'm trying to avoid having to bring him back again and everybody else all at your expense because you're forbidding him from answering a question.

MR. O'CONNOR: He's being asked -- first of all, you know -- go ahead Mr. Walsh, you can go ahead and answer if you can.

MR. FRARY: I think you're going to have to read back the question, Annette.

MR. O'CONNOR: Annette, please read the question back.

(Whereupon, the requested portion of

testimony was read back by the court reporter.)

MR. O'CONNOR: Objection. You can go ahead and answer if you can.

BY MS. CAREY: (Cont.)

A Yeah, I think this is -- these meetings that would normally be held weekly is just a -- primarily for scheduling the various trades and getting the foreman or supervisor for each trade in a meeting to discuss the schedule and what work's got to -- got to take place and where and all that.

So this appears to be just general guidance requiring safety, but -- but Tom would not direct any subcontractors in terms of safety because that -- each subcontractor is responsible for their own safety measures.

Q So if Mr. Andrews saw anybody doing anything unsafe on the job site, he wouldn't say anything about it, he would allow the subcontractor to continue to act in an unsafe manner?

MR. O'CONNOR: Objection.

A No, I don't think that's correct. I think if he actually saw it take place, then he would have a conversation with that employee's supervisor or

*WALSH - KNAPP*

the lead person for that subcontractor on the project, but he wouldn't be going around just looking at safety. Again, he's not the safety police on a -- on a job site project.

We expect the subcontractors to police their own work, and it's their means and methods to complete their scope of work for the project.

Q Would it be accurate to say that the general contractor is ultimately responsible for safety on their job sites?

MR. O'CONNOR: Objection.

A No.

Q No, you're not responsible for the safety on your job site?

MR. O'CONNOR: Objection.

A No. Each subcontractor is responsible for it. If I can point out, this -- this document appears to be modified. I don't know where this document came from, but the section that says let's discuss today, and then it has, what appears to be added, limited access zones, that doesn't look to be original to this document.

Q Would you have copies of these documents on file?

A I don't know if we would or not.

Q And, again, going to the safety section that says -- five lines up, mandatory, all crews to broom clean and remove all trash from their work area daily, is that a requirement in your interpretation of the document by EDC to keep a -- for the subcontractors to keep a clean job site?

A I don't know if that's what that says or not.

Q What is your understanding of the term mandatory?

A Again, this isn't a contract document.

Q But as far as -- do you understand that this document was provided to the subcontractors on site by EDC?

MR. O'CONNOR: Objection. Annette, could you read that question back, please.

(Whereupon, the requested portion of testimony was read back by the court reporter.)

MR. O'CONNOR: Thank you. Objection. You can answer.

A I don't know.

Q Do you have any reason to believe that

this document is not an EDC -- a document generated by a representative of EDC?

MR. O'CONNOR: Objection.

A Not that I know of.

MR. O'CONNOR: Hold on just a second. I think Keith has disappeared.

(Whereupon, a short recess was taken.)

MS. KNAPP: That's it. No further questions.

MR. O'CONNOR: Okay. Who's next?

MR. FRARY: Steve?

MR. SNYDER: I don't have any questions.

MR. KOWALEWSKI: I have a couple questions.

EXAMINATION BY

MR. KOWALEWSKI:

Q Hello, sir. My name is Andrew Kowalewski. I represent C&D LaFace. Just a few questions for you just about the subcontract agreement.

MR. KOWALEWSKI: Keith, can you pull up D-1 again.

MR. FRARY: Yep. Just give me one sec.

Q All right. Sir, I'm showing you what's been marked as D-1, and I don't think you were asked this before.

MR. KOWALEWSKI: If you scroll down to the last page, Keith.

Q I don't know if you were asked about the signatures on this document. And, sir, is that your signature under contractor EDC?

A Yes, it looks like it.

Q Okay. And your title was project manager at the time?

A Yep.

Q Okay. And I think you mentioned before that Carmena Rachetta, that you never spoke with her directly; is that true?

A I don't know if I did or not. I may have, but I don't know that.

Q All right.

MR. KOWALEWSKI: And scrolling back up to the first page under the scope of work.

MR. FRARY: Let me just make it

bigger.

MR. KOWALEWSKI: Yeah, that sounds great. Thank you.

Q Did you prepare the scope of work section of this document?

A I believe I did most of it. Some of it is boilerplate stuff, but -- well, most of it is boilerplate stuff that we use for, you know, a masonry subcontract or a contract of that nature.

Q And in several of these -- these subsections have some initials next to them; is that fair to say?

A Yeah.

Q Okay. And is -- I see -- it looks like CR with a circle around it. Do you see that?

A Yep.

Q Okay. And then there's a slash, and then I see two initials after that. What initials are those?

A It looks like CCW, which would be my initials.

Q All right. So is it -- would you agree that you initialed the changes to this scope of work section?

A I have, yeah.

Q Okay. And you mentioned before in -- earlier in your testimony that much of this contract is what you term as boilerplate; is that correct?

A Yeah.

Q Okay. And scrolling down to Section 4 on Page 3, section entitled insurance, to your knowledge, sir, is this section also boilerplate?

MR. O'CONNOR: Objection.

A I don't know.

Q Okay. Do you know who prepared this section --

A I do not.

Q -- of the contract? I'm sorry, I didn't hear your answer. I spoke over you.

A I do not.

Q Okay. Scrolling down to Section 5, where it says indemnification, do you know if this section of the contract is boilerplate?

A I don't.

MR. O'CONNOR: Objection.

Q Do you know who -- do you know who prepared this section of the contract entitled indemnification?

A I do not.
Q Did you ever have any conversations with Giovanni LaFace?
A Yes.
Q Okay. What were those conversations about?
A I don't recall.
Q Okay. Was there anything involving the accident itself?
A I don't recall.
Q Did you ever provide any direction to Giovanni LaFace about how work was supposed to be performed by C&D employees?
A Not that I recall.
Q And, sir, were you ever present for any conversations that Tom Andrews would have had with Giovanni LaFace?
A I don't believe so.
Q Other than speaking with Giovanni LaFace, have you ever had any conversations with any other C&D LaFace employees?
A Not that I recall. Again, I may have spoken to -- is it Carmena or Carman, but I don't recall any specific instance where I did. I know I

would have spoken to Giovanni, but that's -- that's it.

MR. KOWALEWSKI: All right, sir, that's all the questions I have for you. Thank you.

MR. FRARY: Yeah, I have a couple.

EXAMINATION BY
MR. FRARY:

Q Mr. Walsh, my name is Keith Frary. I represent Movie Tavern Theaters and Southern Theaters. Let me click on my camera here. Can you see Exhibit A? I'll enlarge it a little bit here.

A Yeah.

Q Now, you did indicate -- we looked at the -- the signature, I believe it was Mr. Johnson, on this contract, correct?

A Yeah, I believe so.

Q And this clearly is a contract which -- an AIA standard form of agreement between owner and contractor dealing with the Movie Tavern Theater project. Can we agree about that?

A Yes, it looks -- looks to be it.

Q Okay. And, in fact, it says down here on

*WAGNER - FRARY*

the left, for the following project Movie Tavern Theater, Town of Camillus. Do you see that?

A Yes.

Q Okay. Now, this is a standard form, the AIA form contracts are standard form construction contracts; would you agree with that?

A Yeah.

Q Okay. And on the right side, your attention was drawn to the last paragraph of the -- the writing on the right side, where it says AIA document A201-2007 general conditions of the contract for construction is adopted in this document by reference. Do you see that?

A I do.

Q Okay. Let me -- let me click on the conditions. This is Exhibit C. Now, I believe you said, and please correct me if I'm wrong, that you're familiar with -- in general with this AIA document, which is general conditions of the contract for construction. So, in general, you're familiar with this, correct?

A A little bit.

Q Okay. Well, you were a project manager at some point in time in your career, correct?

*WAGNER - FRARY*

A Yeah.

Q Okay. And the project manager would at least have access to or review contracts; is that right?

A Yeah, for -- for the general things that I would need to know about, which would be, you know, payment terms, how to do a pay app in terms of the contract, how to do contract amount, payment terms.

Q But looking at contracts such as this, they're not foreign to you, correct?

A I wouldn't say they're foreign to me, no.

MR. O'CONNOR: Objection.

Q Okay. The general conditions for contract -- this, again, is a standard AIA document, right, it says that at the top, AIA document?

A Yep.

Q Now, there's been testimony in this case that by association, the clause that I just read to you in Exhibit A, which was the contract, that these conditions would have applied to this project, all right? There's been prior testimony by a number of people, I believe including Mr. Andrews, all right? Are you aware of that?

A I'm not aware of Mr. Andrews' testimony.

Q Okay. Well, what I'm telling you is there has been prior testimony by Mr. Andrews and others that these general conditions apply to this project, all right? So based on that, what I want to do is, I want to show you a couple sections of this contract.

First of all, Section 3.1, now, we can agree that the contractor on this project was EDC, correct?

A I think so.

Q Well, let's look back at Exhibit A. Who's identified as the contractor in the standard form agreement between owner and contract?

MR. AISEN: Object to form.

MR. FRARY: Wait, wait, wait, wait, wait. Gerry, it couldn't get any more basic than this. What's your objection?

MR. AISEN: That wasn't Gerry, that was me, Aaron Aisen.

MR. FRARY: Well, Aaron, what's your objection?

MR. AISEN: My objection --

MR. FRARY: I'm asking him who under the contract is identified as the

contractor.

MR. AISEN: I'm objecting to form.

MR. FRARY: Okay.

MR. AISEN: That's all I have to do.

MR. FRARY: Got you.

MR. AISEN: It's not a speaking objection.

MR. FRARY: Understood.

Q So, again, Mr. Walsh, under this contract, which you said was signed by the president of your company, who is identified as the contractor?

A EDC.

Q Okay. Thank you. Let's go back here. So this Article 3 contractor would apply to EDC, correct?

MR. AISEN: Object to form.

A I'm -- I'm assuming so. I don't -- I don't know.

Q Well, EDC --

A I don't review these in this amount of detail.

Q It's not a trick question, Mr. Walsh. EDC is identified as the contractor, that's an identified term under Exhibit A. Do you see it

*WAGNER - FRARY*

right here in the middle of the page?

A Yeah.

MR. O'CONNOR: Objection.

A So why are you asking me these questions if it's clear in the contract?

Q Well, you're a representative of EDC. I'm trying to lay a foundation for the rest of my questions. That's why. I don't want you to have any doubt that I'm talking about EDC when I'm talking about Article 3. Can we agree to that?

MR. O'CONNOR: Objection.

A Okay.

Q And, in fact, it says in 3.1.1, the contractor is the person or entity identified as such in the agreement, Exhibit A, agreement, and is referred to throughout the contract documents, okay, and it says, and here's my question, in Section 3.3, the contractor shall supervise and direct the work. That would be EDC, correct?

MR. O'CONNOR: Objection.

Q The conditions state that provision, do they not?

A I don't know. Without reading the whole document, and, you know, again, I'm not a lawyer,

and I don't review these things and these sections.

Q I appreciate that, Mr. Walsh. You are a project manager, and now in your position you are the vice president, correct, vice president?

MR. O'CONNOR: Objection.

A I am the vice president.

Q A vice president?

A Uh-huh.

Q You've been a senior project manager and a project manager, correct, sir?

A Correct.

Q All I'm asking is, under 3.3.1, it says the contractor, who's identified as EDC, shall supervise and direct the work. That's what the contract provision says, correct?

MR. O'CONNOR: Objection.

A Okay.

Q Okay. Not okay, that's yes or no, please.

A I mean, you're telling me what it means. I don't --

Q No, I just am -- I'm asking you if that's what it says.

MR. O'CONNOR: Objection.

A I mean, you just read it verbatim and

that's what it says.

Q Thank you. It also indicates the contractor, EDC, shall be solely responsible for, and have control over, construction means, methods, techniques, and sequences and procedures and for coordinating all portions under the work under the contract. Do you see that provision?

A I do.

Q Okay. Was EDC responsible for the construction means and methods on the Movie Tavern Theater project --

MR. O'CONNOR: Objection.

Q -- under the contract?

MR. O'CONNOR: Objection.

A I think we then put that onto the subcontractor.

Q And you may very well have, but I'm saying, at least in terms of the contract provision 3.3.1, EDC was solely responsible for and have control over the construction means and methods according to 3.3.1 of the contract, correct?

MR. O'CONNOR: Objection.

A I don't know if that's correct or not.

Q Well, isn't that what it says right there?

*WAGNER - FRARY*

A Again, I'm not an attorney, and I don't review these contracts for -- for this type of language.

Q Okay. My point is, Mr. Walsh, is -- whether or not you're an attorney or not, the issue is, is the contract -- and this project had to be built in accordance with the contract, plans, and specifications, right --

MR. O'CONNOR: Objection.

Q -- correct?

A I mean, again, you're asking me to weigh in on something that I didn't necessarily review, and I wouldn't have reviewed and don't really know what it means.

Q You have no idea what this means, this provision 3.3.1?

MR. O'CONNOR: Objection.

A I think it could mean a number of things.

Q And what do you think it could --

A I don't know that.

Q You don't know what it could mean? Let's talk about the plain language of what's written here. It says, in plain English, that EDC shall solely be responsible for, and have control over,

the construction means and methods. That's what's written here, correct?

MR. O'CONNOR: Objection.

Q Can we at least agree to that?

A It says the contractor. It doesn't say EDC.

Q All right. Let's go back to Exhibit A. We digress. The contractor is identified as EDC, correct?

A Yes.

Q Okay. Was there some other general contractor on the project?

A I know there was a site contractor involved, I think that the developer hired directly, that we didn't have involvement over.

Q Is it your understanding the site contractor directed the construction means and methods?

MR. O'CONNOR: Objection.

A For their work.

Q Right. It also says in 3.3.1, in the second -- in the section here that says if the contract documents give specific instructions concerning construction means, methods, techniques,

sequences or procedures, the contractor shall evaluate job site safety thereof and, except as stated below, shall be fully and solely responsible for the job site safety of such means, methods, techniques, sequences and procedures. Do you see that?

A Yeah.

Q And the contractor identified in the contract documents is EDC, correct?

A I think so.

Q Okay. And it says if the contractor determines that such means, methods, techniques, sequences or procedures may not be safe, the contractor shall give timely written notice to the owner and architect and shall not proceed with that portion of the work without further written instructions from the architect. Do you see that?

MR. O'CONNOR: Objection.

A Yes, I see it.

Q The representative of EDC on the project on a daily basis was Tom Andrews, correct?

A Yes.

Q Did you ever receive any kind of written notice from Tom Andrews that was provided to either

Movie Tavern Theaters or Hinsdale Road Group regarding any safety issues or problems?

A I don't know.

Q Well, would you have known about that at the time, would you have received notice of that?

A Not necessarily, but possibly.

Q Okay. If there were problems in terms of safety issues on the job site, were you one of the people who would get notified by Tom Andrews?

A No, not necessarily.

Q You were Tom Andrews' superior, correct, supervisor?

A Yeah.

Q Okay. And when there was an accident, he sent you an email the same day, correct?

A He sent an email. I don't know if it was the same day, but.

Q Do you want to look at it? I can find it here. Do you see this?

A I do.

Q Thursday, November 5th, 2015, that's the date of this accident. You got it the same day, right?

A Yeah, if that's the date that the accident

occurred.

Q That's the date of the accident.

A Okay.

Q Your -- the document we looked at -- excuse me, let me get it up here. This is Exhibit 18, the meeting agenda. This is an EDC document, correct? It says there at the top.

A Yeah.

Q In addition to meeting agendas, did Mr. Andrews produce any type of daily work report?

A Normally they would produce a daily report, what we call a daily report.

Q Would include such things as the trades that were on site at the time, correct?

A Correct.

Q Would include maybe even something as simple as weather conditions, that type of thing?

A Possibly, yeah.

Q Would include any information about work progress on there?

A Yep.

Q Direct your attention down here to the safety section, which I believe you called a -- hang on a second, guidance. It says on the fourth bullet

point, all employees to follow all OSHA and EDC safety rules while on site. Do you see that?

A I do.

Q What EDC safety rules were in place for the Movie Tavern Theater project?

A I don't know.

Q You have no idea?

A No.

Q Who would develop the safety rules referenced here?

A I don't know.

Q Did EDC have some type of safety manual for the Movie Tavern Theater project?

A I don't believe so.

Q Were they required to?

A Required to by who?

Q The contract.

A I -- I don't know.

Q But as you sit here today, you don't know if EDC had any safety rules on this Movie Tavern Theater project?

A I -- I do not know.

Q The Movie Tavern Theater was one of the projects that was under your -- your purview as a

*WAGNER - FRARY*

project manager, correct?

A Yep.

Q And you were responsible for overseeing the work on the Movie Tavern Theater project, right?

A Yeah.

Q It would be fair to say that safety rules as they relate to a construction project have to be site-specific, correct?

MR. O'CONNOR: Objection.

A I'm not -- I'm not sure what you're asking there.

Q Well, let me give you an example. If there's trenching that takes place on a job site, then you would have to make sure that there are appropriate bracing and shoring methods in place because those are required by the New York State Industrial Code and also by OSHA, correct?

MR. O'CONNOR: Objection.

A I don't know if that's true or not.

Q You have no idea?

A I mean, we hire subcontractors to be responsible for their own safety measures when they're performing the work.

Q Okay. But this document says that there

*WAGNER - FRARY*

are EDC safety rules that exist and the employees are responsible for following them. Doesn't that document say that?

MR. O'CONNOR: Objection.

Q It's right here, bullet point four.

A Yeah, I'm -- I'm reading it. Again, I don't know if there was a specific EDC safety document that was produced for this. I just don't know that.

Q Is that one of your responsibilities over -- as a project manager overseeing a construction project to know that the appropriate safety rules are in place; is that one of your responsibilities?

A I mean, we have to follow OSHA requirements --

Q Okay.

A -- but I don't -- again, this was five years ago. I don't know if there was a -- specific EDC safety rules in place other than, you know, follow what OSHA's guidance is.

Q Who would know that --

A I don't know.

Q -- at your company, anybody?

A I don't know.
Q Would Tom Andrews know that?
A He might, but -- I mean, he -- he references it in this document, but I don't -- I don't recall a specific EDC safety manual for this specific project.
Q Back to Exhibit A, the agreement, that I do believe we agreed specifically -- do you see 9.1.2 right here, this section right here?
A Yeah.
Q It says 9.1.2, the general conditions are AIA document A201-2007, general conditions of the contract for construction. Do you see that?
A Yeah.
Q And that is part of Article 9, which is contract documents, correct?
A Yeah.
Q 10.2.1, the contractor shall take reasonable precautions for safety of, and shall provide reasonable protection to prevent damages, injury, or loss to, Subsection 1, employees on the work and other persons who may be affected thereby. Do you see that?
A Yeah.

*WAGNER - FRARY*

Q What were the reasonable precautions that were provided by EDC as the contract for safety of employees on the work site?

A I'm not sure.

Q Wouldn't that be part of your responsibility --

MR. O'CONNOR: Objection.

Q -- as a project manager?

A Again, you're asking me for information from five years ago that I don't recall.

Q Well, let me ask you this. I'm sorry, I didn't mean to interrupt you. Were you done?

A That's okay. Yeah.

Q Well, as part of any construction project under your supervision as a project manager, before the project starts, do you put in place guidelines regarding safety and -- which are designed to protect employees and other people who may be affected? Do you do that before a project starts?

MR. O'CONNOR: Objection.

A I think we do that by passing it down to all the subcontractors, since we don't actually perform any work.

Q Well, but you supervise the work, correct?

*WAGNER - FRARY*

MR. O'CONNOR: Objection.

Q You do supervise the work that's going on in the project, right?

A To a certain extent, yeah. I mean, we supervise it from a -- a big picture perspective, but we also think that the -- require that the subcontractors perform the work that they're contracted to do, and they're responsible for their work.

Q Back at Section 3.3.2 of -- again, of the conditions, part of the contract documents, it states the contractor shall be responsible to the owner for acts and omissions of the contractor's employees, subcontractors, and their agents and employees. Do you see that?

A I do.

Q So EDC is responsible for the acts and omissions of the subcontractors and their employees under this provision of the contract. That's what it says, right?

MR. O'CONNOR: Objection.

A Okay.

Q Yes? Okay is not an answer. It says that in the conditions, the -- part of the contract

documents, right?

MR. O'CONNOR: Objection.

A Is -- I mean, are you asking me a question? I'm -- I'm -- I'm not sure what you're asking me.

Q I'm asking you is EDC responsible under the contract for the acts and omissions of the subcontractors, in this case C&D LaFace, and their employees?

MR. O'CONNOR: Objection.

A Yeah, I've read it twice, and I'm not sure I completely understand what it's says.

Q Okay. Let me ask you this question. Did C& -- excuse me, did EDC as the contractor, the general contractor for the project, have the authority to stop work if they saw something going on that violated the safety rules and standards?

MR. O'CONNOR: Objection.

Q Did they have the authority to stop the work if they saw something violating safety rules and standards?

MR. O'CONNOR: Again, same objection.

A Yeah, I believe so.

Q They wouldn't just let that violation

that -- whoever was violating safety rules and standards, they wouldn't just let that go on while they tried to find a foreman or a supervisor of that subcontractor to tell them that there was a problem; is that fair?

MR. O'CONNOR: Objection.

A I mean, if it was clearly a safety violation, then yeah, I believe the superintendent would have that ability.

Q Okay. You indicated -- you did recognize the name Allan Sutherland from Movie Tavern Theaters; is that right?

A Yeah, I believe that name rings a bell. I think he was the guy that worked for Jerry --

Q Okay.

A -- Passmore.

Q And I -- correct me if I'm wrong, but you were not sure when Jerry or Allan were on the project; is that -- did I hear that correctly?

A Yeah, that's correct. I know Allan was there and -- but how many times, I don't know, and when, I couldn't -- I couldn't recall

Q Tom Andrews has testified that he did not recall Jerry or Allan Sutherland being on the

*WAGNER - FRARY*

project before this accident on November 5th, 2015. Do you have any reason to disagree with that if he testified to that?

A Not that I can think of.

Q When Jerry or Allan were on the project, I believe you said that they were monitoring progress; is that fair, of construction?

A Yeah, they would have been monitoring progress, seeing how things were going. They had vendors and subcontractors that were directly working for them as part of the project, so I think they probably would have been checking on that work as well.

Q Those vendors and subcontractors were -- were primarily involved with the -- the internal preparation of the theater; is that fair --

MR. O'CONNOR: Objection.

Q -- projection, that kind of thing, do you know?

A Again, we -- I don't recall specifically, but yeah, I mean, most theater operators, they have their own data guys, their own projectionists that they're directly contracted with that we don't have any control over.

Q Fair enough.

A Sometimes millwork guys. But, again, I don't -- I don't recall any specifics on this project and who they contracted with or didn't.

Q It would be fair to say that -- that neither Jerry Passmore or Allan Sutherland would have directed or controlled anything having to do with C&D LaFace's work as masons, correct?

A I don't -- I don't believe so. I know C&D LaFace did the -- the EIFS work as well.

Q You got me on that one. What is EIFS?

A It's like a foam product that goes on the outside of a building.

Q Well, that wouldn't have anything to do with the internal projection --

A No.

Q -- data, anything like that, right?

A No.

MR. FRARY: Okay. I'm all set. Thank you, Mr. Walsh.

THE WITNESS: Thank you.

MR. O'CONNOR: Okay. Who's next? Anybody?

MR. AISEN: I'll go real quickly.

MR. O'CONNOR: Okay.

MR. AISEN: Keith, could you please put up D-1, the subcontracts.

MR. FRARY: Yeah. Hang on one sec. Any particular portion?

MR. AISEN: The first page, down at the bottom. Yeah, that's fine.

EXAMINATION BY
MR. AISEN:

Q How are you, Mr. Walsh?

A I'm well. How are you?

Q Good. All right. I know it feels like it's been a long day.

A Yep, never done this before. This is --

Q No, I know, it can be a little intimidating, and it's -- but you've got -- you know, it's -- you're hanging in well, so we appreciate your time today and we appreciate you answering our questions today as we try to figure out what's going on with -- with this lawsuit, so thank you for your time very much.

So you said that you -- you helped prepare this -- certain components of this subcontract; is

that correct?

A Yeah.

Q Okay. And how often did you prepare these subcontracts for the various projects that you were project manager over?

A Generally, all of them, but we have a -- a subcontract agreement that we all use that, you know, 90 percent of it is already filled in, and then we just -- you know, we -- we figure out the dollar value. Basically we make sure the contract documents match the contract documents that we're tied to with the owner, and then we -- through discussions with the subcontractor, we mostly write up the scope, but those items still are -- they're -- I'd still kind of consider them boilerplate. Like we have a mason -- you know, for masonry, an as an example, we have line items in the scope of work section.

MR. O'CONNOR: Chris, could you try, to keep your voice up?

THE WITNESS: Yeah. Sorry.

A Aaron, I'm sorry, who are you with just so I know?

Q Oh, no, I'm sorry. I'm with Amerisure.

I'm one of the -- I'm the insurance company for EDC.

A Okay.

Q Okay. So under -- I don't know if you can see down here at the bottom, it says the subcontract sum. Do you see where -- do you see the big bold on the left-hand side of the screen there?

A Yeah.

Q Okay. If you go down just below that, it includes a section called subcontract documents.

A Yeah.

Q Do you see that? Okay. Could you read No. 5 out loud under contract documents, please?

A Yeah. It says the contract, including general conditions and supplemental conditions and addenda between the owner and the contractor.

Q Okay. Do you -- did you prepare this section of the subcontract?

A I'm assuming I did, yeah.

Q Okay. And what does the term -- and based upon your understanding, and I understand you're not a lawyer and I understand that you only work with certain parts of these -- as you testified that you only work with certain parts of these contracts. What does the -- what to your understanding does the

*WAGNER - AISEN*

term contract documents mean in this particular subcontract?

A It means everything that the subcontractor is required to abide by.

Q So No. 5, the contract, including the general conditions and supplemental conditions and addenda between the owner and subcontractor, so that would be the contract Exhibit A that we referenced -- would that be Exhibit A that we referenced earlier, the contract between EDC and the owners and -- is that correct?

MS. KNAPP: Object to form.

A Yeah, that's correct.

Q Okay. So that -- so to your understanding, when this is prepared, the -- the original contract, Exhibit A, is -- all of the terms and conditions in that contract are incorporated and included in this subcontract with EDC; is that correct?

A That's correct.

MR. KOWALEWSKI: Form.

MR. AISEN: Okay. Thank you very much, Mr. Walsh. I appreciate your time today.

MR. O'CONNOR: Chris, I have a few questions. Gerry O'Connor here. I'm not sure why my camera is not working, but you got -- you all got lucky today.

EXAMINATION BY
MR. O'CONNOR:

Q Chris, you were asked about means and methods. Is it your understanding that the means and methods for this construction was the responsibility of the subcontractors once they executed a subcontract agreement with EDC?

MS. KNAPP: Form.

A Yes.

Q So you didn't have anybody there telling, by example, C&D LaFace how to lay block, correct?

A No.

Q Okay. And when it came to safety under the subcontract agreement, the subcontractors agreed to follow all New York State safety regulations, safety laws, and OSHA regulations, among other things?

MS. KNAPP: Form.

A Yes, that's correct.

Q And you said a couple of times that Mr. Andrews wasn't the safety police. For the most part, was he the only EDC representative who was on site?

A Yeah, I believe so. I think we may have had an assistant superintendent that may have come towards the end of the project, but --

Q Okay.

A -- generally Tom was the guy on site for the whole project.

Q Okay. So when the building shell and roof was constructed, would Tom Andrews been the only EDC employee on site other than your occasional visits?

A From what I recall, yes, he would have been the only one on site.

Q Okay. And because of that, you would have expected that each one of the subcontractors would have a responsible person on site?

MS. KNAPP: Form.

A That's correct.

Q And that was required by EDC that each sub had to have somebody who was a responsible person?

A Yes, that's correct.

Q And that they would be responsible for the

means and methods of their own work described in the subcontract agreement?

MS. KNAPP: Form.

A Yes, that's correct.

Q And they would be responsible for the safety of their crew?

MS. KNAPP: Form.

A Yes, that's correct.

Q Now, you were asked about --

MR. O'CONNOR: And I -- Keith, I think if you could scroll up just a little bit on D-1. Okay. That's fine right there.

Q You were asked about 16, clean-up is to be done on a daily basis and as directed by our project superintendent. Do you see that -- that -- that portion?

A Yep.

Q Okay. Typically, when is clean-up done on any kind of work site?

MS. KNAPP: Form.

A You hope it's done every day and the work -- the work area's kept clean every day. Sometimes that doesn't always happen, but.

*WAGNER - O'CONNOR*

Q Okay. And, you know, is it usually done at one specific time versus another?

MS. KNAPP: Form.

A Yeah, usually at the end of the day before they leave.

Q Okay. That's because you don't want people wasting time cleaning stuff up and then making another mess?

MS. KNAPP: Form.

A Yeah. And I think, you know, subcontractors, they need to police their own work. So if something's in their way that they need to clean up at that time, then they would need to do that, but yeah, generally speaking, it would be at the end of the day.

Q Okay. Do you know who the C&D LaFace responsible person was on this job site?

A I don't have direct knowledge of that, but based on the meeting agenda that was one of the exhibits, it looks like Jay Miller was -- was present for those meetings, so I would assume it was him.

MR. O'CONNOR: I think those are all my questions. Thank you, Mr. Walsh.

THE WITNESS: Yep.

MR. O'CONNOR: Anybody else? I think we're done.

(Whereupon, the proceedings concluded at 2:36 p.m.)

**C E R T I F I C A T I O N**

I, Annette M. Burton, a Certified Court Reporter and Notary Public in and for the State of New York, DO HEREBY CERTIFY that I attended the foregoing proceeding remotely via Zoom Conferencing, took stenographic notes of the same, and that this transcript is a true and accurate record of the proceedings.

I further certify that I am not an attorney or counsel of any parties, nor a relative or employee of any attorney or counsel connected with this action, nor financially interested in same.

As witness my hand and notarial seal this 28th day of December 2020.

Annette M. Burton

________________________
Annette M. Burton
Court Reporter

# ERRATA SHEET

Dear **Mr. Walsh**:

Accordance with the rules of procedure governing depositions, you are entitled to read and correct your deposition before it is filed. Accordingly, please carefully read your deposition and, on this Errata Sheet, make any changes or corrections in form or substance to your deposition that you feel should be made. You may add additional sheets, if necessary. You are to identify these changes/corrections by page and line number, give the correction or change desired, and state the reason therefor, or the word, none.

Please, do not mark the transcript. After completing this, sign at the conclusion of such changes/corrections, both before a Notary Public. Then kindly return this Errata Sheet and the transcript to the individual charged with filing the transcript with the Court.

| PAGE | LINE NO. | CHANGE/CORRECTION | REASONS THEREFOR |
|---|---|---|---|

_________________________
**Christopher C. Walsh**

Sworn to before me this ______day

of ______________, 2020.

________________________
Notary Public

STATE OF NEW YORK:

COUNTY OF _________________:

Subscribed and sworn to before me on this ________ day of ___________________, 2020, by ____________________________ proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____________________________

(seal)

MR. AISEN: [15] 23/25 25/15 26/24 29/12 65/15 65/19 65/23 66/3 66/5 66/7 66/17 84/25 85/3 85/7 88/23
MR. FRARY: [36] 17/15 20/16 23/1 23/5 24/17 24/20 25/24 29/17 31/14 31/17 34/23 43/16 48/13 51/12 51/18 51/25 52/8 52/11 52/14 52/22 53/1 53/9 53/12 53/21 57/13 58/1 58/25 62/7 65/16 65/21 65/24 66/4 66/6 66/9 84/20 85/5
MR. KOWALEWSKI: [7] 57/16 57/24 58/7 58/22 59/3 62/4 88/22
MR. O'CONNOR: [90] 9/21 18/6 18/11 18/16 21/11 21/17 24/1 25/14 25/16 26/13 26/18 27/6 28/5 28/17 37/11 38/4 38/9 38/12 38/15 39/1 39/7 40/7 40/20 41/17 41/24 42/5 46/5 47/11 47/19 50/11 50/15 50/21 51/3 51/17 51/19 52/1 52/10 52/13 52/20 52/25 53/6 53/11 53/17 53/23 54/4 54/22 55/12 55/16 56/17 56/22 57/4 57/6 57/12 60/10 60/22 64/13 67/4 67/12 67/21 68/6 68/17 68/24 69/13 69/15 69/23 70/10 70/18 71/4 71/20 72/19 76/10 76/19 77/5 79/8 79/21 80/1 80/22 81/3 81/11 81/19 81/23 82/7 83/18 84/23 85/1 86/20 89/1 91/11 92/24 93/3
MR. SNYDER: [1] 57/14
MS. KNAPP: [43] 17/12 17/17 18/9 18/13 20/14 20/18 22/23 23/4 24/15 24/18 25/21 25/25 27/8 29/15 30/6 31/5 31/15 34/16 34/22 34/24 35/16 36/4 36/18 37/14 39/11 43/14 47/16 47/23 48/10 48/14 48/19 49/21 50/23 57/10 88/13 89/14 89/24 90/20 91/4 91/8 91/22 92/4 92/10
THE COURT REPORTER: [1] 34/20
THE WITNESS: [5] 18/10 31/19 84/22 86/22 93/1

**'**

'08 [1] 11/8
'09 [1] 11/8
'cause [1] 36/19

**0**

00285 [1] 3/6
004808/2018 [1] 1/5

**1**

1/25/81 [1] 9/18
10 [2] 13/9 43/15
10.2.1 [1] 78/19
10/13 meeting [1] 36/25
10/13/2015 [1] 36/21
100005 [1] 4/8
1064 [1] 1/6
11 [1] 13/9
12 [2] 25/22 25/23
12203 [1] 2/15
1300 [1] 4/15
13202 [2] 2/12 4/5
13212 [1] 2/4
14202 [5] 2/8 2/18 2/22 4/12 4/15
15 [1] 48/15
16 [6] 29/16 31/13 31/13 31/14 31/15 91/15
1600 [1] 2/18
1660 [1] 9/24
18 [10] 3/23 9/2 18/8 34/17 34/21 34/22 34/22 34/23 49/21 74/7
18th [1] 4/8
19 [2] 34/18 34/19
1981 [1] 9/18
1:10 [1] 47/20

**2**

20 [2] 2/11 4/4
2004 [3] 10/19 10/21 11/7
2007 [7] 18/3 23/22 24/7 25/2 25/12 63/12 78/13
2008 [2] 11/7 12/20
201-2007 [2] 24/7 25/12
2015 [8] 13/12 14/10 36/21 41/16 42/10 45/12 73/22 83/2
2018 [1] 1/5
2020 [4] 3/23 94/18 95/23 96/6
211 [2] 2/11 4/4
221 [1] 8/4
23113 [1] 9/25
2400 [1] 4/11
28th [1] 94/18
2:36 [1] 93/6

**3**

3.1 [1] 65/8
3.1.1 [1] 67/14
3.3 [1] 67/18
3.3.1 [8] 25/23 25/24 26/2 68/13 69/20 69/22 70/17 71/22
3.3.2 [1] 80/11
3.9.1 [1] 27/9
300 [2] 2/7 2/8
3113 [2] 8/18 8/20
3117 [1] 8/19
33-19-1064 [1] 1/6
344 [1] 2/21
350 [1] 4/11
3rd [2] 40/15 42/9

**4**

40 [1] 4/7
400 [1] 2/21

**5**

5:19-CV-00285 [1] 3/6
5th [2] 73/22 83/2

**6**

6876 [1] 2/4

**8**

81 [1] 9/18

**9**

9.1.2 [2] 78/10 78/12
90 percent [2] 14/2 86/9

**A**

A101 [1] 18/3
A101-2007 [1] 18/3
A201 [4] 23/22 25/2 63/12 78/13
A201-2007 [4] 23/22 25/2 63/12 78/13
AARON [4] 4/12 65/20 65/21 86/23
abide [1] 88/5
ability [1] 82/10
about [29] 10/12 15/4 19/20 27/2 27/10 28/3 28/23 30/15 39/8 39/10 42/13 43/24 47/13 49/11 54/20 57/23 58/9 61/7 61/13 62/23 64/7 67/10 67/11 70/23 73/5 74/20 89/9 91/10 91/15
about safety [1] 28/3
access [2] 55/22 64/4
accident [12] 42/17 43/5 45/23 46/9 46/21 47/1 61/10 73/15 73/23 73/25 74/3 83/2
accidents [1] 45/22
accordance [2] 70/8 95/5
according [1] 69/22
Accordingly [1] 95/6
accuracy [1] 8/13
accurate [5] 15/11 50/3 50/7 55/9 94/11
act [2] 21/15 54/21
acting [1] 28/14
action [4] 8/8 42/21 42/23 94/15
actions [1] 28/25
acts [3] 80/14 80/18 81/8
actual [1] 16/24
actually [6] 17/21 28/18 28/22 38/2 54/24 79/23
add [1] 95/8
added [5] 32/12 32/13 32/16 32/17 55/22
addenda [2] 87/16 88/8
addition [2] 8/6 74/10
additional [3] 3/15 36/22 95/8
additions [1] 25/5
address [4] 9/19 9/20 9/22 9/23
administering [1] 8/21
administrative [1] 15/24
adopted [1] 63/13
affected [2] 78/23 79/20
after [5] 11/17 11/24 51/1 59/19 95/10
again [25] 12/21 24/4 25/17 45/13 48/12 49/22 50/6 53/13 55/4 56/3 56/13 57/25 61/23 64/15 66/10 67/25 70/1 70/12 77/7 77/19 79/10 80/11 81/23 83/21 84/3
agenda [6] 35/15 36/25 49/24 52/4 74/7 92/20
agendas [4] 6/5 34/25 36/19 74/10
agent [1] 21/15
agents [1] 80/15
ago [4] 23/17 43/11 77/20 79/11
agree [8] 8/17 8/22 59/23 62/23 63/7 65/9 67/11 71/5
agreed [5] 8/3 8/8 8/17 78/9 89/20
agreement [13] 29/16 31/8 33/20 57/23 62/21 65/14 67/16 67/16 78/8 86/8 89/13 89/20 91/3
ahead [3] 53/18 53/19 54/5
AIA [9] 18/2 25/2 62/21 63/6 63/11 63/19 64/15 64/16 78/13
AISEN [3] 4/12 65/20 85/11
Albany [1] 2/15
all [54] 8/4 8/9 8/19 8/19 8/22 13/21 16/15 22/24 28/7 30/25 34/24 35/25 37/3 37/18 37/22 38/11 38/24 40/19 40/24 41/21 43/3 48/24 49/24 51/6 52/16 53/14 53/18 54/12 56/4 56/5 58/4 58/21 59/23 62/4 62/5 64/22 64/24 65/5 65/8 66/5 68/13 69/7 71/8 75/2 75/2 79/23 84/20 85/14 86/7 86/8 88/17 89/5 89/21 92/24
all right [9] 34/24 58/4 58/21 59/23 62/4 64/22 64/24 65/5 71/8
Allan [7] 48/6 82/12 82/19 82/21 82/25 83/6 84/7
allow [1] 54/20
already [5] 16/25 23/13 44/25 45/10 86/9
also [8] 2/24 45/19 46/2 60/9 69/3 71/22 76/18 80/7
always [2] 40/18 91/25
am [6] 11/14 30/17 47/12 68/7 68/22 94/13
AMERICA [2] 1/12 3/14
AMERISURE [4] 3/8 3/9 4/11 86/25
among [2] 8/3 89/22
amount [2] 64/9 66/21
ANDREW [2] 2/22 57/21
Andrews [23] 16/2 17/9 27/15 28/13 29/8 35/13 38/6 43/9 43/19 46/15 47/7 54/18 61/17 64/23 65/3 72/22 72/25 73/10 74/11 78/3 82/24 90/3 90/13
Andrews' [4] 27/17 29/4 64/25 73/12
Annette [7] 3/21 41/24 53/22 53/23 56/17 94/6 94/20

**A**

**another [4]** 19/2 48/5 92/3 92/9
**answer [20]** 24/3 24/11 25/16 28/6 38/16 40/8 40/21 40/22 40/24 42/6 42/7 51/5 51/24 53/2 53/4 53/19 54/5 56/23 60/16 80/24
**answering [3]** 37/12 53/15 85/21
**any [70]** 8/5 8/6 8/7 8/7 12/23 15/21 17/5 17/22 18/7 18/21 20/7 21/5 22/3 23/9 24/13 25/11 26/21 26/22 27/3 27/23 28/3 29/24 31/7 32/23 33/15 33/22 35/8 36/12 36/16 36/16 39/15 40/4 40/5 40/25 42/12 42/13 42/24 43/21 44/23 46/8 47/4 49/3 49/12 51/7 54/15 56/25 57/14 61/3 61/12 61/16 61/21 61/21 61/25 65/17 67/10 72/24 73/3 74/11 74/20 75/21 79/15 79/24 83/3 83/25 84/4 85/6 91/21 94/14 94/15 95/7
**anybody [9]** 16/4 18/25 19/7 28/14 54/18 77/25 84/24 89/16 93/3
**anyone [1]** 52/23
**anything [8]** 11/11 47/13 54/19 54/20 61/9 84/8 84/15 84/18
**apologize [4]** 19/18 32/23 34/18 37/17
**app [1]** 64/8
**appeared [1]** 96/8
**appearing [1]** 30/9
**appears [3]** 54/13 55/19 55/21
**applied [1]** 64/21
**apply [2]** 65/4 66/15
**appreciate [4]** 68/3 85/20 85/20 88/24
**appropriate [2]** 76/16 77/13
**approval [1]** 29/5
**approved [1]** 29/8
**approximate [1]** 33/13
**approximately [1]** 13/6
**architect [3]** 23/19 72/16 72/18
**are [52]** 11/13 13/24 14/20 17/5 17/25 18/3 22/14 29/18 30/15 32/25 33/5 33/17 34/6 34/15 37/8 37/18 39/5 39/7 39/9 40/15 42/8 42/12 42/17 42/21 45/16 46/7 46/24 47/7 50/3 52/3 59/19 63/6 64/24 67/5 68/3 68/4 76/15 76/17 77/1 77/3 77/14 78/12 79/18 81/4 85/12 85/13 86/15 86/23 88/18 92/24 95/5 95/8
**area [3]** 12/3 33/11 56/6
**area's [1]** 91/24
**aren't [1]** 13/24
**argumentative [1]** 51/4
**argumentive [1]** 50/22
**around [2]** 55/3 59/16
**arrived [1]** 14/19
**Article [3]** 66/15 67/11 78/16
**as [84]** 8/6 8/13 8/18 9/5 9/6 10/20 12/19 13/2 13/12 13/16 13/18 14/4 17/3 18/2 21/8 21/8 21/14 21/15 21/18 21/18 21/22 22/21 22/21 23/4 23/10 24/10 24/10 25/12 27/23 27/23 28/8 29/8 29/19 30/9 30/21 34/19 34/20 37/5 40/23 40/23 42/8 43/25 45/2 45/12 46/4 47/9 49/13 49/18 50/8 52/11 56/14 56/14 58/5 60/5 64/10 65/13 65/25 66/12 66/24 67/15 68/14 71/9 72/3 74/14 74/17 74/18 75/20 75/25 76/8 77/12 79/3 79/9 79/15 79/16 81/15 83/12 83/14 84/9 84/11 85/21 86/18 87/23 91/16 94/17
**ask [6]** 17/18 17/21 24/4 43/21 79/12 81/14
**asked [7]** 53/6 53/17 58/5 58/9 89/9 91/10 91/15
**asking [13]** 51/9 51/23 52/5 65/24 67/5 68/13 68/22 70/12 76/11 79/10 81/4 81/6 81/7
**assistant [1]** 90/7
**association [1]** 64/19
**assume [2]** 53/3 92/22
**assuming [9]** 15/9 19/16 32/5 32/15 43/8 43/9 46/13 66/18 87/19
**ATKINSON [7]** 1/3 1/3 9/12 42/18 42/22 42/25 43/5
**Atkinson's [3]** 46/9 46/21 46/25
**Atlanta [1]** 11/5
**attached [1]** 36/20
**attend [8]** 37/4 37/21 37/23 38/8 38/11 38/24 47/4 49/18
**attendance [2]** 38/22 49/7
**attended [1]** 94/8
**attention [4]** 28/15 28/19 63/10 74/23
**attorney [5]** 8/15 70/2 70/6 94/13 94/15
**Attorneys [1]** 8/3
**authority [3]** 21/9 81/17 81/20
**Avenue [2]** 2/18 2/21
**avoid [1]** 53/12
**aware [19]** 17/5 17/8 34/15 42/8 42/12 42/16 43/4 43/7 43/12 46/7 46/22 46/24 47/3 47/7 47/12 47/15 53/8 64/24 64/25

**B**

**BAASE [1]** 2/17
**back [22]** 12/20 16/18 31/5 41/16 41/16 41/25 42/3 45/11 47/20 48/11 53/13 53/22 53/24 54/2 56/18 56/20 58/22 65/12 66/14 71/8 78/8 80/11
**background [1]** 10/2
**bar [1]** 8/7
**based [6]** 33/8 38/7 38/24 65/5 87/20 92/20
**basic [1]** 65/18
**Basically [1]** 86/11
**basis [6]** 36/1 51/25 52/2 72/22 91/16 96/7
**be [61]** 8/7 8/10 8/15 8/18 8/21 8/21 14/16 16/22 18/15 19/24 20/25 25/7 28/19 28/21 28/23 29/8 32/15 33/5 34/6 38/20 41/4 44/17 47/19 50/4 50/9 50/14 50/18 54/8 54/13 55/3 55/9 55/19 55/21 55/22 59/21 61/13 62/24 64/7 67/20 69/4 70/7 70/25 72/4 72/14 76/7 76/8 76/22 78/23 79/6 79/19 80/13 84/6 85/17 88/9 88/10 90/25 91/6 91/15 92/15 95/7 96/8
**became [1]** 43/12
**because [7]** 28/22 28/25 53/14 54/15 76/17 90/17 92/7
**become [4]** 15/3 43/4 43/7 53/8
**been [31]** 9/5 12/7 13/13 14/15 16/2 16/4 17/3 17/9 27/20 28/24 31/10 32/6 35/11 35/13 39/25 41/19 43/11 44/9 45/20 45/24 48/6 58/5 64/18 64/22 65/3 68/10 83/9 83/13 85/15 90/13 90/16
**before [27]** 3/19 3/21 8/10 8/11 12/9 12/20 17/22 18/6 21/19 24/9 29/9 43/21 43/24 48/4 58/6 58/16 60/3 79/16 79/20 83/2 85/16 92/5 95/6 95/11 95/22 96/5 96/9
**begun [1]** 8/11
**behalf [1]** 20/23
**being [7]** 8/10 8/16 12/24 24/10 53/6 53/17 82/25
**believe [33]** 11/8 12/8 13/11 13/14 16/7 19/3 19/16 20/18 21/2 22/12 22/16 25/17 30/13 32/16 32/20 44/9 52/14 56/25 59/7 61/19 62/17 62/19 63/17 64/23 74/24 75/15 78/9 81/24 82/9 82/14 83/7 84/10 90/6
**bell [1]** 82/14
**below [2]** 72/4 87/9
**beside [1]** 32/14
**besides [2]** 17/3 48/6
**best [4]** 17/2 27/19 39/23 45/7
**better [2]** 12/23 39/12
**better to [1]** 39/12
**between [10]** 11/17 11/19 11/20 18/5 41/5 62/21 65/14 87/16 88/8 88/11
**bid [2]** 31/2 33/7
**bidding [2]** 15/7 30/18
**bids [1]** 30/23
**big [2]** 80/6 87/6
**bigger [2]** 24/21 59/1
**bind [4]** 21/9 21/13 21/14 21/15
**birth [1]** 9/17
**bit [4]** 35/18 62/14 63/23 91/13
**BITAR [1]** 2/19
**block [1]** 89/17
**boilerplate [7]** 31/11 59/8 59/9 60/5 60/9 60/20 86/17
**bold [1]** 87/6
**both [2]** 19/19 95/11
**bottom [4]** 25/8 25/9 85/8 87/5
**bracing [1]** 76/16
**BRADY [1]** 4/10
**break [1]** 47/18
**brief [1]** 47/17
**briefly [6]** 30/7 43/20 43/24 48/4 48/11 48/24
**bring [2]** 28/15 53/13
**broom [1]** 56/5
**brought [1]** 28/19
**Buckley [1]** 2/4
**budget [1]** 31/2
**Buffalo [5]** 2/8 2/18 2/22 4/12 4/15
**building [5]** 4/14 10/10 16/25 84/14 90/12
**built [1]** 70/8
**bullet [2]** 74/25 77/6
**Burton [3]** 3/21 94/6 94/20

**C**

**call [4]** 15/23 33/10 50/16 74/13
**call's [1]** 52/24
**CALLAHAN [1]** 4/7
**called [4]** 9/5 43/9 74/24 87/10
**came [2]** 55/20 89/19
**camera [2]** 62/13 89/4
**CAMERON [2]** 1/7 3/3
**Camerson [1]** 2/11
**Camillus [5]** 14/21 16/15 17/7 18/22 63/3
**can [60]** 9/12 9/14 9/21 9/23 17/19 18/25 22/24 23/6 24/11 24/15 24/22 25/16 26/1 26/4 27/10 27/12 28/5 29/15 29/21 29/23 30/6 31/5 31/17 31/19 34/17 35/1 35/16 35/20 36/24 38/15 38/21 39/13 40/20 42/5 42/6 43/20 45/8 46/10 48/2 48/14 48/17 48/19 48/22 53/10 53/19 53/20 54/4 54/5 55/18 56/23 57/24 62/13 62/23 65/8 67/11 71/5 73/19 83/5 85/17 87/4
**can't [6]** 19/22 40/1 40/24 48/18 53/2 53/4
**capitalized [1]** 32/19
**Cara [1]** 2/25
**Carden [5]** 2/24 41/7 41/8 43/25 45/9
**career [1]** 63/25
**carefully [1]** 95/6
**CAREY [7]** 2/5 9/10 18/6 23/4 37/13 51/23 54/6
**Carman [1]** 61/24
**Carmena [3]** 30/11 58/17 61/24
**Carolina [1]** 13/24
**case [2]** 64/18 81/9
**CASTLE [1]** 1/9
**Catherine [1]** 2/24
**CCW [1]** 59/21
**certain [5]** 13/22 80/5 85/25 87/23

## C


**certain... [1]** 87/24
**Certified [1]** 94/6
**certify [2]** 94/8 94/13
**certifying [1]** 8/13
**change [2]** 95/9 95/14
**CHANGE/CORRECTION [1]** 95/14
**changes [4]** 59/24 95/7 95/8 95/11
**changes/corrections [2]** 95/8 95/11
**charge [1]** 8/16
**charged [1]** 95/12
**CHARLES [3]** 4/16 9/16 23/5
**checking [1]** 83/13
**choose [1]** 30/21
**CHRIS [7]** 2/19 14/11 20/25 39/8 86/20 89/1 89/9
**Christopher [7]** 1/25 3/19 9/4 9/16 45/1 45/2 95/20
**CIANO [1]** 4/10
**circle [2]** 2/14 59/16
**civil [3]** 10/9 10/11 10/16
**clause [3]** 50/14 50/16 64/19
**clean [8]** 31/13 31/16 56/5 56/8 91/15 91/20 91/24 92/14
**clean-up [4]** 31/13 31/16 91/15 91/20
**cleaning [1]** 92/8
**clear [1]** 67/6
**clearer [1]** 29/20
**clearly [2]** 62/20 82/8
**click [2]** 62/13 63/16
**client [6]** 18/5 18/14 22/22 23/24 24/8 31/3
**close [1]** 51/4
**Code [1]** 76/18
**Columbia [1]** 2/14
**come [3]** 19/16 40/3 90/7
**comes [1]** 34/11
**common [3]** 23/22 24/7 24/10
**communications [1]** 46/15
**companies [2]** 33/12 34/10
**company [12]** 3/8 3/9 3/13 11/23 21/15 22/16 33/21 33/23 44/14 66/12 77/25 87/2
**complaints [1]** 42/13
**complete [1]** 55/8
**completely [1]** 81/13
**completing [1]** 95/10
**completion [2]** 13/20 27/21
**components [1]** 85/25
**concerned [1]** 21/8
**concerning [1]** 71/25
**concluded [1]** 93/5
**conclusion [1]** 95/10
**conditions [17]** 63/12 63/17 63/20 64/14 64/21 65/4 67/22 74/18 78/12 78/13 80/12 80/25 87/15 87/15 88/7 88/7 88/18
**Conduct [1]** 8/5
**conducted [1]** 8/18
**conference [1]** 8/23
**Conferencing [2]** 3/20 94/9
**connected [1]** 94/15
**CONNORS [1]** 2/20
**consider [1]** 86/16
**constructed [1]** 90/13
**construction [36]** 1/17 1/22 3/14 10/10 10/22 11/2 11/3 11/18 14/21 15/12 16/9 16/12 16/24 19/14 22/11 22/19 32/25 33/18 36/12 42/13 44/14 63/6 63/13 63/21 69/5 69/11 69/21 71/2 71/18 71/25 76/8 77/13 78/14 79/15 83/8 89/11
**consultation [13]** 37/6 37/24 38/23 39/6 39/16 39/20 40/9 40/13 40/19 41/21 42/9 42/15 46/3
**consultations [2]** 37/9 39/23
**Cont [2]** 47/25 54/6
**contact [3]** 18/24 21/21 21/24
**continue [1]** 54/21
**contract [59]** 15/4 18/4 18/17 21/10 21/14 21/16 23/23 28/9 29/25 30/3 33/19 33/20 56/13 59/10 60/4 60/15 60/20 60/24 62/18 62/20 63/13 63/21 64/9 64/9 64/15 64/20 65/7 65/14 65/25 66/10 67/6 67/17 68/16 69/8 69/14 69/19 69/22 70/7 70/8 71/24 72/10 75/18 78/14 78/17 79/3 80/12 80/20 80/25 81/8 86/11 86/12 87/13 87/14 88/2 88/6 88/9 88/11 88/17 88/18
**contracted [3]** 80/9 83/24 84/5
**contractor [36]** 11/24 15/2 20/24 23/23 24/7 26/16 26/19 32/4 33/1 55/10 58/11 62/22 65/9 65/13 66/1 66/12 66/15 66/24 67/15 67/19 68/14 69/4 71/6 71/9 71/13 71/14 71/18 72/2 72/9 72/12 72/15 78/19 80/13 81/15 81/16 87/16
**contractor's [1]** 80/14
**Contractors [1]** 11/25
**contracts [7]** 45/19 63/6 63/7 64/4 64/10 70/3 87/24
**control [5]** 38/18 69/5 69/21 70/25 83/25
**controlled [1]** 84/8
**convenient [1]** 34/13
**conversation [2]** 28/23 54/25
**conversations [5]** 20/8 61/3 61/6 61/17 61/21
**coordinating [1]** 69/7
**coordination [2]** 48/25 49/4
**coordinator [1]** 15/24
**copied [1]** 45/24
**copies [1]** 55/24
**copy [2]** 8/15 29/20
**CORPORATION [5]** 1/7 1/10 1/19 3/8 11/12
**correct [54]** 15/14 21/4 22/4 32/6 38/24 52/9 52/10 52/12 54/23 60/5 62/18 63/18 63/22 63/25 64/11 65/10 66/16 67/20 68/5 68/11 68/12 68/16 69/22 69/24 70/11 71/3 71/10 72/10 72/22 73/12 73/16 74/8 74/15 74/16 76/2 76/9 76/18 78/17 79/25 82/18 82/21 84/9 86/2 88/12 88/14 88/20 88/21 89/17 89/25 90/21 90/24 91/5 91/9 95/5
**correction [2]** 95/9 95/14
**corrections [3]** 95/7 95/8 95/11
**correctly [2]** 27/22 82/20
**cost [1]** 33/13
**could [16]** 16/18 24/4 26/11 29/9 34/4 41/25 43/14 50/6 56/18 70/19 70/20 70/22 85/3 86/20 87/12 91/12
**couldn't [4]** 21/20 65/17 82/23 82/23
**counsel [2]** 94/14 94/15
**country [1]** 13/22
**COUNTY [2]** 1/2 96/3
**couple [5]** 47/23 57/16 62/7 65/6 90/2
**court [9]** 1/2 3/2 3/21 42/3 54/2 56/20 94/6 94/21 95/12
**covers [1]** 48/20
**CPLR [4]** 8/4 8/18 8/19 8/20
**CPR [1]** 45/17
**CR [1]** 59/15
**crew [1]** 91/7
**crews [1]** 56/4
**CUNNINGHAM [1]** 2/17
**current [3]** 9/19 11/9 41/11
**currently [6]** 12/4 13/1 13/7 21/3 37/19 44/9
**cut [2]** 37/12 37/16
**CV [1]** 3/6


## D


**D-1 [6]** 29/18 29/20 57/25 58/5 85/4 91/13
**d/b/a [1]** 3/13
**daily [8]** 35/25 52/17 56/6 72/22 74/11 74/12 74/13 91/16
**damages [1]** 78/21
**data [2]** 83/23 84/18
**date [4]** 9/17 73/23 73/25 74/3
**DAVID [1]** 2/5
**DAVOLI [2]** 2/12 4/5
**day [15]** 37/20 37/23 40/16 51/7 73/16 73/18 73/23 85/15 91/23 91/24 92/5 92/16 94/18 95/22 96/6
**dealing [1]** 62/22
**Dear [1]** 95/4
**December [1]** 94/18
**deemed [1]** 8/21
**Defendant [7]** 1/18 1/23 2/7 2/20 4/7 4/10 4/14
**Defendants [7]** 1/11 1/14 2/10 2/14 2/17 3/10 3/15
**Defendants/Third-Party [1]** 1/14
**deficiencies [1]** 27/23
**define [1]** 45/13
**degree [4]** 10/4 10/6 10/12 10/14
**Delaware [1]** 2/21
**deletions [1]** 25/6
**department [1]** 33/8
**depending [1]** 31/1
**depends [2]** 34/7 34/8
**deposition [10]** 8/10 8/14 8/17 8/18 8/21 23/15 35/5 95/6 95/6 95/7
**depositions [2]** 8/5 95/5
**described [1]** 91/2
**Description [2]** 6/3 7/3
**designed [1]** 79/18
**desired [1]** 95/9
**detail [1]** 66/22
**determined [1]** 34/5
**determines [2]** 33/5 72/13
**develop [1]** 75/10
**developer [1]** 71/15
**development [5]** 1/7 1/19 3/8 11/12 22/13
**DIAMOND [1]** 1/9
**did [70]** 10/5 10/13 10/13 10/17 10/20 10/21 10/25 10/25 11/6 11/17 11/18 12/9 12/15 12/23 13/16 15/3 15/4 15/20 15/20 16/8 16/23 17/22 18/7 18/14 19/12 21/8 23/14 23/16 24/3 25/4 26/21 27/2 28/3 29/3 29/8 30/3 30/5 30/21 32/3 35/4 35/7 35/10 37/16 38/23 43/4 44/24 45/6 45/21 46/20 47/4 58/19 59/5 59/7 61/3 61/12 61/25 62/16 72/24 74/10 75/13 81/14 81/15 81/20 82/11 82/20 82/24 84/11 86/4 87/17 87/19
**didn't [9]** 24/4 50/24 52/4 60/15 70/13 71/16 79/13 84/5 89/16
**different [2]** 32/18 41/13
**digress [1]** 71/9
**direct [10]** 26/11 26/16 26/19 39/4 51/24 54/15 67/19 68/15 74/23 92/19
**directed [4]** 47/12 71/18 84/8 91/16
**directing [3]** 26/22 27/4 51/5
**direction [1]** 61/12
**directly [6]** 16/5 40/2 58/18 71/15 83/11 83/24
**disagree [1]** 83/3
**disappeared [1]** 57/7
**discuss [5]** 39/13 47/9 47/12 54/11 55/21
**discussed [5]** 28/21 37/9 44/25 45/3 48/4
**discussing [1]** 25/2
**discussions [1]** 86/14
**dispute [3]** 21/5 24/13 25/11
**DISTRICT [2]** 3/2 3/2
**do [108]**
**Docket [1]** 3/6

**D**

**document [57]** 17/19 17/25 18/3 18/12 20/15 21/6 22/24 23/6 23/10 23/14 23/21 23/22 23/23 24/6 24/9 24/11 24/13 24/23 25/2 25/12 25/13 32/21 35/4 35/7 35/8 35/10 36/20 38/14 38/22 38/25 39/17 43/17 52/9 53/7 55/18 55/20 55/23 56/7 56/13 56/15 57/2 57/2 58/10 59/6 63/12 63/14 63/20 64/15 64/16 67/25 74/5 74/8 76/25 77/4 77/9 78/5 78/13
**documents [13]** 17/22 55/24 67/17 71/24 72/10 78/17 80/12 81/1 86/12 86/12 87/10 87/13 88/2
**DOE [1]** 1/10
**does [14]** 14/12 14/13 21/23 26/15 28/9 33/4 33/8 33/16 38/22 40/18 48/7 87/20 87/25 87/25
**doesn't [11]** 21/25 23/18 23/18 25/18 28/24 38/18 39/4 55/22 71/6 77/3 91/25
**doing [4]** 37/19 44/16 44/17 54/18
**dollar [1]** 86/11
**don't [105]**
**done [12]** 31/21 34/16 40/23 43/22 46/12 79/13 85/16 91/16 91/20 91/23 92/2 93/4
**doubt [2]** 46/16 67/10
**down [11]** 35/17 48/14 58/7 60/7 60/18 62/25 74/23 79/22 85/7 87/5 87/9
**drafted [2]** 35/11 35/13
**drafting [1]** 31/8
**drawn [1]** 63/10
**driver [2]** 34/10 34/14
**drop [2]** 34/12 34/13
**drywall [2]** 27/24 27/24
**duly [1]** 9/5
**dumpster [8]** 31/24 33/11 33/12 33/20 33/23 34/9 34/11 34/12
**dumpsters [6]** 32/9 32/24 33/5 33/15 33/17 34/6
**during [7]** 16/9 16/24 19/13 33/7 36/12 42/14 47/9
**duties [5]** 13/3 13/16 27/18 41/16 51/11

**E**

**each [8]** 28/8 28/9 33/13 54/10 54/16 55/17 90/18 90/22
**earlier [3]** 51/19 60/4 88/11
**EDC [90]** 1/7 1/19 6/5 11/10 11/13 11/15 11/18 12/5 12/10 12/20 12/24 13/7 13/13 13/17 14/7 14/15 16/14 17/6 21/3 21/9 21/14 21/15 26/11 30/9 30/25 32/6 32/9 32/24 33/4 33/15 33/16 34/2 35/12 36/15 38/3 39/19 40/6 40/18 41/9 41/11 45/4 45/22 46/8 46/11 50/4 50/9 52/8 52/12 56/7 56/16 57/2 57/3 58/11 65/9 66/13 66/15 66/20 66/23 67/7 67/10 67/20 68/14 69/4 69/10 69/20 70/24 71/7 71/9 72/10 72/21 74/7 75/2 75/5 75/13 75/21 77/2 77/8 77/21 78/6 79/3 80/18 81/7 81/15 87/2 88/11 88/19 89/13 90/4 90/13 90/22
**EDC's [1]** 14/24
**education [1]** 10/3
**educational [1]** 10/2
**effect [1]** 8/18
**EIFS [2]** 84/11 84/12
**Eight [1]** 20/17
**EILERSON [6]** 1/7 1/19 2/7 3/8 4/7 11/12
**either [4]** 29/5 29/10 33/16 72/25
**electrical [1]** 12/2
**electronic [1]** 8/23
**electronically [1]** 8/22
**else [8]** 16/4 18/25 31/10 35/12 51/18 52/18 53/14 93/3
**email [7]** 36/7 43/18 43/21 45/21 46/7 73/16 73/17
**emails [1]** 45/22
**employed [1]** 11/13
**employee [3]** 41/9 90/14 94/14
**employee's [1]** 54/25
**employees [15]** 15/20 15/21 17/6 42/12 61/14 61/22 75/2 77/2 78/22 79/4 79/19 80/15 80/16 80/19 81/10
**employer [2]** 11/9 11/19
**employers [2]** 11/20 11/22
**empty [1]** 34/12
**end [4]** 22/21 90/8 92/5 92/16
**engineer [1]** 10/24
**engineering [3]** 10/9 10/11 10/16
**ENGLERT [1]** 4/16
**English [1]** 70/24
**enlarge [1]** 62/14
**enough [1]** 84/2
**entail [2]** 13/3 13/16
**entailed [1]** 20/5
**enter [1]** 24/8
**entire [4]** 25/4 26/5 31/20 50/14
**entirety [1]** 43/20
**entitled [3]** 60/8 60/24 95/5
**entity [1]** 67/15
**ERRATA [3]** 94/22 95/6 95/11
**ESQ [12]** 2/5 2/5 2/9 2/12 2/15 2/19 2/22 2/25 4/5 4/9 4/12 4/16
**estimate [1]** 33/14
**estimated [1]** 33/10
**estimating [1]** 33/8
**evaluate [1]** 72/3
**even [3]** 19/10 41/12 74/17
**ever [23]** 16/8 16/23 16/23 19/12 19/22 26/21 27/3 27/3 30/14 44/21 45/6 46/20 46/24 47/4 47/7 49/3 49/12 51/7 61/3 61/12 61/16 61/21 72/24
**every [3]** 36/17 91/23 91/24
**everybody [2]** 29/18 53/14
**everything [4]** 31/10 47/17 52/17 88/4
**evidence [1]** 96/8
**exactly [1]** 17/15
**examination [11]** 3/19 8/6 8/7 8/11 8/15 8/18 9/8 57/19 62/9 85/10 89/7
**examined [2]** 8/10 8/16
**example [3]** 76/13 86/18 89/17
**except [2]** 8/5 72/3
**Exchange [1]** 4/7
**excuse [2]** 74/6 81/15
**executed [1]** 89/13
**execution [1]** 28/12
**exhibit [28]** 6/3 9/2 17/13 18/2 18/8 22/25 24/15 25/12 25/17 25/22 29/16 34/17 34/17 43/15 48/13 49/21 62/14 63/17 64/20 65/12 66/25 67/16 71/8 74/7 78/8 88/9 88/10 88/17
**Exhibit 10 [1]** 43/15
**Exhibit 16 [1]** 29/16
**Exhibit 18 [4]** 18/8 34/17 49/21 74/7
**Exhibit A [11]** 24/15 62/14 64/20 65/12 66/25 67/16 71/8 78/8 88/9 88/10 88/17
**Exhibit C [5]** 22/25 25/12 25/17 25/22 63/17
**Exhibit D-1 [1]** 48/13
**exhibits [2]** 17/13 92/21
**exist [1]** 77/2
**expect [1]** 55/6
**expected [1]** 90/18
**expense [1]** 53/14
**extent [2]** 13/22 80/5
**eye [1]** 27/25

**F**

**fact [3]** 52/22 62/25 67/14
**failure [1]** 8/6
**fair [8]** 24/12 59/13 76/7 82/6 83/8 83/17 84/1 84/6
**familiar [16]** 14/20 17/25 18/3 22/1 22/14 30/13 30/16 37/8 39/5 42/18 42/19 42/20 42/21 48/7 63/19 63/22
**familiarity [1]** 17/18
**far [7]** 21/8 21/18 22/21 24/10 27/23 40/23 56/14
**fault [1]** 52/24
**feel [1]** 95/7
**feels [1]** 85/14
**fell [2]** 10/10 40/12
**few [2]** 57/22 89/2
**fifth [1]** 35/19
**figure [5]** 16/19 33/12 34/4 85/21 86/10
**file [3]** 46/11 46/17 55/25
**filed [1]** 95/6
**filing [2]** 8/13 95/12
**filled [1]** 86/9
**final [2]** 31/4 32/20
**financially [1]** 94/16
**find [2]** 73/19 82/4
**fine [3]** 4/14 85/8 91/13
**finish [1]** 13/20
**FIRM [3]** 2/3 2/10 4/3
**first [16]** 11/23 24/18 26/4 26/15 31/6 43/4 43/7 43/12 51/6 51/6 52/6 52/20 53/18 58/23 65/8 85/7
**firsthand [1]** 41/18
**five [5]** 13/11 23/17 56/4 77/19 79/11
**Floor [1]** 4/8
**Florida [1]** 13/23
**flow [1]** 34/8
**fluctuates [1]** 13/8
**foam [1]** 84/13
**follow [5]** 50/19 75/2 77/16 77/22 89/21
**following [2]** 63/2 77/3
**follows [1]** 9/6
**followups [1]** 47/24
**font [1]** 32/18
**footage [1]** 33/9
**forbidding [1]** 53/15
**foregoing [1]** 94/8
**foreign [2]** 64/11 64/12
**foreman [3]** 40/10 54/10 82/4
**foremen [5]** 37/4 37/18 37/23 38/11 38/24
**forgot [1]** 17/21
**form [27]** 8/6 23/25 24/7 24/7 25/15 26/24 29/12 51/13 62/21 63/5 63/6 63/6 65/13 65/15 66/3 66/17 88/13 88/22 89/14 89/24 90/20 91/4 91/8 91/22 92/4 92/10 95/7
**forth [4]** 21/2 23/13 49/25 50/8
**foundation [1]** 67/8
**four [1]** 77/6
**fourth [3]** 1/20 1/23 74/25
**Fourth-Party [2]** 1/20 1/23
**FRARY [4]** 2/14 2/15 62/10 62/11
**front [2]** 20/20 24/6
**full [3]** 9/14 34/11 44/7
**fully [1]** 72/4
**funny [1]** 32/11
**furnished [1]** 8/15
**further [8]** 8/8 8/12 8/15 8/17 18/7 57/10 72/17 94/13
**FUSCO [1]** 4/7
**fuzzy [1]** 29/23

**G**

**GC [3]** 31/24 32/3 32/6
**general [26]** 11/24 15/2 32/3 32/25

G

general... [22] 39/12 41/6 44/8 44/10 44/13 50/16 50/18 54/13 55/10 63/12 63/19 63/20 63/21 64/6 64/14 65/4 71/12 78/12 78/13 81/16 87/15 88/7
generally [7] 13/25 23/18 28/7 40/2 86/7 90/10 92/15
generated [1] 57/2
Georgia [2] 10/7 11/5
GERARD [1] 2/9
GERBER [1] 4/10
Gerry [4] 50/24 65/17 65/19 89/3
get [8] 24/20 30/23 41/22 41/22 45/17 65/17 73/10 74/6
getting [1] 54/10
Gillespie [3] 44/4 44/6 44/21
Giovanni [6] 30/15 61/4 61/13 61/18 61/20 62/2
give [8] 20/16 23/2 43/16 58/2 71/24 72/15 76/13 95/9
go [29] 10/13 11/18 16/8 16/18 17/12 18/6 20/14 22/25 24/15 24/19 27/8 29/15 30/7 31/5 34/17 35/16 36/23 43/14 45/11 48/11 48/21 53/18 53/19 54/4 66/14 71/8 82/3 84/25 87/9
goes [2] 31/3 84/13
Goethe [3] 21/22 21/22 22/4
going [19] 17/4 17/18 20/7 24/19 25/21 36/4 36/18 40/13 42/17 45/9 48/10 51/23 53/21 55/3 56/3 80/3 81/17 83/10 85/22
Good [1] 85/14
got [8] 54/12 54/12 66/6 73/23 84/12 85/18 89/5 89/5
governing [1] 95/5
graduate [1] 10/17
great [1] 59/4
GROUP [15] 1/7 1/8 3/3 3/4 3/13 18/19 19/7 21/21 27/2 27/4 29/6 29/11 46/24 47/9 73/2
Group's [1] 22/10
guess [10] 12/13 12/14 12/22 16/19 16/22 17/12 18/17 24/12 39/12 47/17
guessing [4] 14/16 23/16 32/12 41/18
guidance [5] 50/17 50/20 54/14 74/25 77/22
guidelines [1] 79/17
guy [2] 82/15 90/10
guys [4] 27/24 38/18 83/23 84/3

H

had [15] 15/23 21/21 31/2 38/24 39/19 41/15 42/13 44/11 61/17 61/21 70/7 75/21 83/10 90/7 90/23
half [2] 12/8 13/4
hand [2] 87/7 94/17
handled [1] 41/5
handles [3] 41/9 45/15 45/15
hang [3] 24/20 74/24 85/5
hanging [1] 85/19
happen [1] 91/25
happens [1] 45/19
hard [3] 43/12 45/13 50/23
has [6] 13/7 39/19 55/21 57/7 65/3 82/24
hasn't [1] 52/23
hats [1] 41/14
have [123]
have a [1] 36/15
have to [1] 29/3
having [7] 9/5 19/25 29/4 31/7 50/23 53/13 84/8
he [41] 14/12 14/13 14/18 19/16 21/2 27/20 27/25 28/3 28/24 29/9 37/14 43/2 44/9 44/11 44/13 44/18 44/23 44/24 45/2 52/4 52/11 52/13 52/21 52/23 53/2 53/9 54/19 54/20 54/24 54/24 55/3 73/15 73/17 78/4 78/4 78/4 82/15 82/24 83/3 90/4 90/15
he'll [1] 53/4
he's [10] 28/25 38/8 44/8 44/8 51/7 52/7 53/6 53/7 53/17 55/4
head [1] 14/18
hear [5] 9/12 48/2 50/25 60/16 82/20
hearing [1] 50/24
held [3] 3/22 12/16 54/8
HELLER [1] 4/9
Hello [1] 57/21
helped [1] 85/24
her [9] 30/13 30/14 30/14 41/11 41/12 45/10 45/11 45/13 58/17
here [22] 21/22 32/14 50/8 52/11 62/13 62/14 62/25 66/14 67/2 70/24 71/3 71/23 73/20 74/6 74/23 75/11 75/20 77/6 78/10 78/10 87/5 89/3
here's [1] 67/18
HEREBY [2] 8/3 94/8
hereto [1] 8/3
Hi [1] 9/10
highest [1] 10/3
him [15] 17/18 19/19 20/2 37/12 42/19 47/12 51/5 51/9 51/24 52/5 53/3 53/13 53/15 65/24 92/23
HINSDALE [14] 1/8 2/11 3/4 18/19 19/7 21/21 22/10 27/2 27/4 29/5 29/10 46/23 47/8 73/2
hire [1] 76/22
hired [2] 12/19 71/15
his [11] 17/18 19/5 19/11 19/15 44/6 51/8 51/10 51/17 51/19 52/3 52/3
hold [4] 12/4 12/9 12/23 57/6
HOLDING [1] 1/9
HOLDINGS [2] 1/9 1/13
hope [1] 91/23
HOTEL [1] 1/9
house [1] 45/14
how [31] 10/25 11/4 11/6 11/15 12/7 12/12 12/22 13/6 14/14 14/14 15/3 15/4 15/15 15/20 16/11 20/6 33/4 33/4 33/5 34/5 38/14 43/12 61/13 64/8 64/9 82/22 83/10 85/12 85/13 86/4 89/17
HR [1] 45/15
Huguenot [1] 9/24
Huguenot Road [1] 9/24
huh [2] 44/3 68/9
HURWITZ [1] 4/14

I

I'd [3] 12/13 14/16 86/16
I'll [2] 62/14 84/25
I'm [73] 15/9 15/17 17/8 17/17 18/18 19/16 21/12 21/12 23/3 23/16 24/5 24/19 30/13 30/20 32/5 32/12 34/4 34/16 34/18 41/18 42/16 42/19 43/7 43/8 44/5 46/13 46/22 47/3 47/15 48/10 50/23 50/24 51/4 51/23 53/12 58/4 60/15 63/18 64/25 65/2 65/24 66/3 66/18 66/18 67/7 67/10 67/10 67/25 68/13 68/22 69/18 70/2 76/11 76/11 77/7 77/7 79/5 79/12 81/5 81/5 81/5 81/7 81/12 82/18 84/20 85/13 86/23 86/25 86/25 87/1 87/2 87/19 89/3
I've [3] 24/9 39/25 81/12
i/p/a [1] 1/13
idea [3] 70/16 75/8 76/21
identification [1] 9/3
identified [9] 65/13 65/25 66/12 66/24 66/25 67/15 68/14 71/9 72/9
identify [1] 95/8
immediately [1] 11/18
INC [10] 1/9 1/10 1/10 1/12 1/13 1/13 1/17 1/22 3/13 3/14
INC/LLC [1] 1/10
include [3] 74/14 74/17 74/20
included [1] 88/19
includes [1] 87/10
including [5] 8/5 8/23 64/23 87/14 88/6
incorporated [1] 88/18
indemnification [2] 60/19 60/25
independent [2] 46/20 46/25
Index [1] 1/5
indicate [3] 38/22 38/23 62/16
indicated [2] 21/19 82/11
indicates [2] 31/24 69/3
individual [4] 19/2 19/9 20/9 95/12
Industrial [1] 76/18
information [6] 14/17 25/18 29/4 36/10 74/20 79/10
initialed [1] 59/24
initials [5] 32/14 59/12 59/19 59/19 59/22
injured [1] 43/2
injury [1] 78/22
inquiries [1] 36/6
inspection [1] 38/19
installed [1] 27/22
instance [1] 61/25
Institute [1] 10/15
instruction [1] 47/8
instructions [2] 71/24 72/18
insurance [7] 3/8 3/9 3/13 3/13 41/22 60/8 87/2
interactions [1] 19/10
interested [1] 94/16
internal [2] 83/16 84/16
interpret [3] 51/9 52/5 53/7
interpretation [2] 50/14 56/7
interrupt [1] 79/13
intimidating [1] 85/18
investigation [5] 46/8 46/12 46/14 46/21 46/25
involved [5] 15/3 30/18 46/3 71/15 83/16
involvement [2] 14/24 71/16
involving [2] 43/5 61/9
is [146]
isn't [2] 56/13 69/25
issue [2] 40/4 70/6
issues [4] 40/4 40/5 73/3 73/9
it [174]
it's [32] 18/4 24/10 28/22 29/22 29/22 32/18 32/19 32/21 34/7 34/13 34/23 35/14 35/19 36/10 37/22 39/12 41/3 41/5 43/11 43/11 45/13 55/7 66/7 66/23 67/6 77/6 81/13 84/13 85/15 85/18 85/19 91/23
item [2] 32/11 32/19
items [4] 36/22 50/7 86/15 86/18
its [3] 8/13 13/19 16/9
itself [3] 15/19 18/17 61/10

J

Jay [1] 92/21
Jefferson [2] 2/11 4/4
Jerry [10] 18/23 19/3 19/13 22/6 48/6 82/15 82/19 82/25 83/6 84/7
job [53] 13/3 14/3 15/5 15/8 16/8 19/8 19/13 19/23 20/6 20/10 22/20 26/12 26/23 27/5 27/14 27/17 28/4 28/14 29/2 32/10 33/5 33/24 34/6 36/13 36/16 37/4 39/19 40/15 40/19 41/16 42/25 43/6 44/12 44/18 44/19 44/22 45/7 45/22 45/23 47/5 49/4 50/5 50/10 54/19 55/5 55/11 55/15 56/8 72/3 72/5 73/9 76/14 92/18
jobs [1] 13/24
JOHN [1] 1/10
Johnson [7] 14/11 20/25 21/9 45/2 45/3 45/6 62/17
Johnson's [2] 14/15 21/6
Joseph [1] 21/22
just [50] 12/18 13/3 17/16 17/17

**J**

**just... [46]** 20/6 20/16 23/17 24/20 25/7 25/8 25/9 26/4 26/8 29/17 30/6 31/20 32/15 32/21 34/7 34/13 35/17 35/20 38/10 38/24 43/11 45/11 47/17 48/11 48/24 50/16 51/12 52/19 54/8 54/13 55/3 57/6 57/22 57/23 58/2 58/25 64/19 68/22 68/25 77/9 81/25 82/3 86/10 86/23 87/9 91/12

**K**

**KBS [1]** 11/23
**keep [6]** 27/25 36/15 36/17 56/7 56/8 86/21
**KEITH [22]** 2/15 17/14 20/14 22/25 24/16 25/22 27/9 29/16 30/6 31/6 34/17 35/17 43/15 48/12 48/16 49/22 57/7 57/24 58/8 62/11 85/3 91/11
**KELLY [1]** 4/10
**kept [1]** 91/24
**kind [11]** 13/20 13/21 15/24 28/2 44/14 44/15 45/18 72/24 83/19 86/16 91/21
**kindly [1]** 95/11
**KNAPP [4]** 2/5 9/9 9/10 47/25
**know [116]**
**knowledge [4]** 27/19 39/24 60/9 92/19
**known [1]** 73/5
**knows [1]** 29/18
**KOWALEWSKI [3]** 2/22 57/20 57/21

**L**

**LAFACE [21]** 1/17 1/22 2/21 3/14 30/15 30/16 30/19 30/21 32/13 36/11 42/13 57/22 61/4 61/13 61/18 61/20 61/22 81/9 84/11 89/17 92/17
**LaFace's [1]** 84/9
**landowner [2]** 21/23 22/12
**language [2]** 70/4 70/23
**Laris [1]** 2/24
**last [9]** 24/25 25/9 31/13 31/16 31/23 37/12 48/16 58/8 63/10
**LAW [4]** 2/3 2/10 2/14 4/3
**laws [1]** 89/22
**lawsuit [1]** 85/22
**lawyer [2]** 67/25 87/22
**lay [2]** 67/8 89/17
**lead [1]** 55/2
**learn [1]** 15/4
**least [3]** 64/4 69/19 71/5
**leave [1]** 92/6
**left [2]** 63/2 87/7
**left-hand [1]** 87/7
**less [1]** 16/20
**let [14]** 24/20 31/20 39/8 43/21 58/25 62/13 63/16 63/16 74/6 76/13 79/12 81/14 81/25 82/3
**let's [5]** 55/20 65/12 66/14 70/22 71/8
**level [1]** 10/3
**liability [1]** 41/22
**Liberty [2]** 2/18 4/14
**like [19]** 15/24 18/2 18/4 20/11 23/18 32/12 33/19 34/2 35/14 43/18 45/16 58/12 59/15 59/21 84/13 84/18 85/14 86/17 92/21
**likely [2]** 31/9 46/3
**limited [4]** 8/23 19/10 19/15 55/22
**line [16]** 31/13 31/16 31/20 31/23 32/11 32/19 35/19 35/21 35/23 37/10 38/7 39/14 48/15 86/18 95/9 95/14
**lines [1]** 56/4
**LIPPMAN [1]** 2/7
**little [7]** 29/22 29/22 35/18 62/14 63/23 85/17 91/12
**LLC [16]** 1/7 1/8 1/8 1/8 1/9 1/9 1/10 2/17 3/3 3/4 4/7 22/15 29/5 29/10 47/8 48/5
**LLP [3]** 2/10 4/3 4/10
**loaded [1]** 51/22
**local [1]** 13/24
**locality [1]** 33/12
**located [1]** 34/6
**location [1]** 8/21
**log [5]** 16/14 16/17 33/15 34/2 36/15
**logs [1]** 36/17
**long [10]** 10/25 11/4 11/6 11/15 12/7 12/12 14/14 14/14 43/11 85/15
**look [6]** 16/18 18/7 23/18 55/22 65/12 73/19
**looked [2]** 62/16 74/5
**looking [3]** 18/18 55/4 64/10
**looks [13]** 18/2 18/4 32/11 32/12 32/21 35/14 43/18 58/12 59/15 59/21 62/24 62/24 92/21
**loss [1]** 78/22
**lot [2]** 34/9 41/13
**loud [2]** 26/7 87/13
**lucky [1]** 89/5

**M**

**made [1]** 95/8
**main [2]** 4/11 18/23
**make [7]** 8/8 44/16 51/20 58/25 76/15 86/11 95/7
**making [4]** 27/20 45/18 51/14 92/9
**manage [2]** 13/4 13/11
**manager [27]** 12/11 12/17 12/18 12/20 12/24 13/13 13/14 13/15 13/17 13/18 14/4 14/5 14/9 15/12 30/25 31/3 58/13 63/24 64/3 68/4 68/10 68/11 76/2 77/12 79/9 79/16 86/6
**managers [3]** 13/4 13/7 13/25
**manages [1]** 45/18
**managing [1]** 13/5
**mandatory [4]** 35/20 35/25 56/4 56/12
**manner [2]** 28/14 54/21
**manual [2]** 75/13 78/6
**MANUFACTURING [1]** 1/10
**many [6]** 13/6 15/15 15/20 16/11 33/5 82/22
**Margaret [5]** 2/24 41/7 41/8 43/25 45/9
**mark [1]** 95/10
**marked [7]** 6/3 9/2 18/1 29/19 34/19 34/20 58/5
**mason [1]** 86/17
**masonry [2]** 59/10 86/18
**masons [1]** 84/9
**Master's [5]** 10/4 10/5 10/8 10/18 10/18
**match [1]** 86/12
**matter [1]** 9/11
**may [14]** 8/10 8/18 8/22 41/19 44/23 58/19 61/23 69/18 72/14 78/23 79/19 90/6 90/7 95/8
**maybe [5]** 12/13 14/16 16/19 46/6 74/17
**me [42]** 9/12 15/25 20/16 22/2 23/2 24/20 26/7 31/21 32/11 38/5 39/8 43/9 43/12 43/16 43/21 48/2 58/2 58/25 62/13 63/16 63/16 63/18 64/12 65/20 67/5 68/20 70/12 74/6 74/6 76/13 79/10 79/12 81/4 81/6 81/14 81/15 82/18 84/12 95/22 96/5 96/7 96/9
**mean [26]** 21/13 22/22 23/16 28/7 28/18 30/23 32/18 42/20 43/7 46/14 51/6 51/20 68/20 68/25 70/12 70/19 70/22 76/22 77/16 78/4 79/13 80/5 81/4 82/8 83/22 88/2
**meaning [1]** 37/19
**means [18]** 8/23 28/10 55/7 68/20 69/5 69/11 69/21 70/15 70/16 71/2 71/18 71/25 72/5 72/13 88/4 89/9 89/10 91/1
**measures [4]** 50/4 50/8 54/17 76/23
**mechanical [1]** 12/1
**meet [2]** 19/12 20/11
**meeting [15]** 6/5 19/22 19/25 34/24 35/14 36/19 36/25 37/21 49/24 52/4 52/17 54/11 74/7 74/10 92/20
**meetings [10]** 20/1 20/4 48/25 49/4 49/8 49/12 49/13 49/18 54/7 92/22
**mentioned [3]** 19/20 58/16 60/3
**mess [1]** 92/9
**met [2]** 27/21 30/14
**methods [14]** 28/11 55/7 69/5 69/11 69/21 71/2 71/19 71/25 72/5 72/13 76/16 89/10 89/11 91/2
**middle [1]** 67/2
**Midlothian [1]** 9/24
**might [1]** 78/4
**Military [1]** 10/15
**Miller [1]** 92/21
**millwork [1]** 84/3
**minutes [2]** 47/19 52/17
**miscellaneous [1]** 36/6
**modified [1]** 55/19
**monitoring [2]** 83/7 83/9
**more [3]** 39/11 47/23 65/17
**most [4]** 59/7 59/8 83/22 90/3
**mostly [1]** 86/14
**motion [2]** 8/8 8/19
**move [3]** 8/6 8/7 48/19
**MOVIE [54]** 1/7 2/14 14/21 16/8 16/15 16/24 17/7 18/15 18/18 18/21 18/22 18/24 19/3 19/7 19/24 22/10 22/17 22/18 22/20 23/10 26/22 27/5 27/14 27/18 29/5 29/10 30/22 32/9 33/23 36/12 40/14 42/25 43/5 44/12 44/22 45/6 46/19 47/5 47/8 48/5 49/4 50/5 50/9 62/12 62/22 63/2 69/11 73/1 75/6 75/14 75/21 75/24 76/5 82/12
**Mr [21]** 9/10 18/7 19/21 22/4 30/16 31/17 42/18 42/22 42/25 43/5 46/9 46/21 46/25 57/20 62/10 66/10 66/23 68/3 85/11 89/8 95/4
**Mr. [41]** 14/15 17/19 19/12 20/21 21/6 21/9 23/7 24/3 24/23 26/2 27/17 28/13 29/4 29/8 29/21 30/8 31/20 35/2 36/7 37/16 38/6 43/17 44/4 44/21 45/6 48/1 48/17 53/19 54/18 62/11 62/17 64/23 64/25 65/3 70/5 74/11 84/21 85/12 88/24 90/3 92/25
**Mr. Andrews [8]** 28/13 29/8 38/6 54/18 64/23 65/3 74/11 90/3
**Mr. Andrews' [3]** 27/17 29/4 64/25
**Mr. Gillespie [2]** 44/4 44/21
**Mr. Johnson [3]** 21/9 45/6 62/17
**Mr. Johnson's [2]** 14/15 21/6
**Mr. Passmore [1]** 19/12
**Mr. Walsh [22]** 17/19 20/21 23/7 24/3 24/23 26/2 29/21 30/8 31/20 35/2 36/7 37/16 43/17 48/1 48/17 53/19 62/11 70/5 84/21 85/12 88/24 92/25
**MS [3]** 9/9 47/25 54/6
**much [3]** 60/4 85/23 88/24
**multiple [2]** 30/24 36/19
**MUTUAL [1]** 3/9
**my [19]** 9/10 14/18 16/19 18/23 30/10 38/10 41/2 41/3 57/21 59/21 62/11 62/13 65/23 67/8 67/18 70/5 89/4 92/25 94/17

**N**

**name [11]** 9/10 9/14 19/5 19/11 19/21 44/7 48/7 57/21 62/11 82/12 82/14
**NASH [1]** 2/20
**nature [1]** 59/10
**necessarily [6]** 16/18 20/8 46/17 70/13 73/7 73/11
**necessary [1]** 95/8
**need [9]** 26/5 26/7 31/18 37/20 37/21 64/7 92/12 92/13 92/14
**needed [1]** 22/24

**N**

**needs [1]** 53/9
**neither [1]** 84/7
**Nelson [1]** 2/25
**NES [3]** 1/9 1/13 2/18
**never [3]** 39/25 58/17 85/16
**new [20]** 1/2 2/4 2/8 2/12 2/15 2/18 2/22 3/2 3/22 4/5 4/8 4/8 4/12 4/15 14/22 34/12 76/17 89/21 94/7 96/2
**New York [3]** 14/22 76/17 89/21
**next [3]** 57/12 59/12 84/23
**Nine [1]** 11/16
**no [39]** 1/5 1/6 3/6 9/2 12/25 14/6 17/3 17/24 24/4 26/8 32/19 35/9 36/14 40/17 42/19 42/23 44/13 47/6 50/12 52/25 54/23 55/13 55/14 55/17 57/10 64/12 68/19 68/22 70/16 73/11 75/8 75/9 76/21 84/17 84/19 85/17 86/25 89/18 95/14
**No. [5]** 31/13 36/24 36/24 87/13 88/6
**No. 16 [1]** 31/13
**No. 5 [4]** 36/24 36/24 87/13 88/6
**none [2]** 7/5 95/9
**normally [3]** 20/9 54/8 74/12
**NORTH [2]** 1/12 13/23
**NORTHERN [1]** 3/2
**not [88]** 8/7 8/23 13/15 15/18 17/8 21/7 21/12 21/12 22/5 23/12 23/16 23/21 25/19 28/22 28/25 30/2 30/5 30/20 32/18 32/19 33/25 38/5 39/18 40/17 41/2 41/3 42/16 42/19 43/2 45/8 46/10 46/22 47/3 47/15 49/5 49/15 51/5 51/8 51/8 51/12 51/24 52/3 52/3 52/23 54/14 55/4 55/14 56/2 56/10 57/2 57/5 58/19 60/14 60/17 61/2 61/15 61/23 64/11 64/25 66/7 66/23 67/23 67/25 68/19 69/24 70/2 70/6 70/6 72/14 72/16 73/7 73/11 75/23 76/11 76/11 76/20 79/5 80/24 81/5 81/12 82/19 82/24 83/5 87/21 89/3 89/4 94/13 95/10
**notarial [1]** 94/17
**Notary [6]** 3/21 8/10 8/11 94/7 95/11 95/25
**notes [2]** 35/15 94/10
**notice [4]** 40/5 72/15 72/25 73/6
**notified [1]** 73/10
**November [9]** 3/23 13/12 14/9 40/14 41/16 42/9 45/12 73/22 83/2
**November 2015 [3]** 13/12 41/16 45/12
**November 5th [2]** 73/22 83/2
**now [12]** 13/8 17/17 18/18 20/21 48/22 62/16 63/5 63/17 64/18 65/8 68/4 91/10
**number [6]** 33/10 52/15 52/15 64/22 70/19 95/9

**O**

**O'CONNOR [4]** 2/7 2/9 89/3 89/8
**oath [1]** 8/21
**object [9]** 8/5 8/7 23/25 25/15 26/24 29/12 65/15 66/17 88/13
**objecting [2]** 51/13 66/3
**objection [75]** 8/9 8/9 18/16 21/11 21/17 24/1 25/14 26/13 26/18 27/6 28/5 28/17 37/11 38/4 38/9 38/12 38/15 39/1 39/7 39/9 40/7 40/20 41/17 41/24 42/5 46/5 47/11 50/11 50/15 50/21 51/2 51/14 51/15 51/21 54/4 54/22 55/12 55/16 56/17 56/22 57/4 60/10 60/22 64/13 65/18 65/22 65/23 66/8 67/4 67/12 67/21 68/6 68/17 68/24 69/13 69/15 69/23 70/10 70/18 71/4 71/20 72/19 76/10 76/19 77/5 79/8 79/21 80/1 80/22 81/3 81/11 81/19 81/23 82/7 83/18
**obviously [1]** 22/22
**occasional [1]** 90/14
**occasionally [2]** 20/2 44/18
**occurred [3]** 39/10 42/9 74/1
**odd [1]** 32/21
**off [3]** 14/17 37/12 37/16
**office [1]** 14/1
**officer [1]** 8/21
**OFFICES [1]** 2/14
**often [1]** 86/4
**oh [5]** 15/17 18/10 37/14 48/20 86/25
**okay [111]**
**Olympic [1]** 2/7
**omissions [3]** 80/14 80/19 81/8
**once [1]** 89/12
**one [26]** 2/14 8/9 17/21 20/16 23/2 25/19 34/11 36/21 36/21 39/10 39/13 39/25 43/16 48/16 58/2 73/9 75/24 77/11 77/14 84/12 85/5 87/2 90/16 90/18 92/3 92/20
**only [7]** 18/11 53/7 87/22 87/24 90/4 90/13 90/16
**ONONDAGA [1]** 1/2
**operate [1]** 13/21
**operators [1]** 83/22
**optional [1]** 50/18
**order [1]** 41/21
**original [3]** 8/13 55/23 88/17
**OSHA [20]** 37/5 37/8 37/24 38/2 38/19 38/23 39/5 39/16 39/20 40/2 40/18 41/20 42/8 42/14 45/17 46/3 75/2 76/18 77/16 89/22
**OSHA's [1]** 77/22
**other [18]** 8/10 8/22 17/6 19/23 39/19 40/23 44/13 46/14 51/15 51/16 61/20 61/21 71/12 77/21 78/23 79/19 89/22 90/14
**others [1]** 65/3
**our [12]** 13/4 13/25 13/25 19/9 22/22 31/2 33/7 41/10 41/10 44/8 85/21 91/16
**out [11]** 12/19 16/19 26/7 28/1 33/13 34/4 34/11 55/18 85/22 86/10 87/13
**outside [5]** 42/21 42/23 46/7 51/10 84/14
**over [10]** 13/22 48/11 60/16 69/5 69/21 70/25 71/16 77/12 83/25 86/6
**oversee [1]** 13/5
**overseeing [3]** 13/19 76/4 77/12
**own [8]** 28/10 54/17 55/7 76/23 83/23 83/23 91/2 92/12
**owner [10]** 20/9 23/19 23/24 62/21 65/14 72/16 80/14 86/13 87/16 88/8
**owners [1]** 88/12

**P**

**P.C [2]** 2/20 4/14
**p.m [1]** 93/6
**page [20]** 5/3 6/3 7/3 20/15 20/19 20/20 24/18 25/22 25/23 30/7 31/6 36/22 36/24 58/8 58/23 60/8 67/2 85/7 95/8 95/14
**Page 12 [2]** 25/22 25/23
**Page 2 [1]** 36/24
**Page 3 [1]** 60/8
**Page 8 [1]** 20/15
**paragraph [10]** 24/25 25/4 25/9 25/13 26/6 26/11 48/25 49/7 49/14 63/10
**paralegal [2]** 41/10 45/14
**pardon [1]** 15/17
**parent [1]** 22/16
**part [11]** 8/4 15/7 24/14 32/20 78/16 79/6 79/15 80/12 80/25 83/12 90/4
**participants [1]** 8/22
**participate [1]** 8/22
**particular [6]** 14/25 15/4 36/16 41/23 85/6 88/2
**parties [5]** 8/3 8/17 8/22 52/16 94/14
**parts [2]** 87/23 87/24
**Party [4]** 1/14 1/18 1/20 1/23
**passing [1]** 79/22
**Passmore [8]** 18/23 19/12 19/19 19/21 22/7 48/6 82/17 84/7
**past [1]** 40/23
**patterns [1]** 34/9
**pay [1]** 64/8
**payment [2]** 64/8 64/9
**Pearl [1]** 2/8
**people [4]** 64/23 73/10 79/19 92/8
**percent [2]** 14/2 86/9
**perform [2]** 79/24 80/8
**performed [2]** 46/24 61/14
**performing [1]** 76/24
**periodically [1]** 19/4
**person [10]** 15/25 21/24 28/15 48/5 55/2 67/15 90/19 90/23 92/18 96/8
**personal [2]** 23/9 42/24
**personally [1]** 19/6
**personnel [2]** 28/12 41/10
**persons [1]** 78/23
**perspective [1]** 80/6
**PFALZGRAF [1]** 2/17
**phrase [1]** 12/23
**physically [1]** 8/21
**picture [1]** 80/6
**place [11]** 4/7 8/20 39/23 54/12 54/24 75/5 76/14 76/16 77/14 77/21 79/17
**plain [2]** 70/23 70/24
**plaintiff [3]** 1/20 9/11 42/18
**Plaintiffs [5]** 1/4 1/14 2/3 3/5 4/3
**plans [1]** 70/8
**please [12]** 9/15 20/15 27/9 41/25 53/23 56/18 63/18 68/19 85/3 87/13 95/6 95/10
**PLLC [1]** 2/3
**plumbing [1]** 12/2
**point [7]** 18/23 48/5 55/18 63/25 70/5 75/1 77/6
**points [1]** 49/24
**police [5]** 29/2 55/5 55/6 90/3 92/12
**portion [7]** 25/8 42/2 53/25 56/19 72/17 85/6 91/18
**portions [1]** 69/7
**posed [1]** 53/3
**position [12]** 10/23 12/4 12/7 12/9 12/12 12/16 12/16 41/15 45/10 45/12 45/14 68/4
**positions [1]** 12/23
**possibly [3]** 16/14 73/7 74/19
**practice [1]** 8/19
**precautions [2]** 78/20 79/2
**preparation [2]** 17/22 83/17
**prepare [4]** 59/5 85/24 86/4 87/17
**prepared [3]** 60/12 60/24 88/16
**presence [1]** 49/11
**present [7]** 2/24 8/22 40/15 49/3 49/12 61/16 92/22
**presented [1]** 32/22
**president [15]** 12/6 13/2 14/7 14/8 14/12 14/15 14/18 21/3 21/14 45/3 66/11 68/5 68/5 68/7 68/8
**prevent [1]** 78/21
**previously [2]** 21/2 45/3
**primarily [2]** 54/9 83/16
**prior [9]** 12/15 12/17 12/24 23/14 30/3 35/4 35/7 64/22 65/3
**probably [2]** 18/4 83/13
**problem [1]** 82/5
**problems [2]** 73/3 73/8
**procedure [1]** 95/5
**procedures [4]** 69/6 72/2 72/6 72/14
**proceed [1]** 72/16
**proceeding [1]** 94/9
**proceedings [2]** 93/5 94/12
**process [4]** 15/7 16/12 30/18 33/7
**produce [2]** 74/11 74/12
**produced [2]** 52/19 77/9
**product [1]** 84/13

**P**

**production [1]** 52/16
**program [1]** 10/10
**progress [4]** 20/6 74/21 83/7 83/10
**project [84]** 10/24 12/11 12/17 12/18 12/19 12/24 13/4 13/7 13/13 13/14 13/15 13/17 13/18 13/19 13/25 14/4 14/5 14/9 14/25 15/12 15/16 15/18 15/19 15/22 15/23 16/2 16/6 18/15 22/11 23/11 23/19 25/18 28/8 30/22 30/25 31/3 33/9 35/24 36/17 37/20 52/18 55/3 55/5 55/8 58/13 62/23 63/2 63/24 64/3 64/21 65/4 65/9 68/4 68/10 68/11 69/12 70/7 71/13 72/21 75/6 75/14 75/22 76/1 76/5 76/8 77/12 77/13 78/7 79/9 79/15 79/16 79/17 79/20 80/4 81/16 82/20 83/1 83/6 83/12 84/5 86/6 90/8 90/11 91/16
**projection [2]** 83/19 84/16
**projectionists [1]** 83/23
**projects [6]** 13/5 13/23 24/10 40/23 75/25 86/5
**proper [1]** 28/11
**property [1]** 23/24
**protect [1]** 79/19
**protection [1]** 78/21
**proved [1]** 96/7
**provide [5]** 32/9 32/24 33/21 61/12 78/21
**provided [7]** 8/4 8/19 31/24 33/17 56/15 72/25 79/3
**provision [6]** 67/22 68/16 69/8 69/19 70/17 80/20
**Public [6]** 3/22 8/10 8/11 94/7 95/11 95/25
**pull [3]** 33/13 34/11 57/24
**pulls [2]** 33/10 33/11
**purposes [2]** 8/19 8/20
**pursuant [1]** 8/18
**purview [3]** 41/3 41/4 75/25
**put [7]** 32/14 33/9 33/14 39/8 69/16 79/17 85/4

**Q**

**question [24]** 8/5 8/7 17/21 24/11 29/7 30/20 37/13 39/9 41/25 46/23 50/22 51/4 51/13 51/22 53/3 53/5 53/16 53/22 53/24 56/18 66/23 67/18 81/5 81/14
**questions [11]** 43/21 57/11 57/15 57/17 57/22 62/5 67/5 67/9 85/21 89/3 92/25
**quick [1]** 49/22
**quickly [1]** 84/25
**quote [1]** 46/16

**R**

**Rachetta [2]** 30/11 58/17
**read [22]** 8/13 25/4 26/4 26/5 26/7 31/20 35/21 38/14 41/25 42/3 48/24 53/22 53/23 54/2 56/18 56/20 64/19 68/25 81/12 87/12 95/5 95/6
**reading [2]** 67/24 77/7
**real [3]** 44/13 49/22 84/25
**really [1]** 70/14
**reason [9]** 21/5 24/13 25/11 32/16 32/20 45/20 56/25 83/3 95/9
**reasonable [3]** 78/20 78/21 79/2
**REASONS [1]** 95/14
**recall [45]** 12/13 12/16 15/9 16/11 16/13 18/20 19/5 19/6 19/9 19/11 19/22 20/7 21/20 21/25 26/25 27/3 27/7 29/3 29/13 30/11 31/7 35/10 36/11 39/18 40/17 42/16 43/12 44/21 44/23 45/8 46/10 49/5 49/15 61/8 61/11 61/15 61/23 61/25 78/6 79/11 82/23 82/25 83/21 84/4 90/15
**receive [4]** 10/5 10/14 10/18 72/24
**received [3]** 36/16 47/7 73/6
**recess [2]** 47/21 57/8
**recognize [2]** 43/17 82/11
**recollection [11]** 17/2 21/23 22/4 22/6 23/9 29/24 33/22 35/8 39/15 42/24 45/7
**record [3]** 9/15 29/17 94/11
**reference [1]** 63/14
**referenced [3]** 75/11 88/10 88/11
**references [1]** 78/5
**referred [9]** 23/10 24/14 25/13 37/5 39/13 39/16 40/14 49/14 67/17
**referring [1]** 32/3
**refresh [1]** 21/23
**regarding [3]** 45/22 73/3 79/18
**regulations [2]** 89/21 89/22
**relate [1]** 76/8
**relating [1]** 52/18
**relative [1]** 94/14
**remain [1]** 14/12
**remember [5]** 19/17 19/22 19/25 20/4 45/10
**remote [1]** 8/22
**remotely [2]** 3/20 94/9
**remove [2]** 35/25 56/5
**rent [1]** 33/17
**RENTALS [7]** 1/9 1/10 1/12 1/13 1/13 2/17 2/18
**rented [1]** 33/16
**report [4]** 14/5 74/11 74/13 74/13
**reported [3]** 14/6 40/6 40/6
**reporter [6]** 3/21 42/4 54/3 56/21 94/7 94/21
**reporting [1]** 16/5
**reports [1]** 52/17
**represent [3]** 9/11 57/22 62/12
**representative [16]** 18/21 19/23 19/24 20/10 21/20 26/22 27/4 30/9 40/3 49/8 49/17 52/12 57/3 67/7 72/21 90/4
**representatives [1]** 17/6
**request [1]** 36/10
**requested [4]** 37/25 42/2 53/25 56/19
**requesting [1]** 38/8
**require [1]** 80/7
**required [16]** 28/8 37/4 37/23 38/2 38/3 38/6 45/17 49/8 49/17 50/4 50/8 75/16 75/17 76/17 88/5 90/22
**requirement [2]** 41/21 56/6
**requirements [1]** 77/17
**requiring [1]** 54/14
**research [1]** 33/11
**reserved [2]** 8/6 8/8
**respective [1]** 8/3
**responsibilities [3]** 51/11 77/11 77/15
**responsibility [2]** 79/7 89/12
**responsible [25]** 27/20 28/10 28/24 40/10 54/16 55/10 55/14 55/17 69/4 69/10 69/20 70/25 72/4 76/4 76/23 77/3 80/9 80/13 80/18 81/7 90/19 90/23 90/25 91/6 92/18
**rest [1]** 67/8
**return [1]** 95/11
**review [20]** 17/22 20/11 23/14 30/3 30/21 35/4 35/7 38/7 38/21 38/25 40/3 40/10 43/20 49/7 53/10 64/4 66/21 68/2 70/3 70/13
**reviewed [2]** 23/17 70/14
**reviewing [1]** 20/6
**reviews [2]** 30/25 45/19
**RFI [4]** 36/5 36/6 36/9 36/17
**RFIs [2]** 36/12 36/16
**Richmond [2]** 11/24 12/3
**right [41]** 8/5 13/8 14/17 18/18 20/21 23/21 24/18 24/19 24/25 25/19 34/24 48/8 48/24 58/4 58/21 59/23 62/4 63/9 63/11 64/5 64/16 64/22 64/24 65/5 67/1 69/25 70/9 71/8 71/22 73/24 76/5 77/6 78/10 78/10 80/4 80/21 81/2 82/13 84/18 85/14 91/13
**rights [1]** 8/4
**rings [1]** 82/14
**RJI [1]** 1/6
**ROAD [15]** 1/8 2/4 3/4 9/24 18/19 19/7 21/21 22/10 27/2 27/4 29/6 29/10 46/23 47/8 73/2
**role [8]** 22/10 22/19 28/4 29/9 31/7 41/11 44/11 44/13
**roof [2]** 17/2 90/12
**rules [13]** 8/5 75/3 75/5 75/10 75/21 76/7 77/2 77/14 77/21 81/18 81/21 82/2 95/5
**RUPP [1]** 2/17
**RYAN [1]** 4/9

**S**

**safe [1]** 72/14
**safety [55]** 28/3 28/4 28/7 28/25 29/2 35/17 39/4 40/4 45/15 47/4 47/9 47/13 49/23 50/3 50/8 50/14 50/17 50/19 54/14 54/15 54/17 55/4 55/4 55/11 55/14 56/3 72/3 72/5 73/3 73/9 74/24 75/3 75/5 75/10 75/13 75/21 76/7 76/23 77/2 77/8 77/14 77/21 78/6 78/20 79/3 79/18 81/18 81/21 82/2 82/8 89/19 89/21 89/22 90/3 91/7
**said [11]** 37/14 44/6 45/11 46/2 48/4 51/3 63/18 66/11 83/7 85/24 90/2
**same [11]** 8/17 32/19 41/15 41/16 46/23 73/16 73/18 73/23 81/23 94/10 94/16
**SANTACROSE [1]** 2/14
**satisfactory [1]** 96/8
**saw [6]** 52/21 52/21 54/18 54/24 81/17 81/21
**say [18]** 10/25 12/21 15/11 26/15 28/21 50/3 50/6 50/7 50/12 53/4 54/19 55/9 59/13 64/12 71/6 76/7 77/4 84/6
**saying [2]** 50/25 69/19
**says [35]** 26/17 35/20 37/7 37/18 38/10 38/17 39/3 55/20 56/4 56/9 60/19 62/25 63/11 64/16 67/14 67/18 68/13 68/16 68/23 69/2 69/25 70/24 71/6 71/22 71/23 72/12 74/8 74/25 76/25 78/12 80/21 80/24 81/13 87/5 87/14
**schedule [2]** 27/21 54/11
**scheduling [4]** 49/12 49/13 49/13 54/9
**scope [9]** 31/9 31/12 48/15 55/8 58/23 59/5 59/24 86/15 86/19
**screen [2]** 48/20 87/7
**scroll [4]** 35/17 48/14 58/7 91/12
**scrolling [3]** 58/22 60/7 60/18
**seal [2]** 94/17 96/16
**sec [5]** 20/17 23/2 43/16 58/3 85/5
**second [5]** 36/22 48/16 57/6 71/23 74/25
**section [32]** 8/18 8/19 25/21 27/9 27/10 31/10 31/12 35/17 35/20 36/5 36/5 49/23 55/20 56/3 59/5 59/25 60/7 60/8 60/9 60/13 60/18 60/19 60/24 65/8 67/18 71/23 74/24 78/10 80/11 86/19 87/10 87/18
**Section 3.1 [1]** 65/8
**Section 3.3 [1]** 67/18
**Section 3.3.2 [1]** 80/11
**Section 3.9.1 [1]** 27/9
**Section 4 [1]** 60/7
**Section 5 [1]** 60/18
**sections [2]** 65/6 68/2
**see [43]** 17/19 20/20 23/6 24/22 24/22 26/2 27/10 28/13 29/21 29/23

**S**

**see... [33]** 31/17 31/19 31/25 32/14 35/2 36/24 48/17 48/18 48/22 49/24 52/4 59/15 59/16 59/19 62/14 63/3 63/14 66/25 69/8 72/6 72/18 72/20 73/20 75/3 78/9 78/14 78/24 80/16 87/5 87/6 87/6 87/12 91/17
**seeing [1]** 83/10
**seen [4]** 24/9 51/7 52/7 52/23
**selections [1]** 31/4
**SELECTIVE [3]** 3/13 3/13 4/14
**senior [5]** 12/11 12/17 13/15 14/5 68/10
**sent [5]** 43/19 45/21 45/22 73/16 73/17
**sentence [1]** 26/15
**sentences [1]** 26/5
**sequences [4]** 69/6 72/1 72/6 72/14
**service [2]** 33/20 33/21
**set [5]** 21/2 23/13 49/24 50/7 84/20
**setting [1]** 46/3
**several [1]** 59/11
**shall [16]** 8/7 8/15 8/21 26/16 26/19 67/19 68/14 69/4 70/24 72/2 72/4 72/15 72/16 78/19 78/20 80/13
**SHAUN [2]** 1/3 9/11
**she [13]** 41/9 41/13 41/15 41/19 45/14 45/15 45/18 45/19 45/20 45/21 45/24 45/24 46/2
**she's [3]** 41/9 45/14 52/5
**SHEET [3]** 95/2 95/7 95/11
**sheets [1]** 95/8
**shell [1]** 90/12
**shoring [1]** 76/16
**short [3]** 11/11 47/21 57/8
**should [2]** 25/7 95/7
**show [1]** 65/6
**showed [1]** 25/12
**showing [1]** 58/4
**side [3]** 63/9 63/11 87/7
**sign [2]** 8/13 95/10
**signature [7]** 20/19 21/6 30/7 30/8 30/10 58/11 62/17
**signatures [1]** 58/10
**signed [4]** 20/23 21/22 30/12 66/11
**simple [1]** 74/18
**since [1]** 79/23
**sir [7]** 57/21 58/4 58/10 60/9 61/16 62/4 68/11
**sit [1]** 75/20
**site [80]** 14/21 15/5 15/8 15/13 15/18 16/3 16/9 16/12 16/16 16/24 17/7 17/9 18/22 19/4 19/8 19/13 19/23 20/3 20/11 22/20 26/12 26/23 27/5 27/14 27/18 28/4 28/14 29/2 32/10 33/6 33/24 34/6 36/13 37/4 37/19 37/20 37/23 38/11 39/25 40/3 40/4 40/9 40/14 40/15 41/23 42/25 43/6 44/12 44/18 44/22 45/7 45/24 47/5 49/4 49/19 50/5 50/10 50/19 54/19 55/5 55/15 56/8 56/16 71/14 71/17 72/3 72/5 73/9 74/15 75/3 76/9 76/14 79/4 90/5 90/10 90/14 90/16 90/19 91/21 92/18
**site-specific [1]** 76/9
**sites [9]** 14/3 32/25 33/18 36/16 39/19 40/19 44/19 45/22 55/11
**six [1]** 23/17
**six years [1]** 23/17
**slash [1]** 59/18
**SNYDER [2]** 2/3 2/5
**so [51]** 13/11 13/22 16/7 20/18 21/15 22/3 23/20 25/17 25/18 28/9 29/17 32/8 34/22 37/22 39/25 43/11 44/20 50/18 51/12 54/13 54/18 59/23 61/19 62/19 63/21 65/5 65/11 66/10 66/14 66/18 67/5 72/11 75/15 80/18 81/24 83/12 84/10 85/19 85/22 85/24 86/23 87/4 88/6 88/8 88/15 88/15 89/16 90/6 90/12 92/13 92/22
**software [1]** 8/23
**solely [4]** 69/4 69/20 70/25 72/4
**some [13]** 13/24 13/24 41/9 41/10 45/15 45/15 51/15 51/15 59/7 59/12 63/25 71/12 75/13
**somebody [3]** 19/21 35/11 90/23
**something [13]** 27/25 34/2 41/2 41/3 50/25 51/8 51/10 51/18 52/6 70/13 74/17 81/17 81/21
**something's [2]** 32/13 92/13
**sometimes [5]** 34/7 34/8 34/12 84/3 91/25
**sorry [14]** 15/17 23/3 24/5 34/18 41/2 43/10 44/5 44/6 50/24 60/15 79/12 86/22 86/23 86/25
**sound [2]** 21/25 48/7
**sounds [2]** 48/8 59/3
**SOUTHERN [5]** 1/8 2/15 22/14 46/20 62/12
**speak [1]** 40/2
**speaking [5]** 51/14 51/21 61/20 66/7 92/15
**speaks [1]** 18/17
**specific [20]** 15/12 16/1 19/17 20/8 22/3 29/24 30/24 31/7 39/10 39/16 44/18 44/24 61/25 71/24 76/9 77/8 77/20 78/6 78/7 92/3
**specifically [8]** 15/10 18/20 20/5 21/20 30/19 47/14 78/9 83/21
**specifications [1]** 70/9
**specifics [1]** 84/4
**sphere [1]** 51/9
**spoke [3]** 30/14 58/17 60/16
**spoken [2]** 61/24 62/2
**square [1]** 33/9
**standard [5]** 62/21 63/5 63/6 64/15 65/13
**standards [3]** 81/18 81/22 82/3
**start [5]** 10/20 10/21 13/20 13/20 17/13
**starts [3]** 48/25 79/17 79/20
**state [9]** 1/2 3/22 9/14 67/22 76/17 89/21 94/7 95/9 96/2
**stated [1]** 72/4
**states [2]** 3/2 80/13
**stenographic [1]** 94/10
**STEPHEN [2]** 2/12 4/5
**Steve [1]** 57/13
**STEVENSON [1]** 1/9
**still [4]** 11/13 21/3 86/15 86/16
**STIPULATED [4]** 8/3 8/12 8/15 8/17
**stop [2]** 81/17 81/20
**Street [4]** 2/8 2/11 4/4 4/11
**strike [6]** 8/6 8/7 12/22 24/14 33/16 38/20
**stuff [8]** 28/2 41/10 41/10 45/15 45/16 59/8 59/9 92/8
**sub [1]** 90/22
**subcontract [16]** 29/16 29/19 31/8 48/11 57/23 59/10 85/25 86/8 87/5 87/10 87/18 88/3 88/19 89/13 89/20 91/3
**subcontractor [19]** 12/2 28/10 28/16 28/20 30/12 30/19 30/22 35/14 49/9 49/17 54/16 54/20 55/2 55/17 69/17 82/5 86/14 88/4 88/8
**subcontractors [21]** 30/24 35/24 50/5 50/9 50/19 54/15 55/6 56/8 56/15 76/22 79/23 80/8 80/15 80/19 81/9 83/11 83/15 89/12 89/20 90/18 92/12
**subcontractors' [1]** 28/25
**subcontracts [2]** 85/4 86/5
**submit [1]** 29/4
**submitting [1]** 36/11
**Subscribed [1]** 96/5
**Subsection [1]** 78/22
**subsections [1]** 59/12
**substance [1]** 95/7
**such [9]** 8/8 49/7 49/18 64/10 67/16 72/5 72/13 74/14 95/10
**SUGARMAN [2]** 2/10 4/3
**suggested [1]** 42/14
**SUHLER [1]** 1/8
**Suite [5]** 2/11 2/21 4/4 4/11 4/15
**sum [1]** 87/6
**superintendent [13]** 16/3 27/11 27/14 29/9 41/6 41/6 44/8 44/10 44/14 44/19 82/9 90/7 91/17
**superintendents [2]** 44/15 45/16
**superior [1]** 73/12
**supervise [8]** 26/11 26/16 26/19 67/19 68/15 79/25 80/3 80/6
**supervises [1]** 44/15
**supervision [1]** 79/16
**supervisor [5]** 28/20 54/10 54/25 73/13 82/4
**supplemental [2]** 87/15 88/7
**supposed [3]** 40/12 44/17 61/13
**SUPREME [1]** 1/2
**sure [20]** 21/12 22/17 23/1 24/17 27/21 30/20 34/4 43/8 44/16 45/18 46/6 46/18 76/11 76/15 79/5 81/5 81/12 82/19 86/11 89/4
**Sutherland [4]** 48/7 82/12 82/25 84/7
**sworn [4]** 8/10 9/6 95/22 96/5
**Syracuse [3]** 2/4 2/12 4/5

**T**

**T5 [1]** 1/9
**take [8]** 18/7 29/9 47/17 47/19 53/10 54/12 54/24 78/19
**taken [5]** 3/20 47/22 50/4 50/9 57/9
**takes [2]** 39/22 76/14
**talk [3]** 33/12 48/20 70/23
**talked [1]** 43/24
**talking [5]** 39/8 39/9 39/11 67/10 67/11
**talks [2]** 47/4 47/10
**TAVERN [54]** 1/7 2/14 14/21 16/8 16/16 16/25 17/7 18/15 18/18 18/21 18/22 18/24 19/3 19/7 19/24 22/10 22/17 22/19 22/20 23/10 26/22 27/5 27/14 27/18 29/5 29/10 30/22 32/10 33/24 36/12 40/14 42/25 43/5 44/12 44/22 45/7 46/19 47/5 47/8 48/5 49/4 50/5 50/10 62/12 62/22 63/2 69/11 73/2 75/6 75/14 75/21 75/24 76/5 82/12
**Tech [1]** 10/7
**techniques [4]** 69/6 71/25 72/6 72/13
**telephone [1]** 8/22
**tell [1]** 82/5
**telling [3]** 65/2 68/20 89/16
**ten [4]** 14/16 14/16 16/19 47/19
**term [5]** 56/11 60/5 66/25 87/20 88/1
**terms [9]** 27/21 39/4 54/15 64/8 64/8 64/9 69/19 73/8 88/17
**testified [3]** 82/24 83/4 87/23
**testifies [1]** 9/6
**testimony [14]** 8/6 8/7 17/23 30/4 42/3 51/17 51/19 54/1 56/20 60/4 64/18 64/22 64/25 65/3
**than [7]** 8/11 44/13 46/14 61/20 65/18 77/21 90/14
**thank [11]** 27/9 56/22 59/4 62/6 66/14 69/3 84/21 84/22 85/23 88/23 92/25
**that [358]**
**that's [62]** 15/14 20/9 21/4 21/6 22/16 22/23 23/20 24/12 25/19 26/17 30/10 34/11 34/12 37/7 37/9 37/15 38/17 39/3 39/13 39/16 41/1 43/3 47/16 50/21 51/3 51/21 51/22 52/10 53/3 54/23 56/9 57/10 62/2 62/2 62/5 66/5 66/24 67/9 68/15 68/19 68/22 69/1 69/24 71/2 73/22 73/25 74/3

**T**

**that's... [15]** 76/20 79/14 80/3 80/20 82/21 85/8 88/14 88/21 89/25 90/21 90/24 91/5 91/9 91/13 92/7
**theater [10]** 62/22 63/3 69/12 75/6 75/14 75/22 75/24 76/5 83/17 83/22
**Theater's [1]** 22/19
**THEATERS [10]** 1/8 1/8 2/15 18/21 22/15 46/20 62/12 62/13 73/2 82/13
**their [28]** 10/10 13/5 23/24 24/8 28/10 28/11 33/17 36/3 40/19 44/17 54/16 55/7 55/7 55/8 55/11 56/5 71/21 76/23 80/9 80/15 80/19 81/9 83/23 83/23 91/2 91/7 92/12 92/13
**them [12]** 11/25 20/11 33/10 34/13 35/25 39/4 59/12 77/3 82/5 83/12 86/7 86/16
**then [33]** 11/24 14/2 20/14 21/19 22/23 24/12 27/8 28/19 30/25 31/3 32/8 33/11 33/14 36/4 36/18 37/20 40/13 45/19 48/10 49/19 49/21 54/24 55/21 59/18 59/18 69/16 76/15 82/9 86/10 86/13 92/8 92/14 95/11
**there [49]** 10/23 11/6 11/7 11/19 11/19 11/20 11/21 16/4 16/23 17/3 19/1 19/9 19/15 19/16 19/19 23/20 24/18 25/1 26/15 27/10 28/23 31/13 36/23 36/24 38/11 40/25 44/1 45/20 45/23 48/21 61/9 65/2 69/25 71/12 71/14 73/8 73/15 74/8 74/21 76/12 76/15 76/25 77/8 77/20 82/5 82/22 87/7 89/16 91/14
**there any [1]** 40/25
**there's [8]** 32/13 36/19 46/16 52/15 59/18 64/18 64/22 76/14
**thereby [1]** 78/23
**therefor [2]** 95/9 95/14
**thereof [1]** 72/3
**these [20]** 38/18 50/3 51/7 51/7 52/3 54/7 55/24 59/11 59/11 64/20 65/4 66/21 67/5 68/2 68/2 70/3 86/4 87/23 87/24 95/8
**they [41]** 20/10 22/12 22/21 22/22 28/21 32/25 33/9 33/15 34/12 38/1 38/3 38/6 38/8 40/5 40/8 46/24 47/12 49/19 67/23 74/12 75/16 76/8 81/17 81/20 81/21 81/25 82/3 82/4 83/7 83/9 83/10 83/13 83/22 84/5 89/12 90/25 91/6 92/6 92/12 92/13 92/14
**they'll [3]** 33/11 33/14 34/10
**they're [11]** 11/23 11/25 44/16 44/17 64/11 64/12 76/24 80/8 80/9 83/24 86/16
**thing [4]** 25/5 48/18 74/18 83/19
**things [8]** 20/7 20/11 64/6 68/2 70/19 74/14 83/10 89/23
**think [54]** 13/8 13/9 16/17 18/25 19/18 19/20 21/19 22/23 23/13 24/11 25/7 25/23 31/15 31/23 33/7 34/18 35/19 36/20 36/23 37/5 37/11 37/25 38/8 40/8 41/7 43/24 44/25 45/10 46/2 47/16 48/19 53/21 54/7 54/23 54/23 57/7 58/5 58/16 65/11 69/16 70/19 70/20 71/15 72/11 79/22 80/7 82/15 83/5 83/12 90/6 91/12 92/11 92/24 93/3
**Third [2]** 1/14 1/18
**Third-Party [1]** 1/18
**this [129]**
**those [15]** 11/22 20/4 30/25 31/4 39/23 47/9 49/3 49/24 59/20 61/6 76/17 83/15 86/15 92/22 92/24
**thought [1]** 37/14
**three [2]** 12/14 25/22
**through [2]** 31/3 86/13
**throughout [2]** 16/12 67/17
**Thursday [1]** 73/22
**tied [1]** 86/13
**time [22]** 14/2 14/6 14/9 15/22 19/17 44/10 44/24 50/23 52/6 52/20 53/9 53/10 58/14 63/25 73/6 74/15 85/20 85/23 88/24 92/3 92/8 92/14
**timely [1]** 72/15
**times [6]** 16/11 16/15 16/19 34/9 82/22 90/2
**title [2]** 41/13 58/13
**today [16]** 14/12 17/23 30/4 34/19 51/6 51/20 52/5 52/6 52/19 53/8 55/21 75/20 85/20 85/21 88/25 89/5
**today's [2]** 23/14 35/5
**Tom [22]** 16/2 17/9 27/14 28/23 35/13 38/17 39/3 39/4 43/9 43/18 46/15 47/7 54/14 61/17 72/22 72/25 73/10 73/12 78/3 82/24 90/10 90/13
**took [1]** 94/9
**top [4]** 14/18 17/16 64/16 74/8
**towards [1]** 90/8
**Towers [1]** 2/7
**Town [1]** 63/3
**trade [2]** 28/8 54/10
**trades [3]** 30/24 54/9 74/14
**traffic [2]** 34/8 34/9
**trainer [1]** 42/14
**training [3]** 28/11 45/17 45/18
**transcript [5]** 8/13 94/11 95/10 95/11 95/12
**trash [3]** 35/25 36/3 56/5
**travel [1]** 14/2
**trenching [1]** 76/14
**trial [2]** 3/19 8/8
**trick [1]** 66/23
**tried [1]** 82/4
**trips [1]** 19/15
**true [3]** 58/18 76/20 94/11
**try [4]** 16/18 27/25 85/21 86/20
**trying [2]** 53/12 67/8
**Turner [4]** 10/22 11/1 11/3 11/17
**twice [1]** 81/12
**two [5]** 11/20 12/13 12/14 26/4 59/19
**type [5]** 33/8 70/3 74/11 74/18 75/13
**types [1]** 52/16
**typical [1]** 32/24
**typically [7]** 14/4 33/16 39/22 39/22 40/6 45/21 91/20

**U**

**Uh [2]** 44/3 68/9
**Uh-huh [2]** 44/3 68/9
**ultimately [1]** 55/10
**under [36]** 10/10 15/21 16/5 17/1 19/21 21/22 30/12 31/12 35/16 35/20 36/6 36/22 38/20 40/12 41/2 41/3 41/4 48/15 49/23 51/15 58/11 58/23 65/24 66/10 66/25 68/13 69/7 69/7 69/14 75/25 79/16 80/20 81/7 87/4 87/13 89/19
**undergraduate [2]** 10/12 10/13
**understand [8]** 18/14 19/24 29/7 30/20 56/14 81/13 87/21 87/22
**understanding [18]** 22/9 22/18 26/10 27/13 32/8 35/23 37/3 37/22 38/10 38/13 49/6 49/16 56/11 71/17 87/21 87/25 88/16 89/10
**Understood [1]** 66/9
**undertaken [1]** 46/8
**Uniform [1]** 8/5
**UNITED [5]** 1/10 1/12 1/13 2/17 3/2
**unquote [1]** 46/17
**unsafe [4]** 28/14 28/22 54/19 54/21
**until [2]** 11/7 52/4
**up [19]** 17/4 31/5 31/13 31/16 35/19 43/25 46/3 56/4 57/25 58/23 74/6 85/4 86/15 86/21 91/12 91/15 91/20 92/8 92/14
**upon [1]** 87/21
**us [2]** 18/5 19/25
**use [4]** 9/21 9/23 59/9 86/8
**used [4]** 8/18 24/9 33/23 39/19
**user [1]** 22/21
**using [3]** 27/24 29/18 29/20
**usually [4]** 32/13 41/5 92/2 92/5

**V**

**value [1]** 86/11
**various [2]** 54/9 86/5
**vendors [2]** 83/11 83/15
**VENESSA [1]** 1/3
**verbatim [1]** 68/25
**VERONIS [1]** 1/8
**versus [1]** 92/3
**very [6]** 19/10 19/15 51/4 69/18 85/23 88/23
**via [2]** 3/20 94/9
**vice [6]** 12/6 13/2 68/5 68/5 68/7 68/8
**vice president [4]** 12/6 13/2 68/5 68/7
**video [2]** 3/20 8/23
**violated [1]** 81/18
**violating [2]** 81/21 82/2
**violation [4]** 40/11 40/12 81/25 82/9
**Virginia [3]** 9/24 10/15 13/23
**virtually [1]** 8/10
**visit [5]** 16/23 19/4 19/13 20/2 45/6
**visited [4]** 16/11 16/15 16/25 20/10
**visiting [2]** 17/6 44/21
**visits [2]** 44/18 90/14
**voice [1]** 86/21
**voluntary [10]** 37/5 37/9 37/24 38/23 39/6 39/16 39/20 40/18 41/20 42/9
**vs [5]** 1/5 1/15 1/21 3/6 3/11

**W**

**wait [5]** 65/16 65/16 65/16 65/16 65/17
**waived [1]** 8/14
**waiver [1]** 8/8
**walk [1]** 44/19
**Walsh [34]** 1/25 3/20 9/4 9/10 9/16 17/19 18/7 20/21 23/7 24/3 24/23 26/2 29/21 30/8 31/18 31/20 35/2 36/7 37/16 43/17 48/1 48/17 53/19 62/11 66/10 66/23 68/3 70/5 84/21 85/12 88/24 92/25 95/4 95/20
**want [5]** 65/5 65/6 67/9 73/19 92/7
**was [105]**
**wasn't [3]** 32/20 65/19 90/3
**wasting [1]** 92/8
**water [1]** 31/24
**way [4]** 12/23 13/21 32/21 92/13
**we [68]** 13/8 13/21 13/21 13/21 15/1 15/23 16/17 16/18 20/11 23/13 27/21 28/7 28/9 29/18 30/23 31/2 33/10 33/19 33/19 33/19 33/20 34/4 36/17 39/12 39/21 43/24 44/25 45/3 46/13 53/10 55/6 56/2 59/9 62/16 62/23 65/8 67/11 69/16 71/5 71/9 71/16 74/5 74/13 76/22 77/16 78/9 79/22 79/23 80/5 80/7 83/21 83/24 85/19 85/20 85/21 86/7 86/8 86/10 86/10 86/10 86/11 86/13 86/14 86/17 86/18 88/9 88/10 90/6
**we'll [4]** 13/22 14/2 17/12 17/13
**we're [3]** 29/19 86/12 93/4
**we've [1]** 40/22
**wears [1]** 41/13
**weather [1]** 74/18
**weekly [3]** 49/11 49/13 54/8
**weigh [1]** 70/12
**well [30]** 15/23 28/22 37/18 45/2 46/4 49/18 51/17 52/8 52/22 53/6 53/9 59/8 63/24 65/2 65/12 65/21 66/20 67/7 69/18 69/25 73/5 76/13 79/12 79/15 79/25 83/14 84/11 84/15 85/13 85/19

**W**

**were [60]** 11/22 12/12 12/19 14/9 15/2 15/7 15/11 16/23 19/10 19/15 19/19 20/7 22/12 22/21 22/22 27/17 28/13 30/18 35/24 37/4 37/23 38/2 38/3 38/6 40/15 46/12 49/3 49/12 49/19 50/4 50/8 51/8 51/11 58/5 58/9 61/6 61/16 63/24 73/8 73/9 73/12 74/15 75/5 75/16 76/4 79/2 79/3 79/13 82/19 82/19 83/6 83/7 83/10 83/11 83/15 83/16 86/5 89/9 91/10 91/15
**West [2]** 2/11 4/4
**what [84]** 9/17 10/8 10/12 10/13 10/23 12/4 12/9 12/15 12/16 13/2 13/16 14/24 19/20 20/4 20/9 21/12 21/20 22/9 22/18 26/17 27/2 27/17 28/3 30/15 31/2 33/13 34/7 36/9 37/4 37/7 37/15 38/13 38/17 38/18 38/21 39/3 39/22 39/22 41/12 42/13 42/20 44/11 44/16 45/10 45/11 45/13 46/14 47/9 49/11 50/13 50/13 51/10 51/25 54/11 55/21 56/9 56/11 59/19 60/5 61/6 65/2 65/5 68/15 68/20 68/23 69/2 69/25 70/15 70/16 70/20 70/22 74/13 75/5 76/11 77/22 79/1 80/20 81/5 81/13 84/12 87/20 87/25 87/25 90/15
**what's [9]** 9/19 10/2 10/3 58/4 65/18 65/21 70/23 71/2 85/22
**whatever [2]** 40/10 40/11
**when [21]** 10/17 14/9 14/18 16/25 20/2 20/10 31/21 32/13 43/4 43/22 44/24 67/10 73/15 76/23 82/19 82/23 83/6 88/16 89/19 90/12 91/20
**where [17]** 8/21 10/5 10/8 10/13 10/20 10/21 17/15 17/15 19/19 34/5 45/16 54/12 55/19 60/18 61/25 63/11 87/6
**Whereupon [8]** 9/2 9/4 42/2 47/21 53/25 56/19 57/8 93/5
**wherever [1]** 34/13
**whether [2]** 42/8 70/6
**which [10]** 29/20 59/21 62/20 63/20 64/7 64/20 66/11 74/24 78/16 79/18
**while [2]** 75/3 82/3
**who [28]** 11/22 14/8 16/3 18/14 19/23 20/23 30/11 33/22 40/5 43/25 44/4 60/12 60/23 60/23 65/24 66/12 73/10 75/10 75/17 77/23 78/23 79/19 84/5 86/23 90/4 90/23 92/17 96/8
**who appeared [1]** 96/8
**who's [7]** 11/9 15/24 41/8 57/12 65/12 68/14 84/23
**whoever [2]** 23/24 82/2
**whole [4]** 25/5 48/18 67/24 90/11
**whom [1]** 8/11
**whose [2]** 19/21 41/4
**why [3]** 67/5 67/9 89/4
**will [3]** 8/17 38/11 44/19
**William [2]** 44/4 44/6
**within [1]** 51/8
**without [3]** 8/16 67/24 72/17
**witness [7]** 8/10 8/12 8/16 9/5 26/21 52/21 94/17
**witnessed [1]** 28/19
**witnessing [1]** 27/3
**word [1]** 95/9
**work [56]** 9/21 9/23 10/25 11/6 11/17 13/5 13/21 13/25 26/11 26/16 26/20 26/23 27/5 27/22 28/12 31/10 31/12 37/19 40/11 48/15 55/7 55/8 56/5 58/24 59/5 59/24 61/13 67/19 68/15 69/7 71/21 72/17 74/11 74/20 76/5 76/24 78/23 79/4 79/24 79/25 80/3 80/8 80/10 81/17 81/21 83/13 84/9 84/11 86/19 87/22 87/24 91/2 91/21 91/24 91/24 92/12
**work for [1]** 10/25
**work's [1]** 54/11
**worked [7]** 11/7 11/15 11/25 15/25 19/2 19/3 82/15
**working [11]** 10/20 10/21 15/21 16/5 18/20 19/6 19/21 49/19 50/5 83/12 89/4
**works [1]** 34/8
**would [99]**
**wouldn't [11]** 28/24 50/12 50/16 54/19 55/3 64/12 70/14 79/6 81/25 82/3 84/15
**write [1]** 86/14
**writing [1]** 63/11
**written [6]** 31/9 70/23 71/3 72/15 72/17 72/24
**wrong [3]** 27/24 63/18 82/18

**Y**

**yeah [84]** 9/13 9/23 11/3 12/22 15/18 17/10 17/17 17/20 18/10 19/25 21/4 21/12 23/4 23/8 25/3 25/7 25/25 26/3 26/17 28/18 29/22 29/23 31/15 31/19 32/7 34/23 35/3 36/3 36/5 36/17 36/21 37/7 41/12 44/20 45/23 48/16 48/18 49/19 51/20 54/7 59/3 59/14 60/2 60/6 62/7 62/15 62/19 63/8 64/1 64/6 67/3 72/8 73/14 73/25 74/9 74/19 76/6 77/7 78/11 78/15 78/18 78/25 79/14 80/5 81/12 81/24 82/9 82/14 82/21 83/9 83/22 85/5 85/8 86/3 86/22 87/8 87/11 87/14 87/19 88/14 90/6 92/5 92/11 92/15
**year [1]** 12/8
**years [6]** 11/16 12/14 14/16 23/17 77/20 79/11
**Yep [14]** 20/16 23/5 24/24 36/23 43/16 58/1 58/15 59/17 64/17 74/22 76/3 85/16 91/19 93/1
**yes [34]** 13/14 14/23 15/14 16/10 20/22 27/16 30/10 30/23 33/3 35/6 36/8 37/1 43/18 45/5 47/14 48/3 48/23 49/10 52/13 58/12 61/5 62/24 63/4 68/19 71/11 72/20 72/23 80/24 89/15 89/25 90/15 90/24 91/5 91/9
**yet [2]** 13/15 52/18
**YORK [19]** 1/2 2/4 2/8 2/12 2/15 2/18 2/22 3/2 3/22 4/5 4/8 4/8 4/12 4/15 14/22 76/17 89/21 94/8 96/2
**you [379]**
**you aware [1]** 46/7
**you under [1]** 38/20
**you're [26]** 13/18 13/19 13/19 21/8 31/21 37/19 43/22 50/25 51/9 51/12 51/14 51/22 53/15 53/21 55/14 63/19 63/21 67/7 68/20 70/6 70/12 76/11 79/10 81/5 85/19 87/21
**you've [2]** 68/10 85/18
**your [81]** 9/14 9/17 9/19 9/19 9/21 9/23 10/2 10/3 10/12 10/14 10/17 10/18 10/23 11/9 13/2 13/16 17/2 17/23 21/23 21/24 22/9 22/18 26/10 27/13 27/19 30/3 30/8 32/8 35/7 35/23 36/7 37/3 37/22 38/7 38/13 38/25 39/23 41/22 45/7 48/20 49/6 49/6 49/16 50/13 53/14 55/15 56/6 56/11 58/10 58/13 60/4 60/8 60/16 63/9 63/25 65/18 65/21 66/11 68/4 71/17 74/5 74/23 75/25 75/25 77/11 77/14 77/25 79/6 79/16 85/20 85/23 86/21 87/21 87/25 88/15 88/24 89/10 90/14 95/5 95/6 95/7
**yourself [3]** 17/5 26/8 28/13

**Z**

**zones [1]** 55/22
**Zoom [2]** 3/20 94/9