EXHIBIT G

SELECTIVE®

Selective Insurance Company of America
PO Box 7260
London, KY 40742
Tel 973-948-1539
Fax 877-233-1355
michael.parlin@selective.com

June 27, 2018

Johan A. Obregon, Esquire
Callahan & Fusco LLC
103 Eisenhower Parkway, Suite 400
Roseland, NJ 07068

**TENDER ACCEPTANCE**

RE: **Shaun Atkinson and Vanessa Atkinson v. Eilerson Development Corporation, a/k/a EDC Cameron Group, LLC, Movie Tavern Theatres LLC & Southern Theatres LLC**

| | |
|---|---|
| Selective Insured: | C&D Laface Construction Inc. |
| Claimant: | Shaun Atkinson |
| Selective Claim Number: | 21584010 |
| Selective Policy Number: | S 2056307 |
| Policy Period: | 12/25/14 – 12/25/15 |
| Date of Loss: | 11/5/15 |
| Your Client: | Eilerson Development Corporation |
| Your File: | AMERIS-035 |
| Index Number: | 004808-2018 |

Dear Mr. Obregon:

In follow up to my telephone conversation with you on June 13, 2018, I am a Litigation Specialist employed by Selective Insurance Company of America, which is handling this claim on behalf of Selective Insurance Company of America ("Selective"). I am responsible for handling this claim and determining what coverage may be available under the terms of the Selective policy.

The purpose of this letter is to advise you of Selective's decision with respect to whether insurance coverage may be available to Eilerson Development Corporation ("Eilerson") under the C&D Laface Construction Inc. ("C&D") policy with Selective.

Selective will agree to provide additional insured coverage on a primary basis to Eilerson for the lawsuit filed in Supreme Court of Onondaga County, New York under Index Number: 004808-2018. Our assumption of the defense and indemnification as an additional insured is subject to all the terms and conditions of the policy issued to C&D

and is limited to our insured's Commercial General Liability Coverage policy per occurrence limit of $1,000,000.

Selective will assign the Law Office of Lippman O'Connor to defend Eilerson. The firms address is 300 Olympic Towers, 300 Pearl Street, Buffalo, New York 14202 and their telephone number is 716-854-4705. Selective will pay the fees and costs incurred by the law firm.

Please feel free to contact me if you have any questions or if you require additional information.

Very truly yours,

Michael Parlin, AIC, AIS
Litigation Specialist

Cc: Lippman O'Connor
300 Olympic Towers
300 Pearl Street
Buffalo, NY 14202

Carmena Laface
C&D Laface Construction Inc.
8531 Oswego Road, Suite A
Baldwinsville, NY 13027

Tony D'Amato
CH Insurance Brokerage Services
100 South Salina Street, Suite 370
Syracuse, NY 13202