EXHIBIT H

The Hanover Insurance Group®

RECEIVED
JUL 06 2018
EDC

The Hanover Insurance Group
Massachusetts Bay Ins Co
Liability Claim Department
PO Box 15148
Worcester, MA 01615-0148
732-805-2210- Direct dial
508-926-1578- Desktop fax
dnormile@hanover.com

July 2, 2018

Eilerson Development Corp.
1660 Huguenot Road
Midlothian, VA 23113
Attn: Mr. Thomas Eilerson

| | | |
|---|---|---|
| **Re:** | **Insured:** | **Cameron Group LLC/Hinsdale Road Group LLC** |
| | **Claim No:** | **19-237442-01** |
| | **Date of Loss:** | **11/05/2015** |
| | **Plaintiff:** | **Shaun Atkinson** |

Dear Mr. Eilerson:

Massachusetts Bay Insurance Company is the general liability carrier for Cameron Group LLC and Hinsdale Road Group LLC. We have been placed on notice of a Summons and Complaint filed in the Supreme Court of New York, County of Onondaga under Index No.: 4808/18 entitled Shaun Atkinson and Venessa Atkinson vs Eilerson Development Corporation a/k/a EDC, Cameron Group LLC, Movie Tavern Theatres LLC and Southern Theatres LLC. The complaint seeks recovery of damages sustained and alleges violations of the New York Labor Law sections §200 and §240(6).

**The purpose of this letter is a demand for the defense and indemnification of our insured Cameron Group LLC and should the complaint be amended to include Hinsdale Road Group LLC.**

The facts as we know them is that on or about 11/5/15 a Movie Tavern Theater was being constructed on farm land property owned by Cameron/Hinsdale and that Eilerson Development Corporation was the general contractor hired by Movie Tavern Theatre for a ground up build. As part of the construction, Eilerson subcontracted work to the plaintiff's employer, C&D LaFace Construction.

During the course and scope of his employment of the construction, the plaintiff was struck, dragged and run over by a forklift sustaining serious personal injuries.

Since Cameron/Hinsdale was not involved in the actual construction of the theatre, but merely the owner of the land, it should be defended and indemnified by you and your insurance carriers.
You should immediately turn this over to your primary and umbrella/excess carriers. To protect the interest of our insured, we are assigning counsel and will seek full recovery of any and all expenses paid.

The Hanover Insurance Group®

Your prompt attention to this matter is recommended.

Respectfully,

*Donna M Normile, SCLA*

Donna M Normile, SCLA
Regional Liability Adjuster