EXHIBIT I

Amerisure Insurance
The Advantage of Partnership

Amerisure Mutual Holdings, Inc.
Amerisure Mutual Insurance Company
Amerisure Insurance Company
Amerisure Partners Insurance Company

August 3, 2018

**BY EMAIL**

Ms. Donna M. Normile, SCLA
Regional Liability Adjuster
The Hanover Insurance Group
Massachusetts Bay Ins Co
Liability Claim Department
P.O. Box 15148
Worcester, MA 01615-0148

| | | |
|---|---|---|
| RE: | Claim #: | 2146024 |
| | Insured: | EDC |
| | Date of Loss: | November 05,2015 |
| | Your Insured: | Cameron Group LLC/Hinsdale Road Group LLC |
| | Plaintiff: | Shaun Atkinson |

Dear Ms. Normile:

Please allow this correspondence to serve as Amerisure's response to your tender letter dated July 2, 2018 on behalf of your insured(s) Cameron Group LLC and Hinsdale Road Group LLC.

Your insured(s) were placed on notice of a Summons and Complaint filed in the Supreme Court of New York by Shaun Atkinson for an accident that occurred on 11/5/15 at a construction site for a Movie Tavern Theater in Onondaga County.

On behalf of your insured(s), you have demanded defense and indemnification for Cameron Group, LLC and should the complaint be amended also for Hinsdale Road Group, LLC. As you know, the complaint has been amended and Hinsdale has been added as an additional defendant to this lawsuit.

Following our review of the contract agreement between EDC and your insured(s), we have concluded that Cameron Group LLC/Hinsdall Road Group LLC is not entitled to contractual indemnity from EDC due to New York's anti-indemnity statutes. Although they are additional insureds, this status only applies on an excess basis. The contract does not require primacy for the Amerisure policy.

Therefore, Amerisure will not be assuming the defense and indemnification of your insured(s) at this time.

Thank you for your attention to this matter.

Sincerely,
Amerisure
*Tracy L. Sheldon*

Tracy L. Sheldon AIC, AIS, LPCS
Senior Claim Specialist
Phone (804) 594-3925
Email: tsheldon@amerisure.com